Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Prominence Capital Partners, LLC

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br><br>Debtor. | Case No. 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>**MOTION TO DISMISS CHAPTER 13 PROCEEDING FOR BAD FAITH FILING; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTOPHER TUROCI IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE**<br><br>**[Application for Order Shortening Time filed concurrently herewith]**<br><br>Hearing Date: TBD<br>Time:         TBD<br>Courtroom:  304 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 13 TRUSTEE, DEBTOR, DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES**:

Prominence Capital Partners, LLC ("PCP" or "Movant"), secured creditor of the above-referenced bankruptcy estate hereby files its Motion to Dismiss Chapter 13 Proceeding for Bad Faith Filing ("Motion").

1

The Motion is based upon these moving papers, the Memorandum of Points and Authorities, the Declaration of Christopher Turoci (the "Turoci Declaration") filed herewith and incorporated by this reference, the pleadings and documents on file in this case, the arguments and representations of counsel, and any such other and further evidence and arguments as may be presented to the Court at or before any hearing or ruling on this Motion.

Debtor, Jared Hunter Scarth ("Debtor"), individually or through his company entities, has filed five (5) bankruptcy proceedings since 2017:

1. 6:17-bk-17285-WJ - Lincoln James Investment Properties, LLC filed a Chapter 11 petition on August 30, 2017, which converted to Chapter 7 on December 29, 2017, and the bankruptcy case was closed April 28, 2018 with no discharge entered.

2. 6:18-bk-10340-WJ – Jared Hunter Scarth dba Lincoln James Investment Properties, LLC and Victoria Carol Scarth filed a Chapter 7 bankruptcy petition on January 17, 2018, which was dismissed on February 5, 2018, with no discharge entered.

3. 6:18-bk-13248-WJ - Jared Hunter Scarth dba Lincoln James Investment Properties, LLC and Victoria Carol Scarth filed a Chapter 7 bankruptcy petition on April 18, 2018, with Debtor and joint debtor being discharged as of July 30, 2018.

4. 6:19-bk-21032-SY - Scarth and Associates fbda Pacific Floor Co., fdba Pacific Interiors, fdba Pacific Interiors and Floors, fbda Pacific Floor Company, fbda Pacific Wholesale Floorcovering, fbda Pacific Wholesale Floor Coverings filed a Chapter 7 bankruptcy petition on December 20, 2019, and the bankruptcy case was closed January 27, 2020, with no discharge entered.

5. 6:23-10960-WJ Jared Hunter Scarth filed the within Chapter 13 bankruptcy proceeding on March 14, 2023.

PCP is a secured creditor regarding the property commonly known as 31222 Mangrove Drive, Temecula, California 92592 - APN: 961-430-054 (the "Property"). PCP had scheduled a foreclosure sale for March 14, 2023, due to Debtor's substantial defaults. On March 13, 2023, Debtor filed a lender liability action in Riverside Superior Court ("Superior Court") (Case No. CVSW2301837), against PCP and others to enjoin the foreclosure sale and Debtor's request for a

1   temporary restraining order ("TRO").  Debtor's counsel of record before the Superior Court is

2   Gary S. Saunders, a frequent practitioner before this Court.  Rather than await the Superior

3   Court's ruling, Debtor filed a skeletal petition at approximately 1:30 a.m. on the date of the

4   hearing.  It is presently unclear why Mr. Saunders did not decide to file this skeletal case and why

5   he has not filed any bankruptcy case in the Central District of California since September 2022

6   (*see In re Victor Hugo Flores Polanco*, Case No. 2:22-bk-15130-NB), except that this case filing

7   is improper and possibly sanctionable.

8           As further discussed herein, the case should be dismissed with a 180-day bar.

9

10  Dated: March 17, 2023                           Respectfully submitted by
                                                    GOE FORSYTHE & HODGES LLP
11
                                                    By: /s/ Robert P. Goe
12                                                       Robert P. Goe
                                                         Brandon J. Iskander
13                                                       Attorneys for Prominence Capital Partners,
                                                         LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

This is a classic example of a bad faith filing because it is an improper litigation tactic. Rather than await the Superior Court's March 14, 2023 ruling on whether it would issue a temporary restraining order against Movant's exercise of its state law remedies, Debtor took matters into his own hands and filed a 1:30 a.m. skeletal bankruptcy filing. This is the fifth bankruptcy he has filed within the last six (6) years in order to avoid foreclosures of the Property. The last three (3) bankruptcies before the current one were all filed and handled by attorney Gary S. Saunders. It appears that Debtor continues to be represented by Mr. Saunders, who for unknown reasons declined to file the bankruptcy case.

**II.    STATEMENT OF FACTS**

**A.    Pre-Bankruptcy Background**

On August 30, 2017, Debtor authorized a Chapter 11 bankruptcy filing on behalf of Lincoln James Investment Properties, LLC ("LJIP"), Case No. 6:17-bk-17285-WJ. As compensation for retaining the Turoci Firm as his Chapter 11 counsel, Mr. Scarth granted Western Star Financial Inc. a deed of trust encumbering the Property for $20,000. The purpose of the bankruptcy was for LJIP to retain the commercial real property located at 27310 Madison Ave, Ste. 103, Temecula, CA 92590 ("Madison Commercial Property"). Reorganization was unsuccessful, leading to relief from stay being granted as to the Madison Commercial Property, the case converting to one under Chapter 7, and no discharge entered.

On October 5, 2017, Debtor entered into a promissory note and deed of trust with PCP secured for sums advanced in the amount of $17,250.00 and encumbering the real property located at 31222 Mangrove Drive, Temecula, CA 92592 - APN: 961-430-054 (the "Property").

On January 17, 2018, Debtor and his wife filed a skeletal Chapter 7 petition, initiating *In re Jared Hunter Scarth and Victoria Carol Scarth*, Case No. 6:18-bk-10340-WJ. Mr. and Mrs. Scarth failed to timely file other documents required by the Bankruptcy Court, and the case was dismissed on February 5, 2018.

On April 18, 2018, Mr. and Mrs. Scarth filed *In re Jared Hunter Scarth and Victoria Carol Scarth*, Case No. 6:18-bk-13248-WJ, another Chapter 7 case.  They scheduled the Madison Commercial Property on their Schedule A/B with the notation "Potential lawsuit for wrongful foreclosure $1.8 million amount," but failed to disclose any lawsuits or claims against third parties on their Schedule B.  (See RJN, Ex. 9, at 13, 18.)  Mr. and Mrs. Scarth also falsely characterized their debt owed to PCP as unsecured despite Mr. Scarth signing a deed of trust encumbering the Property.  (See Id. at 63.)  They received a Chapter 7 discharge on July 30, 2018.

On December 20, 2019, Debtor authorized the Chapter 7 filing for Scarth and Associates, *In re Scarth and Associates*, Case No. 6:19-bk-21032-SY.  The case closed without assets or a discharge.

By November 18, 2022, the unpaid principal balance owed to PCP had grown to $48,408.87, whereupon PCP through First American Title Insurance Company recorded a Notice of Default and Election to Sell Under Deed of Trust as Document No. 2022-0476044 in the Official Records of the Riverside County Recorder's Office. (See RJN, Ex. 10).  With no response or payment from Debtor, PCP through First American caused a Notice of Trustee's Sale to be recorded as Document No. 2023-0041181 in the Official Records of the Riverside County Recorder's Office with a foreclosure auction scheduled for March 14, 2023 at 9:00 a.m. (See RJN, Ex. 11.)   The balance owed had grown to at least $50,385.28.  (*Id.*)

On March 8, 2023, or just days before the foreclosure auction, Saunders & Associates, APC made a qualified written request and demand that the trustee sale be postponed notwithstanding that the deadline to respond to a qualified written request is 30 days and is no bar to a foreclosure.

On March 13, 2023, Debtor filed a complaint in the Riverside Superior Court against Todd L. Turoci, Christopher Turoci, the Turoci Firm (*sic*), Western Star Financial, Inc., and PCP, alleges various unfair lending practices.  (See RJN, Ex. 12.)  An emergency temporary restraining order hearing was set for March 14, 2023 at 9:00 a.m.  Rather than await the Superior Court's ruling, Debtor filed the instant case at 1:30 a.m. that morning.  The Superior Court did

1  not rule on the imposition of a temporary restraining order due to the instant bankruptcy filing.

2  (See RJN, Ex. 13.)  Other than run up Movant's legal bills, it is unclear what the purpose of

3  either (1) the recently-filed state court complaint or (2) the skeletal bankruptcy filing staying the

4  same accomplishes.  It is also questionable why Gary S. Saunders is representing Debtor only in

5  the state court matter while the timing of this filing appears directly related to that

6  representation.

7  **III.  ARGUMENT**

8      **A.  "Bad Faith" Constitutes Cause to Grant Dismissal Under Section 1307(c)**

9      Bankruptcy Code section 1307(c) allows the Court, upon request of a party in interest, to

10  dismiss a chapter 13 case "for cause."  As further set forth in Section 1307(c)(5),

12          on request of a party in interest or the United States trustee and after notice and
   a hearing, the court may convert a case under this chapter to a case under

13  chapter 7 of this title, or may dismiss a case under this chapter, whichever is in
   the best interests of creditors and the estate, ***for cause***, including— . . .

14          (5) denial of confirmation of a plan under section 1325 of this title and
   denial of a request made for additional time for filing another plan or a

15          modification of a plan;

16  11 U.S.C. § 1307.

17      Even had this case not been filed for a clearly improper purpose, as Movant maintains it has

18  been, governing standards in this Circuit for conversion or dismissal compel the same result.

19  Applying the four-factor test in *Soto v. Leavitt (In re Leavitt)*, 209 B.R. 935, 940 (B.A.P. 9th Cir.

20  1997), *aff'd Leavitt v. Soto (In re Leavitt)*, 171 F.3d 1219 (9th Cir. 1999) should result in a bad

21  faith finding and dismissal of the case.

22      **B.  Application of the *Leavitt* Factors, Even at this Early Juncture, Shows Why the**

23          **Case was Not Filed in Good Faith**

24      On motion of a party in interest, the court should consider the following factors under the

25  totality of the circumstances to determine whether a Chapter 13 case was filed in bad faith:

27      (1) whether the debtor "misrepresented facts in his [petition or] plan, unfairly
   manipulated the Bankruptcy Code, or otherwise [filed] his Chapter 13 [petition or]

28  plan in an inequitable manner,"
   (2) "the debtor's history of filings and dismissals,"
   (3) whether "the debtor only intended to defeat state court litigation; and

(4) whether egregious behavior is present . . . ."

*Leavitt*, 171 F.3d at 1224 (internal citations omitted).  At this early juncture of the case, Movant submits that the Court can already determine that this case has been filed in bad faith.

     *1.   Debtor filed this Case in An Inequitable Manner*

     As mentioned *supra*, on the eve of the duly-noticed foreclosure auction, Debtor filed an action in state court asserting unfair lending practices and set a hearing for entry of a temporary restraining order.  As the Superior Court is the appropriate forum to adjudicate such claims, it is unclear just what Debtor expects this Court to adjudicate and why Debtor would so quickly frustrate the Superior Court by filing the instant case in the twilight hours before the hearing.  Not only has Debtor compounded the time and expense of PCP, it has wasted the time of both courts, e.g., the Superior Court in preparing for the emergency hearing, plus necessitating a hearing here on the Debtor's good faith.  It is also unclear why Mr. Saunders is the handling attorney for lender litigation but has apparently handed off the instant case to Benjamin Heston.

     *2.   Debtor's History of Filings and Dismissals Shows that he is Incapable of Effecting a Successful Reorganization*

     Debtor and his wife already obtained a Chapter 7 discharge in 2018 and will not be eligible for another Chapter 7 discharge until 2026.  Debtor's only experience seeking a reorganization of debts ended in disaster after Debtor failed to timely pay US Trustee fees, adequate protection payments, and the case converted to Chapter 7 after relief from stay was granted to permit foreclosure on the Madison Commercial Property.  If Debtor were truly concerned about the outcome of this case, he would have prepared a filing months in advance and would have filed a plan and schedules with his filing.  Indeed, he has had at least one case dismissed previously for failure to timely file documents.  The chances of success in this case are slim to none, especially if it is Debtor's intent to use a Chapter 13 and a springboard to file duplicative litigation to the complaint that is already pending in state court.  Movant submits that Debtor will be unable to explain under the circumstances why this filing is an earnest attempt to catch up arrears and reorganize rather than just frustrate legitimate collection activities.

*/ / /*

3.     *The Instant Filing Shows that It is to Defeat PCP's Remedies as Well as Debtor's Own Lender Litigation Case*

Under the totality of the circumstances, the Court can observe that Debtor (1) served a qualified written request on the eve of foreclosure on the false assumption that it will forestall the same, (2) filed an unfair lending complaint against PCP, requesting entry of a TRO, which would have been promptly decided by the Superior Court, and (3) filed a skeletal petition at 1:30 in the morning on the date of the Superior Court's hearing in order to stay his own complaint against the Movant.  The circumstances show that the complaint was either not filed in any seriousness or was just one act in a series of bad faith acts to prevent PCP from exercising its remedies.  A plaintiff who believed in the merits of his complaint would seek the court's ruling rather than intentionally stay it by filing a skeletal bankruptcy petition.  This factor weighs in favor of dismissal.

4.     *Egregious Behavior is Present in this Case*

PCP questions why Gary S. Saunders, Esq. filed the related lender litigation case and nearly all prior bankruptcies of the Debtor, but the present case was conveniently filed hours before the TRO hearing by someone other than Mr. Saunders.  If Debtor has more than one attorney in connection with this case, all of said attorneys must disclose their representation and compensation pursuant to Bankruptcy Rule 2016(b).

Further, to the extent that this case is a pretext to attempt to dispute PCP's security interest in the Property, it is duplicative litigation of the lender litigation case before the Superior Court. Finally, in the bankruptcy case in which they received a discharge, Debtor and his wife failed to schedule any claim against PCP for unfair lending practices and scheduled PCP with an undisputed claim.  Debtors' failure to schedule the claim in the prior case shows that either they knew they had no claim or are only recently on the eve of a foreclosure asserting that they do.  As a matter of California law, such litigation may be judicially estopped. *See International Engine Parts, Inc. v. Feddersen & Co.*, 64 Cal. App. 4th 345, 347 (1998) (judicial estoppel precluded appellants from raising in one action that which appellants had earlier failed to acknowledge in a prior bankruptcy).   In any case, the Superior Court was empowered to rule on the merits before

the Debtor filed the instant case.  Movant also submits that this factor weighs in favor of dismissal.

**C.    In Order to Find "Bad Faith," The Court Does Not Need to Find that the Debtor Acted with Fraud or Malice**

In *Leavitt*, 171 F.3d at 1224, the Ninth Circuit discussed the criterion for finding "bad faith" in connection with a bankruptcy case:

> A finding of bad faith does not require fraudulent intent by the debtor. Neither malice nor actual fraud is required to find a lack of good faith. The bankruptcy judge is not required to have evidence of debtor ill will directed at creditors, or that debtor was affirmatively attempting to violate the law malfeasance is not a prerequisite to bad faith.

*Id.* at 1224-25 (quoting *In re Powers*, 135 B.R. 980, 994 (Bankr. C.D. Cal. 1991)); *see also In re Waldron*, 785 F.2d 936, 941 (11th Cir. 1986) ("manifestations of bad faith need not be based upon a finding of actual fraud, requiring proof of malice, scienter or an intent to defraud.  We simply require that the bankruptcy courts preserve the integrity of the bankruptcy process by refusing to condone its abuse."); *In re Grieshop*, 63 B.R. 657, 663 (N.D. Ind. 1986).

Accordingly, in order to make a finding of "bad faith," the Court need not find that Debtor acted with fraud or malice.  Rather, the Court need only find that Debtor had an unworthy purpose in filing.  From the evidence set forth above and as discussed below, it is beyond dispute that Debtor has acted for the unworthy purpose of attempting to delay and harass Movant and, therefore, the petition must be deemed to be a "bad faith" filing.

**D.    The Debtor has the Burden to Prove the Petition Was Filed In Good Faith**

"Once the question of good faith/bad faith is put in issue, the party bringing the bankruptcy petition has the burden of proving that the petition was brought in good faith."  *In re Hammonds*, 139 B.R. 535, 541 (Bankr. D. Colo. 1992); *Leavitt*, 209 B.R.at 940 (B.A.P. 9th Cir. 1997) ("Debtor bears the burden of proving that the petition was filed in good faith."); *In re Powers*, 135 B.R. 980, 997 (Bankr. C.D. Cal. 1991) ("once a debtor's good faith is in issue, the debtor bears the burden of proving the petition was filed in good faith.").

> A determination as to the good faith of a bankruptcy filing requires examination of all the facts and circumstances of a particular case. In particular, it requires inquiry into any possible abuses of the provisions,

1    purposes, or spirit of bankruptcy law and into whether the debtor genuinely
2    needs the liberal protections afforded by the Bankruptcy Code.

3    *Hammonds*, 139 B.R. at 541-42 quoting *In re Campbell*, 124 B.R. 462, 464 (Bankr. W.D. Pa.

4    1991) (citation omitted).    "The test [of good faith] is whether a debtor is attempting to

5    unreasonably deter and harass creditors or attempting to affect a speedy, efficient reorganization

6    on a feasible basis." *In re Marsch*, 36 F.3d 825, 828 (9th Cir. 1994). The overall goal of the good

7    faith requirement is "to deter filings that seek to achieve objectives outside the legitimate scope of

8    the bankruptcy laws." *Id*.

9        As demonstrated below, the evidence clearly demonstrates Debtor's bad faith in the filing

10   of his petition.

11       **E.    The Evidence Of Debtor's Bad Faith is Overwhelming**

12       In determining whether a bankruptcy petition is filed in bad faith, "courts may consider

13   any factors which evidence 'an intent to abuse the judicial process and the purposes of the

14   reorganization provisions' or, in particular, factors which evidence that the petition was filed 'to

15   delay or frustrate the legitimate efforts of secured creditors to enforce their rights.'" *In re Phoenix*

16   *Piccadilly, Ltd.*, 849 F.2d 1393, 1394 (11th Cir. 1988).  *See also In re Albany Partners, Ltd.*, 749

17   F.2d 670, 674 (11th Cir. 1984); *In re Thirtieth Place, Inc.*, 30 B.R. 503 (B.A.P. 9th Cir. 1983).

18       As discussed herein, a foreclosure sale had been threatened and was about to be conducted

19   when the Debtor filed this bankruptcy case with no plan, schedules, and no statement of affairs,

20   and noticeably without the involvement of his state court counsel, Gary S. Saunders, who himself

21   is a bankruptcy practitioner and who has apparently declined to present the merits of this case to

22   the Court.  As Debtor admits, PCP is the only real creditor, and Debtor has shown absolutely no

23   evidence of an ability to reorganize and no income.

24       Based upon the above, Debtor has no viable basis for filing for bankruptcy protection

25   other than to hinder and delay Movant from foreclosing on the Property.

26   / / /

27

28   / / /

IV.  **CONCLUSION**

In light of the foregoing, Movant requests that this Court enter an order granting this Motion and dismissing the above-entitled Chapter 13 bankruptcy case.

Dated: March 17, 2023                          Respectfully submitted by,

                                               **GOE FORSYTHE & HODGES LLP**

                                               By: /s/ Robert P. Goe
                                                    Robert P. Goe
                                                    Brandon J. Iskander
                                                    Attorneys for Prominence Capital Partners,
                                                    LLC

### DECLARATION OF CHRISTOPHER TUROCI

I, Christopher Turoci, declare and state as follows:

1.    I am Chief Executive Officer of Prominence Capital Partners, LLC ("PCP" or "Movant").   I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.   All capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

2.    I make this declaration in support of PCP's Motion to Dismiss Chapter 13 Proceeding for Bad Faith Filing ("Motion").   I have reviewed the facts contained in the Motion and they are true and correct to the best of my knowledge.

3.    On or about March 8, 2023, I received a Qualified Written Request served on my by the office of Gary S. Saunders, Esq., Saunders & Associates, APC.  A true and correct copy of the Qualified Written Request is attached hereto and incorporated herein as **Exhibit 1**.

4.    On March 14, 2023, I appeared at the Superior Court on behalf of PCP to hear the ruling on Debtor's request for a temporary restraining order.  At the hearing, Debtor's state court counsel advised that a bankruptcy had already been filed.

5.    For the reasons set forth in the Motion, I believe that the bankruptcy case was filed in bad faith and without a legitimate bankruptcy purpose.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 17, 2023, at Glendora, California.

_____
Christopher Turoci

# EXHIBIT 1

# EXHIBIT 1

# Saunders & Associates, APC

**Qualified Written Request - 12 U.S. Code § 2605(e)
DEMAND TO IMMEDIATELY POSTPONE TRUSTEE SALE**

March 8, 2023

Prominence Capital Partners
c/o First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving TX 75063
fatssnondirect@firstam.com

RE:    Victoria and Jared Scarth
       31222 Mangrove Temecula CA 92592
       APN: 961-430-054
       TS: CA 2200287323

To Whom It May Concern:

This letter is to place you on notice of demand and representation.

Saunders & Associates, APC, represents Victoria and Jared Scarth with regards to the new action our client will be bringing against your company, services and trustee. All future communications are to go through our office. You are to no longer communicate directly or attempt to negotiate the matter at hand with our client. If you have counsel for litigation matters, forward this communication to them.

This demand is a "qualified written request" under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e). This request is made on behalf of my client, Victoria and Jared Scarth based on the dispute of the amount alleged to be due and owing contained in the Prominence Capital Partners c/o First American Title Insurance Company.  Notice Of Default (NOD) and/or Notice Of Sale (NOS). Specifically, we are requesting a breakdown of the following information:

1. The monthly principal and interest payment, and monthly escrow payment from 11/18/22.

2. The total amount, separately listed and identified, for any unpaid principal, interest, escrow charges, and other charges due and owing as of 11/18/22.

3. The total amount paid by Victoria and Jared Scarth on the mortgage account as of the date of the notice of default.

4. For each payment received from 11/18/22 indicate the amount of the payment, the date received, the date posted to the account, how the payment was applied or credited (indicating the portion, if any, applied or credited to principal, interest, escrow, suspense or other treatment), and the month to which the payment was applied. If interest is calculated using a daily accrual accounting method, indicate for each payment the number of days that lapsed from the prior payment application date.

Exhibit 1                    Page 1 of 12                    1

5. The amount, payment date, purpose, and recipient of all foreclosure expenses, late charges, NSF check charges, appraisal fees, property inspection and preservation fees, force placed insurance charges, legal fees, bankruptcy and proof of claim fees, recoverable corporate advances, and other expenses or costs that have been charged and/or assessed to 11/18/22 mortgage account from 11/18/22.

6. The amount, payment date, purpose, and recipient of all escrow account items, including but not limited to taxes, water and sewer charges, and insurance premiums, charged and/or assessed to Victoria and Jared Scarth mortgage account from 11/18/22.

7. A breakdown of the current escrow account payment showing how it was calculated and the reasons for any increase or decrease in the months prior to [date]. Indicate the date when the last escrow account analysis was conducted on the mortgage account.

8. The balance in the escrow account as of 11/18/22.

9. The balance in any suspense account as of 11/18/22 and the reason why such funds were deposited in said account.

10. The current interest rate on Victoria and Jared Scarth mortgage account.

11. To the extent that Prominence Capital Partners c/o First American Title Insurance Company has charged to the Victoria and Jared Scarth mortgage account any late fees appraisal fees, Broker Price Opinion fees (BPO), property inspection and preservation fees, legal fees, recoverable corporate advances, and other fees or costs in connection with the notice of default and Prominence Capital Partners c/o First American Title Insurance Company  claim that the account is in default, [client] disputes such fees and costs and specifically requests that the account be corrected to delete such fees and costs.

**U.S.C. section 1601. RESPA provides substantial penalties and fines for non-compliance or failure to answer our questions provided in this letter within sixty (60) days of its receipt.**

Finally, if you are not the current holder of the note and mortgage relating to **Victoria and Jared Scarth** mortgage account, please provide the name and address of said holder and indicate your relationship to this entity. Also, please indicate the date when you began servicing **Victoria and Jared Scarth** mortgage account, and if you acquired the servicing rights in this mortgage account following a transfer of servicing from another servicer, state the name of the prior servicer and the effective date of the transfer of servicing to **Prominence Capital Partners c/o First American Title Insurance Company.**

We are also demanding that you let us know if in writing if **Prominence Capital Partners c/o First American Title Insurance Company** intends to violate the following Federal law and proceed with the NOD, NOS and foreclosure without providing the requested information:

**12 U.S. Code § 2605 - Servicing Of Mortgage Loans And Administration Of Escrow Accounts**

**(a) Disclosure to applicant relating to assignment, sale, or transfer of loan servicing**

Each person who makes a federally related mortgage loan shall disclose to each person who applies for the loan, at the time of application for the loan, whether the servicing of the loan may be assigned, sold, or transferred to any other person at any time while the loan is outstanding.

Exhibit 1                    Page 2 of 12                    2

**(b) Notice by transferor of loan servicing at time of transfer**

**(1) Notice requirement**

Each servicer of any federally related mortgage loan shall notify the borrower in writing of any assignment, sale, or transfer of the servicing of the loan to any other person.

**(2) Time of notice**

**(A) In general**
Except as provided under subparagraphs (B) and (C), the notice required under paragraph (1) shall be made to the borrower not less than 15 days before the effective date of transfer of the servicing of the mortgage loan (with respect to which such notice is made).

**(B) Exception for certain proceedings**
The notice required under paragraph (1) shall be made to the borrower not more than 30 days after the effective date of assignment, sale, or transfer of the servicing of the mortgage loan (with respect to which such notice is made) in any case in which the assignment, sale, or transfer of the servicing of the mortgage loan is preceded by:

(i)     termination of the contract for servicing the loan for cause;
(ii)    commencement of proceedings for bankruptcy of the servicer; or
(iii)   commencement of proceedings by the Federal Deposit Insurance Corporation or the Resolution Trust Corporation for conservatorship or receivership of the servicer (or an entity by which the servicer is owned or controlled).

**(C) Exception for notice provided at closing**
The provisions of subparagraphs (A) and (B) shall not apply to any assignment, sale, or transfer of the servicing of any mortgage loan if the person who makes the loan provides to the borrower, at settlement (with respect to the property for which the mortgage loan is made), written notice under paragraph (3) of such transfer.

**(3) Contents of notice**
The notice required under paragraph (1) shall include the following information:

**(A)** The effective date of transfer of the servicing described in such paragraph.

**(B)** The name, address, and toll-free or collect call telephone number of the transferee servicer.

**(C)** A toll-free or collect call telephone number for (i) an individual employed by the transferor servicer, or (ii) the department of the transferor servicer, that can be contacted by the borrower to answer inquiries relating to the transfer of servicing.

**(D)** The name and toll-free or collect call telephone number for (i) an individual employed by the transferee servicer, or (ii) the department of the transferee servicer, that can be contacted by the borrower to answer inquiries relating to the transfer of servicing.

**(E)** The date on which the transferor servicer who is servicing the mortgage loan before the assignment, sale, or transfer will cease to accept payments relating to the loan and the date on which the transferee

servicer will begin to accept such payments.

**(F)** Any information concerning the effect the transfer may have, if any, on the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance and what action, if any, the borrower must take to maintain coverage.

**(G)** A statement that the assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the security instruments other than terms directly related to the servicing of such loan.

## (c) Notice by transferee of loan servicing at time of transfer

### (1) Notice requirement
Each transferee servicer to whom the servicing of any federally related mortgage loan is assigned, sold, or transferred shall notify the borrower of any such assignment, sale, or transfer.

### (2) Time of notice

#### (A) In general
Except as provided in subparagraphs (B) and (C), the notice required under paragraph (1) shall be made to the borrower not more than 15 days after the effective date of transfer of the servicing of the mortgage loan (with respect to which such notice is made).

#### (B) Exception for certain proceedings
The notice required under paragraph (1) shall be made to the borrower not more than 30 days after the effective date of assignment, sale, or transfer of the servicing of the mortgage loan (with respect to which such notice is made) in any case in which the assignment, sale, or transfer of the servicing of the mortgage loan is preceded by:

> **(i)**   the termination of the contract for servicing the loan for cause;
> **(ii)**  commencement of proceedings for bankruptcy of the servicer; or
> **(iii)** commencement of proceedings by the Federal Deposit Insurance Corporation or the Resolution Trust Corporation for conservatorship or receivership of the servicer (or an entity by which the servicer is owned or controlled).

#### (C) Exception for notice provided at closing
The provisions of subparagraphs (A) and (B) shall not apply to any assignment, sale, or transfer of the servicing of any mortgage loan if the person who makes the loan provides to the borrower, at settlement (with respect to the property for which the mortgage loan is made), written notice under paragraph (3) of such transfer.

### (3) Contents of notice
Any notice required under paragraph (1) shall include the information described in subsection (b)(3).

## (d) Treatment of loan payments during transfer period
During the 60-day period beginning on the effective date of transfer of the servicing of any federally related mortgage loan, a late fee may not be imposed on the borrower with respect to any payment on such loan and no such payment may be treated as late for any other purposes, if the payment is received by the transferor servicer (rather than the transferee servicer who should properly receive payment) before the due date applicable to such payment.

**(e) Duty of loan servicer to respond to borrower inquiries**

**(1) Notice of receipt of inquiry**

**(A) In general**
If any servicer of a federally related mortgage loan receives a qualified written request from the borrower (or an agent of the borrower) for information relating to the servicing of such loan, the servicer shall provide a written response acknowledging receipt of the correspondence within 5 days (excluding legal public holidays, Saturdays, and Sundays) unless the action requested is taken within such period.

**(B)Qualified written request** For purposes of this subsection, a qualified written request shall be a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, that:

    **(i)** includes, or otherwise enables the servicer to identify, the name and account of the borrower; and
    **(ii)** includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to the servicer regarding other information sought by the borrower.

**(2) Action with respect to inquiry**
Not later than 30 days (excluding legal public holidays, Saturdays, and Sundays) after the receipt from any borrower of any qualified written request under paragraph (1) and, if applicable, before taking any action with respect to the inquiry of the borrower, the servicer shall—

**(A)** make appropriate corrections in the account of the borrower, including the crediting of any late charges or penalties, and transmit to the borrower a written notification of such correction (which shall include the name and telephone number of a representative of the servicer who can provide assistance to the borrower);

**(B)** after conducting an investigation, provide the borrower with a written explanation or clarification that includes:

    **(i)** to the extent applicable, a statement of the reasons for which the servicer believes the account of the borrower is correct as determined by the servicer; and
    **(ii)** the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower; or

**(C)** after conducting an investigation, provide the borrower with a written explanation or clarification that includes:

    **(i)** information requested by the borrower or an explanation of why the information requested is unavailable or cannot be obtained by the servicer; and
    **(ii)** the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower.

**(3) Protection of credit rating**
During the 60-day period beginning on the date of the servicer's receipt from any borrower of a qualified written request relating to a dispute regarding the borrower's payments, a servicer may not provide

information regarding any overdue payment, owed by such borrower and relating to such period or qualified written request, to any consumer reporting agency (as such term is defined under section 1681a of title 15).

**(4) Limited extension of response time**

The 30-day period described in paragraph (2) may be extended for not more than 15 days if, before the end of such 30-day period, the servicer notifies the borrower of the extension and the reasons for the delay in responding.

## (f) Damages and costs

Whoever fails to comply with any provision of this section shall be liable to the borrower for each such failure in the following amounts:

**(1) Individuals**

In the case of any action by an individual, an amount equal to the sum of—

**(A)** any actual damages to the borrower as a result of the failure; and

**(B)** any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000.

**(2) Class actions**

In the case of a class action, an amount equal to the sum of—

**(A)** any actual damages to each of the borrowers in the class as a result of the failure; and

**(B)** any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not greater than $2,000 for each member of the class, except that the total amount of damages under this subparagraph in any class action may not exceed the lesser of:

    **(i)** $1,000,000; or
    **(ii)** 1 percent of the net worth of the servicer.

**(3) Costs**

In addition to the amounts under paragraph (1) or (2), in the case of any successful action under this section, the costs of the action, together with any attorney's fees incurred in connection with such action as the court may determine to be reasonable under the circumstances.

**(4) Nonliability**

A transferor or transferee servicer shall not be liable under this subsection for any failure to comply with any requirement under this section if, within 60 days after discovering an error (whether pursuant to a final written examination report or the servicer's own procedures) and before the commencement of an action under this subsection and the receipt of written notice of the error from the borrower, the servicer notifies the person concerned of the error and makes whatever adjustments are necessary in the appropriate account to ensure that the person will not be required to pay an amount in excess of any amount that the person otherwise would have paid.

## (g) Administration of escrow accounts

If the terms of any federally related mortgage loan require the borrower to make payments to the servicer of the loan for deposit into an escrow account for the purpose of assuring payment of taxes, insurance premiums, and other charges with respect to the property, the servicer shall make payments from the escrow account for such taxes, insurance premiums, and other charges in a timely manner as such payments become due. Any balance in any such account that is within the servicer's control at the time the loan is paid off shall be promptly returned to the borrower within 20 business days or credited to a similar account for a new mortgage loan to the borrower with the same lender.

**(h) Preemption of conflicting State laws**

Notwithstanding any provision of any law or regulation of any State, a person who makes a federally related mortgage loan or a servicer shall be considered to have complied with the provisions of any such State law or regulation requiring notice to a borrower at the time of application for a loan or transfer of the servicing of a loan if such person or servicer complies with the requirements under this section regarding timing, content, and procedures for notification of the borrower.

**(i) Definitions**

For purposes of this section:

**(1) Effective date of transfer**

The term "effective date of transfer" means the date on which the mortgage payment of a borrower is first due to the transferee servicer of a mortgage loan pursuant to the assignment, sale, or transfer of the servicing of the mortgage loan.

**(2) Servicer**

The term "servicer" means the person responsible for servicing of a loan (including the person who makes or holds a loan if such person also services the loan). The term does not include:

**(A)** the Federal Deposit Insurance Corporation or the Resolution Trust Corporation, in connection with assets acquired, assigned, sold, or transferred pursuant to section 1823(c) of this title or as receiver or conservator of an insured depository institution; and

**(B)** the Government National Mortgage Association, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Resolution Trust Corporation, or the Federal Deposit Insurance Corporation, in any case in which the assignment, sale, or transfer of the servicing of the mortgage loan is preceded by:

**(i)** termination of the contract for servicing the loan for cause;
**(ii)** commencement of proceedings for bankruptcy of the servicer; or
**(iii)** commencement of proceedings by the Federal Deposit Insurance Corporation or the Resolution Trust Corporation for conservatorship or receivership of the servicer (or an entity by which the servicer is owned or controlled).

**(3) Servicing**

The term "servicing" means receiving any scheduled periodic payments from a borrower pursuant to the terms of any loan, including amounts for escrow accounts described in section 2609 of this title, and making the payments of principal and interest and such other payments with respect to the amounts received from the borrower as may be required pursuant to the terms of the loan.

**(j)Transition**

**(1) Originator liability**

A person who makes a federally related mortgage loan shall not be liable to a borrower because of a failure of such person to comply with subsection (a) with respect to an application for a loan made by the borrower before the regulations referred to in paragraph (3) take effect.

**(2) Servicer liability**

A servicer of a federally related mortgage loan shall not be liable to a borrower because of a failure of the servicer to perform any duty under subsection (b), (c), (d), or (e) that arises before the regulations referred to in paragraph (3) take effect.

**(3) Regulations and effective date**

The Bureau shall establish any requirements necessary to carry out this section. Such regulations shall include the model disclosure statement required under subsection (a)(2).

**(k)Servicer prohibitions**

**(1) In general**

A servicer of a federally related mortgage shall not—

**(A)** obtain force-placed hazard insurance unless there is a reasonable basis to believe the borrower has failed to comply with the loan contract's requirements to maintain property insurance;

**(B)** charge fees for responding to valid qualified written requests (as defined in regulations which the Bureau of Consumer Financial Protection shall prescribe) under this section;

**(C)** fail to take timely action to respond to a borrower's requests to correct errors relating to allocation of payments, final balances for purposes of paying off the loan, or avoiding foreclosure, or other standard servicer's duties;

**(D)** fail to respond within 10 business days to a request from a borrower to provide the identity, address, and other relevant contact information about the owner or assignee of the loan; or

**(E)** fail to comply with any other obligation found by the Bureau of Consumer Financial Protection, by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

**(2) Force-placed insurance defined**

For purposes of this subsection and subsections (l) and (m), the term "force placed insurance" means hazard insurance coverage obtained by a servicer of a federally related mortgage when the borrower has failed to maintain or renew hazard insurance on such property as required of the borrower under the terms of the mortgage.

**(l) Requirements for force-placed insurance**

A servicer of a federally related mortgage shall not be construed as having a reasonable basis for obtaining forced-placed insurance unless the requirements of this subsection have been met.

**(1) Written notices to borrower**

A servicer may not impose any charge on any borrower for force-placed insurance with respect to any property securing a federally related mortgage unless:

Exhibit 1                    Page 8 of 12        8

**(A)** the servicer has sent, by first-class mail, a written notice to the borrower containing:

> **(i)** a reminder of the borrower's obligation to maintain hazard insurance on the property securing the federally related mortgage;
>
> **(ii)** a statement that the servicer does not have evidence of insurance coverage of such property;
>
> **(iii)** a clear and conspicuous statement of the procedures by which the borrower may demonstrate that the borrower already has insurance coverage; and
>
> **(iv)** a statement that the servicer may obtain such coverage at the borrower's expense if the borrower does not provide such demonstration of the borrower's existing coverage in a timely manner;

**(B)** the servicer has sent, by first-class mail, a second written notice, at least 30 days after the mailing of the notice under subparagraph (A) that contains all the information described in each clause of such subparagraph; and

**(C)** the servicer has not received from the borrower any demonstration of hazard insurance coverage for the property securing the mortgage by the end of the 15-day period beginning on the date the notice under subparagraph (B) was sent by the servicer.

**(2) Sufficiency of demonstration**

A servicer of a federally related mortgage shall accept any reasonable form of written confirmation from a borrower of existing insurance coverage, which shall include the existing insurance policy number along with the identity of, and contact information for, the insurance company or agent, or as otherwise required by the Bureau of Consumer Financial Protection.

**(3) Termination of force-placed insurance**

Within 15 days of the receipt by a servicer of confirmation of a borrower's existing insurance coverage, the servicer shall:

**(A)** terminate the force-placed insurance; and

**(B)** refund to the consumer all forced-placed insurance premiums paid by the borrower during any period during which the borrower's insurance coverage and the forced-placed insurance coverage were each in effect, and any related fees charged to the consumer's account with respect to the forced-placed insurance during such period.

**(4) Clarification with respect to Flood Disaster Protection Act**

No provision of this section shall be construed as prohibiting a servicer from providing simultaneous or concurrent notice of a lack of flood insurance pursuant to section 4012a(e) of title 42.

**(m) Limitations on force-placed insurance charges**

All charges, apart from charges subject to State regulation as the business of insurance, related to forced-placed insurance imposed on the borrower by or through the servicer shall be bona fide and reasonable.

Please be further advised that we believe that electronically stored information ("ESI") is an important and irreplaceable of discovery and/or evidence in connection with the disputed escribed above. If litigation is necessary to protect our client's rights, the discovery requests to be served in this matter will seek information from computer systems, removable electronic media and other locations for you as well as from any agents and individual employees of the above referenced parties, who were involved in or dealt with matters relevant to the dispute described above. This includes, but is not limited to, e-mail, instant messaging, text messages, voice mail

Exhibit 1                    Page 9 of 12          9

messages, and other electronic communications, word processing documents, spreadsheets, databases, calendars, telephone logs.

Therefore, YOU ARE HEREBY GIVEN NOTICE to immediately take all steps necessary to prevent the destruction, loss, concealment, or alteration of any paper, document, or electronically stored information and other data or information generated by and/or stored on your computers and storage media (e.g., hard disks, floppy disks, back up tapes, etc.), and email related to our demand for restitution.

ESI should be afforded the broadest possible definition and includes, but is not limited to, all digital communications (e.g., e-mail, voicemail, instant messaging), word processed documents (e.g. Word and WordPerfect documents and drafts), spreadsheets and tables (e.g. Excel and Lotus 123 worksheets), accounting application data (such as QuickBooks, Money, or Peachtree), image and facsimile files (including PDF, TIFF, JPG, and GIF images), sound recordings (including WAV and MP3 files), video recordings, all databases, all contact and relationship management data, calendar and diary application data, online access data (including temporary, Internet files, History, and Cookies), all presentations (including PowerPoint and Corel), all network access and server activity logs, all data created with the use of any Personal Data Assistant (PDA) such as Palm Pilot, iPhone, any cellular phone, note pads, Blackberry, or other Windows-based or Pocket PC devices, all CAD files, and all back-up and archival files.

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. You must also intervene to prevent loss due to routine operations and employ proper techniques to safeguard all such evidence.

Because hard copies do not preserve electronic searchability or meta data, they are not an adequate substitute for ESI. If information exists in both electronic and paper form, you should preserve them both.

## Litigation Hold

You are requested to immediately initiate a litigation hold for potentially relevant ESI, documents, and tangible things, and to act diligently and in good faith to secure and audit compliance with that litigation hold. You are also requested to preserve and not destroy all passwords, decryption procedures (including, if necessary, the software to decrypt the files), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view, and (if necessary) reconstruct any ESL. You should not pack, compress, purge, or dispose of any file or any part thereof.

You are further requested to immediately identify and modify or suspend features of your operations, information systems, and devices that, in routine operations, operate to cause the loss of documents, tangible items, or EIS Examples of such features and operations include, but are not limited to, purging the contents of e-mail repositories by age, capacity, or other criteria; using data or media wiping, disposal, erasure, or encryption utilities or devices; overwriting, erasing, destroying, or discarding backup media; reassigning, re-imaging or disposing of systems, servers, devices, or media; running antivirus or other programs that alter meta data; using meta data stripper utilities; and destroying documents or any ESI by age or other criteria.

## Servers

With respect to servers like those used to manage electronic mail and network storage, the entire contents of each user's network share and e-mail account should be preserved and not modified.

## Storage

With respect to on-line storage and/or direct devices attached to your main frame computers and/or minicomputers, in addition to the above, you are not to modify or delete any ESI, "deleted" files, and/or file fragments existing on the date of this letter's delivery that contain potentially relevant information.

With regard to all electronic media used for off-line storage, including magnetic tapes and cartridges, optical media, electronic media, and other media or combinations of media containing potentially relevant information, you are requested to stop any activity which may result in the loss of any ESI, including rotation, destruction, overwriting and erasure in whole or in part. This request is intended to cover all media used for data or information storage in connection with your computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes, and all other media, whether used with personal computers, minicomputers, main frames or other computers, and whether containing backup and/or archival ESI.

**Personal Computers**

You should take immediate steps to preserve all ESI on all personal computers used by your officers, directors and employees, including all secretaries and assistants, that in any way relate to Robin Rosenzweig's demand for restitution. As to fixed devices, (I)a true and correct copy is to be made of all such ESI, including all active files and completely restored versions of all deleted electronic files and file fragments; (2) full directory listings (including hidden files) for all directories and subdirectories (including hidden directories) on such fixed devices should be written; and (3) all such copies and listings are to be preserved until this litigation is ended.

Floppy diskettes, CDs, DVDs, tapes, and other non-fixed media relating to this matter are to be collected and stored pending resolution of this litigation.

**Portable Systems**

In addition to your immediate preservation of ESI, documents and tangible items in your business, on servers and work stations, you should also determine if any home or portable systems may contain potentially relevant data or information. To the extent that officers, board members, or employees have sent or received potentially relevant emails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices, and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R discs, PDAs, smart phones, voicemail boxes, or other forms of ESI storage). Additionally, if any employees, officers, or directors used online or browser-based e-mail accounts or services to send or receive potentially relevant messages and attachments, the contents of these account mailboxes should be preserved.

**Evidence Created or Acquired in the Future**

With regard to documents, tangible things, and ESI that are created or come into your custody, possession, or control subsequent to the date of delivery of this letter, potentially relevant evidence is to be preserved. You should take all appropriate action to avoid destruction of potentially relevant evidence.

Please forward a copy of this letter to all persons and entities possessing or controlling potentially relevant evidence. Your obligation to preserve potentially relevant evidence is required by law and failure to comply is punishable by law.

Govern yourself accordingly. You are afforded 30 days from receipt of this correspondence to comply. Please contact our office if you have any questions regarding this debt validation and electronically stored information

Exhibit 1                    Page 11 of 12        11

("ESI") demand letter.

Best Regards,

Saunders & Associates, APC

Gary S. Saunders
CEO/Attorney

Exhibit 1                                    Page 12 of 12          12

# REQUEST FOR JUDICIAL NOTICE

Prominence Capital Partners, secured creditor of the above-referenced bankruptcy estate respectfully requests the Court take judicial notice of the following documents in support of his *Motion to Dismiss Chapter 13 Proceeding for Bad Faith Filing* ("Motion") filed concurrently herewith.

2. PACER docket for 6:17-bk-17285-WJ - Lincoln James Investment Properties, LLC is attached hereto as **Exhibit 2**.

3. PACER docket for 6:18-bk-10340-WJ – Jared Hunter Scarth dba Lincoln James Investment Properties, LLC and Victoria Carol Scarth is attached hereto as **Exhibit 3**.

4. PACER docket for 6:18-bk-13248-WJ - Jared Hunter Scarth dba Lincoln James Investment Properties, LLC and Victoria Carol Scarth is attached hereto as **Exhibit 4**.

5. PACER docket for 6:19-bk-21032-SY - Scarth and Associates fbda Pacific Floor Co., fdba Pacific Interiors, fdba Pacific Interiors and Floors, fbda Pacific Floor Company, fbda Pacific Wholesale Floorcovering, fbda Pacific Wholesale Floor Coverings is attached hereto as **Exhibit 5**.

6. PACER docket for 6:23-10960-WJ Jared Hunter Scarth is attached hereto as **Exhibit 6**.

7. PACER query dated March 16, 2023, on all cases involving "Gary Saunders" in the Central District of California Bankruptcy Court is attached hereto as **Exhibit 7**.

8. Deed of Trust recorded October 5, 2017, as 2017-0413611 in Riverside County, between Debtor Jared H. Scarth and Prominence Capital Partners, LLC is attached hereto as **Exhibit 8**.

9. Voluntary Petition for USBC Case Number 6:18-bk-13248-WJ filed on April 18, 2018, by Debtor Jared Hunter Scarth is attached hereto as **Exhibit 9**.

10. The Notice of Default recorded in Riverside County by Prominence Capital Partners, LLC on November 18, 2022, as Document Number 2022-0476044 is

attached hereto as **Exhibit 10**.

11. The Notice of Trustee Sale recorded in Riverside County by Prominence Capital Partners, LLC on December 14, 20223, as Document Number 2022-0041181 is attached hereto as **Exhibit 11**.

12. The Complaint filed on March 13, 2023, in the Riverside Superior Court by Debtor Jared H. Scarth against Todd L. Turoci, Christopher J. Turoci, The Turoci Firm, Inc., Western Star Financial, Inc., Prominence Capital Parters [sic], LLC and Does 1-100, Inclusive is attached hereto as **Exhibit 12**.

Dated: March 17, 2023                                Respectfully submitted by

                                                 **GOE FORSYTHE & HODGES LLP**

                                                 By: /s/Robert P. Goe_____
                                                      Robert P. Goe
                                                      Attorneys for Prominence Capital Partners

# EXHIBIT 2

# EXHIBIT 2

CONVERTED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:17-bk-17285-WJ

*Date filed:* 08/30/2017
*Date converted:* 12/29/2017
*Date terminated:* 04/24/2018
*341 meeting:* 02/20/2018

*Assigned to:* Wayne E. Johnson
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
No asset

*Debtor disposition:* Discharge Not Applicable

| | |
|---|---|
| **Debtor**<br>**Lincoln James Investment Properties, LLC**<br>27310 Madison Ave, STE 103<br>Temecula, CA 92590<br>RIVERSIDE-CA<br>Tax ID / EIN: 46-1704246 | represented by **Todd L Turoci**<br>The Turoci Firm<br>3845 Tenth Street<br>Riverside, CA 92501<br>888-332-8362<br>Fax : 866-762-0618<br>Email: mail@theturocifirm.com |
| **Trustee**<br>**Robert Whitmore (TR)**<br>3600 Lime St Ste 616<br>Riverside, CA 92501<br>(951) 276-9292 | |
| **U.S. Trustee**<br>**United States Trustee (RS)**<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3200<br>(951) 276-6990 | represented by **Everett L Green**<br>Office of the US Trustee<br>3801 University Avenue<br>Ste 720<br>Riverside, CA 92501<br>951-276-6063<br>Fax : 951-276-6973<br>Email: everett.l.green@usdoj.gov<br><br>**Mohammad Tehrani**<br>3801 University Ave Ste 720<br>Riverside, CA 92501<br>951-276-6990<br>Fax : 951-276-6973<br>Email: mtehrani@duanemorris.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/30/2017 | 1<br>(32 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 08/30/2017) |
| 08/30/2017 | 2<br>(1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 08/30/2017) |
| 08/30/2017 | | Receipt of Voluntary Petition (Chapter 11)(6:17-bk-17285) [misc,volp11] (1717.00) Filing Fee. Receipt number 45492650. Fee amount 1717.00. (re: Doc# 1) (U.S. |

Exhibit 2 Page 1 of 8

| | | |
|---|---|---|
| 08/30/2017 | 3<br>(2 pgs) | Corporate resolution authorizing filing of petitions Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 08/30/2017) |
| 08/31/2017 | 4<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Carlyon, Candace. (Carlyon, Candace) (Entered: 08/31/2017) |
| 08/31/2017 | 5<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rogan, Richard. (Rogan, Richard) (Entered: 08/31/2017) |
| 08/31/2017 | | Receipt of Certification Fee - $11.00 by 14. Receipt Number 60139073. (admin) (Entered: 08/31/2017) |
| 09/05/2017 | 6<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 9/26/2017 at 02:30 PM at RM 720, 3801 University Ave., Riverside, CA 92501. (Eudy, Debra) (Entered: 09/05/2017) |
| 09/07/2017 | 7<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting of Creditors Chapter 11 & 12) No. of Notices: 10. Notice Date 09/07/2017. (Admin.) (Entered: 09/07/2017) |
| 09/19/2017 | 8<br>(8 pgs) | Motion to Set Last Day to File Proofs of Claim Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 09/19/2017) |
| 09/20/2017 | 9<br>(1 pg) | Order Granting Motion To Set Set Last Day To File Proofs of Claim (BNC-PDF) (Related Doc # 8) Signed on 9/20/2017. Proofs of Claims due by 12/29/2017. Government Proof of Claim due by 3/19/2018. (Gooch, Yvonne) (Entered: 09/20/2017) |
| 09/21/2017 | 10<br>(4 pgs) | Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 09/21/2017) |
| 09/21/2017 | 11<br>(17 pgs) | Application to Employ The Turoci Firm as General Bankruptcy Counsel Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 09/21/2017) |
| 09/21/2017 | 12<br>(4 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)11 Application to Employ The Turoci Firm as General Bankruptcy Counsel Filed by Debtor Lincoln James Investment Properties, LLC). (Turoci, Todd) (Entered: 09/21/2017) |
| 09/22/2017 | 13<br>(5 pgs) | Amending Schedules (D) *to add creditor Coast Assessment Service Company* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 09/22/2017) |
| 09/22/2017 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) Fee)(6:17-bk-17285-WJ) [misc,amdsch] ( 31.00) Filing Fee. Receipt number 45629134. Fee amount 31.00. (re: Doc# 13) (U.S. Treasury) (Entered: 09/22/2017) |
| 09/22/2017 | 14<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)9 Order on Motion To Set Last Day to File Proofs of Claim (BNC-PDF)) No. of Notices: 1. Notice Date 09/22/2017. (Admin.) (Entered: 09/22/2017) |
| 10/03/2017 | 15<br>(57 pgs) | Motion to Use Cash Collateral Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 10/03/2017) |
| 10/03/2017 | 16 | Hearing Set (RE: related document(s)15 Motion to Use Cash Collateral filed by Debtor Lincoln James Investment Properties, LLC) The Hearing date is set for |

| | | |
|---|---|---|
| | | ...01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 10/03/2017) |
| 10/05/2017 | [17](#)<br>(8 pgs) | Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) *to amend payments related to bankruptcy* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 10/05/2017) |
| 10/05/2017 | [18](#)<br>(2 pgs) | Disclosure of Compensation of Attorney for Debtor (Official Form 2030) *amending amount received prior to filing* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 10/05/2017) |
| 10/05/2017 | [19](#)<br>(3 pgs) | Objection (related document(s): [11](#) Application to Employ The Turoci Firm as General Bankruptcy Counsel filed by Debtor Lincoln James Investment Properties, LLC) Filed by U.S. Trustee United States Trustee (RS) (Green, Everett) (Entered: 10/05/2017) |
| 10/06/2017 | [20](#)<br>(3 pgs) | Reply to (related document(s): [15](#) Motion to Use Cash Collateral filed by Debtor Lincoln James Investment Properties, LLC) *Reply of Secured Creditor Happy Rock Merchant Solutions, LLC to Debtor's Motion to Approve Use of Cash Collateral* Filed by Creditor Happy Rock Merchant Solutions, LLC (Rogan, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | [21](#)<br>(5 pgs) | Declaration re: *Declaration of Richard A. Rogan in Support of Reply of Secured Creditor Happy Rock Merchant Solutions, LLC to Debtor's Motion to Approve Use of Cash Collateral* Filed by Creditor Happy Rock Merchant Solutions, LLC (RE: related document(s)[20](#) Reply). (Rogan, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | [22](#)<br>(23 pgs) | Declaration re: *Objection to Application to Employ The Turoci Firm as General Bankruptcy Counsel* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)[19](#) Objection). (Green, Everett) (Entered: 10/06/2017) |
| 10/06/2017 | [23](#)<br>(3 pgs) | Proof of service *of U.S. Trustee's Objection to Application to Employ The Turoci Firm as General Bankruptcy Cousel & Supporting Declaration* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)[19](#) Objection). (Green, Everett) (Entered: 10/06/2017) |
| 10/24/2017 | [24](#)<br>(2 pgs) | Document Hearing Held - Motion granted. (RE: related document(s)[15](#) Motion to Use Cash Collateral filed by Debtor Lincoln James Investment Properties, LLC) (Jefferson, Angie) (Entered: 10/25/2017) |
| 10/26/2017 | [25](#)<br>(6 pgs) | Notice of lodgment *on Order Granting Motion to Approve Use of Cash Collateral and Adequate Protection (with Proof of Service)* Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s) 16 Hearing Set (RE: related document(s)[15](#) Motion to Use Cash Collateral filed by Debtor Lincoln James Investment Properties, LLC) The Hearing date is set for 10/24/2017 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson). (Turoci, Todd) (Entered: 10/26/2017) |
| 10/26/2017 | [26](#)<br>(6 pgs) | Notice of lodgment *on Order Granting Motion to Approve Use of Cash Collateral and Adequate Protection (with Proof of Service)* Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)[15](#) Motion to Use Cash Collateral Filed by Debtor Lincoln James Investment Properties, LLC). (Turoci, Todd) (Entered: 10/26/2017) |
| 10/27/2017 | [27](#)<br>(2 pgs) | Order Granting Motion To Use Cash Collateral (BNC-PDF) (Related Doc # [15](#) ) Signed on 10/27/2017 (Gooch, Yvonne) (Entered: 10/27/2017) |
| 10/29/2017 | [28](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[27](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 10/29/2017. (Admin.) (Entered: 10/29/2017) |

| | | |
|---|---|---|
| 10/31/2017 | [29](#)<br>(20 pgs) | Monthly Operating Report. Operating Report Number: One (1). For the Month Ending 9/30/2017 Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 10/31/2017) |
| 10/31/2017 | [30](#)<br>(3 pgs) | Notice of Hearing Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)[11](#) Application to Employ The Turoci Firm as General Bankruptcy Counsel Filed by Debtor Lincoln James Investment Properties, LLC). (Turoci, Todd) (Entered: 10/31/2017) |
| 10/31/2017 | 31 | Hearing Set (RE: related document(s)[11](#) Application to Employ filed by Debtor Lincoln James Investment Properties, LLC) The Hearing date is set for 11/14/2017 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 10/31/2017) |
| 11/02/2017 | [32](#)<br>(3 pgs) | Reply to (related document(s): [19](#) Objection filed by U.S. Trustee United States Trustee (RS)) Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 11/02/2017) |
| 11/03/2017 | [33](#)<br>(24 pgs) | U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion By United States Trustee To Convert Or Dismiss Chapter 11 Case; Memorandum Of Points And Authorities; Declaration Of Timothy J. Farris In Support* Filed by U.S. Trustee United States Trustee (RS). (Tehrani, Mohammad) (Entered: 11/03/2017) |
| 11/03/2017 | 34 | Hearing Set (RE: related document(s)[33](#) U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (RS)) The Hearing date is set for 11/28/2017 at 02:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 11/03/2017) |
| 11/03/2017 | [35](#)<br>(1 pg) | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (Gooch, Yvonne) (Entered: 11/03/2017) |
| 11/05/2017 | [36](#)<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)[35](#) Notice of UST's motion to dismiss or convert case - Ch 11 to 7 (BNC)) No. of Notices: 17. Notice Date 11/05/2017. (Admin.) (Entered: 11/05/2017) |
| 11/14/2017 | [37](#)<br>(19 pgs) | Monthly Operating Report. Operating Report Number: Two (2). For the Month Ending 10/31/2017 Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 11/14/2017) |
| 11/14/2017 | [38](#)<br>(9 pgs) | Opposition to (related document(s): [33](#) U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion By United States Trustee To Convert Or Dismiss Chapter 11 Case; Memorandum Of Points And Authorities; Declaration Of Timothy J. Farris In Support* filed by U.S. Trustee United States Trustee (RS)) Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 11/14/2017) |
| 11/14/2017 | | Hearing (Bk Motion) Continued (RE: related document(s) [11](#) APPLICATION TO EMPLOY filed by Lincoln James Investment Properties, LLC) Hearing to be held on 11/28/2017 at 02:00 PM 3420 Twelfth Street Courtroom 304 Riverside, CA 92501 for [11](#) , (Gooch, Yvonne) (Entered: 11/14/2017) |
| 11/14/2017 | [39](#)<br>(2 pgs) | Document Hearing Continued Re: Motion. (RE: related document(s)[11](#) Application to Employ filed by Debtor Lincoln James Investment Properties, LLC) The Hearing date is set for 11/28/2017 at 02:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Jefferson, Angie) (Entered: 11/15/2017) |
| 11/16/2017 | [40](#)<br>(4 pgs) | Supplemental *Declaration of Jared Scarth in Support of Debtor's Motion for Authority to Employ The Turoci Firm as General Bankruptcy Counsel* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 11/16/2017) |
| 11/20/2017 | [41](#)<br>(3 pgs) | Voluntary Dismissal of Motion *Voluntary Dismissal Re: Motion By United States Trustee To Convert Or Dismiss Chapter 11 Case* Filed by U.S. Trustee United States |

Exhibit 2    Page 4 of 8

|  |  | (RE: related document(s)33 U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion By United States Trustee To Convert Or Dismiss Chapter 11 Case; Memorandum Of Points And Authorities; Declaration Of Timothy J. Farris In Support*). (Tehrani, Mohammad) (Entered: 11/20/2017) |
|---|---|---|
| 11/28/2017 | 42 (16 pgs) | Application to Employ Gordon Mize as Real Estate Broker Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 11/28/2017) |
| 11/28/2017 | 44 (2 pgs) | Document Hearing Held - Motion granted. (RE: related document(s)11 Application to Employ filed by Debtor Lincoln James Investment Properties, LLC) (Jefferson, Angie) (Entered: 11/29/2017) |
| 11/28/2017 | 45 (1 pg) | Document Hearing Held - Vacated. Ntc of Voluntary Dismissal Filed 11-20-17. (RE: related document(s)33 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (RS)) (Jefferson, Angie) (Entered: 11/29/2017) |
| 11/29/2017 | 43 (4 pgs) | Notice *of Default* Filed by Creditor Plaza Bank (RE: related document(s)27 Order Granting Motion to Use Cash Collateral (BNC-PDF) (Related Doc # 15) Signed on 10/27/2017). (Carlyon, Candace) (Entered: 11/29/2017) |
| 12/04/2017 | 46 (3 pgs) | Order Granting Application to Employ Todd L. Turoci (BNC-PDF) (Related Doc # 11) Signed on 12/4/2017. (Gooch, Yvonne) (Entered: 12/04/2017) |
| 12/05/2017 | 47 (42 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 27310 Madison Avenue, Temecula, CA 92590 . Fee Amount $181, Filed by Creditor Happy Rock Merchant Solutions, LLC (Rogan, Richard) (Entered: 12/05/2017) |
| 12/05/2017 |  | Receipt of Motion for Relief from Stay - Real Property(6:17-bk-17285-WJ) [motion,nmrp] ( 181.00) Filing Fee. Receipt number 46074401. Fee amount 181.00. (re: Doc# 47) (U.S. Treasury) (Entered: 12/05/2017) |
| 12/05/2017 | 48 (14 pgs) | Notice of lodgment *of Order in Bankruptcy Case Re: Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Real Property)* Filed by Creditor Happy Rock Merchant Solutions, LLC (RE: related document(s)47 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 27310 Madison Avenue, Temecula, CA 92590 . Fee Amount $181, Filed by Creditor Happy Rock Merchant Solutions, LLC). (Rogan, Richard) (Entered: 12/05/2017) |
| 12/05/2017 | 49 | Hearing Set (RE: related document(s)47 Motion for Relief from Stay - Real Property filed by Creditor Happy Rock Merchant Solutions, LLC) The Hearing date is set for 12/28/2017 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 12/05/2017) |
| 12/06/2017 | 50 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)46 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/06/2017. (Admin.) (Entered: 12/06/2017) |
| 12/13/2017 | 51 (4 pgs) | Notice *of Default* Filed by Creditor Plaza Bank (RE: related document(s)27 Order Granting Motion To Use Cash Collateral (BNC-PDF) (Related Doc # 15) Signed on 10/27/2017). (Carlyon, Candace) (Entered: 12/13/2017) |
| 12/14/2017 | 52 (20 pgs) | Monthly Operating Report. Operating Report Number: Three (3). For the Month Ending 11/30/2017 Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 12/14/2017) |
| 12/14/2017 | 53 (6 pgs) | Opposition to (related document(s): 47 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 27310 Madison Avenue, Temecula, CA 92590 . Fee Amount $181, filed by Creditor Happy |

| | | amendment Solicitation) *with Proof of service* Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 12/14/2017) |
|---|---|---|
| 12/19/2017 | [54](#)<br>(19 pgs; 2 docs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)[42](#) Application to Employ Gordon Mize as Real Estate Broker ). (Attachments: # [1](#) Motion to Employ Broker) (Turoci, Todd) (Entered: 12/19/2017) |
| 12/20/2017 | [55](#)<br>(5 pgs) | Reply to (related document(s): [47](#) Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 27310 Madison Avenue, Temecula, CA 92590 . Fee Amount $181, filed by Creditor Happy Rock Merchant Solutions, LLC) Filed by Creditor Happy Rock Merchant Solutions, LLC (Rogan, Richard) (Entered: 12/20/2017) |
| 12/21/2017 | [56](#)<br>(2 pgs) | Order Granting Application to Employ Gordon Mize (BNC-PDF) (Related Doc # [42](#)) Signed on 12/21/2017. (Gooch, Yvonne) (Entered: 12/21/2017) |
| 12/23/2017 | [57](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[56](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/23/2017. (Admin.) (Entered: 12/23/2017) |
| 12/28/2017 | [58](#)<br>(2 pgs) | Document - Hearing Held re motion for relief from stay - The motion is granted (RE: related document(s)[47](#) Motion for Relief from Stay - Real Property filed by Creditor Happy Rock Merchant Solutions, LLC) (Aguilar, Arleen) (Entered: 12/28/2017) |
| 12/29/2017 | [59](#)<br>(7 pgs) | Notice of lodgment *of Order In Bankrupty Case Re: Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. Sectio 362 (With Support Declaration) (Real Property)* Filed by Creditor Happy Rock Merchant Solutions, LLC (RE: related document(s)[47](#) Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 27310 Madison Avenue, Temecula, CA 92590 . Fee Amount $181, Filed by Creditor Happy Rock Merchant Solutions, LLC). (Rogan, Richard) (Entered: 12/29/2017) |
| 12/29/2017 | [60](#)<br>(3 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # [47](#) ) Signed on 12/29/2017 (Gooch, Yvonne) (Entered: 12/29/2017) |
| 12/29/2017 | [61](#)<br>(4 pgs) | Motion to Convert Case From Chapter 11 to 7. *with Proof of Service* Fee Amount $15 Filed by Debtor Lincoln James Investment Properties, LLC (Turoci, Todd) (Entered: 12/29/2017) |
| 12/29/2017 | | Receipt of Motion to Convert Case(6:17-bk-17285-WJ) [motion,mconv] ( 15.00) Filing Fee. Receipt number 46204403. Fee amount 15.00. (re: Doc# [61](#) ) (U.S. Treasury) (Entered: 12/29/2017) |
| 12/31/2017 | [62](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[60](#) Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 12/31/2017. (Admin.) (Entered: 12/31/2017) |
| 01/12/2018 | [63](#)<br>(20 pgs) | Monthly Operating Report. Operating Report Number: Four (4). For the Month Ending 12/31/2017 Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 01/12/2018) |
| 01/16/2018 | [64](#)<br>(8 pgs; 2 docs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)[61](#) Motion to Convert Case From Chapter 11 to 7. *with Proof of Service* Fee Amount $15). (Attachments: # [1](#) Motion to Convert Case) (Turoci, Todd) (Entered: 01/16/2018) |
| 01/18/2018 | [65](#)<br>(8 pgs; 2 docs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Lincoln James Investment Properties, LLC (RE: related document(s)[61](#) |

| | | |
|---|---|---|
| | | Convert Case from Chapter 11 to 7. *with Proof of Service* Fee Amount $15). (Attachments: # 1 Motion to Convert Case) (Turoci, Todd) (Entered: 01/18/2018) |
| 01/18/2018 | 66 (2 pgs) | Order on debtors motion to convert case to a chapter 7 (BNC-PDF) Signed on 1/18/2018 (RE: related document(s)61 Motion to Convert Case filed by Debtor Lincoln James Investment Properties, LLC. (Gooch, Yvonne) (Entered: 01/18/2018) |
| 01/20/2018 | 67 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)66 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/20/2018. (Admin.) (Entered: 01/20/2018) |
| 01/22/2018 | | Convert Case to Chapter 7 (Optional BNC) (RE: related document(s)6 Meeting of Creditors Chapter 11) (Gooch, Yvonne) (Entered: 01/22/2018) |
| 01/22/2018 | 68 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 2/20/2018 at 08:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. (Gooch, Yvonne) (Entered: 01/22/2018) |
| 01/24/2018 | 69 (4 pgs) | BNC Certificate of Notice (RE: related document(s)68 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 16. Notice Date 01/24/2018. (Admin.) (Entered: 01/24/2018) |
| 02/07/2018 | 70 (2 pgs) | Notice of appointment and acceptance of trustee Filed by Trustee Robert Whitmore (TR). (Whitmore (TR), Robert) (Entered: 02/07/2018) |
| 02/13/2018 | 71 (11 pgs) | Amending Schedules (E/F) , Amended Schedule A/B for Non-Individual: Property (Official Form 106A/B or 206A/B) , List of Creditors (Master Mailing List of Creditors) Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 02/13/2018) |
| 02/13/2018 | 72 (14 pgs) | Final report of post-petition debts and account (rule 1019) - additional debts listed *with Proof of Service* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 02/13/2018) |
| 02/13/2018 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) Fee)(6:17-bk-17285-WJ) [misc,amdsch] ( 31.00) Filing Fee. Receipt number 46450346. Fee amount 31.00. (re: Doc# 71) (U.S. Treasury) (Entered: 02/13/2018) |
| 02/23/2018 | 73 (20 pgs) | Monthly Operating Report. Operating Report Number: Five (5). For the Month Ending 1/18/2018 *date of order converting case to chapter 7* Filed by Debtor Lincoln James Investment Properties, LLC. (Turoci, Todd) (Entered: 02/23/2018) |
| 02/27/2018 | 74 | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Warning: See docket entry #75 for corrective action Filed by Rogan, Richard. (Rogan, Richard) Modified on 2/28/2018 (Gooch, Yvonne). (Entered: 02/27/2018) |
| 02/28/2018 | 75 | Notice to Filer of Error and/or Deficient Document **Other -** Incorrect PDF was attached to the docket entry. Document contains interactive fields. (RE: related document(s)74 Request for Removal from Courtesy Notice of Electronic Filing (NEF) filed by Creditor Happy Rock Merchant Solutions, LLC) (Gooch, Yvonne) (Entered: 02/28/2018) |
| 02/28/2018 | 76 (1 pg) | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Filed by Rogan, Richard. (Rogan, Richard) (Entered: 02/28/2018) |
| 04/20/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Robert Whitmore (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution |

| | | over and above that excepted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): $ 7003462.01, Assets Exempt: $ 0.00, Claims Scheduled: $ 5226255.23, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 5226255.23. Filed by Trustee Robert Whitmore (TR) (RE: related document(s)68 Meeting of Creditors 341(a) meeting to be held on 2/20/2018 at 08:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501.). (Whitmore (TR), Robert) (Entered: 04/20/2018) |
|---|---|---|
| 04/24/2018 | 77 | Bankruptcy Case Closed - NO DISCHARGE. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)9 Order on Motion To Set Last Day to File Proofs of Claim (BNC-PDF), 47 Motion for Relief from Stay - Real Property filed by Creditor Happy Rock Merchant Solutions, LLC) (Jefferson, Angie) (Entered: 04/24/2018) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2023 10:30:34 | | | |
| **PACER Login:** | atty137019 | **Client Code:** | Prominence Capital Partners |
| **Description:** | Docket Report | **Search Criteria:** | 6:17-bk-17285-WJ Fil or Ent: filed From: 1/1/2016 To: 3/15/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

# EXHIBIT 3

# EXHIBIT 3

# U.S. Bankruptcy Court
## Central District of California (Riverside)
### Bankruptcy Petition #: 6:18-bk-10340-WJ

|  |  |
|---|---|
| | *Date filed:* 01/17/2018 |
| | *Date terminated:* 05/22/2018 |
| | *Debtor dismissed:* 02/05/2018 |
| | *Joint debtor dismissed:* 02/05/2018 |
| | *341 meeting:* 02/21/2018 |
| | *Deadline for objecting to discharge:* 04/23/2018 |
| | *Deadline for financial mgmt. course (db):* 04/23/2018 |
| | *Deadline for financial mgmt. course (jdb):* 04/23/2018 |

*Assigned to:* Wayne E. Johnson
Chapter 7
Voluntary
No asset

*Debtor disposition:* Dismissed for Failure to File Information
*Joint debtor disposition:* Dismissed for Failure to File
Information

| *Debtor* | represented by **Gary S Saunders** |
|---|---|
| **Jared Hunter Scarth** | Saunders Law Group |
| 31222 Mangrove Dr | 1891 California Ave Ste 102 |
| Temecula, CA 92592 | Corona, CA 92881 |
| RIVERSIDE-CA | 951-272-9114 |
| SSN / ITIN: xxx-xx-7621 | Fax : 951-270-5251 |
| Tax ID / EIN: 46-1704246 | Email: gary@saundersapc.com |
| *dba* **Lincoln James Investment Properties, LLC** | |

| *Joint Debtor* | represented by **Gary S Saunders** |
|---|---|
| **Victoria Carol Scarth** | (See above for address) |
| 31222 Mangrove Dr | |
| Temecula, CA 92592 | |
| RIVERSIDE-CA | |
| SSN / ITIN: xxx-xx-2704 | |

*Trustee*
**Charles W Daff (TR)**
2107 N. Broadway
Suite 308
Santa Ana, CA 92706
657-218-4800

*U.S. Trustee*
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 01/17/2018 | 1 (9 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Jared Hunter Scarth, Victoria Carol Scarth Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 02/16/2018. Incomplete Filings due by 01/31/2018. (Saunders, Gary) WARNING: See docket entry no# 6, 7 and 10. Petition deficient for Master Mailing List of creditor's, see docket entry no # 5 for 72 Hour Deficiency Notice. Petition also deficient for Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 1/31/2018, Schedule A/B: Property (Form 106A/B or 206A/B) due 1/31/2018, Schedule C: The Property You Claim as Exempt (Form 106C) due 1/31/2018, Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 1/31/2018, Schedule E/F: Creditors Who Have Unsecured Claims |

Exhibit 3

| | | |
|---|---|---|
| | | (Form 106D or 206D) due 1/31/2018, Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 1/31/2018, Schedule H: Your Co-debtors (Form 106H or 206H) due 1/31/2018, Schedule I: Your Income (Form 106I) due 1/31/2018, Schedule J: Your Expenses (Form 106J) due 1/31/2018, Declaration About an Individual Debtors Schedules (Form 106Dec) due 1/31/2018, Statement of Financial Affairs (Form 107 or 207) due 1/31/2018, Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) due 1/31/2018, Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) due 1/31/2018, Chapter 7 Means Test Calculation (Form 122A-2)due 1/31/2018, Statement of Related Cases (LBR Form F1015-2) due 1/31/2018, Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due 1/31/2018, Disclosure of Compensation of Attorney for Debtor (Form 2030) due 1/31/2018, Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 1/31/2018, Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 1/31/2018 and Incomplete Filings due by 1/31/2018. See docket entry no # 8 for Order to Comply and docket entry no# 9 for Case Commencement Deficiency Notice. Modified on 1/18/2018 (Hawkinson, Susan). (Entered: 01/17/2018) |
| 01/17/2018 | 2<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Jared Hunter Scarth. (Saunders, Gary) (Entered: 01/17/2018) |
| 01/17/2018 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 01/17/2018) |
| 01/17/2018 | 4 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 01/17/2018) |
| 01/17/2018 | 11<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 02/21/2018 at 09:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. Objections to Discharge due by 04/23/2018. Cert. of Financial Management due by 04/23/2018 for Debtor and Joint Debtor (if joint case). Proof of Claim due by 03/28/2018. (Saunders, Gary) (Entered: 01/17/2018) |
| 01/18/2018 | | Judge Wayne E. Johnson added to case due to prior Ch 11 - 6:17-bk-17285 WJ. Involvement of Judge Meredith A. Jury Terminated (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 5<br>(1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 6 | Notice to Filer of Correction Made/No Action Required: **Judge/Trustee was reassigned due to prior case Chapter 11 case - 6:17-bk-17285 WJ. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 7 | Notice to Filer of Correction Made/No Action Required: **Debtor's DBA was not entered in the system at the time of filing - Lincoln James Investment Properties, LLC. THE COURT HAS CORRECTED THIS INFORMATION. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE. Incorrect debtor(s) address entered. The correct city is Temecula not Riverside THE COURT HAS CORRECTED THIS INFORMATION. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 1/31/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 1/31/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due |

| | | |
|---|---|---|
| | | Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 1/31/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 1/31/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 1/31/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 1/31/2018. Schedule I: Your Income (Form 106I) due 1/31/2018. Schedule J: Your Expenses (Form 106J) due 1/31/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 1/31/2018. Statement of Financial Affairs (Form 107 or 207) due 1/31/2018. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: 1/31/2018. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: 1/31/2018. Chapter 7 Means Test Calculation (Form 122A-2) Due: 1/31/2018. Incomplete Filings due by 1/31/2018. (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) Statement of Related Cases (LBR Form F1015-2) due 1/31/2018. Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due 1/31/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 1/31/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 1/31/2018. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 1/31/2018. Incomplete Filings due 1/31/2018. (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 8 (1 pg) | ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 9 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/18/2018 | 10 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO RE-FILE THE DEFICIENT DOCUMENTS IMMEDIATELY.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Hawkinson, Susan) (Entered: 01/18/2018) |
| 01/19/2018 | | Notice of Debtor's Prior Filings for joint debtors Jared Hunter Scarth and Victoria Carol Scarth Case Number 17-17285, Chapter 11 filed in California Central Bankruptcy on 08/30/2017.(Admin) (Entered: 01/19/2018) |
| 01/19/2018 | | Receipt of Voluntary Petition (Chapter 7)(6:18-bk-10340) [misc,volp7] ( 335.00) Filing Fee. Receipt number 46306517. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 01/19/2018) |
| 01/19/2018 | 12 (3 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 01/19/2018) |
| 01/20/2018 | 13 (5 pgs) | BNC Certificate of Notice (RE: related document(s)11 Meeting (AutoAssign Chapter 7a)) No. of Notices: 8. Notice Date 01/20/2018. (Admin.) (Entered: 01/20/2018) |
| 01/20/2018 | 14 (2 pgs) | BNC Certificate of Notice (RE: related document(s)9 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 01/20/2018. (Admin.) (Entered: 01/20/2018) |
| 01/20/2018 | 15 (2 pgs) | BNC Certificate of Notice (RE: related document(s)8 ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 1. Notice Date 01/20/2018. (Admin.) (Entered: 01/20/2018) |

| | | |
|---|---|---|
| 01/20/2018 | [16](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 01/20/2018. (Admin.) (Entered: 01/20/2018) |
| 01/23/2018 | [17](#)<br>(4 pgs) | Notice of Appearance and Request for Notice by Yvonne Ramirez-Browning Filed by Creditor Wells Fargo Bank, National Association. (Ramirez-Browning, Yvonne) (Entered: 01/23/2018) |
| 01/26/2018 | [18](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Raftery, Kelly. (Raftery, Kelly) (Entered: 01/26/2018) |
| 01/30/2018 | [19](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Yabes, Gilbert. (Yabes, Gilbert) (Entered: 01/30/2018) |
| 01/31/2018 | [20](#)<br>(50 pgs) | Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Exemption is not being requested. (Official Form 122A-1Supp) , Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Statement of Related Cases (LBR Form 1015-2.1) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth (RE: related document(s)[1](#) Voluntary Petition (Chapter 7)). (Saunders, Gary) (Entered: 01/31/2018) |
| 01/31/2018 | [21](#)<br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth (RE: related document(s)[1](#) Voluntary Petition (Chapter 7)). (Saunders, Gary) (Entered: 01/31/2018) |
| 02/05/2018 | [22](#)<br>(1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - BOTH DEBTORS Dismissed (BNC) (Fleming, Lachelle) (Entered: 02/05/2018) |
| 02/07/2018 | [23](#)<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)[22](#) ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC)) No. of Notices: 9. Notice Date 02/07/2018. (Admin.) (Entered: 02/07/2018) |
| 02/12/2018 | [24](#)<br>(8 pgs; 2 docs) | Motion to set aside RE: Order for Dismissal Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth (Attachments: # [1](#) Exhibit A-Form 122A-1 and Form 122A-1Supp) (Saunders, Gary) (Entered: 02/12/2018) |
| 02/14/2018 | [25](#)<br>(2 pgs) | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 02/14/2018) |
| 02/14/2018 | [26](#)<br>(1 pg) | Exemption is not being requested. (Official Form 122A-1Supp) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 02/14/2018) |
| 02/14/2018 | [27](#)<br>(13 pgs; 2 docs) | Motion to set aside RE: Dismissal *(Amended)* Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth (Attachments: # [1](#) Exhibit Exhibit A- Form 122A-1 |

| | | |
|---|---|---|
| | | ...and 22A (Fslip) (Saundars, Carry) (Entered: 02/14/2018) |
| 02/22/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Charles W Daff (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 7336205.00, Assets Exempt: $ 118168.00, Claims Scheduled: $ 5876228.99, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 5876228.99. Debtor appeared.. (Daff (TR), Charles) (Entered: 02/22/2018) |
| 05/22/2018 | 28 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Aguilar, Arleen) (Entered: 05/22/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/15/2023 10:31:21 | | |
| **PACER Login:** atty137019 | **Client Code:** | Prominence Capital Partners |
| **Description:** Docket Report | **Search Criteria:** | 6:18-bk-10340-WJ Fil or Ent: filed From: 1/1/2017 To: 3/15/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** 5 | **Cost:** | 0.50 |

# EXHIBIT 4

# EXHIBIT 4

**Repeat-cacb, RepeatPACER, CLOSED**

# U.S. Bankruptcy Court
## Central District of California (Riverside)
### Bankruptcy Petition #: 6:18-bk-13248-WJ

|  |  |
|---|---|
| *Date filed:* | 04/18/2018 |
| *Date terminated:* | 11/18/2020 |
| *Debtor discharged:* | 07/30/2018 |
| *Joint debtor discharged:* | 07/30/2018 |
| *341 meeting:* | 01/14/2019 |
| *Deadline for objecting to discharge:* | 07/20/2018 |
| *Deadline for financial mgmt. course (db):* | 07/20/2018 |
| *Deadline for financial mgmt. course (jdb):* | 07/20/2018 |

*Assigned to:* Wayne E. Johnson
Chapter 7
Voluntary
Asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**
**Jared Hunter Scarth**
31222 Mangrove Dr.
Temecula, CA 92592
RIVERSIDE-CA
SSN / ITIN: xxx-xx-7621
Tax ID / EIN: 46-1704246
*dba* **Lincoln James Investment Properties, LLC**

represented by **Gary S Saunders**
Saunders Law Group
1891 California Ave Ste 102
Corona, CA 92881
951-272-9114
Fax : 951-270-5251
Email: gary@saundersapc.com

**Joint Debtor**
**Victoria Carol Scarth**
31222 Mangrove Dr.
Temecula, CA 92592
RIVERSIDE-CA
SSN / ITIN: xxx-xx-2704

represented by **Gary S Saunders**
(See above for address)

**Trustee**
**Robert Whitmore (TR)**
3600 Lime St Ste 616
Riverside, CA 92501
(951) 276-9292

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2018 | 1 (152 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Jared Hunter Scarth, Victoria Carol Scarth (Saunders, Gary) WARNING: See docket entry no. 5 for corrective actions. Modified on 4/19/2018 (Green, Yolanda). (Entered: 04/18/2018) |
| 04/18/2018 | 2 (2 pgs) | Certificate of Credit Counseling Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 04/18/2018) |
| 04/18/2018 | 3 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 04/18/2018) |

Exhibit 4 Page 1 of 9

| | | |
|---|---|---|
| 04/18/2018 | 4 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 04/18/2018) |
| 04/18/2018 | 6 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 05/21/2018 at 10:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. Objections for Discharge due by 07/20/2018. Cert. of Financial Management due by 07/20/2018 for Debtor and Joint Debtor (if joint case) (Saunders, Gary) (Entered: 04/18/2018) |
| 04/18/2018 | | Receipt of Voluntary Petition (Chapter 7)(6:18-bk-13248) [misc,volp7] ( 335.00) Filing Fee. Receipt number 46847929. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/18/2018) |
| 04/19/2018 | | Notice of Debtor's Prior Filings for joint debtors Jared Hunter Scarth and Victoria Carol Scarth Case Number 18-10340, Chapter 7 filed in California Central Bankruptcy on 01/17/2018 , Dismissed for Failure to File Information on 02/05/2018; Case Number 17-17285, Chapter 7 filed in California Central Bankruptcy on 08/30/2017.(Admin) (Entered: 04/19/2018) |
| 04/19/2018 | | Judge Wayne E. Johnson added to case due to prior related case 6:18-bk-10340 WJ. Involvement of Judge Meredith A. Jury Terminated (Green, Yolanda) (Entered: 04/19/2018) |
| 04/19/2018 | 5 | Notice to Filer of Correction Made/No Action Required: **Judge/Trustee was reassigned due to prior case 6:18-bk-10340 WJ. . THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Jared Hunter Scarth, Joint Debtor Victoria Carol Scarth) (Green, Yolanda) (Entered: 04/19/2018) |
| 04/19/2018 | 7 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 04/19/2018) |
| 04/21/2018 | 8 (7 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 117. Notice Date 04/21/2018. (Admin.) (Entered: 04/21/2018) |
| 04/23/2018 | 9 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mukherjee, Sabari. (Mukherjee, Sabari) (Entered: 04/23/2018) |
| 05/04/2018 | 10 (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Dacanay, Mayshiel) (Entered: 05/04/2018) |
| 05/04/2018 | 11 (1 pg) | Personal Financial Management Course Certificate for Debtor 2 (Joint Debtor) (Official Form 423) (Dacanay, Mayshiel) (Entered: 05/04/2018) |
| 05/07/2018 | 12 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Yabes, Gilbert. (Yabes, Gilbert) (Entered: 05/07/2018) |
| 05/08/2018 | 13 (2 pgs) | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Jared Hunter Scarth. (Saunders, Gary) (Entered: 05/08/2018) |
| 05/08/2018 | 14 (2 pgs) | Certification About a Financial Management Course for Debtor 2 (Joint Debtor) (Official Form 423) Filed by Joint Debtor Victoria Carol Scarth. (Saunders, Gary) (Entered: 05/08/2018) |
| 05/11/2018 | 15 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lee, Nancy. (Lee, Nancy) (Entered: 05/11/2018) |
| 05/22/2018 | 16 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 06/26/18 at 01:00 PM at RM 103, 3801 University |

| | | |
|---|---|---|
| | | Ave., Riverside, CA 92501. Debtor appeared. Joint debtor appeared. (Whitmore (TR), Robert) (Entered: 05/22/2018) |
| 05/25/2018 | 17 (3 pgs) | Notice of Appearance and Request for Notice by Yvonne Ramirez-Browning Filed by Creditor Wells Fargo Bank, National Association. (Ramirez-Browning, Yvonne) (Entered: 05/25/2018) |
| 06/27/2018 | 18 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 07/31/18 at 02:00 PM at RM 103, 3801 University Ave., Riverside, CA 92501. Debtor appeared. Joint debtor appeared. (Whitmore (TR), Robert) (Entered: 06/27/2018) |
| 07/30/2018 | 19 (3 pgs) | ORDER OF BOTH DISCHARGE (BNC) (Gomez, Andrea) (Entered: 07/30/2018) |
| 07/30/2018 | 20 (63 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 956 Martin Road, Essex, MD 21221 . Fee Amount $181, Filed by Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing, LLC (Attachments: # 1 Exhibit) (Lee, Nancy) (Entered: 07/30/2018) |
| 07/30/2018 | | Receipt of Motion for Relief from Stay - Real Property(6:18-bk-13248-WJ) [motion,nmrp] ( 181.00) Filing Fee. Receipt number 47435707. Fee amount 181.00. (re: Doc# 20) (U.S. Treasury) (Entered: 07/30/2018) |
| 07/30/2018 | 21 | Hearing Set (RE: related document(s)20 Motion for Relief from Stay - Real Property filed by Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing, LLC) The Hearing date is set for 8/23/2018 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 07/30/2018) |
| 08/01/2018 | 22 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 08/30/18 at 02:00 PM at RM 101, 3801 University Ave., Riverside, CA 92501. Debtor absent. Joint debtor absent. (Whitmore (TR), Robert) (Entered: 08/01/2018) |
| 08/01/2018 | 23 (7 pgs) | BNC Certificate of Notice (RE: related document(s)19 ORDER OF DISCHARGE - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 118. Notice Date 08/01/2018. (Admin.) (Entered: 08/01/2018) |
| 08/22/2018 | 24 (2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Robert Whitmore (TR). Proofs of Claims due by 11/26/2018. Government Proof of Claim due by 11/26/2018. (Whitmore (TR), Robert) (Entered: 08/22/2018) |
| 08/23/2018 | 25 (28 pgs) | Document Hearing Held - The motion is granted based on the final ruling posted by the Court. (RE: related document(s)20 Motion for Relief from Stay - Real Property filed by Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing, LLC) (Green, Yolanda) (Entered: 08/23/2018) |
| 08/24/2018 | 26 (3 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 20 ) Signed on 8/24/2018 (Gooch, Yvonne) (Entered: 08/24/2018) |
| 08/26/2018 | 27 (5 pgs) | BNC Certificate of Notice (RE: related document(s)24 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Robert Whitmore (TR)) No. of Notices: 118. Notice Date 08/26/2018. (Admin.) (Entered: 08/26/2018) |
| 08/26/2018 | 28 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)26 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 08/26/2018. (Admin.) (Entered: 08/26/2018) |

| | | |
|---|---|---|
| 08/27/2018 | [29](#)<br>(24 pgs) | Application to Employ The Dyson Companies/Elegant Properties, LLC and Cummings & Co. Realtors as Real Estate Broker *; Declarations in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 08/27/2018) |
| 08/27/2018 | [30](#)<br>(4 pgs) | Notice of motion/application Filed by Trustee Robert Whitmore (TR) (RE: related document(s)[29](#) Application to Employ The Dyson Companies/Elegant Properties, LLC and Cummings & Co. Realtors as Real Estate Broker *; Declarations in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert)). (Whitmore (TR), Robert) (Entered: 08/27/2018) |
| 09/04/2018 | 31 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/11/18 at 02:00 PM at RM 103, 3801 University Ave., Riverside, CA 92501. Debtor absent. Joint debtor absent. (Whitmore (TR), Robert) (Entered: 09/04/2018) |
| 09/19/2018 | [32](#)<br>(31 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Robert Whitmore (TR) (RE: related document(s)[29](#) Application to Employ The Dyson Companies/Elegant Properties, LLC and Cummings & Co. Realtors as Real Estate Broker *; Declarations in Support Thereof*). (Whitmore (TR), Robert) (Entered: 09/19/2018) |
| 09/19/2018 | [33](#)<br>(1 pg) | Order Granting Application to Employ Dyson Companies/Elegant Properties, LLC (BNC-PDF) (Related Doc # [29](#)) Signed on 9/19/2018. (Gooch, Yvonne) (Entered: 09/19/2018) |
| 09/20/2018 | [35](#)<br>(24 pgs) | Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion for Order Approving Sale of Real Property; Approving Payment of Broker's Commission; and Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 09/20/2018) |
| 09/20/2018 | [36](#)<br>(18 pgs) | Notice of motion/application Filed by Trustee Robert Whitmore (TR) (RE: related document(s)[35](#) Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion for Order Approving Sale of Real Property; Approving Payment of Broker's Commission; and Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert)). (Whitmore (TR), Robert) (Entered: 09/20/2018) |
| 09/20/2018 | [37](#)<br>(3 pgs) | Notice of sale of estate property (LBR 6004-2) 956 Martin Rd., Baltimore, MD 21221 as is, Whereis, Without Representation or Warranties, Free and Clear of Liens and Interests Filed by Trustee Robert Whitmore (TR). (Whitmore (TR), Robert) (Entered: 09/20/2018) |
| 09/21/2018 | [34](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[33](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 09/21/2018. (Admin.) (Entered: 09/20/2018) |
| 09/21/2018 | 38 | Hearing Set (RE: related document(s)[35](#) Motion to Sale of Property of the Estate under Section 363(b) - No Fee filed by Trustee Robert Whitmore (TR)) The Hearing date is set for 10/23/2018 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 09/21/2018) |
| 10/05/2018 | [39](#)<br>(19 pgs; 3 docs) | Opposition to (related document(s): [35](#) Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion for Order Approving Sale of Real Property; Approving Payment of Broker's Commission; and Declaration of Robert S. Whitmore, Chapter 7 Trustee in Suppor filed by Trustee Robert Whitmore (TR)) Motion to Sell Filed by Creditor Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank (Attachments: # [1](#) Exhibit # [2](#) Proof of Service) (Lee, Nancy) (Entered: 10/05/2018)* |

| 10/15/2018 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/05/18 at 01:00 PM at RM 103, 3801 University Ave., Riverside, CA 92501. Debtor absent. Joint debtor absent. (Whitmore (TR), Robert) (Entered: 10/15/2018) |
| 10/16/2018 | 41 (2 pgs) | Withdrawal re: Filed by Trustee Robert Whitmore (TR) (RE: related document(s)35 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion for Order Approving Sale of Real Property; Approving Payment of Broker's Commission; and Declaration of Robert S. Whitmore, Chapter 7 Trustee in Suppor).* (Whitmore (TR), Robert) (Entered: 10/16/2018) |
| 10/23/2018 | 42 (1 pg) | Document/ Hearing Held - Motion withdrawal on 10-16-18 (RE: related document(s)35 Motion to Sale of Property of the Estate under Section 363(b) - No Fee filed by Trustee Robert Whitmore (TR)) (Gooch, Yvonne) (Entered: 10/24/2018) |
| 11/06/2018 | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/10/18 at 01:00 PM at RM 103, 3801 University Ave., Riverside, CA 92501. Debtor appeared. Joint debtor appeared. (Whitmore (TR), Robert) (Entered: 11/06/2018) |
| 12/11/2018 | 44 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 01/14/19 at 02:00 PM at RM 103, 3801 University Ave., Riverside, CA 92501. Debtor absent. Joint debtor absent. (Whitmore (TR), Robert) (Entered: 12/11/2018) |
| 02/11/2019 | 45 (17 pgs; 6 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 Audi RS5 *VIN: WUAC6AFH7EN900468.* Fee Amount $181, Filed by Creditor JPMorgan Chase Bank, N.A. (Attachments: # 1 Exhibit 1 - Contract # 2 Exhibit 2 - Title # 3 Exhibit 3 - Payment History # 4 Exhibit 4 - KBB Value # 5 Proof of Service) (Pleasant, Joseph) (Entered: 02/11/2019) |
| 02/11/2019 | | Receipt of Motion for Relief from Stay - Personal Property(6:18-bk-13248-WJ) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 48503784. Fee amount 181.00. (re: Doc# 45) (U.S. Treasury) (Entered: 02/11/2019) |
| 02/11/2019 | 46 | Hearing Set (RE: related document(s)45 Motion for Relief from Stay - Personal Property filed by Creditor JPMorgan Chase Bank, N.A.) The Hearing date is set for 3/12/2019 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 02/11/2019) |
| 02/28/2019 | 47 (6 pgs) | Response to motion for order to terminate automatic stay and declaration(s) in support (related document(s): 45 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 Audi RS5 *VIN: WUAC6AFH7EN900468.* Fee Amount $181, filed by Creditor JPMorgan Chase Bank, N.A.) Filed by Debtor Jared Hunter Scarth , Joint Debtor Victoria Carol Scarth (Gooch, Yvonne) (Entered: 03/01/2019) |
| 03/21/2019 | 48 (6 pgs) | Motion to approve compromise *of Estates Interest in Non-Exempt Assets of the Debtor, Including Abandonment; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 03/21/2019) |
| 03/21/2019 | 49 (9 pgs) | Notice of motion/application Filed by Trustee Robert Whitmore (TR) (RE: related document(s)48 Motion to approve compromise *of Estates Interest in Non-Exempt Assets of the Debtor, Including Abandonment; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert)). (Whitmore (TR), Robert) (Entered: 03/21/2019) |
| 04/10/2019 | 50 (18 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Robert Whitmore (TR) (RE: related document(s)48 Motion to approve |

| | | *of the Property of Estate and Interest in Non-Exempt Assets of the Debtor, Including Abandonment; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof*). (Whitmore (TR), Robert) (Entered: 04/10/2019) |
|---|---|---|
| 04/11/2019 | [51](#)<br>(1 pg) | Order Granting Motion to Approve Compromise (BNC-PDF) (Related Doc # [48](#)) Signed on 4/11/2019 (Gooch, Yvonne) (Entered: 04/11/2019) |
| 04/13/2019 | [52](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[51](#) Order on Motion to Approve Compromise (BNC-PDF)) No. of Notices: 1. Notice Date 04/13/2019. (Admin.) (Entered: 04/13/2019) |
| 02/28/2020 | [53](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Salmon, Josephine. (Salmon, Josephine) (Entered: 02/28/2020) |
| 03/30/2020 | [54](#)<br>(11 pgs) | Motion to Disallow Claims #*1 Filed by Riverside County Tax Collector; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 03/30/2020) |
| 03/30/2020 | [55](#)<br>(15 pgs) | Motion to Disallow Claims #*8 Filed by Alisa Givens; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 03/30/2020) |
| 03/30/2020 | [56](#)<br>(13 pgs) | Motion to Disallow Claims #*9 Filed by Gildardo Flores; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 03/30/2020) |
| 03/30/2020 | [57](#)<br>(14 pgs) | Motion to Disallow Claims #*20 Filed by Dolores Rippey; Declaration of Robert S. Whitmore, Chapter 7 Trustee in Support Thereof* Filed by Trustee Robert Whitmore (TR) (Whitmore (TR), Robert) (Entered: 03/30/2020) |
| 03/30/2020 | 58 | Hearing Set (RE: related document(s)[54](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) The Hearing date is set for 5/5/2020 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 03/30/2020) |
| 03/30/2020 | 59 | Hearing Set (RE: related document(s)[55](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) The Hearing date is set for 5/5/2020 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 03/30/2020) |
| 03/30/2020 | 60 | Hearing Set (RE: related document(s)[56](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) The Hearing date is set for 5/5/2020 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 03/30/2020) |
| 03/30/2020 | 61 | Hearing Set (RE: related document(s)[57](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) The Hearing date is set for 5/5/2020 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 03/30/2020) |
| 03/30/2020 | [62](#)<br>(1 pg) | Withdrawal of Claim(s): 19 Filed by Creditor Alaska USA Federal Credit Union. (Baxter, Carol) (Entered: 03/30/2020) |
| 04/01/2020 | [63](#)<br>(1 pg) | Withdrawal of Claim(s): 29 Filed by Creditor Alaska USA Federal Credit Union. (Baxter, Carol)WARNING: See docket entry #64 for corrective actions. Modified on 4/1/2020 (Lozano, Tanisha). (Entered: 04/01/2020) |
| 04/01/2020 | 64 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related |

| | | |
|---|---|---|
| | | ...related document(s)... With Proof of Claim Filed by Creditor Alaska USA Federal Credit Union) (Lozano, Tanisha) (Entered: 04/01/2020) |
| 04/30/2020 | [65](#)<br>(2 pgs) | Scheduling order see order for details Re: (BNC-PDF) Signed on 4/30/2020 (RE: related document(s)[54](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR), [55](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR), [56](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR), [57](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)). (Gooch, Yvonne) (Entered: 04/30/2020) |
| 05/02/2020 | [66](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[65](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/02/2020. (Admin.) (Entered: 05/02/2020) |
| 05/05/2020 | [67](#)<br>(2 pgs) | ORDER on trustee's objection to claim 1 filed by Riverside Tax Collector. See order for details(BNC-PDF) Signed on 5/5/2020. (Gooch, Yvonne) (Entered: 05/05/2020) |
| 05/05/2020 | [68](#)<br>(2 pgs) | Order Granting Motion To Disallow Claims (BNC-PDF) (Related Doc # [55](#)) 8 Signed on 5/5/2020. (Gooch, Yvonne) (Entered: 05/05/2020) |
| 05/05/2020 | [69](#)<br>(2 pgs) | Order Granting Motion To Disallow Claims (BNC-PDF) (Related Doc # [56](#)) 9 Signed on 5/5/2020. (Gooch, Yvonne) (Entered: 05/05/2020) |
| 05/05/2020 | [70](#)<br>(2 pgs) | Order Granting Motion To Disallow Claims (BNC-PDF) (Related Doc # [57](#)) 20 Signed on 5/5/2020. (Gooch, Yvonne) (Entered: 05/05/2020) |
| 05/05/2020 | [71](#)<br>(1 pg) | Document Hearing Held - Vacated (RE: related document(s)[57](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) (Gooch, Yvonne) (Entered: 05/06/2020) |
| 05/05/2020 | [72](#)<br>(1 pg) | Document Hearing Held - Vacated (RE: related document(s)[56](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) (Gooch, Yvonne) (Entered: 05/06/2020) |
| 05/05/2020 | [73](#)<br>(1 pg) | Document Hearing Held - Vacated (RE: related document(s)[55](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) (Gooch, Yvonne) (Entered: 05/06/2020) |
| 05/06/2020 | [74](#)<br>(2 pgs) | Notice to professionals to file application for compensation Filed by Trustee Robert Whitmore (TR). (Whitmore (TR), Robert) (Entered: 05/06/2020) |
| 05/06/2020 | [75](#)<br>(1 pg) | Document Hearing Held - Vacated (RE: related document(s)[54](#) Motion to Disallow Claims filed by Trustee Robert Whitmore (TR)) (Gooch, Yvonne) (Entered: 05/06/2020) |
| 05/06/2020 | 76 | Notice to Pay Court Costs Due Sent To: Robert Whitmore, Total Amount Due $0 . (Gooch, Yvonne) (Entered: 05/06/2020) |
| 05/07/2020 | [77](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[67](#) ORDER allowing and disallowing claim(s) (BNC-PDF)) No. of Notices: 1. Notice Date 05/07/2020. (Admin.) (Entered: 05/07/2020) |
| 05/07/2020 | [78](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[68](#) Order on Motion To Disallow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 05/07/2020. (Admin.) (Entered: 05/07/2020) |
| 05/07/2020 | [79](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[69](#) Order on Motion To Disallow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 05/07/2020. (Admin.) (Entered: 05/07/2020) |

| | | |
|---|---|---|
| 05/07/2020 | **80**<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)70 Order on Motion To Disallow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 05/07/2020. (Admin.) (Entered: 05/07/2020) |
| 06/25/2020 | **81**<br>(33 pgs; 2 docs) | Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Whitmore. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee. (Attachments: # 1 Supplement Declaration of Trustee)(united states trustee (fsy)) (Entered: 06/25/2020) |
| 06/25/2020 | **82**<br>(5 pgs) | Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee (RE: related document(s)81). (united states trustee (fsy)) (Entered: 06/25/2020) |
| 06/25/2020 | 83 | Hearing Set Regarding Trustee's Final Report and Application For Compensation The Hearing date is set for 8/4/2020 at 01:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 06/25/2020) |
| 06/27/2020 | **84**<br>(10 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)82 Notice of Trustee's Final Report and Applications for Compensation (NFR) (BNC-PDF)) No. of Notices: 126. Notice Date 06/27/2020. (Admin.) (Entered: 06/27/2020) |
| 08/04/2020 | **85**<br>(2 pgs) | Order of Distribution for Robert Whitmore (TR), Trustee Chapter 7, Period: to , Fees awarded: $1357.00, Expenses awarded: $697.17; Awarded on 8/4/2020 (BNC-PDF) Signed on 8/4/2020. (Gooch, Yvonne) (Entered: 08/04/2020) |
| 08/04/2020 | **86**<br>(3 pgs) | Document Hearing Held - Approved(RE: related document(s)81 Chapter 7 Trustees Final Report, Applications for Compensation (TFR)) (Gooch, Yvonne) (Entered: 08/05/2020) |
| 08/06/2020 | **87**<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)85 Order of Distribution (BNC-PDF) filed by Trustee Robert Whitmore (TR)) No. of Notices: 1. Notice Date 08/06/2020. (Admin.) (Entered: 08/06/2020) |
| 11/17/2020 | **88**<br>(33 pgs) | Chapter 7 Trustee's Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee Whitmore. The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged. The United States Trustee does not object to the relief requested. Filed by United States Trustee. (united states trustee (fsy)) (Entered: 11/17/2020) |
| 11/18/2020 | 89 | Bankruptcy Case Closed - CHAPTER 7 ASSET. Pursuant to the Trustee's Final Account and Distribution Report Certification that the Estate has been Fully Administered and Application to be Discharged, it is ordered that the above case be closed. No objections having been made by the United States Trustee, the trustee is discharged and the bond is exonerated. (RE: related document(s)20 Motion for Relief from Stay - Real Property filed by Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing, LLC, 24 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Robert Whitmore (TR), 35 Motion to Sale of Property of the Estate under Section 363(b) - No Fee filed by Trustee Robert Whitmore (TR), 43 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings), 45 Motion for Relief from Stay - Personal Property filed by Creditor JPMorgan Chase Bank, N.A., 54 Motion to Disallow Claims filed by Trustee Robert Whitmore (TR), 82 Notice of Trustee's Final Report and Applications for Compensation (NFR) (BNC-PDF), 83 Hearing (Bk Motion) Set) (Cargill, Rita) (Entered: 11/18/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2023 10:32:08 | | | |
| **PACER Login:** | atty137019 | **Client Code:** | Prominence Capital Partners |
| **Description:** | Docket Report | **Search Criteria:** | 6:18-bk-13248-WJ Fil or Ent: filed From: 1/1/2017 To: 3/15/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

# EXHIBIT 5

# EXHIBIT 5

3/15/23, 10:32 AM  Case 6:23-bk-10960-WJ   Doc 13   Filed 03/17/23   Entered 03/17/23 13:39:36   Desc
Main Document      Page 54 of 373

CLOSED, Incomplete

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:19-bk-21032-SY

*Date filed:* 12/20/2019
*Date terminated:* 01/27/2020
*341 meeting:* 01/23/2020

*Assigned to:* Scott H. Yun
Chapter 7
Voluntary
No asset

*Debtor disposition:* Discharge Not Applicable

**Debtor**
**Scarth and Associates**
31222 Mangrove Drive
Temecula, CA 92592
RIVERSIDE-CA
Tax ID / EIN: 27-4871182
*fdba* **Pacific Floor Co.**
*fdba* **Pacific Interiors**
*fdba* **Pacific Interiors and Floors**
*fdba* **Pacific Floor Company**
*fdba* **Pacific Wholesale Floorcovering**
*fdba* **Pacific Wholesale Floor Coverings**

represented by **Gary S Saunders**
Saunders Law Group
1891 California Ave Ste 102
Corona, CA 92881
951-272-9114
Fax : 951-270-5251
Email: gary@saundersapc.com

**Trustee**
**Lynda T. Bui (TR)**
Shulman Bastian Friedman & Bui LLP
3550 Vine Street, Suite 210
Riverside, CA 92507
(949) 340-3400

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 12/20/2019 | 1 (78 pgs) | Chapter 7 Voluntary Petition for Non-Individuals . Fee Amount $335 Filed by Scarth and Associates (Saunders, Gary) WARNING: See docket entry #3 and 4 for corrective action. Case deficient for Corporate Resolution Authorizing Filing of Petition due 1/3/2020. Incomplete Filings due by 1/3/2020. Modified on 12/20/2019 (Romero, Kimberly). (Entered: 12/20/2019) |
| 12/20/2019 | | Receipt of Voluntary Petition (Chapter 7)(6:19-bk-21032) [misc,volp7] ( 335.00) Filing Fee. Receipt number 50316944. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 12/20/2019) |
| 12/20/2019 | 2 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 01/23/2020 at 10:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. (Saunders, Gary) (Entered: 12/20/2019) |

Exhibit 5

Page 1 of 3

| 12/20/2019 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Scarth and Associates) Corporate Resolution Authorizing Filing of Petition due 1/3/2020. Incomplete Filings due by 1/3/2020. (Romero, Kimberly) (Entered: 12/20/2019) |
| --- | --- | --- |
| 12/20/2019 | 3 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Scarth and Associates) (Romero, Kimberly) (Entered: 12/20/2019) |
| 12/20/2019 | 4 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Scarth and Associates) (Romero, Kimberly) (Entered: 12/20/2019) |
| 12/22/2019 | 5 (6 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 7b)) No. of Notices: 119. Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/22/2019 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/30/2019 | 7 (2 pgs) | Statement of Corporate Ownership filed. Filed by Debtor Scarth and Associates. (Saunders, Gary) Modified on 12/30/2019 WARNING: See docket entry #8 for corrective action. (Romero, Kimberly). (Entered: 12/30/2019) |
| 12/30/2019 | 8 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT.** (RE: related document(s)7 Corporate Ownership Statement filed by Debtor Scarth and Associates) (Romero, Kimberly) (Entered: 12/30/2019) |
| 01/07/2020 | 9 (3 pgs) | Notice of Appearance and Request for Notice by Yvonne Ramirez-Browning Filed by Creditor Wells Fargo Bank, National Association. (Ramirez-Browning, Yvonne) (Entered: 01/07/2020) |
| 01/24/2020 | | Chapter 7 Trustee's Report of No Distribution: I, Lynda T. Bui (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 0.00, Claims Scheduled: $ 5258818.83, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 5258818.83. Debtor appeared.. (Bui (TR), Lynda) (Entered: 01/24/2020) |
| 01/27/2020 | 10 | Bankruptcy Case Closed - NO DISCHARGE, Not Applicable. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Auto Closed) (Gomez, Andrea) - (Entered: 01/27/2020) |

---

**PACER Service Center**

**Transaction Receipt**

Exhibit 5

| PACER Login: | atty137019 | Client Code: | Prominence Capital Partners |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:19-bk-21032-SY Fil or Ent: filed From: 1/1/2018 To: 3/15/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

# EXHIBIT 6

# EXHIBIT 6

Repeat-cacb, PlnDue, Incomplete, RepeatPACER

# U.S. Bankruptcy Court
## Central District of California (Riverside)
### Bankruptcy Petition #: 6:23-bk-10960-WJ

*Date filed:* 03/14/2023
*341 meeting:* 04/26/2023
*Deadline for filing claims:* 05/23/2023
*Deadline for filing claims (govt.):* 09/11/2023

*Assigned to:* Wayne E. Johnson
Chapter 13
Voluntary
Asset

**Debtor**
**Jared Hunter Scarth**
31222 Mangrove Dr
Temecula, CA 92592-4176
RIVERSIDE-CA
SSN / ITIN: xxx-xx-7621

represented by **Benjamin Heston**
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
951-290-2827
Fax : 949-288-2054
Email: bhestonecf@gmail.com

**Trustee**
**Rod Danielson (TR)**
3787 University Avenue
Riverside, CA 92501
(951) 826-8000

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 03/14/2023 | 1<br>(12 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Jared Hunter Scarth Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 03/28/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/28/2023. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/28/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/28/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/28/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/28/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 03/28/2023. Schedule I: Your Income (Form 106I) due 03/28/2023. Schedule J: Your Expenses (Form 106J) due 03/28/2023. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/28/2023. Statement of Financial Affairs (Form 107 or 207) due 03/28/2023. Chapter 13 Plan (LBR F3015-1) due by 03/28/2023. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 03/28/2023. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 03/28/2023. Signature of Attorney on Petition (Form 101 or 201) due 03/28/2023. Schedule J-2: Expenses for Separate Household of Debtor 2 (Form 106J-2) due 03/28/2023. Statement of Related Cases (LBR Form F1015-2) due 03/28/2023. Petition Preparer Notice, Declaration, and Signature - Form 119 due by 03/28/2023. Disclosure of Compensation of Bankruptcy Petition Preparer (Form 2800) due 03/28/2023. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 03/28/2023. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 03/28/2023. Incomplete Filings due by 03/28/2023. (Heston, Benjamin) CASE NOT DEFICIENT FOR BPP Ntc Dcl Sign (Form 119), |

Exhibit 6                                                    Page 1 of 3

| | | of BP Filed and Receipt of Schedule J-2 (Form 1061-2) and Sign. of Atty. Modified on 3/14/2023 (ET). (Entered: 03/14/2023) |
|---|---|---|
| 03/14/2023 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jared Hunter Scarth. (Heston, Benjamin) (Entered: 03/14/2023) |
| 03/14/2023 | | Receipt of Voluntary Petition (Chapter 13)( 6:23-bk-10960) [misc,volp13] ( 313.00) Filing Fee. Receipt number A55237102. Fee amount 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/14/2023) |
| 03/14/2023 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Jared Hunter Scarth. (Heston, Benjamin) (Entered: 03/14/2023) |
| 03/14/2023 | 4 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 4/26/2023 at 09:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 5/10/2023 at 02:00 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. Proofs of Claims due by 5/23/2023. (Scheduled Automatic Assignment, shared account) (Entered: 03/14/2023) |
| 03/14/2023 | | Notice of Debtor's Prior Filings for debtor Jared Hunter Scarth Case Number 18-10340, Chapter 7 filed in California Central Bankruptcy on 01/17/2018 , Dismissed for Failure to File Information on 02/05/2018; Case Number 18-13248, Chapter 7 filed in California Central Bankruptcy on 04/18/2018 , Standard Discharge on 07/30/2018.(Admin) (Entered: 03/14/2023) |
| 03/14/2023 | 5 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jared Hunter Scarth) (ET) (Entered: 03/14/2023) |
| 03/14/2023 | 6 (48 pgs) | Chapter 13 procedures order Re: (BNC-PDF) Signed on 3/14/2023 (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jared Hunter Scarth). (YG) (Entered: 03/14/2023) |
| 03/14/2023 | 7 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jared Hunter Scarth) Status hearing to be held on 4/26/2023 at 01:30 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (YG) (Entered: 03/14/2023) |
| 03/15/2023 | 8 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 03/15/2023) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2023 10:25:38 | | | |
| **PACER Login:** | atty137019 | **Client Code:** | Prominence Capital Partners |
| **Description:** | Docket Report | **Search Criteria:** | 6:23-bk-10960-WJ Fil or Ent: filed From: 1/1/2022 To: 3/15/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Exhibit 6                                Page 2 of 3

# EXHIBIT 7

EXHIBIT 7

# Select a Case

**There were 8 matching persons.**

**There were 1424 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|------------|------------------------|------------|------------|-------------|
| Saunders, Gary (pty) (1 case) | 6:96-bk-19498-RA | Gary Christopher Saunders and Rebecca Caryn Saunders | 7 | 06/07/96 | Debtor | 10/10/96 |
| Saunders, Gary II (pty) (2 cases) | 2:08-bk-21819-PC | Gary Saunders, II | 7 | 08/01/08 | Debtor | 10/27/10 |
| | 2:10-ap-02669-PC | Saunders, II v. Haney, Buchanan & Patterson, L.L.P. | *Lead BK:* 2:08-bk-21819-PC Gary Saunders, II | 09/10/10 | Plaintiff | 10/07/10 |
| Saunders, Gary S (prf) (79 cases) | 1:17-bk-13004-MB | Everette Lorenzo Adams and Donna Lynn Adams | 7 | 11/09/17 | Attorney | 02/21/18 |
| | 2:10-mp-00115-VZ | | | 05/04/10 | Other Professional | N / A |
| | 2:17-bk-18235-WB | Maurice Clark | 7 | 07/07/17 | Attorney | 09/19/17 |
| | 2:17-bk-18615-BB | Janice Kay Russell | 7 | 07/14/17 | Attorney | 10/24/17 |
| | 2:17-bk-19948-ER | Marlene Elizabeth Heaton | 7 | 08/14/17 | Attorney | 12/05/17 |
| | 2:17-bk-21986-ER | Mohammad Razzaghi | 7 | 09/29/17 | Attorney | 01/09/18 |
| | 2:17-bk-22438-BR | Kecia Lynette Brooks | 7 | 10/10/17 | Attorney | 01/30/18 |
| | 2:17-bk-22666-ER | Michael Raygoza | 7 | 10/16/17 | Attorney | 01/30/18 |
| | 2:17-bk-23291-BR | Elizabeth Torres | 7 | 10/30/17 | Attorney | 03/03/21 |
| | 2:17-bk-23519-SK | Edson Omar Lopez | 7 | 11/01/17 | Attorney | 02/21/18 |
| | 2:17-bk-23520-SK | Norman Troy Steele and Maria Bravo | 7 | 11/01/17 | Attorney | 02/21/18 |
| | 2:17-bk-23523-BR | Sharese Renee Hines | 7 | 11/01/17 | Attorney | 02/27/18 |

Exhibit 7                    Page 1 of 66

| | | | | | |
|---|---|---|---|---|---|
| 2:17-bk-23820-ER | Andy Bravo | 7 | 11/08/17 | Attorney | 02/21/18 |
| 2:17-bk-24090-WB | Carlos Reyes Alvarez and Rosa Maria Alba Valadez | 7 | 11/15/17 | Attorney | 02/27/18 |
| 2:17-bk-24104-ER | Vardaman Tillman Anderson and Latrell Trenise Anderson | 7 | 11/16/17 | Attorney | 02/27/18 |
| 2:17-bk-24106-BB | Juan Jose Ortiz | 7 | 11/16/17 | Attorney | 12/01/17 |
| 2:17-bk-24290-BB | Tanya Denise San Roman | 7 | 11/20/17 | Attorney | 03/13/18 |
| 2:17-bk-24293-BR | Brande Marie Crockett | 7 | 11/20/17 | Attorney | 03/13/18 |
| 2:17-bk-24525-ER | AnneMarie Molina | 7 | 11/27/17 | Attorney | 06/28/18 |
| 2:17-bk-24859-ER | Marshall Storey Bone and Annett An Bone | 7 | 12/04/17 | Attorney | 03/20/18 |
| 2:17-bk-25043-RK | Spencer Evan Schuck | 7 | 12/08/17 | Attorney | 03/20/18 |
| 2:17-bk-25262-NB | Detric Eugene Clinton | 7 | 12/15/17 | Attorney | 04/03/18 |
| 2:17-bk-25469-RK | Tynisha Marie Malone | 7 | 12/21/17 | Attorney | 04/03/18 |
| 2:17-bk-25471-RK | Alex Florendo San Antonio and Liza Mendez San Antonio | 7 | 12/21/17 | Attorney | 06/05/18 |
| 2:18-ap-01327-RK | Walden et al v. Fernandez | *Lead BK:* 2:18-bk-18159-RK Martha Alicia Fernandez | 10/22/18 | Attorney | 09/30/21 |
| 6:17-bk-15301-MH | Jasper Stevens and Brenda Louise Murray Stevens | 7 | 06/24/17 | Attorney | 02/27/23 |
| 6:17-bk-15519-SC | Patricia Gonzalez | 7 | 06/30/17 | Attorney | 10/11/17 |
| 6:17-bk-15997-SC | Balente Juan Soto | 7 | 07/18/17 | Attorney | 11/29/17 |
| 6:17-bk-16298-MH | David Cisneros | 7 | 07/28/17 | Attorney | 11/07/17 |
| 6:17-bk-16302-SC | Brandon Eugene Mourton | 7 | 07/28/17 | Attorney | 11/27/17 |
| 6:17-bk-16329-MW | Juan Manuel Pesqueda | 7 | 07/31/17 | Attorney | 12/08/20 |
| 6:17-bk-16332-MJ | Christopher James Horisk and Elizabeth | 7 | 07/31/17 | Attorney | 01/31/18 |

Exhibit 7        Page 2 of 66

Lynn Horisk

| | | | | | |
|---|---|---|---|---|---|
| [6:17-bk-16591-MJ](#) | Everardo Cortes Gonzalez and Estela Solis Gonzalez | 7 | 08/08/17 | Attorney | 11/21/17 |
| [6:17-bk-16676-SY](#) | Connie Lynn Sanchez | 7 | 08/10/17 | Attorney | 11/03/17 |
| [6:17-bk-17409-MJ](#) | Deodegaria Diquiatco Lacson | 7 | 09/01/17 | Attorney | 01/12/18 |
| [6:17-bk-17695-MH](#) | Cathy Elaine Picazo | 7 | 09/14/17 | Attorney | 12/28/17 |
| [6:17-bk-18043-MW](#) | Wendy Kay Weaver | 7 | 09/26/17 | Attorney | 01/09/18 |
| [6:17-bk-18044-MH](#) | Elena Navarro Arriaga | 7 | 09/26/17 | Attorney | 01/25/18 |
| [6:17-bk-18450-MJ](#) | Daniel Dayril Marmolijo, Sr | 7 | 10/10/17 | Attorney | 01/23/18 |
| [6:17-bk-18453-MH](#) | Dean Gulla | 7 | 10/10/17 | Attorney | 01/23/18 |
| [6:17-bk-18623-MH](#) | Malata Mwenya | 7 | 10/16/17 | Attorney | 01/30/18 |
| [6:17-bk-18678-MW](#) | Maria Elena Estrada | 7 | 10/18/17 | Attorney | 01/30/18 |
| [6:17-bk-18998-WJ](#) | Sabrina Kelline Blue | 7 | 10/30/17 | Attorney | 02/13/18 |
| [6:17-bk-19001-SC](#) | William Kris Kilbourne and Samantha Jane Kilbourne | 7 | 10/30/17 | Attorney | 06/08/18 |
| [6:17-bk-19002-MW](#) | Waheedah Najmah Jameelah Hill | 7 | 10/30/17 | Attorney | 02/13/18 |
| [6:17-bk-19004-SY](#) | Ricky Charles Zeferjahn | 7 | 10/30/17 | Attorney | 02/13/18 |
| [6:17-bk-19136-SY](#) | Eufenia Theresa Salcedo | 7 | 11/01/17 | Attorney | 02/13/18 |
| [6:17-bk-19150-SY](#) | Charmagne Sharnice Johnson | 7 | 11/02/17 | Attorney | 02/13/18 |
| [6:17-bk-19290-MH](#) | Oscar Noe Diaz | 7 | 11/07/17 | Attorney | 02/21/18 |
| [6:17-bk-19338-MW](#) | Alexander Perez Diaz and Laura Lizbeth Perez | 7 | 11/09/17 | Attorney | 02/21/18 |
| [6:17-bk-19364-MJ](#) | Magdalena Arroyos Moran | 7 | 11/09/17 | Attorney | 03/29/18 |
| [6:17-bk-19373-SC](#) | Cierra Zemoria Keaton | 7 | 11/10/17 | Attorney | 02/21/18 |
| [6:17-bk-19981-SC](#) | Jason Patrick Spurlock | 7 | 12/04/17 | Attorney | 03/20/18 |

Exhibit 7     Page 3 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:17-bk-19982-WJ | Melissa Joanne Jones | | 12/04/17 | Attorney | 03/20/18 |
| 6:17-bk-19983-SC | Michael Thomas Perez | 7 | 12/04/17 | Attorney | 03/20/18 |
| 6:17-bk-19984-SY | Veronica Marie Antunez | 7 | 12/04/17 | Attorney | 03/20/18 |
| 6:17-bk-20118-MJ | Benito Iniguez | 7 | 12/08/17 | Attorney | 03/20/18 |
| 6:17-bk-20120-SY | Karla Paola Ceballos | 7 | 12/08/17 | Attorney | 01/19/18 |
| 6:17-bk-20124-SY | Daniel Kenneth Ulmer | 7 | 12/08/17 | Attorney | 03/20/18 |
| 6:17-bk-20299-MJ | Cindy Cristina Polanco-Lopez | 7 | 12/15/17 | Attorney | 03/27/18 |
| 6:17-bk-20460-SY | Kathryn Lynne Avendano | 7 | 12/22/17 | Attorney | 01/27/20 |
| 6:17-bk-20600-SY | Margarita Najar Morales | 7 | 12/29/17 | Attorney | 02/09/18 |
| 6:17-bk-20603-MH | Sondra Elizabeth Williams | 7 | 12/29/17 | Attorney | 04/10/18 |
| 6:18-ap-01103-SY | United States Trustee for the Central District of v. Saunders et al | *Lead BK:* 6:17-bk-20460-SY Kathryn Lynne Avendano | 05/04/18 | Defendant | 11/27/19 |
| 6:18-bk-10241-SY | Samuel Matthew Cox and Miyisha Denise Cox | 7 | 01/12/18 | Attorney | 04/24/18 |
| 6:18-bk-10528-WJ | Cornel Lucali | 7 | 01/24/18 | Attorney | 06/28/18 |
| 6:18-bk-10722-MJ | Jesse Ezralee Pickrell | 7 | 01/30/18 | Attorney | 05/15/18 |
| 6:18-bk-11026-SY | Jessie Medina and Marisol Medina | 7 | 02/09/18 | Attorney | 09/29/20 |
| 6:18-bk-11065-SY | William Martin Ford | 7 | 02/12/18 | Attorney | 05/30/18 |
| 6:18-bk-11130-MW | Manny Valdivia | 7 | 02/14/18 | Attorney | 05/30/18 |
| 6:18-bk-11683-SY | Margarita Najar Morales | 7 | 03/02/18 | Attorney | 06/12/18 |
| 8:17-bk-13306-SC | Kerry Ann Palmer | 7 | 08/18/17 | Attorney | 11/28/17 |
| 8:17-bk-13615-CB | Eric Lee Baldwin | 7 | 09/08/17 | Attorney | 03/21/18 |
| 8:17-bk-13775-CB | Roberto A Alvarado | 7 | 09/22/17 | Attorney | 01/09/18 |
| 8:17-bk-14556-MW | Geofrey Jose Oropeza, Sr. and Leisy Blasina Torres | 7 | 11/20/17 | Attorney | 03/13/18 |

Exhibit 7                                   Page 4 of 66

| | | | | | |
|---|---|---|---|---|---|
| | 8:17-bk-14732-SC | Belamin A Valle Hernandez | 7 | 12/04/17 | Attorney | 03/27/18 |
| | 8:17-bk-14869-SC | Tammie Crystal Fonte | 7 | 12/18/17 | Attorney | 04/10/18 |
| | 9:17-bk-11244-PC | Fred James Haupt, IV | 7 | 07/11/17 | Attorney | 09/13/17 |
| | 9:17-bk-12190-DS | Sandra Cardenas | 7 | 12/04/17 | Attorney | 03/27/18 |
| Saunders, Gary S (aty) (1336 cases) | 1:11-bk-17554-MT | Stuart H Murray | 7 | 06/21/11 | N / A | 08/05/11 |
| | 1:11-bk-18933-MT | Stuart H Murray | 7 | 07/26/11 | N / A | 09/12/11 |
| | 1:11-bk-21581-VK | Hernan Jackson | 7 | 09/30/11 | N / A | 11/15/11 |
| | 1:11-bk-23220-MT | Stuart H Murray | 7 | 11/14/11 | N / A | 02/27/12 |
| | 1:11-bk-24202-AA | Raymond Van Alphen | 7 | 12/12/11 | N / A | 03/09/12 |
| | 1:11-bk-24744-MT | Khadijah Owens | 7 | 12/29/11 | N / A | 03/07/12 |
| | 1:12-bk-10245-MT | John Dominick | 13 | 01/10/12 | N / A | 02/23/12 |
| | 1:12-bk-13686-AA | Encarnacion N Mangaong | 13 | 04/20/12 | N / A | 06/18/12 |
| | 1:12-bk-14750-VK | Odie J Hallowell | 7 | 05/21/12 | N / A | 10/26/12 |
| | 1:12-bk-15581-MT | Aleksandra Price and Paul Price | 7 | 06/17/12 | N / A | 09/12/12 |
| | 1:12-bk-18972-VK | Maureen Moore | 7 | 10/09/12 | N / A | 12/26/12 |
| | 1:13-bk-15577-AA | Douglas B Neet | 7 | 08/26/13 | N / A | 11/18/13 |
| | 1:13-bk-16447-AA | Douglas B Neet | 13 | 10/08/13 | N / A | 04/09/14 |
| | 1:14-bk-10931-VK | Adam Garza | 7 | 02/24/14 | N / A | 05/08/14 |
| | 1:14-bk-15260-MT | Paul Scott Shugerman | 7 | 11/21/14 | N / A | 01/26/15 |
| | 1:14-bk-15559-AA | Tiger Paulk | 7 | 12/17/14 | N / A | 01/07/15 |
| | 1:16-bk-12349-MB | Jenean Elizabeth Valencia | 13 | 08/12/16 | N / A | 02/05/19 |
| | 1:17-bk-10587-VK | Jonathan Levelle Grind and Annette Cassandra Grind | 7 | 03/08/17 | N / A | 06/29/17 |
| | 1:17-bk-13004-MB | Everette Lorenzo Adams and Donna Lynn Adams | 7 | 11/09/17 | N / A | 02/21/18 |

Exhibit 7        Page 5 of 66

| | | | | | |
|---|---|---|---|---|---|
| [1:18-ap-01121-VK](#) | Fields et al v. Hill et al | *Lead BK:* 1:18-bk-11914-VK William G Hill | 11/29/18 | N / A | 07/17/19 |
| [1:18-bk-10880-MT](#) | Jacqueline G Figueredo | 7 | 04/10/18 | N / A | 07/24/18 |
| [1:18-bk-11724-VK](#) | William G Hill | 7 | 07/10/18 | N / A | 08/22/18 |
| [1:18-bk-11879-VK](#) | Matthew Arlen Daeseleer | 7 | 07/26/18 | N / A | 11/06/18 |
| [1:18-bk-11914-VK](#) | William G Hill | 7 | 07/31/18 | N / A | 05/15/19 |
| [1:19-bk-12170-MB](#) | Scott Kenneth Hoagland and Carolyn Elizabeth Hoagland | 13 | 08/28/19 | N / A | N / A |
| [1:20-bk-10570-VK](#) | Mark Terrance Coleman | 13 | 03/09/20 | N / A | 03/14/22 |
| [1:20-bk-12053-VK](#) | 7911 Oceanus LLC | 7 | 11/17/20 | N / A | 12/09/20 |
| [1:20-bk-12171-VK](#) | Anthony Hines | 7 | 12/09/20 | N / A | 03/30/21 |
| [1:22-bk-10405-VK](#) | Cherie Wendy Teitelbaum | 11 | 04/06/22 | N / A | 06/07/22 |
| [1:22-bk-10954-MB](#) | Chinecherem Eze LLC | 11 | 08/16/22 | N / A | N / A |
| [2:09-bk-36887-ER](#) | Jorge Trujillo | 7 | 10/02/09 | N / A | 04/28/11 |
| [2:09-bk-42258-ER](#) | Juan Barraza and Margarita Barraza | 7 | 11/17/09 | N / A | 02/02/12 |
| [2:10-bk-18099-RN](#) | Rick Willis | 7 | 03/05/10 | N / A | 08/27/10 |
| [2:10-bk-18103-VK](#) | Bella De La Cruz Fabros and Benhur Navea Clavencilla | 7 | 03/05/10 | N / A | 12/01/10 |
| [2:10-bk-24596-TD](#) | Jessy Garcia Sunga and Reyma Agra Sunga | 7 | 04/15/10 | N / A | 08/26/10 |
| [2:10-bk-28086-BB](#) | Ivy Lee Boice | 7 | 05/06/10 | N / A | 09/28/10 |
| [2:10-bk-31534-ER](#) | Luis Manuel Trujillo | 7 | 05/27/10 | N / A | 10/27/10 |
| [2:10-bk-36071-BR](#) | Jorge Trujillo | 7 | 06/25/10 | N / A | 12/08/10 |
| [2:10-bk-42600-RN](#) | Giovanni Cuauhtemoc Perez and Clara L. Perez | 7 | 08/04/10 | N / A | 09/29/10 |
| [2:10-bk-43008-BR](#) | Juan Barraza and Margarita Barraza | 7 | 08/06/10 | N / A | 01/21/11 |

Exhibit 7                    Page 6 of 66

| | | | | | |
|---|---|---|---|---|---|
| [2:10-bk-47867-BB](#) | Giovanni Cuauhtemoc Perez and Clara L Perez | 7 | 09/07/10 | N / A | 01/21/11 |
| [2:10-bk-48052-ER](#) | Heather A Cunningham | 7 | 09/07/10 | N / A | 01/20/11 |
| [2:10-bk-51907-VK](#) | Fernando Membreno | 13 | 09/30/10 | N / A | 10/12/10 |
| [2:10-bk-52392-ER](#) | Nelson David Iturralde and Espie Fabros Iturralde | 7 | 10/03/10 | N / A | 02/04/11 |
| [2:10-bk-52393-BB](#) | Mike Sylvia and Anna Marie Sylvia | 7 | 10/03/10 | N / A | 03/14/11 |
| [2:10-bk-57075-BR](#) | Miriam Othman | 7 | 11/01/10 | N / A | 03/24/11 |
| [2:10-bk-58789-TD](#) | William Sosa | 13 | 11/12/10 | N / A | 05/20/11 |
| [2:10-bk-59475-ER](#) | Azhalea Membreno and Fernando Membreno | 13 | 11/17/10 | N / A | 02/09/11 |
| [2:10-bk-60664-ER](#) | Abraham A Tomas and Flor Dovin C Tomas | 7 | 11/27/10 | N / A | 03/30/11 |
| [2:10-bk-61445-VZ](#) | Adriano Torres and Elizabeth Torres | 13 | 12/01/10 | N / A | 02/23/11 |
| [2:10-bk-61559-EC](#) | Luis M Trujillo | 13 | 12/02/10 | N / A | 04/19/11 |
| [2:11-bk-17193-TD](#) | Rudolph Gallardo | 7 | 02/21/11 | N / A | 09/28/11 |
| [2:11-bk-29032-BB](#) | Arthur E McHugh and Rizelma A McHugh | 7 | 04/30/11 | N / A | 08/18/11 |
| [2:11-bk-30597-EC](#) | Santos Gallardo Ramirez and Rafaela Gallardo | 7 | 05/11/11 | N / A | 10/18/11 |
| [2:11-bk-30602-EC](#) | Susan F Fisher | 7 | 05/11/11 | N / A | 09/21/11 |
| [2:11-bk-32125-BB](#) | Arsenio C Alba | 7 | 05/23/11 | N / A | 10/31/11 |
| [2:11-bk-32228-PC](#) | Sergio Quechol | 7 | 05/23/11 | N / A | 07/29/11 |
| [2:11-bk-33404-RN](#) | Candelaria Monreal | 7 | 05/31/11 | N / A | 10/21/11 |
| [2:11-bk-39285-VZ](#) | Candelaria Monreal | 13 | 07/08/11 | N / A | 10/19/11 |
| [2:11-bk-39541-SK](#) | Norma J Yes | 13 | 07/11/11 | N / A | 09/01/11 |
| [2:11-bk-43357-BB](#) | Jose Medina | 7 | 08/05/11 | N / A | 10/24/11 |
| [2:11-bk-43666-ER](#) | Philip Brian Reyes | 7 | 08/08/11 | N / A | 05/18/12 |
| [2:11-bk-45105-BB](#) | Adrian Pacheco and Rosa M Pacheco | 7 | 08/17/11 | N / A | 05/18/16 |

Exhibit 7                                             Page 7 of 66

| | | | | | |
|---|---|---|---|---|---|
| 2:11-bk-45140-BR | Tibor F Banhidy | 7 | 08/18/11 | N / A | 11/01/11 |
| 2:11-bk-45222-BB | Larry D Scott and Aurora Scott | 7 | 08/18/11 | N / A | 04/24/13 |
| 2:11-bk-50746-EC | Sandra L Navarro | 7 | 09/28/11 | N / A | 10/26/11 |
| 2:11-bk-52136-BB | Boubakary K Dialo | 7 | 10/07/11 | N / A | 11/30/11 |
| 2:11-bk-55955-EC | Shawn F Grayson | 7 | 11/04/11 | N / A | 12/28/11 |
| 2:11-bk-56160-BB | Jonathan Young | 7 | 11/07/11 | N / A | 12/28/11 |
| 2:11-bk-57261-VZ | Jose Medina | 13 | 11/16/11 | N / A | 12/01/11 |
| 2:11-bk-58015-WB | Boubakary K Dialo | 13 | 11/22/11 | N / A | 01/19/12 |
| 2:11-bk-59392-SK | Darlene Arefaine | 13 | 12/02/11 | N / A | 09/26/12 |
| 2:11-bk-59614-ER | Ferdinand H Carlos and Nenita J Carlos | 7 | 12/05/11 | N / A | 04/30/12 |
| 2:11-bk-60776-BR | Patricia Becerra | 7 | 12/14/11 | N / A | 03/26/12 |
| 2:12-ap-01859-SK | Marfori v. Reconveyance et al | *Lead BK:* 2:12-bk-24756-SK Divina T Marfori | 06/29/12 | N / A | 09/27/12 |
| 2:12-bk-10680-TD | Eperanza R Soto | 7 | 01/09/12 | N / A | 02/27/12 |
| 2:12-bk-11100-BR | Olga Cuevas | 7 | 01/12/12 | N / A | 02/26/12 |
| 2:12-bk-15180-PC | Susan Young | 7 | 02/14/12 | N / A | 03/26/12 |
| 2:12-bk-15205-RK | Cesario N Mangaoang | 7 | 02/14/12 | N / A | 04/03/12 |
| 2:12-bk-16881-TD | Maria L Valenzuela | 7 | 02/27/12 | N / A | 06/08/12 |
| 2:12-bk-18321-RK | Margie Abraham | 7 | 03/08/12 | N / A | 04/09/12 |
| 2:12-bk-18582-RK | Margaret A Joseph | 7 | 03/09/12 | N / A | 05/30/12 |
| 2:12-bk-18900-BR | KuoFeng Ko and Xia Ko | 7 | 03/13/12 | N / A | 02/01/22 |
| 2:12-bk-19266-BB | Israel Soberanes and Elia S Soberanes | 7 | 03/15/12 | N / A | 10/11/12 |
| 2:12-bk-22312-VZ | Candelaria Monrreal | 13 | 04/06/12 | N / A | 02/26/13 |
| 2:12-bk-22938-TD | Olga Cuevas | 7 | 04/12/12 | N / A | 05/30/12 |
| 2:12-bk-24472-ER | Robert D Cartwright | 7 | 04/24/12 | N / A | 07/10/12 |
| 2:12-bk-24756-SK | Divina T Marfori | 13 | 04/26/12 | N / A | 01/04/13 |
| 2:12-bk-25970-VZ | John G Rudesill | 13 | 05/07/12 | N / A | 06/13/12 |
| 2:12-bk-29109-RN | Jacquie Michael | 7 | 05/31/12 | N / A | 07/06/12 |
| 2:12-bk-29896-TD | Oscar A Cuevas | 7 | 06/07/12 | N / A | 09/05/12 |

Exhibit 7    Page 8 of 66

| | | | | | |
|---|---|---|---|---|---|
| [2:12-bk-31704-PC](#) | Adam Salazar | 7 | 06/22/12 | N / A | 08/22/12 |
| [2:12-bk-33892-TD](#) | Jacqueline Marie Castanon | 7 | 07/11/12 | N / A | 09/06/12 |
| [2:12-bk-34038-RK](#) | Stacey Duran | 7 | 07/12/12 | N / A | 08/15/12 |
| [2:12-bk-34112-SK](#) | Astoria Retirement Center Inc. and Sanford Deutsch | 11 | 07/12/12 | N / A | 04/29/13 |
| [2:12-bk-35649-RK](#) | Ubaldo T Flores | 7 | 07/26/12 | N / A | 10/26/12 |
| [2:12-bk-39231-RN](#) | Gerardo G Romero and Sylvia Romero | 7 | 08/27/12 | N / A | 12/14/12 |
| [2:12-bk-39306-RK](#) | Benjamin Hernandez and Elsa Diaz | 7 | 08/27/12 | N / A | 12/17/12 |
| [2:12-bk-39313-BR](#) | Rutilio Quero | 7 | 08/27/12 | N / A | 12/11/12 |
| [2:12-bk-43560-VZ](#) | Jherald A Mckee | 13 | 10/04/12 | N / A | 12/16/13 |
| [2:13-bk-19860-BR](#) | Agnes Burman | 7 | 04/16/13 | N / A | 06/18/14 |
| [2:13-bk-21750-BR](#) | Tammy Lopez | 7 | 05/03/13 | N / A | 08/08/13 |
| [2:13-bk-24032-RK](#) | Tina M Moye and Christopher S Moye | 7 | 05/29/13 | N / A | 09/09/13 |
| [2:13-bk-27175-VZ](#) | Tony Maurice Davis | 7 | 07/02/13 | N / A | 08/30/22 |
| [2:13-bk-28613-RN](#) | Brenda B Gonzalez | 7 | 07/23/13 | N / A | 10/29/13 |
| [2:14-bk-10416-RN](#) | Yolanda Martinez | 7 | 01/09/14 | N / A | 03/03/14 |
| [2:14-bk-12701-ER](#) | Yolanda Martinez | 7 | 02/13/14 | N / A | 06/10/14 |
| [2:14-bk-13743-SK](#) | Vera M LaceField | 13 | 02/28/14 | N / A | 03/25/14 |
| [2:14-bk-14994-BR](#) | Glenn Schneider | 7 | 03/17/14 | N / A | 04/23/14 |
| [2:14-bk-21425-NB](#) | Martha Imelda Trujillo | 7 | 06/11/14 | N / A | 09/23/14 |
| [2:14-bk-24090-RK](#) | Bruce William Kedziora | 7 | 07/24/14 | N / A | 06/26/15 |
| [2:14-bk-24273-VZ](#) | Quanitta A Cotton | 7 | 07/28/14 | N / A | 11/18/14 |
| [2:14-bk-26423-TD](#) | Diane Holguin | 7 | 08/27/14 | N / A | 12/16/14 |
| [2:14-bk-32419-BB](#) | Lisa Dawn Cook | 7 | 12/03/14 | N / A | 03/06/15 |
| [2:15-bk-11451-BR](#) | Adriano Capule Torres and Elizabeth Antonio Advincula-Torres | 7 | 01/30/15 | N / A | 03/16/15 |
| [2:15-bk-12457-NB](#) | Carlos Agapito Sanchez and Maria Sanchez | 13 | 02/18/15 | N / A | 02/25/20 |

Exhibit 7                    Page 9 of 66

| | | | | | |
|---|---|---|---|---|---|
| [2:15-bk-12618-VZ](#) | Thomas Michael Sorge | 13 | 02/20/15 | N / A | 08/06/15 |
| [2:15-bk-12831-SK](#) | Manuel Hervias Lopez, Jr. | 13 | 02/25/15 | N / A | 05/06/15 |
| [2:15-bk-12833-NB](#) | Florida Martinez | 13 | 02/25/15 | N / A | 12/02/15 |
| [2:15-bk-13379-RK](#) | Lisa Dawn Cook | 7 | 03/05/15 | N / A | 04/08/15 |
| [2:15-bk-15013-RN](#) | Priscilla Leigh Velez | 7 | 03/31/15 | N / A | 07/14/15 |
| [2:15-bk-15932-RK](#) | Mark Allen Valdez and Christine Audrey Valdez | 7 | 04/15/15 | N / A | 07/28/15 |
| [2:16-bk-10969-NB](#) | Damon Shawn Berg | 13 | 01/26/16 | N / A | 06/03/16 |
| [2:16-bk-13344-BR](#) | Randal Mark Levin and Monique Anne MayoLevin | 7 | 03/16/16 | N / A | 06/28/16 |
| [2:16-bk-17209-NB](#) | Judith Ann Plantier-Rivas | 13 | 05/31/16 | N / A | 01/28/19 |
| [2:16-bk-19152-NB](#) | David Torres-Guerrero | 7 | 07/11/16 | N / A | 12/29/16 |
| [2:16-bk-19958-BR](#) | Carla Yamileth Melendez | 7 | 07/28/16 | N / A | 11/08/16 |
| [2:16-bk-21035-RK](#) | Adriano Capule Torres and Elizabeth Advincula Torres | 7 | 08/18/16 | N / A | 11/13/17 |
| [2:16-bk-21885-BR](#) | Rohel Zarate Soto | 7 | 09/06/16 | N / A | 12/13/16 |
| [2:17-bk-11759-WB](#) | Martha Elva Ontiveros | 7 | 02/14/17 | N / A | 06/06/17 |
| [2:17-bk-16258-ER](#) | Bryan Alan London and Susan Ruth London | 7 | 05/22/17 | N / A | 09/12/17 |
| [2:17-bk-17395-SK](#) | Robert Fredrick Nelson | 13 | 06/19/17 | N / A | 11/14/18 |
| [2:17-bk-18235-WB](#) | Maurice Clark | 7 | 07/07/17 | N / A | 09/19/17 |
| [2:17-bk-18615-BB](#) | Janice Kay Russell | 7 | 07/14/17 | N / A | 10/24/17 |
| [2:17-bk-19948-ER](#) | Marlene Elizabeth Heaton | 7 | 08/14/17 | N / A | 12/05/17 |
| [2:17-bk-21610-BR](#) | Jorge Antonio Bello | 7 | 09/21/17 | N / A | 01/04/18 |
| [2:17-bk-21986-ER](#) | Mohammad Razzaghi | 7 | 09/29/17 | N / A | 01/09/18 |
| [2:17-bk-22438-BR](#) | Kecia Lynette Brooks | 7 | 10/10/17 | N / A | 01/30/18 |

Exhibit 7                                Page 10 of 66

| | | | | | |
|---|---|---|---|---|---|
| [2:17-bk-22666-ER](#) | Michael Raygoza | 7 | 10/16/17 | N / A | 01/30/18 |
| [2:17-bk-23291-BR](#) | Elizabeth Torres | 7 | 10/30/17 | N / A | 03/03/21 |
| [2:17-bk-23519-SK](#) | Edson Omar Lopez | 7 | 11/01/17 | N / A | 02/21/18 |
| [2:17-bk-23520-SK](#) | Norman Troy Steele and Maria Bravo | 7 | 11/01/17 | N / A | 02/21/18 |
| [2:17-bk-23523-BR](#) | Sharese Renee Hines | 7 | 11/01/17 | N / A | 02/27/18 |
| [2:17-bk-23526-BB](#) | Lanicia Neechelle Gaines | 7 | 11/01/17 | N / A | 04/02/18 |
| [2:17-bk-23820-ER](#) | Andy Bravo | 7 | 11/08/17 | N / A | 02/21/18 |
| [2:17-bk-24090-WB](#) | Carlos Reyes Alvarez and Rosa Maria Alba Valadez | 7 | 11/15/17 | N / A | 02/27/18 |
| [2:17-bk-24102-RK](#) | Mario Valentine Chavez and Angel Renee Chavez | 7 | 11/16/17 | N / A | 02/27/18 |
| [2:17-bk-24104-ER](#) | Vardaman Tillman Anderson and Latrell Trenise Anderson | 7 | 11/16/17 | N / A | 02/27/18 |
| [2:17-bk-24106-BB](#) | Juan Jose Ortiz | 7 | 11/16/17 | N / A | 12/01/17 |
| [2:17-bk-24290-BB](#) | Tanya Denise San Roman | 7 | 11/20/17 | N / A | 03/13/18 |
| [2:17-bk-24293-BR](#) | Brande Marie Crockett | 7 | 11/20/17 | N / A | 03/13/18 |
| [2:17-bk-24525-ER](#) | AnneMarie Molina | 7 | 11/27/17 | N / A | 06/28/18 |
| [2:17-bk-24856-SK](#) | Fidel Espinoza | 13 | 12/04/17 | N / A | 07/16/18 |
| [2:17-bk-24859-ER](#) | Marshall Storey Bone and Annett An Bone | 7 | 12/04/17 | N / A | 03/20/18 |
| [2:17-bk-25041-NB](#) | Patrick Lagrant Olive | 7 | 12/08/17 | N / A | 03/20/18 |
| [2:17-bk-25043-RK](#) | Spencer Evan Schuck | 7 | 12/08/17 | N / A | 03/20/18 |
| [2:17-bk-25262-NB](#) | Detric Eugene Clinton | 7 | 12/15/17 | N / A | 04/03/18 |
| [2:17-bk-25469-RK](#) | Tynisha Marie Malone | 7 | 12/21/17 | N / A | 04/03/18 |
| [2:17-bk-25471-RK](#) | Alex Florendo San Antonio and Liza Mendez San Antonio | 7 | 12/21/17 | N / A | 06/05/18 |
| [2:18-ap-01327-RK](#) | Walden et al v. Fernandez | *Lead BK:* 2:18-bk-18159-RK | 10/22/18 | N / A | 09/30/21 |

Exhibit 7                               Page 11 of 66

| | | | | | |
|---|---|---|---|---|---|
| 2:18-bk-10215-ER | Charmain Marie Brown | 7 | 01/08/18 | N / A | 04/24/18 |
| 2:18-bk-11517-VZ | Chantel Monique Dubois | 7 | 02/12/18 | N / A | 05/30/18 |
| 2:18-bk-12556-RK | Colleen Ann Gallagher | 7 | 03/08/18 | N / A | 06/12/18 |
| 2:18-bk-13033-NB | Mario A Machuca and America Machuca | 7 | 03/20/18 | N / A | 03/30/21 |
| 2:18-bk-17145-RK | Mark Cameron Pfost | 7 | 06/20/18 | N / A | 11/20/18 |
| 2:18-bk-18159-RK | Martha Alicia Fernandez | 7 | 07/17/18 | N / A | 08/26/19 |
| 2:18-bk-18166-RK | First Choice Remodeling | 7 | 07/17/18 | N / A | 09/20/18 |
| 2:18-bk-20705-NB | Maritess Co | 13 | 09/13/18 | N / A | 10/04/18 |
| 2:18-bk-22068-NB | Mojgan Tabibnia | 13 | 10/15/18 | N / A | 11/14/18 |
| 2:18-bk-24411-NB | Glenna May Walker | 13 | 12/11/18 | N / A | N / A |
| 2:19-bk-10281-BR | Martha S. Blank | 7 | 01/10/19 | N / A | 05/20/19 |
| 2:19-bk-10547-WB | Willie Fred Carr | 13 | 01/18/19 | N / A | 07/08/19 |
| 2:19-bk-10682-VZ | Shawnalee Dounjit Johnson | 13 | 01/23/19 | N / A | 07/07/20 |
| 2:19-bk-13636-RK | Kevin James Clark and Soojung Clark | 7 | 03/31/19 | N / A | 07/16/19 |
| 2:19-bk-14723-WB | Eric Gonsalez | 7 | 04/25/19 | N / A | 07/30/19 |
| 2:19-bk-15456-ER | Linda Louise Jimenez | 7 | 05/09/19 | N / A | 08/20/19 |
| 2:19-bk-15586-SK | Cheryl Lynn Williams | 7 | 05/14/19 | N / A | 04/07/21 |
| 2:19-bk-18033-VZ | Carmen Vanessa Gutierrez | 7 | 07/10/19 | N / A | 10/22/19 |
| 2:19-bk-19630-VZ | Richard Francis White | 13 | 08/16/19 | N / A | N / A |
| 2:19-bk-23332-VZ | Jennifer Noel Kerzie | 13 | 11/12/19 | N / A | 04/19/21 |
| 2:19-bk-23838-NB | Lupe Gregoria Barboza | 13 | 11/25/19 | N / A | 05/15/20 |
| 2:20-bk-12110-BR | Harold Rodolfo Gomez | 7 | 02/26/20 | N / A | 06/09/20 |

Exhibit 7                                   Page 12 of 66

| Case Number | Name | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| 2:20-bk-13018-WB | Frank A. Ferri | 13 | 03/17/20 | N / A | 10/13/20 |
| 2:20-bk-13460-SK | Rene Rios Rubira and Tenaya Angel Rubira | 13 | 04/01/20 | N / A | 01/07/22 |
| 2:20-bk-13502-VZ | Juliette Morris | 7 | 04/03/20 | N / A | 07/21/20 |
| 2:20-bk-15320-ER | Pedro Barrera Cano | 7 | 06/12/20 | N / A | 09/22/20 |
| 2:20-bk-17592-BB | Jesse Nunez | 7 | 08/20/20 | N / A | 11/24/20 |
| 2:20-bk-17951-RK | Channa Sheree Thornton | 7 | 08/31/20 | N / A | 12/08/20 |
| 2:20-bk-20148-WB | Roland H. Bernal | 13 | 11/12/20 | N / A | 05/11/21 |
| 2:20-bk-20688-BB | Jose Alberto Gutierrez and Silvia Cervantes | 7 | 12/03/20 | N / A | 03/16/21 |
| 2:21-bk-10149-BR | Hilda N Alvarado | 7 | 01/11/21 | N / A | 12/29/21 |
| 2:21-bk-10189-WB | Solandy Tejada | 7 | 01/12/21 | N / A | 05/25/21 |
| 2:21-bk-11715-ER | Lorena M Prieto | 7 | 03/03/21 | N / A | 06/08/21 |
| 2:21-bk-12175-NB | Rosario Alcantar | 13 | 03/18/21 | N / A | 08/24/21 |
| 2:21-bk-16159-VZ | Eddie Rogers | 13 | 07/30/21 | N / A | 11/22/22 |
| 2:22-bk-10987-VZ | Shawnalee Dounjit Johnson | 13 | 02/23/22 | N / A | 09/29/22 |
| 2:22-bk-13070-VZ | Shawnalee Dounjit Johnson | 13 | 06/01/22 | N / A | 01/20/23 |
| 2:22-bk-14915-SK | Allyson A Gonzalez | 13 | 09/07/22 | N / A | N / A |
| 2:22-bk-15130-NB | Victor Hugo Flores Polanco | 7 | 09/20/22 | N / A | 01/04/23 |
| 6:09-bk-26754-MJ | Paul Murphy and Alma Murphy | 7 | 07/24/09 | N / A | 11/17/09 |
| 6:09-bk-28800-DS | Daniel Scott Turner and Keelie Marie Turner | 7 | 08/14/09 | N / A | 08/20/10 |
| 6:09-bk-29053-BB | Matt Damon Simmonds and Alma Isela Simmonds | 7 | 08/19/09 | N / A | 01/25/10 |
| 6:09-bk-29834-BB | Michelle Pretel Beerer | 7 | 08/26/09 | N / A | 01/08/10 |
| 6:09-bk-30788-PC | Kristopher Michael Johns and Trisha Denise Johns | 7 | 09/03/09 | N / A | 02/18/10 |

Exhibit 7                                   Page 13 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:09-bk-31912-PC](#) | Robert L Christiansen and Deborah K Christiansen | 7 | 09/18/09 | N / A | 02/18/10 |
| [6:09-bk-32399-PC](#) | Steven James Ferguson | 7 | 09/23/09 | N / A | 11/10/09 |
| [6:09-bk-32435-MJ](#) | Thomas John Redding and Sandra Kayleen Redding | 13 | 09/24/09 | N / A | 12/17/09 |
| [6:09-bk-32945-BB](#) | Jose Cristobal Vasquez and Eva Vasquez | 7 | 09/29/09 | N / A | 02/05/10 |
| [6:09-bk-33269-MJ](#) | Joe Palacio Castillo and Leticia Castillo | 7 | 10/01/09 | N / A | 05/06/10 |
| [6:09-bk-33280-RN](#) | Steven Real-Vasquez and Martha Cristina Real y Vasquez | 7 | 10/01/09 | N / A | 01/21/10 |
| [6:09-bk-33426-RN](#) | Robert Timothy Jameson and Joyce Jameson Reimer | 7 | 10/02/09 | N / A | 01/28/10 |
| [6:09-bk-35363-DS](#) | Steven James Ferguson | 7 | 10/23/09 | N / A | 05/12/10 |
| [6:09-bk-35370-MJ](#) | Omar Haro and Elizabeth Haro | 7 | 10/23/09 | N / A | 06/21/10 |
| [6:09-bk-35579-RN](#) | Jaemy Zavala and Ernesto Quintana Zavala | 7 | 10/26/09 | N / A | 03/10/10 |
| [6:09-bk-36369-MJ](#) | Sandra Hall | 7 | 11/02/09 | N / A | 03/15/10 |
| [6:09-bk-36392-PC](#) | George Gamez Pacheco and Linda Sue Pacheco | 7 | 11/02/09 | N / A | 04/21/10 |
| [6:09-bk-36912-PC](#) | Hillary Taylor | 7 | 11/06/09 | N / A | 04/21/10 |
| [6:09-bk-38661-RN](#) | Katherine Mae Paje Osorio | 7 | 11/25/09 | N / A | 03/26/10 |
| [6:09-bk-39944-PC](#) | Jaime Calderon | 13 | 12/10/09 | N / A | 03/24/10 |
| [6:09-bk-40722-DS](#) | Ruben Paras Soriano | 7 | 12/18/09 | N / A | 05/11/10 |
| [6:09-bk-40729-DS](#) | Kathleen Lynn Lenning | 7 | 12/18/09 | N / A | 04/27/10 |
| [6:10-bk-10223-TD](#) | Ponciano Cortes Melo, Jr | 7 | 01/05/10 | N / A | 05/27/10 |
| [6:10-bk-10585-MJ](#) | Derek Kirk Robbins and Lori Diane | 7 | 01/08/10 | N / A | 06/18/10 |

Exhibit 7                          Page 14 of 66

Robbins

| | | | | | |
|---|---|---|---|---|---|
| [6:10-bk-10719-MJ](#) | Dixie F Fite | 7 | 01/11/10 | N / A | 05/20/10 |
| [6:10-bk-10723-PC](#) | Julia Marie Soriano | 7 | 01/11/10 | N / A | 06/29/10 |
| [6:10-bk-10846-PC](#) | William Mitchell Gilbert | 7 | 01/12/10 | N / A | 08/09/10 |
| [6:10-bk-10917-MJ](#) | James D Rosemeyer and Mary E Rosemeyer | 7 | 01/13/10 | N / A | 05/20/10 |
| [6:10-bk-10978-MJ](#) | Young Chung and Lynn Chung | 7 | 01/13/10 | N / A | 07/01/10 |
| [6:10-bk-12708-EC](#) | Alberto Cardenas | 7 | 02/01/10 | N / A | 06/17/10 |
| [6:10-bk-12718-PC](#) | Charles Lowell Clark and Dawn Ava Clark | 7 | 02/01/10 | N / A | 06/08/10 |
| [6:10-bk-13177-PC](#) | Sergio Zavala and Laura Zavala | 7 | 02/04/10 | N / A | 06/11/10 |
| [6:10-bk-13580-MJ](#) | Ricardo Romero Fitz | 7 | 02/09/10 | N / A | 06/18/10 |
| [6:10-bk-13583-MJ](#) | Jennifer L Rohauer | 7 | 02/09/10 | N / A | 06/18/10 |
| [6:10-bk-13683-PC](#) | John William Evans | 7 | 02/10/10 | N / A | 06/15/10 |
| [6:10-bk-13688-TD](#) | Malekardavan Sadri | 7 | 02/10/10 | N / A | 06/14/10 |
| [6:10-bk-14607-MJ](#) | Peter Emanuel Theophilos | 7 | 02/19/10 | N / A | 07/01/10 |
| [6:10-bk-14615-MJ](#) | Linh Galian Lamb | 7 | 02/19/10 | N / A | 06/28/10 |
| [6:10-bk-15089-MJ](#) | Robert Arthur Mehr and Colleen Marie Mehr | 7 | 02/24/10 | N / A | 07/15/10 |
| [6:10-bk-15864-CB](#) | Scott D Godwin and Angelina Godwin | 7 | 03/02/10 | N / A | 06/22/10 |
| [6:10-bk-15866-CB](#) | Jonathan Glenn Ferry and Maria Ferry | 7 | 03/02/10 | N / A | 06/22/10 |
| [6:10-bk-16121-EC](#) | Kacia Frye | 7 | 03/04/10 | N / A | 06/23/10 |
| [6:10-bk-16782-CB](#) | David R Kelly and Merril Lyn Kelly | 7 | 03/10/10 | N / A | 07/06/10 |
| [6:10-bk-16796-TD](#) | Brett Benson Campbell and Cynthia Dickens Campbell | 7 | 03/10/10 | N / A | 07/14/10 |
| [6:10-bk-16940-CB](#) | George Wade Saliba and Patricia Ann Saliba | 7 | 03/11/10 | N / A | 02/08/11 |

Exhibit 7                                    Page 15 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:10-bk-16947-MJ](#) | Michael Alan Cornett and Linda Rae Cornett | 7 | 03/11/10 | N / A | 07/15/10 |
| [6:10-bk-16957-CB](#) | Carlos Alberto Ramirez and Jennifer Juanzeta Ramirez | 7 | 03/11/10 | N / A | 07/07/10 |
| [6:10-bk-17771-PC](#) | Brian Douglas Trice and Carolyn Ann Trice | 13 | 03/18/10 | N / A | 05/28/10 |
| [6:10-bk-18073-EC](#) | Timothy Phillips, Jr | 7 | 03/22/10 | N / A | 07/21/10 |
| [6:10-bk-18081-MJ](#) | Pablo Reynoso Perez and Yolando Perez | 7 | 03/22/10 | N / A | 07/28/10 |
| [6:10-bk-18098-MJ](#) | Scott Paul Cohen | 7 | 03/22/10 | N / A | 07/28/10 |
| [6:10-bk-19059-CB](#) | Jane Darlene Riley | 7 | 03/29/10 | N / A | 06/14/10 |
| [6:10-bk-21126-DS](#) | Michael Patrick McCloskey and Susan Lynette McCloskey | 7 | 04/15/10 | N / A | 08/25/10 |
| [6:10-bk-21129-DS](#) | Felipe Antonio Gopar and Linda Marie Gopar | 7 | 04/15/10 | N / A | 08/19/10 |
| [6:10-bk-21133-CB](#) | Susan Forbes Johnson and James Richard Johnson | 7 | 04/15/10 | N / A | 08/09/10 |
| [6:10-bk-23023-DS](#) | Brian Douglas Trice and Carolyn Ann Trice | 13 | 04/30/10 | N / A | 07/29/10 |
| [6:10-bk-23027-DS](#) | Michael Anthony Miernik and Sabrina Alexandria Miernik | 7 | 04/30/10 | N / A | 10/07/10 |
| [6:10-bk-25370-MJ](#) | Jeremy Lee Billings and Sonia Salcedo Billings | 7 | 05/20/10 | N / A | 09/23/10 |
| [6:10-bk-25380-MJ](#) | Earl Devonn Kilgore and Dana Reye Kilgore | 7 | 05/20/10 | N / A | 10/07/10 |
| [6:10-bk-25385-MJ](#) | Timothy Scott Oliver and Diane Lynn Oliver | 7 | 05/20/10 | N / A | 09/23/10 |
| [6:10-bk-25390-MJ](#) | William Anthony Munsch and Dana Marie Munsch | 7 | 05/20/10 | N / A | 09/23/10 |
| [6:10-bk-26189-DS](#) | John A Di Ciaula | 7 | 05/26/10 | N / A | 10/04/10 |

Exhibit 7                    Page 16 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:10-bk-27189-CB | Robert Eugene Hershman and Jennifer Vidargas | 7 | 06/03/10 | N / A | 08/16/11 |
| 6:10-bk-27200-MJ | Joseph Jose Palacpac and Jeannet Palacpac | 7 | 06/03/10 | N / A | 04/07/11 |
| 6:10-bk-27211-MJ | Rodney Scott Reid and Kristin Elizabeth Reid | 7 | 06/03/10 | N / A | 04/07/11 |
| 6:10-bk-27224-CB | William Sopiak Delfine and Marie Antionette Delfine | 7 | 06/03/10 | N / A | 08/18/10 |
| 6:10-bk-27254-TD | Ponciano Cortes Melo, Jr | 7 | 06/04/10 | N / A | 12/29/10 |
| 6:10-bk-27785-WJ | Kenneth Gilbert Kincaid | 13 | 06/09/10 | N / A | 10/24/12 |
| 6:10-bk-28085-CB | Jaime Fernandez and Albertina Fernandez | 7 | 06/11/10 | N / A | 10/04/10 |
| 6:10-bk-28095-CB | Ben Harvey Shiffer and Carol Ann Shiffer | 7 | 06/11/10 | N / A | 09/19/11 |
| 6:10-bk-28108-CB | Gregory Allen Kraft and Judy Lynn Kraft | 7 | 06/11/10 | N / A | 10/04/10 |
| 6:10-bk-28865-CB | Mark E Waller and Margaretta T Waller | 7 | 06/18/10 | N / A | 10/08/10 |
| 6:10-bk-29558-DS | Rachel C Reed | 7 | 06/24/10 | N / A | 10/25/10 |
| 6:10-bk-29562-MJ | Scott Hymas and Tawny C Hymas | 7 | 06/24/10 | N / A | 07/26/11 |
| 6:10-bk-29905-CB | Helen Magdalena Montenegro | 7 | 06/28/10 | N / A | 08/06/10 |
| 6:10-bk-30508-MJ | Ramon Arballo Osuna | 7 | 07/01/10 | N / A | 09/20/10 |
| 6:10-bk-30514-DS | Roberto Ma Luis Montan Hechanova and Paticia Macias Hechanova | 7 | 07/01/10 | N / A | 11/18/10 |
| 6:10-bk-30681-MJ | Robert John Austin | 7 | 07/02/10 | N / A | 09/20/10 |
| 6:10-bk-30682-MJ | Kevin Reid Hettinger and Leslie Ann Hettinger | 7 | 07/02/10 | N / A | 02/14/11 |
| 6:10-bk-31834-MJ | Derek Kirk Robbins | 13 | 07/13/10 | N / A | 10/20/10 |
| 6:10-bk-32762-MJ | Alejandro Espinoza and Lucia Espinoza | 7 | 07/21/10 | N / A | 03/10/11 |

Exhibit 7                    Page 17 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:10-bk-33394-MJ](#) | Kendall Stock and Kari Stock | 13 | 07/27/10 | N / A | 10/19/10 |
| [6:10-bk-33978-MJ](#) | Rafael Loza and Michele Loza | 13 | 07/30/10 | N / A | 10/19/10 |
| [6:10-bk-34123-MJ](#) | Michael Carpenter | 7 | 07/30/10 | N / A | 09/20/10 |
| [6:10-bk-34147-MJ](#) | Madonna Lue Kleinau | 7 | 07/30/10 | N / A | 12/14/10 |
| [6:10-bk-34407-CB](#) | Robert John Austin | 7 | 08/02/10 | N / A | 11/17/10 |
| [6:10-bk-34554-CB](#) | William Sopiak Delfine and Marie Antionette Delfine | 7 | 08/03/10 | N / A | 12/14/10 |
| [6:10-bk-34750-MJ](#) | Jimmac L. McDonald and Pamela L. McDonald | 7 | 08/05/10 | N / A | 09/20/10 |
| [6:10-bk-35189-MJ](#) | Gary L. Wood and Susan Eileen Wood | 7 | 08/10/10 | N / A | 11/23/10 |
| [6:10-bk-35190-MJ](#) | Raysa E. Botero | 7 | 08/10/10 | N / A | 11/23/10 |
| [6:10-bk-35342-DS](#) | James S Saltman and Cheryl A. Saltman | 13 | 08/10/10 | N / A | 10/28/10 |
| [6:10-bk-35343-CB](#) | Marcos Vega | 13 | 08/11/10 | N / A | 10/27/10 |
| [6:10-bk-35344-CB](#) | Julio Cesar Guerrero and Alejandra Guerrero | 7 | 08/11/10 | N / A | 10/20/10 |
| [6:10-bk-35345-CB](#) | Joshua Vosburgh and Jeanne Magadalena Vosburgh | 7 | 08/11/10 | N / A | 11/19/10 |
| [6:10-bk-35640-MJ](#) | Ramon Arballo Osuna | 7 | 08/12/10 | N / A | 12/14/10 |
| [6:10-bk-35643-CB](#) | Donald Craig Drorbaugh and Lisa Marie Drorbaugh | 7 | 08/12/10 | N / A | 12/14/10 |
| [6:10-bk-35817-DS](#) | Brian Douglas Godwin and Laura Louise Godwin | 7 | 08/13/10 | N / A | 11/30/10 |
| [6:10-bk-35857-CB](#) | Ernesto Franco and Lynn Marie Franco | 7 | 08/14/10 | N / A | 12/14/10 |
| [6:10-bk-35865-CB](#) | Mario Salas, JR. and Rachel Juliette Salas | 7 | 08/14/10 | N / A | 11/19/10 |
| [6:10-bk-36202-MJ](#) | Fernando Membreno | 13 | 08/18/10 | N / A | 10/20/10 |
| [6:10-bk-36727-CB](#) | Michael Jeffery Clements and Donna | 7 | 08/21/10 | N / A | 11/19/10 |

Exhibit 7                    Page 18 of 66

Rae Clements

| | | | | | |
|---|---|---|---|---|---|
| [6:10-bk-36738-SC](#) | JOHN TAYLOR and JEAN TAYLOR | 7 | 08/21/10 | N / A | 02/02/11 |
| [6:10-bk-36746-DS](#) | Jerrel D Cooper and Mona Marie Cooper | 7 | 08/21/10 | N / A | 09/28/10 |
| [6:10-bk-37125-DS](#) | Steven W Ziegler and Kelly S Ziegler | 7 | 08/24/10 | N / A | 01/24/11 |
| [6:10-bk-37259-DS](#) | Tonette R Brown | 7 | 08/25/10 | N / A | 11/30/10 |
| [6:10-bk-37276-EC](#) | Michael Carpenter | 7 | 08/25/10 | N / A | 12/28/10 |
| [6:10-bk-37627-DS](#) | Ernestina Navarro | 7 | 08/27/10 | N / A | 01/31/11 |
| [6:10-bk-37630-DS](#) | DANIEL TURNER and KEELIE TURNER | 7 | 08/27/10 | N / A | 01/24/11 |
| [6:10-bk-37876-MJ](#) | Robin H. Lee and Joy N Lee | 13 | 08/30/10 | N / A | 11/22/10 |
| [6:10-bk-38358-EC](#) | Enrique Quintanar | 7 | 09/01/10 | N / A | 12/28/10 |
| [6:10-bk-38630-MJ](#) | Derek Kirk Robbins | 13 | 09/03/10 | N / A | 11/19/10 |
| [6:10-bk-38646-DS](#) | Julio Cesar Guerrero and Alejandra Guerrero | 7 | 09/03/10 | N / A | 01/28/11 |
| [6:10-bk-38727-DS](#) | James S Saltman and Cheryl A. Saltman | 13 | 09/07/10 | N / A | 12/14/10 |
| [6:10-bk-38868-CB](#) | Robert John Austin | 7 | 09/08/10 | N / A | 02/22/11 |
| [6:10-bk-39016-EC](#) | Brian Douglas Godwin and Laura Louise Godwin | 7 | 09/09/10 | N / A | 01/13/11 |
| [6:10-bk-39380-CB](#) | Joseph Alexander Ellis | 7 | 09/13/10 | N / A | 10/12/11 |
| [6:10-bk-39706-MJ](#) | Salvador Lopez and Julie Lopez | 7 | 09/15/10 | N / A | 11/23/10 |
| [6:10-bk-39756-DS](#) | Teresa Pimentel | 7 | 09/15/10 | N / A | 01/28/11 |
| [6:10-bk-39987-EC](#) | Donald Ray Stanfield and Jeanette Lisa Stanfield | 7 | 09/16/10 | N / A | 01/13/11 |
| [6:10-bk-40200-CB](#) | Noel Carrillo and Gloria Carrillo | 7 | 09/19/10 | N / A | 01/11/11 |
| [6:10-bk-40201-DS](#) | Susan Ray Guinn | 7 | 09/19/10 | N / A | 01/31/11 |
| [6:10-bk-40202-EC](#) | NATHAN DAVID ALLEN PECK and | 7 | 09/19/10 | N / A | 01/13/11 |

Exhibit 7                                    Page 19 of 66

MELISSA ANN
PECK

| | | | | | |
|---|---|---|---|---|---|
| [6:10-bk-40203-CB](#) | Gabino Soliz and Baudelia Soliz | 7 | 09/19/10 | N / A | 01/11/11 |
| [6:10-bk-40347-DS](#) | Juan C Oro and Norma Oro | 7 | 09/20/10 | N / A | 02/04/11 |
| [6:10-bk-40403-SC](#) | Jose Granados and Anadelia Limon | 7 | 09/21/10 | N / A | 03/02/11 |
| [6:10-bk-40798-CB](#) | Michael Jeffery Clements and Donna Rae Clements | 7 | 09/23/10 | N / A | 01/25/11 |
| [6:10-bk-40799-CB](#) | Mario Salas, JR. and Rachel Juliette Salas | 7 | 09/23/10 | N / A | 04/04/11 |
| [6:10-bk-40927-MW](#) | Joseph Stephen Alfino and Laura Lee Alfino | 7 | 09/24/10 | N / A | 04/18/11 |
| [6:10-bk-41034-CB](#) | Connie Jean McLay | 7 | 09/25/10 | N / A | 02/22/11 |
| [6:10-bk-41047-DS](#) | JOHN TAYLOR and JEAN TAYLOR | 7 | 09/26/10 | N / A | 02/07/11 |
| [6:10-bk-41048-DS](#) | William Joseph Dowdell and Bonnie Sue Dowdell | 7 | 09/26/10 | N / A | 11/30/10 |
| [6:10-bk-41049-DS](#) | Tonette Ruechuan Brown | 7 | 09/26/10 | N / A | 02/15/11 |
| [6:10-bk-41050-MJ](#) | Gary Lee Wood and Susan Eileen Wood | 7 | 09/26/10 | N / A | 10/01/12 |
| [6:10-bk-41056-CB](#) | Jimmac Lynn Mcdonald and Pamela Lee Mcdonald | 7 | 09/27/10 | N / A | 12/21/10 |
| [6:10-bk-42082-DS](#) | Anthony Lennard Fuller and Mariette Rose Fuller | 7 | 10/01/10 | N / A | 02/14/11 |
| [6:10-bk-42100-CB](#) | Richard Cisneros Rosas and Linda Edrelyn Rosas | 7 | 10/02/10 | N / A | 02/14/11 |
| [6:10-bk-42107-MW](#) | Kirk Welsh and Aida Welsh | 7 | 10/03/10 | N / A | 03/09/11 |
| [6:10-bk-42108-MJ](#) | Gary Lee Haisma | 7 | 10/03/10 | N / A | 11/23/10 |
| [6:10-bk-42432-MJ](#) | Lisa Marie Keohohou | 7 | 10/06/10 | N / A | 02/11/11 |
| [6:10-bk-42485-MW](#) | Maritza Marquez | 7 | 10/06/10 | N / A | 02/24/11 |

Exhibit 7                    Page 20 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:10-bk-42772-CB | Fernando Membreno | 13 | 09/30/10 | N / A | 12/16/10 |
| 6:10-bk-42831-CB | Marcos Vega | 13 | 10/10/10 | N / A | 12/16/10 |
| 6:10-bk-42832-MW | Alexander Soto and Yanet Figueroa | 7 | 10/10/10 | N / A | 03/09/11 |
| 6:10-bk-42833-MW | Martin Gene Elliott and Laura Anne Elliott | 7 | 10/10/10 | N / A | 03/09/11 |
| 6:10-bk-42834-CB | Alexandrew Soliz | 7 | 10/10/10 | N / A | 02/17/11 |
| 6:10-bk-42835-MJ | Gladis Y Barroso | 7 | 10/10/10 | N / A | 02/11/11 |
| 6:10-bk-43085-SC | Dora Marguriete Wood | 7 | 10/12/10 | N / A | 04/07/11 |
| 6:10-bk-43405-MJ | Richard James Williams | 7 | 10/14/10 | N / A | 02/11/11 |
| 6:10-bk-43407-DS | Natalie Lynn Moranda | 7 | 10/14/10 | N / A | 02/15/11 |
| 6:10-bk-43411-CB | Jesus Garcia and Maria Cristina Garcia | 7 | 10/14/10 | N / A | 02/17/11 |
| 6:10-bk-43565-CB | Karl L Hendricks and Saray P Hendricks | 7 | 10/16/10 | N / A | 03/10/11 |
| 6:10-bk-43567-SY | Rafael Loza and Michele M Loza | 13 | 10/16/10 | N / A | 02/08/16 |
| 6:10-bk-43568-SC | Melida Esmeralda Sanchez and Gabriel Sanchez | 7 | 10/16/10 | N / A | 03/04/11 |
| 6:10-bk-43569-MJ | Joaquin Lujan and Juana Lujan | 7 | 10/16/10 | N / A | 02/11/11 |
| 6:10-bk-43570-MW | James R Kindleberger and Bonita D Kindleberger | 7 | 10/16/10 | N / A | 03/09/11 |
| 6:10-bk-44851-MJ | Joshua E Vosburgh and Jeanne M Vosburgh | 7 | 10/27/10 | N / A | 12/28/10 |
| 6:10-bk-44852-CB | Collin Hollingsworth and Karen Lynn Hollingsworth | 7 | 10/27/10 | N / A | 04/04/11 |
| 6:10-bk-44853-CB | William Joseph Dowdell and Bonnie Sue Dowdell | 7 | 10/27/10 | N / A | 09/16/11 |
| 6:10-bk-45032-SC | Katherine V Stephenson | 7 | 10/29/10 | N / A | 03/07/11 |

Exhibit 7                    Page 21 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:10-bk-45148-SY | Anthony T Vanderploeg | 7 | 10/29/10 | N / A | 12/03/14 |
| 6:10-bk-45262-CB | Jennifer L Zummo | 7 | 10/29/10 | N / A | 10/12/11 |
| 6:10-bk-45395-DS | Lino Souza and Elena Souza | 7 | 10/30/10 | N / A | 03/14/11 |
| 6:10-bk-45396-MJ | Jimmac Lynn Mcdonald and Pamela Lee Mcdonald | 7 | 10/30/10 | N / A | 02/24/11 |
| 6:10-bk-45397-MJ | Gary Lee Haisma | 7 | 10/30/10 | N / A | 02/24/11 |
| 6:10-bk-45645-DS | Wayne Steventon Eames and Debra Denise Eames | 13 | 11/02/10 | N / A | 05/17/11 |
| 6:10-bk-46484-SC | Renee R Courter | 7 | 11/10/10 | N / A | 03/08/11 |
| 6:10-bk-46656-MJ | Patrocinio Roberts | 7 | 11/12/10 | N / A | 04/07/11 |
| 6:10-bk-47203-CB | Jose Granados and Anadelia Limon | 7 | 11/17/10 | N / A | 04/01/11 |
| 6:10-bk-47264-MJ | Salvador Salas | 7 | 11/17/10 | N / A | 01/10/11 |
| 6:10-bk-47265-MW | Amadeo Jimenez | 7 | 11/17/10 | N / A | 03/16/11 |
| 6:10-bk-47266-MW | Librado Zoto | 7 | 11/17/10 | N / A | 03/16/11 |
| 6:10-bk-47796-EC | Mandy Misagal | 7 | 11/22/10 | N / A | 01/07/11 |
| 6:10-bk-48217-MW | Robert Alan Conrad and Dana Lenore Conrad | 7 | 11/27/10 | N / A | 04/13/11 |
| 6:10-bk-48219-MJ | Tolaydo D Allen | 7 | 11/27/10 | N / A | 04/20/11 |
| 6:10-bk-48393-MW | Joseph Stephen Alfino and Laura Lee Alfino | 7 | 11/29/10 | N / A | 04/13/11 |
| 6:10-bk-48582-CB | Susan J Figueroa | 7 | 11/30/10 | N / A | 04/04/11 |
| 6:10-bk-48718-CB | Isac Aldape and Guadalupe Aldape | 13 | 12/01/10 | N / A | 02/15/11 |
| 6:10-bk-48731-MJ | Rafael Orantes | 13 | 12/01/10 | N / A | 08/03/11 |
| 6:10-bk-49436-MJ | Nathan Daniel Heinige and Heather Irene Heinige | 7 | 12/08/10 | N / A | 05/25/11 |
| 6:10-bk-49445-SC | Arturo De Jesus Bran | 7 | 12/08/10 | N / A | 05/16/11 |
| 6:10-bk-49457-DS | Luis A Arias and Bertha A Arias | 7 | 12/08/10 | N / A | 05/23/11 |
| 6:10-bk-49461-MW | Rigoberto G Loria | 7 | 12/08/10 | N / A | 04/08/11 |

Exhibit 7                    Page 22 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:10-bk-49470-DS | Richard Cesario Luna and Martha Frausto Luna | 7 | 12/08/10 | N / A | 04/18/11 |
| 6:10-bk-49867-MJ | Maria De La Luz Chavarin | 7 | 12/13/10 | N / A | 04/19/11 |
| 6:10-bk-49991-CB | Juan Padilla | 13 | 12/13/10 | N / A | 04/25/11 |
| 6:10-bk-50179-DS | David John Zepeda | 7 | 12/14/10 | N / A | 10/26/11 |
| 6:10-bk-50337-DS | James Shawn Saitman and Cheryl Ann Saitman | 13 | 12/15/10 | N / A | 08/10/12 |
| 6:10-bk-51308-MJ | Raymond B. Garcia and Carol Garcia | 7 | 12/27/10 | N / A | 03/06/18 |
| 6:10-bk-51538-MH | Christina Marieta Martinez | 13 | 12/28/10 | N / A | 08/20/14 |
| 6:10-bk-51694-DS | Margarita Rico | 13 | 12/30/10 | N / A | 03/08/11 |
| 6:10-bk-51698-DS | Jay Scott Sellars and Melanie Suzanne Sellars | 13 | 12/30/10 | N / A | 04/12/11 |
| 6:11-bk-10003-MJ | MANUEL SESENA | 13 | 01/01/11 | N / A | 03/07/11 |
| 6:11-bk-10011-MJ | Nicole Suzanne Haggerty | 7 | 01/02/11 | N / A | 04/07/11 |
| 6:11-bk-10012-DS | Robert Joseph Ripley and Rhonda Claudine Ripley | 7 | 01/02/11 | N / A | 06/03/11 |
| 6:11-bk-10013-DS | Raysa Elena Botero | 7 | 01/02/11 | N / A | 06/03/11 |
| 6:11-bk-10146-MJ | Jesus Silva | 13 | 01/04/11 | N / A | 03/07/11 |
| 6:11-bk-10546-DS | George Salinas and Tina Christine Salinas | 13 | 01/07/11 | N / A | 04/22/11 |
| 6:11-bk-10548-SC | Jason Armen Hernandez | 7 | 01/07/11 | N / A | 06/21/11 |
| 6:11-bk-10549-CB | Heidi Lee Estrada | 7 | 01/07/11 | N / A | 05/23/11 |
| 6:11-bk-10713-CB | Jose Luis Arias Morales and Maria Luisa Ramirez Morales | 7 | 01/10/11 | N / A | 06/20/11 |
| 6:11-bk-10715-MJ | Percy Ray Bailey and Beverly Mixon Bailey | 7 | 01/10/11 | N / A | 05/13/11 |
| 6:11-bk-10716-DS | Maritza Cortez | 7 | 01/10/11 | N / A | 06/01/11 |
| 6:11-bk-10845-SC | Mark Sunderhaft | 7 | 01/11/11 | N / A | 04/27/11 |

Exhibit 7    Page 23 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:11-bk-10955-DS | Mark Alan Blanton and Teri Maelene Blanton | 7 | 01/12/11 | N / A | 06/01/11 |
| 6:11-bk-10956-DS | George E Toole and Anne M Toole | 7 | 01/12/11 | N / A | 06/03/11 |
| 6:11-bk-10957-DS | Andrew Thomas Schwartz and Julie May Schwartz | 7 | 01/12/11 | N / A | 07/25/11 |
| 6:11-bk-10958-DS | Mark Adam Hill and Amber Katherine Hill | 7 | 01/12/11 | N / A | 07/25/11 |
| 6:11-bk-11457-MJ | Jose L Chelala and Edillma Otero | 7 | 01/16/11 | N / A | 05/19/11 |
| 6:11-bk-11701-MJ | Iris Larrondo | 7 | 01/19/11 | N / A | 07/25/11 |
| 6:11-bk-11993-DS | Craig Robert Campbell and Shellie Calvillo Campbell | 7 | 01/20/11 | N / A | 06/08/11 |
| 6:11-bk-11994-DS | Leslie Walter Asquith and Theresa Helen Asquith | 7 | 01/20/11 | N / A | 06/08/11 |
| 6:11-bk-11995-MW | Susan Margaret Moore | 7 | 01/20/11 | N / A | 05/18/11 |
| 6:11-bk-11996-CB | Richard Phil Brown | 7 | 01/21/11 | N / A | 06/06/11 |
| 6:11-bk-12963-MJ | Livina Arteaga | 7 | 01/28/11 | N / A | 04/07/11 |
| 6:11-bk-13650-MH | Ronald Andrew Martinez and Yolanda Theresa Martinez | 13 | 02/03/11 | N / A | 07/22/16 |
| 6:11-bk-14488-SC | John Darrin Forsberg | 7 | 02/11/11 | N / A | 06/24/11 |
| 6:11-bk-14692-MJ | Lanni Roderick | 7 | 02/14/11 | N / A | 04/07/11 |
| 6:11-bk-14832-SC | Homar Chavarin | 7 | 02/15/11 | N / A | 06/03/11 |
| 6:11-bk-14922-MJ | Carmelo Arcos Memije | 7 | 02/15/11 | N / A | 04/07/11 |
| 6:11-bk-15473-DS | Manuel Trujillo and Maria Trujillo | 7 | 02/19/11 | N / A | 07/25/11 |
| 6:11-bk-15496-DS | Shane Roy Ripley | 7 | 02/21/11 | N / A | 07/18/11 |
| 6:11-bk-15497-SC | Linda Diane Jacko | 7 | 02/21/11 | N / A | 06/28/11 |
| 6:11-bk-15498-MJ | Sharon Lea Pittman | 7 | 02/21/11 | N / A | 07/20/11 |
| 6:11-bk-15865-DS | Scott Michael Jensen | 7 | 02/23/11 | N / A | 06/13/11 |

Exhibit 7                    Page 24 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:11-bk-16190-DS](#) | Robert Stephen Bruns and Nancy S. Bruns | 13 | 02/25/11 | N / A | 04/26/11 |
| [6:11-bk-16641-CB](#) | Jerry Earl Stahlhoefer and Andrea Dione Stahlhoefer | 7 | 03/01/11 | N / A | 07/12/11 |
| [6:11-bk-16642-CB](#) | William Homer Byington and Mary Annette Byington | 7 | 03/01/11 | N / A | 07/12/11 |
| [6:11-bk-16643-DS](#) | Anthony Domino Fearence and Luzmila Lenora Fearence | 7 | 03/01/11 | N / A | 07/01/11 |
| [6:11-bk-17113-MW](#) | Craig L Montgomery and Kimberlee T Montgomery | 7 | 03/04/11 | N / A | 07/26/11 |
| [6:11-bk-17301-WJ](#) | Charles A Tumbrello and Monika C Tumbrello | 7 | 03/07/11 | N / A | 06/30/11 |
| [6:11-bk-17302-CB](#) | Consuelo MA Faulkenberry | 7 | 03/07/11 | N / A | 07/14/11 |
| [6:11-bk-17303-WJ](#) | Michael Kent Stegman and Candice Cotten Stegman | 13 | 03/07/11 | N / A | 07/01/11 |
| [6:11-bk-17360-MJ](#) | William Lee Attaway and Avis Attaway | 7 | 03/07/11 | N / A | 06/30/11 |
| [6:11-bk-17409-WJ](#) | Ricardo M Longhi and Maria I Longhi | 7 | 03/07/11 | N / A | 06/30/11 |
| [6:11-bk-17783-CB](#) | Michael Stanton Fretwell and Paula Therese Fretwell | 7 | 03/10/11 | N / A | 07/07/11 |
| [6:11-bk-17784-SC](#) | Gatziry Belen Zeledon | 7 | 03/10/11 | N / A | 07/27/11 |
| [6:11-bk-18359-WJ](#) | Eudoro Wuence and Julissa Wuence | 7 | 03/15/11 | N / A | 02/07/12 |
| [6:11-bk-18397-MW](#) | Joaquin Perez | 7 | 03/15/11 | N / A | 07/25/11 |
| [6:11-bk-18569-WJ](#) | Barbara E Lewis | 7 | 03/16/11 | N / A | 07/26/11 |
| [6:11-bk-18829-MJ](#) | Donald L Murphy and Kelly M Murphy | 13 | 03/18/11 | N / A | 10/23/15 |
| [6:11-bk-18911-DS](#) | Glenda C Murphy | 7 | 03/18/11 | N / A | 07/26/11 |

Exhibit 7                                   Page 25 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:11-bk-19167-MJ](#) | Robert Stephen Bruns and Nancy S. Bruns | 13 | 03/22/11 | N / A | 08/03/11 |
| [6:11-bk-19756-MJ](#) | Carolyn V Hudson and Joe Hudson | 13 | 03/25/11 | N / A | 08/03/11 |
| [6:11-bk-19809-CB](#) | John S Chatman | 7 | 03/25/11 | N / A | 07/21/11 |
| [6:11-bk-20291-MJ](#) | David D Drown and Linda S Drown | 7 | 03/30/11 | N / A | 10/30/12 |
| [6:11-bk-20416-SC](#) | Octavio Ruela | 7 | 03/30/11 | N / A | 07/28/11 |
| [6:11-bk-20417-DS](#) | Angelica Vega | 7 | 03/30/11 | N / A | 07/15/11 |
| [6:11-bk-20419-WJ](#) | William Lee Attaway and Avis Attaway | 7 | 03/30/11 | N / A | 08/24/11 |
| [6:11-bk-20420-CB](#) | Michael C Ostapovich | 7 | 03/30/11 | N / A | 08/10/11 |
| [6:11-bk-20421-SC](#) | Charles A Tumbrello and Monika C Tumbrello | 7 | 03/30/11 | N / A | 07/09/21 |
| [6:11-bk-20663-SY](#) | Kenneth Moore McFarland and Innette Daniele McFarland | 7 | 03/31/11 | N / A | 11/19/15 |
| [6:11-bk-20759-SC](#) | Thomas E Strobl and Tanya R Strobl | 7 | 03/31/11 | N / A | 07/28/11 |
| [6:11-bk-20760-SC](#) | Billy R Culver | 7 | 03/31/11 | N / A | 07/28/11 |
| [6:11-bk-20762-WJ](#) | Rick M. Gentillalli | 7 | 03/31/11 | N / A | 08/17/11 |
| [6:11-bk-20765-MH](#) | Katherine R Jimenez and Jose A Jimenez | 13 | 03/31/11 | N / A | 09/08/16 |
| [6:11-bk-21166-DS](#) | Michael Stanton Fretwell and Paula Therese Fretwell | 7 | 04/05/11 | N / A | 08/10/11 |
| [6:11-bk-22083-DS](#) | David W Hargett | 7 | 04/13/11 | N / A | 07/29/11 |
| [6:11-bk-22760-DS](#) | Wayne Steventon Eames and Debra Denise Eames | 7 | 04/19/11 | N / A | 09/23/11 |
| [6:11-bk-22761-WJ](#) | Jeanne M Vosburgh | 7 | 04/19/11 | N / A | 08/24/11 |
| [6:11-bk-23963-WJ](#) | Orlando Jusino, Jr | 7 | 04/28/11 | N / A | 02/22/12 |
| [6:11-bk-24385-MJ](#) | Erwin Tescher and Jittaun D Tescher | 13 | 04/30/11 | N / A | 07/31/17 |
| [6:11-bk-24400-SC](#) | Mickey J Herod and Darlene S Herod | 7 | 04/30/11 | N / A | 10/18/12 |

Exhibit 7                                    Page 26 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:11-bk-24403-DS](#) | Jeremy M Wilson and Courtney A Wilson | 7 | 04/30/11 | N / A | 09/28/11 |
| [6:11-bk-24408-CB](#) | Stephen Le Wayne Boyes and Rosane Souza Boyes | 7 | 04/30/11 | N / A | 08/23/11 |
| [6:11-bk-24410-MW](#) | Jose R Gonzalez | 7 | 04/30/11 | N / A | 09/27/11 |
| [6:11-bk-24411-SC](#) | Kay Jean Grebe | 7 | 04/30/11 | N / A | 01/26/12 |
| [6:11-bk-24413-DS](#) | Pablo Lopez and Rosa M Hernandez | 7 | 04/30/11 | N / A | 10/21/11 |
| [6:11-bk-24417-SC](#) | Timothy M Trudeau and Pamela J Trudeau | 7 | 04/30/11 | N / A | 08/24/11 |
| [6:11-bk-24661-WJ](#) | Gurinder S Dhanoa | 7 | 05/03/11 | N / A | 06/16/11 |
| [6:11-bk-25206-MJ](#) | Ralph E Gregory and Josefina L Gregory | 7 | 05/09/11 | N / A | 09/22/11 |
| [6:11-bk-25213-DS](#) | Paula D Harvey | 7 | 05/09/11 | N / A | 09/28/11 |
| [6:11-bk-25214-SC](#) | Michael W Lanham and Cynthia R Lanham | 7 | 05/09/11 | N / A | 09/08/11 |
| [6:11-bk-25215-WJ](#) | Charlie Rodriguez Smith and Carolina Kartika Halim | 7 | 05/09/11 | N / A | 09/02/11 |
| [6:11-bk-25216-DS](#) | Eduardo Melchor and Amy M Melchor | 7 | 05/09/11 | N / A | 09/01/11 |
| [6:11-bk-25233-MJ](#) | Jorge Larrondo | 7 | 05/09/11 | N / A | 06/30/11 |
| [6:11-bk-25560-MJ](#) | Leyla L Nava | 7 | 05/11/11 | N / A | 09/21/11 |
| [6:11-bk-25564-CB](#) | Helen Magdalena Montenegro | 7 | 05/11/11 | N / A | 09/15/11 |
| [6:11-bk-25811-WJ](#) | Jennifer L Zummo | 7 | 05/13/11 | N / A | 09/07/11 |
| [6:11-bk-26140-MW](#) | Patsy D Pitts | 7 | 05/16/11 | N / A | 07/27/11 |
| [6:11-bk-26480-DS](#) | Livina Arteaga | 7 | 05/19/11 | N / A | 09/12/11 |
| [6:11-bk-26484-CB](#) | Resurreccion D Gayle and Lynroy A Gayle | 7 | 05/19/11 | N / A | 10/06/11 |
| [6:11-bk-26858-WJ](#) | Luis Lozano | 7 | 05/23/11 | N / A | 07/29/11 |
| [6:11-bk-27851-WJ](#) | Richard J Fleming and Courtney R Fleming | 7 | 05/31/11 | N / A | 09/23/11 |
| [6:11-bk-27861-CB](#) | William F Collins | 7 | 05/31/11 | N / A | 09/14/11 |

Exhibit 7                    Page 27 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:11-bk-27870-SC](#) | Carlos F Negrete | 7 | 05/31/11 | N / A | 09/23/11 |
| [6:11-bk-27881-SC](#) | Berverly A Drinkard | 7 | 05/31/11 | N / A | 09/23/11 |
| [6:11-bk-27898-WJ](#) | Clifford J Floyd | 7 | 05/31/11 | N / A | 09/26/11 |
| [6:11-bk-28004-WJ](#) | Ramon Sevilla | 7 | 06/01/11 | N / A | 09/20/11 |
| [6:11-bk-28381-MJ](#) | Bryan J Bostic | 7 | 06/03/11 | N / A | 01/27/12 |
| [6:11-bk-28383-SC](#) | Joseph M Bartoli | 7 | 06/03/11 | N / A | 06/09/16 |
| [6:11-bk-28605-DS](#) | Jay Scott Sellars and Melanie Suzanne Sellars | 7 | 06/07/11 | N / A | 07/29/11 |
| [6:11-bk-28873-DS](#) | Ruperto Diaz | 13 | 06/09/11 | N / A | 09/08/11 |
| [6:11-bk-28957-WJ](#) | Kathy L Foley | 7 | 06/09/11 | N / A | 09/26/11 |
| [6:11-bk-28961-MJ](#) | Hector Duran and Dinora Duran | 7 | 06/09/11 | N / A | 09/26/11 |
| [6:11-bk-28968-SC](#) | Gurinder S Dhanoa | 7 | 06/09/11 | N / A | 09/27/11 |
| [6:11-bk-30102-WJ](#) | Melvin M Harrell | 7 | 06/20/11 | N / A | 08/23/11 |
| [6:11-bk-31132-MJ](#) | William L Bush | 7 | 06/29/11 | N / A | 08/25/11 |
| [6:11-bk-31571-MW](#) | Jerret E Carroll and Natalie Y Carroll | 7 | 07/01/11 | N / A | 10/18/11 |
| [6:11-bk-31575-SC](#) | William W Kleinau, III | 7 | 07/01/11 | N / A | 10/28/11 |
| [6:11-bk-31583-WJ](#) | John G Barton | 7 | 07/01/11 | N / A | 10/17/11 |
| [6:11-bk-32126-DS](#) | Anamae T Espinoza | 7 | 07/08/11 | N / A | 10/24/11 |
| [6:11-bk-32166-SC](#) | Brian L Andenoro and Vanessa J Andenoro | 7 | 07/08/11 | N / A | 10/28/11 |
| [6:11-bk-32171-DS](#) | Terence S Watson | 7 | 07/08/11 | N / A | 10/21/11 |
| [6:11-bk-32179-MW](#) | Ned William Messer and Ellen Messer | 7 | 07/08/11 | N / A | 10/24/11 |
| [6:11-bk-32181-WJ](#) | Randy D Potter and Raysa Potter | 7 | 07/08/11 | N / A | 11/30/11 |
| [6:11-bk-32361-DS](#) | Vasiti H Langi | 7 | 07/11/11 | N / A | 11/17/11 |
| [6:11-bk-32398-MW](#) | Daniel W Maas | 7 | 07/11/11 | N / A | 10/25/11 |
| [6:11-bk-32686-WJ](#) | Carolina Cardenas | 7 | 07/13/11 | N / A | 10/31/11 |
| [6:11-bk-32880-WJ](#) | Michael S Melchizedek | 7 | 07/15/11 | N / A | 11/29/11 |
| [6:11-bk-33225-WJ](#) | Sonia B Martinez | 13 | 07/19/11 | N / A | 10/06/11 |

Exhibit 7                                    Page 28 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:11-bk-33505-SC | Justin M Murray and Melissa Murray | 7 | 07/21/11 | N / A | 12/21/11 |
| 6:11-bk-33566-WJ | Bryan J Valverde | 13 | 07/21/11 | N / A | 10/06/11 |
| 6:11-bk-33869-MJ | Karl D Cafaro | 7 | 07/25/11 | N / A | 12/21/11 |
| 6:11-bk-33979-WJ | Ilse M Butterfield | 7 | 07/26/11 | N / A | 10/25/11 |
| 6:11-bk-34311-MJ | Carlos Hernandez | 7 | 07/28/11 | N / A | 11/07/11 |
| 6:11-bk-34322-MJ | Brandon G Becker | 7 | 07/28/11 | N / A | 12/01/11 |
| 6:11-bk-34334-MW | Monica Gonzalez and Saul Gonzalez | 7 | 07/28/11 | N / A | 11/28/11 |
| 6:11-bk-34343-SC | Vladimir B Heredia | 7 | 07/28/11 | N / A | 12/27/11 |
| 6:11-bk-34735-SC | Margarita G Gonzalez | 7 | 08/01/11 | N / A | 12/12/11 |
| 6:11-bk-34844-SC | George Gutierrez | 7 | 08/02/11 | N / A | 10/28/11 |
| 6:11-bk-35194-WJ | Kevin J Price and Mary C Hutcheson-Price | 7 | 08/04/11 | N / A | 01/06/12 |
| 6:11-bk-35909-DS | AAB, LLC | 13 | 08/12/11 | N / A | 10/20/11 |
| 6:11-bk-36402-WJ | Allen Shapiro and Patricia Elaine Shapiro | 7 | 08/17/11 | N / A | 12/05/11 |
| 6:11-bk-36409-MW | Adam Tapia and Martha E Tapia | 7 | 08/17/11 | N / A | 01/26/12 |
| 6:11-bk-36410-DS | Christian S Cabreza | 7 | 08/17/11 | N / A | 12/05/11 |
| 6:11-bk-36428-WJ | Raymond Betts | 7 | 08/18/11 | N / A | 10/06/11 |
| 6:11-bk-36479-SC | Mario E Rivas and Lorena H Rivas | 7 | 08/18/11 | N / A | 10/28/11 |
| 6:11-bk-37699-SC | Tonicka Dionna Blackwell | 7 | 08/30/11 | N / A | 01/23/12 |
| 6:11-bk-37968-DS | John C Hall and Diana Hall | 7 | 08/31/11 | N / A | 12/19/11 |
| 6:11-bk-37988-DS | Louis C LaBelle and Laurie C LaBelle | 7 | 08/31/11 | N / A | 12/19/11 |
| 6:11-bk-38006-SC | Melanie Starr and Paul M Starr | 7 | 08/31/11 | N / A | 01/03/12 |
| 6:11-bk-38378-MW | Maximillion Pelayo | 7 | 09/06/11 | N / A | 10/24/11 |
| 6:11-bk-38440-SC | Senida A Wade | 7 | 09/06/11 | N / A | 11/28/11 |
| 6:11-bk-38547-DS | David M Sanchez | 7 | 09/07/11 | N / A | 12/27/11 |

Exhibit 7                                    Page 29 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:11-bk-39706-CB | Valerie D Eriksen and Gilbert O Eriksen | 7 | 09/20/11 | N / A | 01/09/12 |
| 6:11-bk-39707-WJ | Luis G Chaves and Ana L Chaves | 7 | 09/20/11 | N / A | 01/09/12 |
| 6:11-bk-39709-WJ | Martha F Vera | 7 | 09/20/11 | N / A | 01/09/12 |
| 6:11-bk-39710-SC | Raymond M Thuemler and Hope E Thuemler | 7 | 09/20/11 | N / A | 01/10/12 |
| 6:11-bk-39711-SC | Guadalupe O Hernandez and Gloria Hernandez | 7 | 09/20/11 | N / A | 01/10/12 |
| 6:11-bk-40353-WJ | John S Chatman | 13 | 09/27/11 | N / A | 01/05/12 |
| 6:11-bk-40746-MW | Michael S Melchizedek | 7 | 09/30/11 | N / A | 11/28/11 |
| 6:11-bk-41122-MW | Reynaldo Camilo Munive and Rosa Maria Munive | 11 | 10/03/11 | N / A | 09/25/12 |
| 6:11-bk-41129-WJ | Misael Perez | 7 | 10/03/11 | N / A | 01/23/12 |
| 6:11-bk-41270-CB | Alicia A Jackson | 7 | 10/05/11 | N / A | 12/28/11 |
| 6:11-bk-41350-MW | Paul D Garrison | 7 | 10/05/11 | N / A | 11/28/11 |
| 6:11-bk-41370-WJ | Steve Newcomer | 7 | 10/05/11 | N / A | 11/28/11 |
| 6:11-bk-41491-WJ | Margarita Gonzalez | 7 | 10/07/11 | N / A | 11/28/11 |
| 6:11-bk-42166-WJ | Jose A Ramos | 7 | 10/14/11 | N / A | 04/27/12 |
| 6:11-bk-42171-MJ | Leonel Barragan and Maria L Barragan | 7 | 10/14/11 | N / A | 01/27/12 |
| 6:11-bk-42177-MW | Luis A Escobar and Bridgitte Z Escobar | 7 | 10/14/11 | N / A | 04/27/12 |
| 6:11-bk-43079-DS | Jose M Arredondo | 13 | 10/26/11 | N / A | 12/22/11 |
| 6:11-bk-43647-SC | Francisca H Corral and Felix C Corral | 7 | 10/31/11 | N / A | 02/13/12 |
| 6:11-bk-43664-SC | Rene A Franco | 7 | 10/31/11 | N / A | 02/13/12 |
| 6:11-bk-43666-MW | Rene H Marroquin | 7 | 10/31/11 | N / A | 02/13/12 |
| 6:11-bk-44183-MW | Mike Holguin | 7 | 11/04/11 | N / A | 12/29/11 |
| 6:11-bk-44827-SC | Maximillion Pelayo and Norma A Pelayo | 7 | 11/14/11 | N / A | 02/27/12 |
| 6:11-bk-45000-WJ | Edgar S Manalang | 7 | 11/15/11 | N / A | 01/11/12 |
| 6:11-bk-45374-MW | Keith Roy Widney | 7 | 11/18/11 | N / A | 01/26/12 |

Exhibit 7                    Page 30 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:11-bk-45381-CB | Sylvia Winchester | 7 | 11/18/11 | N / A | 01/11/12 |
| 6:11-bk-45455-WJ | Betty Duenas | 13 | 11/18/11 | N / A | 04/03/12 |
| 6:11-bk-45715-MJ | Damon Allen and Sherry L Allen | 7 | 11/23/11 | N / A | 03/12/12 |
| 6:11-bk-45716-SC | Fantahun K Gelenchi and Genet G Gerba | 7 | 11/23/11 | N / A | 03/12/12 |
| 6:11-bk-45717-SC | James Calvin Hightower | 7 | 11/23/11 | N / A | 03/12/12 |
| 6:11-bk-45986-WJ | John S Chatman | 13 | 11/28/11 | N / A | 08/07/12 |
| 6:11-bk-46440-DS | Luis Lozano | 7 | 12/01/11 | N / A | 01/12/12 |
| 6:11-bk-46569-MH | Justin M Murray and Melissa Murray | 13 | 12/02/11 | N / A | 04/18/12 |
| 6:11-bk-46662-SC | Anita Heredia | 7 | 12/04/11 | N / A | 01/19/12 |
| 6:11-bk-46827-DS | Liberty Land Trust # 1 | 7 | 12/06/11 | N / A | 07/03/12 |
| 6:11-bk-46905-SC | Miriam F Mendez | 7 | 12/07/11 | N / A | 02/08/12 |
| 6:11-bk-46931-MJ | Barry Thomas | 7 | 12/07/11 | N / A | 01/13/12 |
| 6:11-bk-46986-DS | Richard A Gilmore and Roberta J Gilmore | 7 | 12/07/11 | N / A | 03/19/12 |
| 6:11-bk-46987-SC | Heriberto E Fuentes | 7 | 12/07/11 | N / A | 03/28/12 |
| 6:11-bk-46989-MH | Resurreccion D Gayle and Lynroy A Gayle | 7 | 12/07/11 | N / A | 09/28/17 |
| 6:11-bk-47181-WJ | Rico G Guerrero | 13 | 12/09/11 | N / A | 02/09/12 |
| 6:11-bk-47425-WJ | Brian P Moore and Heather A Moore | 7 | 12/13/11 | N / A | 01/26/12 |
| 6:11-bk-47883-WJ | Martin De Leon and Maria D De Leon | 7 | 12/16/11 | N / A | 02/24/12 |
| 6:11-bk-47889-MJ | Kathleen D Peper and Jay D Peper | 7 | 12/16/11 | N / A | 03/28/12 |
| 6:11-bk-48090-SC | Kelly S Akins and Shannon H Akins | 7 | 12/20/11 | N / A | 02/08/12 |
| 6:11-bk-48916-WJ | Arthur B Ott and Crystal A Ott | 13 | 12/30/11 | N / A | 06/18/12 |
| 6:12-bk-10034-SY | Jaime Gaytan | 13 | 01/03/12 | N / A | 05/11/17 |
| 6:12-bk-10308-SC | Federico Briones | 7 | 01/05/12 | N / A | 02/16/12 |
| 6:12-bk-10476-MH | Ginger G Greene | 7 | 01/06/12 | N / A | 04/16/12 |

Exhibit 7                    Page 31 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:12-bk-10477-WJ | Jose J Solorzano and Ana L Solorzano | 7 | 01/06/12 | N / A | 06/25/12 |
| 6:12-bk-10478-DS | Ingrid J Moreno | 7 | 01/06/12 | N / A | 04/20/12 |
| 6:12-bk-10798-CB | Amanda L Hovinetz | 7 | 01/11/12 | N / A | 02/16/12 |
| 6:12-bk-10919-DS | Dante A Que | 7 | 01/12/12 | N / A | 03/30/12 |
| 6:12-bk-10998-DS | Jatinder K Singh | 7 | 01/13/12 | N / A | 03/01/12 |
| 6:12-bk-11544-MH | Robert A Misiuk | 7 | 01/20/12 | N / A | 04/30/12 |
| 6:12-bk-11553-MH | Cynthia A Reed | 7 | 01/20/12 | N / A | 04/30/12 |
| 6:12-bk-12048-MW | Analisa T Schweitzer | 7 | 01/27/12 | N / A | 03/07/12 |
| 6:12-bk-12066-MH | Douglas W Chen | 13 | 01/27/12 | N / A | 09/26/12 |
| 6:12-bk-12484-MJ | Nicolas H Lira and Maria Lira | 7 | 01/31/12 | N / A | 05/30/12 |
| 6:12-bk-12486-SC | Melanie B Schifano | 7 | 01/31/12 | N / A | 05/17/12 |
| 6:12-bk-12490-SC | Clayburn C Sowell | 7 | 01/31/12 | N / A | 05/17/12 |
| 6:12-bk-12491-SC | Charles D Roach, Jr. and Melinda L Roach | 7 | 01/31/12 | N / A | 05/29/12 |
| 6:12-bk-12839-DS | Irene Balandran | 13 | 02/03/12 | N / A | 05/01/12 |
| 6:12-bk-12932-WJ | Martin De Leon and Maria D De Leon | 7 | 02/06/12 | N / A | 05/30/12 |
| 6:12-bk-13063-MJ | Steven Aguilar and Silvia E Aguilar | 13 | 02/07/12 | N / A | 10/30/13 |
| 6:12-bk-13064-WJ | Thu Thi Phuong Dinh | 7 | 02/07/12 | N / A | 06/18/12 |
| 6:12-bk-13066-DS | William B Hopkins and Cindy A Hopkins | 7 | 02/07/12 | N / A | 06/08/12 |
| 6:12-bk-13069-WJ | Juan Vazquez and Rosa A Vazquez | 7 | 02/07/12 | N / A | 06/18/12 |
| 6:12-bk-13072-MW | Keith Roy Widney | 7 | 02/07/12 | N / A | 05/30/12 |
| 6:12-bk-13428-WJ | Trenton E Tanner | 13 | 02/10/12 | N / A | 09/29/12 |
| 6:12-bk-13431-WJ | Sheryl L Truitt | 7 | 02/10/12 | N / A | 05/30/12 |
| 6:12-bk-13432-DS | Susan A Shreve | 7 | 02/10/12 | N / A | 05/29/12 |
| 6:12-bk-13827-MJ | Linda H Yurdagul | 7 | 02/15/12 | N / A | 06/08/12 |
| 6:12-bk-13944-MW | Donald J Vollmer and Jennifer L Vollmer | 7 | 02/16/12 | N / A | 06/22/12 |
| 6:12-bk-13946-MJ | Maria A Pacheco | 7 | 02/16/12 | N / A | 06/08/12 |

Exhibit 7                                    Page 32 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:12-bk-13951-WJ | J Jesus Gutierrez and Maria G Garcia | 13 | 02/16/12 | N / A | 08/07/12 |
| 6:12-bk-14245-DS | Vasiti H Langi | 7 | 02/21/12 | N / A | 04/06/12 |
| 6:12-bk-14290-MW | Lydia M Van Zee | 7 | 02/21/12 | N / A | 04/10/12 |
| 6:12-bk-14399-WJ | Jerry M Robinson and Helle M Robinson | 7 | 02/22/12 | N / A | 06/08/12 |
| 6:12-bk-14402-DS | Regina E Orozco-Mungarro | 7 | 02/22/12 | N / A | 06/11/12 |
| 6:12-bk-14405-MH | Gary L Newberry and Julie A Newberry | 7 | 02/22/12 | N / A | 06/20/12 |
| 6:12-bk-14685-SC | Jeff C Downey and Chrislene M Downey | 7 | 02/24/12 | N / A | 06/11/12 |
| 6:12-bk-14688-MH | Debra S Braden and Gary D Braden | 7 | 02/24/12 | N / A | 06/12/12 |
| 6:12-bk-14789-MH | Salvador F Bravo | 7 | 02/27/12 | N / A | 06/08/12 |
| 6:12-bk-14790-DS | Baltazar L Bravo, Jr. | 7 | 02/27/12 | N / A | 06/07/12 |
| 6:12-bk-15341-WJ | Arthur B Ott and Crystal A Ott | 7 | 03/01/12 | N / A | 08/03/12 |
| 6:12-bk-15677-DS | Alejandro F Garcia and Guadalupe N Garcia | 7 | 03/06/12 | N / A | 06/25/12 |
| 6:12-bk-16436-SC | Isaura M Fernandez | 7 | 03/15/12 | N / A | 07/03/12 |
| 6:12-bk-16494-WJ | Michael R Beason and Darlene Beason | 7 | 03/15/12 | N / A | 07/03/12 |
| 6:12-bk-16856-SC | Vicentee Caudillo and Maria R Caudillo | 7 | 03/20/12 | N / A | 01/11/13 |
| 6:12-bk-17189-SY | Shelley M Renison and Richard M Renison | 13 | 03/22/12 | N / A | 08/11/17 |
| 6:12-bk-17823-DS | Kelly S Akins and Shannon H Akins | 7 | 03/29/12 | N / A | 07/12/12 |
| 6:12-bk-17824-MW | Doug B Stanton and Sandy L Stanton | 7 | 03/29/12 | N / A | 07/13/12 |
| 6:12-bk-17825-SC | Jorge Segoviano | 7 | 03/29/12 | N / A | 07/16/12 |
| 6:12-bk-17826-SC | Angel Romero and Maria Romero | 7 | 03/29/12 | N / A | 07/13/12 |
| 6:12-bk-17991-WJ | Keith A Gigliotti and Rumi I Gigliotti | 7 | 03/30/12 | N / A | 05/07/12 |

Exhibit 7                    Page 33 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:12-bk-18025-SC | Erin L Fernandez and Carlos Fernandez | 7 | 03/30/12 | N / A | 07/13/12 |
| 6:12-bk-18389-MH | Anthony R Graziani | 7 | 04/04/12 | N / A | 05/16/12 |
| 6:12-bk-18855-SC | Maria De la luz Enriquez | 7 | 04/10/12 | N / A | 06/08/12 |
| 6:12-bk-18863-MJ | Luis A Romo | 13 | 04/10/12 | N / A | 03/20/17 |
| 6:12-bk-19105-SC | Thomas J Bongiovanni and Kenilynn M Bongiovanni | 7 | 04/12/12 | N / A | 08/01/12 |
| 6:12-bk-19108-MH | James B Dennis and Tamera L Dennis | 7 | 04/12/12 | N / A | 07/27/12 |
| 6:12-bk-19198-MW | Mona Gaouette | 7 | 04/13/12 | N / A | 05/22/12 |
| 6:12-bk-19298-SC | Edward J Melendez | 7 | 04/16/12 | N / A | 06/08/12 |
| 6:12-bk-19350-MJ | Shawn A Mahood and Pamela B Mahood | 7 | 04/16/12 | N / A | 08/06/12 |
| 6:12-bk-19352-MH | Jonathan P Bailey and Anita L Bailey | 7 | 04/16/12 | N / A | 08/01/12 |
| 6:12-bk-19908-DS | Barbara A Stevenson | 7 | 04/23/12 | N / A | 06/04/12 |
| 6:12-bk-20710-MH | Jeremiah Peapealalo and Tamara Peapealalo | 7 | 04/30/12 | N / A | 09/30/14 |
| 6:12-bk-20745-WJ | Daniel M Williams and Erin M Williams | 7 | 04/30/12 | N / A | 08/16/12 |
| 6:12-bk-20751-MW | Gina L Nguyen | 7 | 04/30/12 | N / A | 08/17/12 |
| 6:12-bk-20752-MJ | Keith A Gigliotti and Rumi I Gigliotti | 7 | 04/30/12 | N / A | 08/17/12 |
| 6:12-bk-20755-MJ | Juan C Iniguez and Rocio Iniguez | 7 | 04/30/12 | N / A | 08/17/12 |
| 6:12-bk-20900-WJ | Leili Ahadi | 7 | 05/02/12 | N / A | 06/14/12 |
| 6:12-bk-21172-MJ | Bertha A Alfaro | 13 | 05/04/12 | N / A | 02/20/13 |
| 6:12-bk-21529-DS | Michael Lee Walmsley | 7 | 05/09/12 | N / A | 08/21/12 |
| 6:12-bk-22028-DS | Adrienne C Fraire | 13 | 05/16/12 | N / A | 08/03/12 |
| 6:12-bk-22167-SC | John F Brandom and Leslee M Brandom | 7 | 05/17/12 | N / A | 08/29/12 |
| 6:12-bk-22180-WJ | Bienvenido Lively | 7 | 05/17/12 | N / A | 08/30/12 |

Exhibit 7    Page 34 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:12-bk-22198-MH](#) | Kervie L Ball and Carolyn K Ball | 7 | 05/17/12 | N / A | 08/29/12 |
| [6:12-bk-22861-DS](#) | Gary A Hurtarte | 7 | 05/25/12 | N / A | 09/04/12 |
| [6:12-bk-22864-WJ](#) | Shawn D Greenan and Jennifer S Greenan | 7 | 05/25/12 | N / A | 09/11/12 |
| [6:12-bk-22872-MJ](#) | Derrick G O'keefe and Carrie L O'keefe | 7 | 05/25/12 | N / A | 09/26/12 |
| [6:12-bk-23738-MH](#) | Francisco Martinez | 7 | 06/05/12 | N / A | 09/26/12 |
| [6:12-bk-23842-DS](#) | Byron A Lemus and Camelia G Lemus | 7 | 06/06/12 | N / A | 09/19/12 |
| [6:12-bk-24186-DS](#) | Angela A Ukiru | 13 | 06/11/12 | N / A | 08/16/12 |
| [6:12-bk-24216-MH](#) | Douglas W Chen | 13 | 06/12/12 | N / A | 09/28/12 |
| [6:12-bk-24812-SC](#) | Tammy L Sanderson | 7 | 06/20/12 | N / A | 08/02/12 |
| [6:12-bk-25348-DS](#) | Guillermo Figueroa and Jennifer M Figueroa | 7 | 06/27/12 | N / A | 10/09/12 |
| [6:12-bk-25352-MH](#) | Hector Duron, Sr. | 7 | 06/27/12 | N / A | 10/11/12 |
| [6:12-bk-25354-WJ](#) | Bettina L Braswell | 7 | 06/27/12 | N / A | 10/11/12 |
| [6:12-bk-25807-WJ](#) | Luz M Leon | 7 | 07/02/12 | N / A | 08/30/12 |
| [6:12-bk-25905-DS](#) | Karla Cuevas-Gonzalez | 7 | 07/04/12 | N / A | 08/03/12 |
| [6:12-bk-26096-MW](#) | Diane L Vasconcellos | 7 | 07/06/12 | N / A | 10/19/12 |
| [6:12-bk-26098-MJ](#) | Adrian Castaneda | 7 | 07/06/12 | N / A | 10/19/12 |
| [6:12-bk-26099-MH](#) | Jeffery R Johnson | 7 | 07/06/12 | N / A | 10/18/12 |
| [6:12-bk-26205-MH](#) | Kenneth F Evans, Jr. | 7 | 07/09/12 | N / A | 08/21/12 |
| [6:12-bk-26475-MH](#) | Adrienne C Fraire | 13 | 07/13/12 | N / A | 10/24/12 |
| [6:12-bk-26587-DS](#) | Jean Christophe R Milon and Laurence C Milon | 7 | 07/13/12 | N / A | 11/29/12 |
| [6:12-bk-26591-WJ](#) | Demetrio F Perez and Sofia Perez | 7 | 07/13/12 | N / A | 10/22/12 |
| [6:12-bk-26592-WJ](#) | Aurelia Barrera | 7 | 07/13/12 | N / A | 10/22/12 |
| [6:12-bk-26702-MH](#) | Gonzalo Loera | 7 | 07/16/12 | N / A | 10/30/12 |
| [6:12-bk-26738-DS](#) | Barry Thomas | 7 | 07/17/12 | N / A | 09/04/12 |
| [6:12-bk-27010-WJ](#) | Fred D Elliott, Jr. | 7 | 07/19/12 | N / A | 11/16/12 |
| [6:12-bk-27718-WJ](#) | Melvin Mc Harrell | 13 | 07/30/12 | N / A | 11/15/12 |

Exhibit 7                    Page 35 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:12-bk-28374-DS | Jorge I Rubio | 7 | 08/07/12 | N / A | 11/21/12 |
| 6:12-bk-28375-DS | Kenneth G Eshilian and Candy A Eshilian | 7 | 08/07/12 | N / A | 11/21/12 |
| 6:12-bk-28376-MH | Amalynn C Mendoza and Roehl Mabalot | 7 | 08/07/12 | N / A | 11/24/12 |
| 6:12-bk-28377-MW | Michael D Martin and Heidi L Davis | 7 | 08/07/12 | N / A | 11/19/12 |
| 6:12-bk-28835-WJ | Walter M Reynolds, Sr | 7 | 08/14/12 | N / A | 11/27/12 |
| 6:12-bk-29549-MH | Teri J Taylor | 7 | 08/23/12 | N / A | 12/12/12 |
| 6:12-bk-29550-WJ | Lia M Tarantino-Amenta | 7 | 08/23/12 | N / A | 12/19/12 |
| 6:12-bk-29556-SC | Timothy G Beem and Linda J Beem | 7 | 08/23/12 | N / A | 12/05/12 |
| 6:12-bk-29557-MW | Redmond M Kelly and Jill Kelly | 7 | 08/23/12 | N / A | 12/10/12 |
| 6:12-bk-29850-MH | George E Mendoza and Griselda C Mendoza | 7 | 08/27/12 | N / A | 04/03/15 |
| 6:12-bk-29898-MJ | Cheri Henoch | 7 | 08/27/12 | N / A | 02/08/13 |
| 6:12-bk-30174-WJ | Martha Z Zuno | 7 | 08/30/12 | N / A | 12/11/12 |
| 6:12-bk-31689-SC | Joseph F Epifanio | 7 | 09/20/12 | N / A | 01/04/13 |
| 6:12-bk-31690-MW | Willie R Jones and Elvia Jones | 7 | 09/20/12 | N / A | 01/02/13 |
| 6:12-bk-32263-SC | Omar J Garcia and Ma. Carmen O Garcia | 7 | 09/28/12 | N / A | 01/29/13 |
| 6:12-bk-32266-WJ | Calvin D Kurz and Joanne E Kurz | 7 | 09/28/12 | N / A | 01/08/13 |
| 6:12-bk-33432-MH | Roger Leroy Butler and Sara Loraine Butler | 7 | 10/16/12 | N / A | 01/31/13 |
| 6:12-bk-36580-DS | Timothy J Le Blanc and Bonnie L Le Blanc | 7 | 11/30/12 | N / A | 03/19/13 |
| 6:12-bk-36826-MH | Patrice Y Coulibaly | 13 | 12/05/12 | N / A | 04/05/13 |
| 6:12-bk-36893-WJ | Arthur B Ott | 13 | 12/05/12 | N / A | 11/07/16 |
| 6:12-bk-37492-SC | Salvador S Estrada and Leda I Estrada | 7 | 12/14/12 | N / A | 03/26/13 |

Exhibit 7                                                    Page 36 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:12-bk-37660-DS | Catherine M Messinger | 7 | 12/18/12 | N / A | 04/01/13 |
| 6:13-bk-10692-DS | Jay Scott Sellars and Melanie Suzanne Sellars | 7 | 01/14/13 | N / A | 07/26/13 |
| 6:13-bk-11555-SC | Ted J Stark and Trina R Stark | 7 | 01/29/13 | N / A | 05/14/13 |
| 6:13-bk-11576-WJ | Joseph M Torregano, III and Julie A Torregano | 7 | 01/29/13 | N / A | 05/16/13 |
| 6:13-bk-11580-SC | Kevin K Sassaman | 7 | 01/29/13 | N / A | 05/14/13 |
| 6:13-bk-11592-MH | Ana B Arevalo and Romulo A Arevalo | 7 | 01/29/13 | N / A | 05/20/13 |
| 6:13-bk-13022-WJ | Daniel C Gonzalez and Lilia S Gonzalez | 7 | 02/21/13 | N / A | 06/05/13 |
| 6:13-bk-13760-WJ | Himansu M Mehta and Chetana H Mehta | 7 | 03/01/13 | N / A | 06/11/13 |
| 6:13-bk-13761-DS | John R Knapp and Cheryl L Knapp | 7 | 03/01/13 | N / A | 08/28/13 |
| 6:13-bk-14118-MJ | Cecilia Aguilar and Moises L Aguilar | 7 | 03/08/13 | N / A | 06/24/13 |
| 6:13-bk-14122-MH | Brianna M Garcia | 7 | 03/08/13 | N / A | 06/18/13 |
| 6:13-bk-14126-WJ | Maria E Macias | 7 | 03/08/13 | N / A | 06/21/13 |
| 6:13-bk-14606-DS | Manjit Singh and Rajwinder Kaur | 7 | 03/15/13 | N / A | 07/01/13 |
| 6:13-bk-14613-DS | Steven J Austin | 7 | 03/15/13 | N / A | 06/24/13 |
| 6:13-bk-14871-WJ | Michael S Hale and Chelsey J Hale | 7 | 03/19/13 | N / A | 07/02/13 |
| 6:13-bk-14872-MJ | Juan Lara, Sr. and Maria Lara | 7 | 03/19/13 | N / A | 07/03/13 |
| 6:13-bk-14874-MW | Robert J Stevenson and Evonne L Stevenson | 7 | 03/19/13 | N / A | 07/02/13 |
| 6:13-bk-15589-MH | Alonso Verdugo and Blanca E Verdugo | 7 | 03/28/13 | N / A | 08/15/13 |
| 6:13-bk-15591-DS | Trudi L Martinez | 7 | 03/28/13 | N / A | 07/08/13 |
| 6:13-bk-15593-MW | Xochitl N Cruz | 7 | 03/28/13 | N / A | 07/09/13 |
| 6:13-bk-15594-WJ | Hector Vega | 7 | 03/28/13 | N / A | 07/09/13 |
| 6:13-bk-16584-DS | Juan L Estrada | 7 | 04/12/13 | N / A | 07/22/13 |

Exhibit 7                    Page 37 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:13-bk-16837-MH | Patrick R Bates and Mary M Bates | 7 | 04/16/13 | N / A | 07/29/13 |
| 6:13-bk-17307-MW | Herbert H Wilson | 7 | 04/24/13 | N / A | 08/16/13 |
| 6:13-bk-17594-WJ | Jeanette J Tupper-Shearer | 7 | 04/29/13 | N / A | 08/14/13 |
| 6:13-bk-18124-SY | Owsbaldo Aceves | 7 | 05/06/13 | N / A | 08/23/13 |
| 6:13-bk-19258-SY | Michael Eric Knight | 7 | 05/24/13 | N / A | 09/01/17 |
| 6:13-bk-20038-SC | Cheryl Luna | 7 | 06/07/13 | N / A | 09/16/13 |
| 6:13-bk-20060-MH | Mike Techak and Elodia B Techak | 7 | 06/07/13 | N / A | 09/17/13 |
| 6:13-bk-20061-MJ | Kevin Joseph Clarke, Sr. | 7 | 06/07/13 | N / A | 09/16/13 |
| 6:13-bk-20421-MJ | Beverly M Wons | 7 | 06/14/13 | N / A | 09/23/13 |
| 6:13-bk-21362-WJ | Cheryl L Fuentes | 7 | 06/28/13 | N / A | 10/09/13 |
| 6:13-bk-21897-MH | Harold Ray Sossamon | 13 | 07/10/13 | N / A | 10/22/13 |
| 6:13-bk-22173-MW | Maria G Padilla | 7 | 07/16/13 | N / A | 09/11/13 |
| 6:13-bk-22366-DS | R Scott Vanderwall | 13 | 07/19/13 | N / A | 10/28/13 |
| 6:13-bk-22912-WJ | Audrey M Vaughn | 7 | 07/29/13 | N / A | 11/13/13 |
| 6:13-bk-23136-MW | Yolanda Mora | 7 | 07/31/13 | N / A | 09/19/13 |
| 6:13-bk-23139-SC | Darren J Roth and Debbie C Roth | 7 | 07/31/13 | N / A | 08/22/13 |
| 6:13-bk-23753-MJ | Darren J Roth and Debbie C Roth | 7 | 08/13/13 | N / A | 12/17/13 |
| 6:13-bk-24305-MH | Sharon Patricia Morrison | 13 | 08/23/13 | N / A | 11/14/13 |
| 6:13-bk-24422-MJ | John M. Wright and Genevieve V. Wright | 7 | 08/26/13 | N / A | 09/18/13 |
| 6:13-bk-24529-DS | Erick Tom Watkins | 7 | 08/27/13 | N / A | 12/13/13 |
| 6:13-bk-24975-DS | John M. Wright and Genevieve V. Wright | 7 | 09/05/13 | N / A | 12/17/13 |
| 6:13-bk-25688-MH | Ruben Herrera Duran | 7 | 09/19/13 | N / A | 01/09/14 |
| 6:13-bk-25698-SC | Cesar Dominguez | 7 | 09/19/13 | N / A | 12/31/13 |
| 6:13-bk-26328-DS | Keith Noel Dunlap | 7 | 10/01/13 | N / A | 01/14/14 |
| 6:13-bk-26448-SC | Odetta L Huff | 7 | 10/03/13 | N / A | 12/24/15 |
| 6:13-bk-26682-DS | Mary L. Brown | 7 | 10/08/13 | N / A | 01/22/14 |
| 6:13-bk-27390-MH | Scott Stewart | 7 | 10/21/13 | N / A | 08/04/15 |

Exhibit 7     Page 38 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:13-bk-27533-MJ | Bernadette Rene Martinez | 7 | 10/23/13 | N / A | 01/21/14 |
| 6:13-bk-27806-MH | Sharon P Morrison | 7 | 10/29/13 | N / A | 02/11/14 |
| 6:13-bk-27877-MH | Mathew R Sanna and Sharon P Sanna | 7 | 10/30/13 | N / A | 02/11/14 |
| 6:13-bk-28100-MH | Janelle Marie Goodie | 7 | 11/01/13 | N / A | 04/24/14 |
| 6:13-bk-28134-DS | Albert T Tom | 13 | 11/04/13 | N / A | 03/03/14 |
| 6:13-bk-28713-SC | Gene Baker | 7 | 11/15/13 | N / A | 02/25/14 |
| 6:13-bk-28715-DS | Kenneth Scott Cronin and Paula Ann Cronin | 7 | 11/15/13 | N / A | 02/25/14 |
| 6:13-bk-28740-MH | Catrinna Chenine Jamarillo | 7 | 11/17/13 | N / A | 02/28/14 |
| 6:13-bk-29013-WJ | Enrique V Greenberg | 13 | 11/22/13 | N / A | 04/07/14 |
| 6:13-bk-29467-SC | Karmyn M Jones Clayton | 7 | 12/02/13 | N / A | 03/21/14 |
| 6:13-bk-29534-DS | Jennifer D Rogers-Isabell | 13 | 12/04/13 | N / A | 02/19/14 |
| 6:13-bk-29684-MH | Arvin John Ocampo LLamzon and Jhona Paulina LLamzon | 7 | 12/06/13 | N / A | 04/08/14 |
| 6:13-bk-29762-MW | JOHANN DIAZ | 7 | 12/09/13 | N / A | 03/25/14 |
| 6:13-bk-30312-MH | Henry M Benison | 7 | 12/20/13 | N / A | 03/31/14 |
| 6:13-bk-30517-WJ | Judy Binning Pratt | 7 | 12/27/13 | N / A | 04/08/14 |
| 6:14-bk-10005-MJ | Jorge H Mendoza and Evangelina P Castaneda | 7 | 01/02/14 | N / A | 01/30/14 |
| 6:14-bk-10676-DS | Gary Steven Johnson | 7 | 01/20/14 | N / A | 06/24/14 |
| 6:14-bk-10677-MW | Robert Wayne Wright and Barbara Ann Wright | 7 | 01/20/14 | N / A | 05/06/14 |
| 6:14-bk-11161-WJ | Richard Vieyra, Jr. | 7 | 01/31/14 | N / A | 05/13/14 |
| 6:14-bk-11163-MW | Mitzie Lynn Valencia | 7 | 01/31/14 | N / A | 05/13/14 |
| 6:14-bk-11854-DS | Jorge H Mendoza and Evangelina P Castaneda | 7 | 02/14/14 | N / A | 05/28/14 |
| 6:14-bk-11857-WJ | Robert P Jackson and Wanda Jackson | 7 | 02/14/14 | N / A | 05/28/14 |
| 6:14-bk-11860-MJ | Omar I Robles | 7 | 02/14/14 | N / A | 05/28/14 |

Exhibit 7                    Page 39 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:14-bk-12150-MH | Nita Thorpe Clemmer | 7 | 02/21/14 | N / A | 06/03/14 |
| 6:14-bk-12227-WJ | Yajaira Vasquez | 7 | 02/24/14 | N / A | 06/10/14 |
| 6:14-bk-12249-DS | Eric A Nash | 13 | 02/25/14 | N / A | 05/15/14 |
| 6:14-bk-13176-MJ | Alberto A Bracamontes | 7 | 03/14/14 | N / A | 06/24/14 |
| 6:14-bk-13223-WJ | Leticia C Salazar | 7 | 03/14/14 | N / A | 06/24/14 |
| 6:14-bk-14090-MH | John Michael Lemieux | 7 | 03/31/14 | N / A | 07/15/14 |
| 6:14-bk-14298-MJ | Guillermo Ubaldo Lemster and Kimberly Marie Lemster | 7 | 04/02/14 | N / A | 07/15/14 |
| 6:14-bk-14317-WJ | Yesenia C Huizar | 7 | 04/03/14 | N / A | 07/15/14 |
| 6:14-bk-14326-MH | Ricardo Hernandez | 7 | 04/03/14 | N / A | 09/22/14 |
| 6:14-bk-14910-WJ | Joel Pelcastre and Claudia Pelcastre | 7 | 04/16/14 | N / A | 07/29/14 |
| 6:14-bk-14911-SY | Brian Lester Torres | 7 | 04/16/14 | N / A | 07/29/14 |
| 6:14-bk-14934-WJ | Lillian Marie Paschal | 7 | 04/16/14 | N / A | 07/29/14 |
| 6:14-bk-14938-SC | Mary Ann Leon and Maurice Osuna Rodriguez | 7 | 04/16/14 | N / A | 07/29/14 |
| 6:14-bk-15577-WJ | Robert Neil Smith | 7 | 04/29/14 | N / A | 08/12/14 |
| 6:14-bk-15901-MJ | Terry Wesley Alexander | 7 | 05/05/14 | N / A | 08/19/14 |
| 6:14-bk-15951-MJ | Rodney A Huston and Kristine F Huston | 13 | 05/07/14 | N / A | 07/25/14 |
| 6:14-bk-16105-WJ | Blanca E Castillo | 7 | 05/09/14 | N / A | 08/19/14 |
| 6:14-bk-16436-WJ | Ruben Zuniga Cumplido and Irene Zepeda Cumplido | 7 | 05/16/14 | N / A | 08/26/14 |
| 6:14-bk-16457-MJ | Mona Lee Tritz | 7 | 05/16/14 | N / A | 08/26/14 |
| 6:14-bk-16462-MW | Elena Leonidovna Krylova | 7 | 05/16/14 | N / A | 08/26/14 |
| 6:14-bk-16968-SY | Rodney A Huston and Kristine F Huston | 13 | 05/28/14 | N / A | 08/09/19 |
| 6:14-bk-17088-MH | Greg Hartunian | 7 | 05/30/14 | N / A | 11/05/14 |

Exhibit 7                    Page 40 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:14-bk-17089-MW | Frank Merrill Nielsen | 7 | 05/30/14 | N / A | 09/09/14 |
| 6:14-bk-17107-MJ | Alan Maurice Dela | 7 | 05/30/14 | N / A | 09/09/14 |
| 6:14-bk-17192-SC | Thomas Aaron Hanks and Robyn Elizabeth Hanks | 7 | 05/30/14 | N / A | 09/09/14 |
| 6:14-bk-17477-MH | Michael Allen Whitten and Wanda Geneva Williams | 13 | 06/06/14 | N / A | 09/18/14 |
| 6:14-bk-17708-MW | Lisa Jessica Morales | 7 | 06/13/14 | N / A | 09/23/14 |
| 6:14-bk-17954-MJ | Brian J. Damush | 7 | 06/19/14 | N / A | 09/30/14 |
| 6:14-bk-17959-MH | Patrick James Caleb Dillon and Sarrah Pearl Dillon | 7 | 06/19/14 | N / A | 09/30/14 |
| 6:14-bk-18282-MW | Jorge Gonzalez | 7 | 06/25/14 | N / A | 01/13/15 |
| 6:14-bk-18283-MJ | Melencio Panelo Alipio and Florence Concepcion Alipio | 7 | 06/26/14 | N / A | 10/07/14 |
| 6:14-bk-18325-WJ | Emilio Dominquez Castillo and Helen Castillo | 7 | 06/26/14 | N / A | 10/07/14 |
| 6:14-bk-18326-SC | Myra A. Allen | 7 | 06/26/14 | N / A | 07/12/17 |
| 6:14-bk-18985-SC | Guillermo Escobar and Ana Lourdes Saenz | 7 | 07/11/14 | N / A | 10/21/14 |
| 6:14-bk-18990-MJ | David Rueben Burtrum and Lori Marie Burtrum | 7 | 07/11/14 | N / A | 10/21/14 |
| 6:14-bk-19107-MH | Ray Blackburn and Robbie Blackburn | 7 | 07/15/14 | N / A | 01/25/16 |
| 6:14-bk-19133-MJ | Aziz Jlelati and Entisar Abdul Rahman | 7 | 07/16/14 | N / A | 11/24/14 |
| 6:14-bk-19136-MJ | Richard Torres and Alexandra Zoe Torres | 7 | 07/16/14 | N / A | 10/28/14 |
| 6:14-bk-19211-WJ | Kanani Kurzet | 7 | 07/18/14 | N / A | 10/28/14 |
| 6:14-bk-19448-WJ | Aimee Berenice Gonzalez Castaneda | 7 | 07/24/14 | N / A | 11/04/14 |
| 6:14-bk-20017-WJ | Ramona Garcia Vega | 7 | 08/06/14 | N / A | 11/18/14 |
| 6:14-bk-20023-MH | Carlos Dos Santos | 7 | 08/06/14 | N / A | 11/18/14 |

Exhibit 7                    Page 41 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:14-bk-20693-MH](#) | Lisa Ellen Steel | 7 | 08/22/14 | N / A | 12/02/14 |
| [6:14-bk-20696-SY](#) | Adam Richard Hunt and Suzanne Alethaire Hunt | 7 | 08/22/14 | N / A | 12/05/14 |
| [6:14-bk-20841-SC](#) | Traci Renee Bulanek | 7 | 08/27/14 | N / A | 12/16/14 |
| [6:14-bk-20842-MW](#) | Fidel De la Torre and Maria Del Carmen De la Torre | 7 | 08/27/14 | N / A | 12/09/14 |
| [6:14-bk-21824-MW](#) | Jose Luis Berumen | 7 | 09/19/14 | N / A | 12/30/14 |
| [6:14-bk-22206-SC](#) | Diane Mary Hendrix | 7 | 09/30/14 | N / A | 01/13/15 |
| [6:14-bk-22214-SC](#) | Rosa M. Zaragoza | 7 | 09/30/14 | N / A | 01/13/15 |
| [6:14-bk-23124-MJ](#) | John Leslie Norman | 7 | 10/24/14 | N / A | 02/03/15 |
| [6:14-bk-23659-SC](#) | Romelio Ruiz | 7 | 11/06/14 | N / A | 02/26/15 |
| [6:14-bk-24331-MW](#) | Frank Collazo, Jr. and Concetta Lynn Collazo | 7 | 11/26/14 | N / A | 03/10/15 |
| [6:14-bk-24552-SC](#) | Sylvia Cisneros | 7 | 12/03/14 | N / A | 03/17/15 |
| [6:14-bk-24576-MH](#) | Michael Jay Putnam and Amy Christine Putnam | 13 | 08/11/11 | N / A | 09/02/15 |
| [6:14-bk-24629-SY](#) | Valerie Monica Reitman | 13 | 12/04/14 | N / A | 03/20/15 |
| [6:14-bk-24916-MW](#) | Joseph Robert Saunders and Teri Ann Saunders | 7 | 12/12/14 | N / A | 03/24/15 |
| [6:14-bk-25266-MJ](#) | Emma Louise Wilson | 7 | 12/24/14 | N / A | 04/07/15 |
| [6:14-bk-25404-WJ](#) | Eduardo Ocampo and Lorena Gloria Ocampo | 7 | 12/30/14 | N / A | 04/14/15 |
| [6:14-bk-25407-MJ](#) | Francisco Espinoza and Gudelia Espinoza | 7 | 12/30/14 | N / A | 04/14/15 |
| [6:15-bk-10179-WJ](#) | Kimberly Rae Hayes | 7 | 01/09/15 | N / A | 12/21/16 |
| [6:15-bk-10461-MJ](#) | Henry Noe Rabanales Orozco and Ana Maricela De La Cruz-Morazan | 7 | 01/21/15 | N / A | 01/08/16 |
| [6:15-bk-10648-SY](#) | Pennie Jean Nelson | 13 | 01/26/15 | N / A | 09/15/16 |
| [6:15-bk-10835-MH](#) | Donna Lynne Piazza | 7 | 01/30/15 | N / A | 05/12/15 |

Exhibit 7                           Page 42 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:15-bk-11088-MH](#) | Iveth Haydee Calderon | 13 | 02/06/15 | N / A | 05/02/16 |
| [6:15-bk-11094-WJ](#) | Tom S. Kellersberger | 7 | 02/06/15 | N / A | 05/19/15 |
| [6:15-bk-11205-MW](#) | Gregory Joseph Becker | 7 | 02/11/15 | N / A | 03/20/15 |
| [6:15-bk-11256-SY](#) | Chantelle Monique Salazar | 13 | 02/12/15 | N / A | 05/31/16 |
| [6:15-bk-11273-WJ](#) | Isaura Sanchez | 7 | 02/12/15 | N / A | 05/15/15 |
| [6:15-bk-11480-MH](#) | Mario Huipe | 13 | 02/19/15 | N / A | 08/06/15 |
| [6:15-bk-11594-SY](#) | Robert John Sorge | 13 | 02/20/15 | N / A | 11/05/15 |
| [6:15-bk-11780-SC](#) | Diana Teresita Davis | 7 | 02/25/15 | N / A | 06/09/15 |
| [6:15-bk-11951-SY](#) | Hilmi Zein | 7 | 02/27/15 | N / A | 11/19/15 |
| [6:15-bk-12063-MH](#) | Ronald Wilbur Lake and Tammy Kathleen Lake | 13 | 03/03/15 | N / A | 10/26/15 |
| [6:15-bk-12461-MW](#) | Alfredo Alvarez | 7 | 03/13/15 | N / A | 06/23/15 |
| [6:15-bk-13270-SY](#) | Manuel Ramirez and Maria Ines Avila De Ramirez | 13 | 04/01/15 | N / A | 01/22/16 |
| [6:15-bk-13564-SY](#) | Patricia Pajarito | 13 | 04/10/15 | N / A | 11/05/15 |
| [6:15-bk-13635-MW](#) | Lonny Lee Nicholson | 7 | 04/10/15 | N / A | 08/18/15 |
| [6:15-bk-13693-MJ](#) | Horst Herr | 7 | 04/13/15 | N / A | 07/28/15 |
| [6:15-bk-13796-MJ](#) | Keith Ellinger | 7 | 04/16/15 | N / A | 07/28/15 |
| [6:15-bk-14136-SY](#) | Alberto Murguia | 13 | 04/24/15 | N / A | 04/10/20 |
| [6:15-bk-14353-MH](#) | Arnold Sears | 13 | 04/30/15 | N / A | 07/01/15 |
| [6:15-bk-14806-WJ](#) | Gayle Cortez | 13 | 05/13/15 | N / A | 10/08/15 |
| [6:15-bk-14818-WJ](#) | Roger Jerome Callier | 13 | 05/13/15 | N / A | 11/04/15 |
| [6:15-bk-15234-MH](#) | William Francisco Santos | 7 | 05/22/15 | N / A | 07/13/17 |
| [6:15-bk-15395-MW](#) | Thomas Albert DeSisto | 7 | 05/28/15 | N / A | 09/09/15 |
| [6:15-bk-15494-WJ](#) | Gabriel Saavedra, Sr. and Evelia Sanchez | 7 | 05/29/15 | N / A | 09/09/15 |
| [6:15-bk-15511-MJ](#) | Manuel Vargas and Maria Vargas | 7 | 05/29/15 | N / A | 09/09/15 |
| [6:15-bk-15514-MH](#) | Manuel Jose Saldana | 7 | 05/29/15 | N / A | 04/23/19 |

Exhibit 7                    Page 43 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:15-bk-15569-MW](#) | Porfirio Ayala and Maria Carmen Ayala | 7 | 06/01/15 | N / A | 01/04/16 |
| [6:15-bk-15575-MJ](#) | Gricel Oaxaca | 13 | 06/02/15 | N / A | 11/04/15 |
| [6:15-bk-16221-WJ](#) | Felipe De Jesus Gallardo, Jr. | 7 | 06/19/15 | N / A | 09/29/15 |
| [6:15-bk-16276-SY](#) | Michael Alan Garmon | 7 | 06/22/15 | N / A | 10/06/15 |
| [6:15-bk-16282-SY](#) | Joaquin Ortega | 7 | 06/22/15 | N / A | 11/04/15 |
| [6:15-bk-16403-MH](#) | Blake Jeffrey Simpson | 13 | 06/25/15 | N / A | 10/26/15 |
| [6:15-bk-16434-MJ](#) | James William Tarango, Jr. | 13 | 06/26/15 | N / A | 10/15/15 |
| [6:15-bk-16458-MH](#) | Julian De La Cruz | 7 | 06/26/15 | N / A | 10/06/15 |
| [6:15-bk-16837-SY](#) | Lisa Renee Neussguillen | 13 | 07/07/15 | N / A | 11/04/15 |
| [6:15-bk-17009-SY](#) | Grant Taylor | 13 | 07/13/15 | N / A | 09/28/15 |
| [6:15-bk-17060-MH](#) | Chris Alvarado Espinoza | 13 | 07/14/15 | N / A | 07/08/20 |
| [6:15-bk-17156-MH](#) | William Henry O'Neil, IV | 13 | 07/17/15 | N / A | 10/01/15 |
| [6:15-bk-17333-SY](#) | Joseana Villarosa | 13 | 07/23/15 | N / A | 10/05/15 |
| [6:15-bk-17346-SY](#) | Thomas Jeffrey Street | 13 | 07/23/15 | N / A | 12/07/16 |
| [6:15-bk-17349-MH](#) | Qurieno De Guchy, Sr. and Jessica Nerida De Guchy | 13 | 07/23/15 | N / A | 12/17/18 |
| [6:15-bk-17506-WJ](#) | Joellyn Diane Greeno | 13 | 07/28/15 | N / A | 07/20/16 |
| [6:15-bk-17689-SY](#) | Eric Agustin Hernandez | 7 | 07/31/15 | N / A | 11/10/15 |
| [6:15-bk-17955-MJ](#) | Teresa Mondragon Merezko | 13 | 08/11/15 | N / A | 01/08/16 |
| [6:15-bk-18313-MJ](#) | John Robert Duckworth | 7 | 08/20/15 | N / A | 12/01/15 |
| [6:15-bk-18352-WJ](#) | Paris Jason Fealy and Donna Victoria Fealy | 7 | 08/21/15 | N / A | 12/01/15 |
| [6:15-bk-18629-MH](#) | Maria Alicia Vazquez and Juan Manuel Vazquez | 13 | 08/28/15 | N / A | 01/22/16 |

Exhibit 7                                                    Page 44 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:15-bk-18665-SY](#) | Damian Esteven Ruiz | 13 | 08/31/15 | N / A | 01/21/21 |
| [6:15-bk-18949-MJ](#) | John Eric Andrade | 7 | 09/09/15 | N / A | 12/22/15 |
| [6:15-bk-19291-MH](#) | Russell Kevin Scheuffele and Deborah Jean Scheuffele | 7 | 09/21/15 | N / A | 01/05/16 |
| [6:15-bk-19539-MW](#) | Deborah Lynn Hansen | 7 | 09/29/15 | N / A | 01/12/16 |
| [6:15-bk-19551-SY](#) | Hugo Marcello Benvenuto and Christine Roman-Benvenuto | 7 | 09/29/15 | N / A | 01/12/16 |
| [6:15-bk-19701-MJ](#) | Carlos Alvarado Ochoa | 7 | 10/01/15 | N / A | 01/12/16 |
| [6:15-bk-19874-MW](#) | Julio Islas-Rodriguez and Alicia de Islas | 7 | 10/08/15 | N / A | 01/20/16 |
| [6:15-bk-20451-MH](#) | Dennis Rulon Knight and Susan Kathryn Knight | 7 | 10/26/15 | N / A | 02/09/16 |
| [6:15-bk-20465-MH](#) | Ronald Wilbur Lake and Tammy Kathleen Lake | 7 | 10/26/15 | N / A | 11/29/16 |
| [6:15-bk-20731-MJ](#) | Philip Steven Nail and Jasmine Nina Nail | 13 | 11/02/15 | N / A | 07/13/16 |
| [6:15-bk-20846-SY](#) | Shannon Tracy Smith | 7 | 11/06/15 | N / A | 02/17/16 |
| [6:15-bk-20847-MH](#) | Hosea Percy Mills | 7 | 11/06/15 | N / A | 02/10/16 |
| [6:15-bk-20849-MJ](#) | Ronald David Purther and Christina Louise Purther | 7 | 11/06/15 | N / A | 02/18/16 |
| [6:15-bk-20982-MJ](#) | Daniel Richard Bedford | 7 | 11/10/15 | N / A | 02/23/16 |
| [6:15-bk-20983-WJ](#) | Dortha Jean Goodrick | 7 | 11/10/15 | N / A | 02/23/16 |
| [6:15-bk-20984-MJ](#) | Brandon Lee Hayes | 7 | 11/10/15 | N / A | 02/22/16 |
| [6:15-bk-20987-MJ](#) | Teresa Mondragon Merezko | 13 | 11/11/15 | N / A | 07/13/16 |
| [6:15-bk-21002-MJ](#) | Salvador Palomino and Olga Del Carmen Palomino | 7 | 11/11/15 | N / A | 03/08/16 |
| [6:15-bk-21459-SY](#) | Lori E. Edwards | 7 | 11/24/15 | N / A | 03/08/16 |

Exhibit 7                Page 45 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:15-bk-21512-SY | Corey Allen Tye and Sarah Anne Tye | 7 | 11/25/15 | N / A | 03/08/16 |
| 6:15-bk-22063-SY | Sheena Renae Reese | 7 | 12/17/15 | N / A | 03/29/16 |
| 6:16-bk-10106-MH | Eric Pieters Markel | 13 | 01/06/16 | N / A | 01/30/18 |
| 6:16-bk-10132-MW | Krista Danielle Malins | 7 | 01/07/16 | N / A | 04/12/16 |
| 6:16-bk-10254-SC | Vivian F Windross | 7 | 01/12/16 | N / A | 05/11/16 |
| 6:16-bk-10629-SC | Tracy Ellen Day | 7 | 01/26/16 | N / A | 05/09/16 |
| 6:16-bk-10752-MH | William Henry ONeil, IV and Tammy Bridget ONeil | 13 | 01/29/16 | N / A | 05/09/16 |
| 6:16-bk-11026-MW | Justain Allan Scarbrough and Vanessa Michelle Scarbrough | 7 | 02/08/16 | N / A | 05/24/16 |
| 6:16-bk-11179-MJ | Olga Cuevas | 7 | 02/12/16 | N / A | 05/24/16 |
| 6:16-bk-11182-SC | Aaron Gregory Moore | 7 | 02/12/16 | N / A | 05/31/17 |
| 6:16-bk-11231-MH | Sylvia Nancy Cisneros | 13 | 02/16/16 | N / A | 06/02/16 |
| 6:16-bk-11364-WJ | Brian Kean Stibich and Catherine Ann Stibich | 7 | 02/18/16 | N / A | 06/01/16 |
| 6:16-bk-11564-MH | Bethany Ann Royal | 7 | 02/24/16 | N / A | 06/07/16 |
| 6:16-bk-12124-WJ | MaxUpgrades, LLC | 7 | 03/09/16 | N / A | 07/14/16 |
| 6:16-bk-12533-SY | Manuel Ramirez and Maria Ines Avila De Ramirez | 13 | 03/22/16 | N / A | 10/05/17 |
| 6:16-bk-12603-WJ | Nicole Lanae Santa Cruz | 7 | 03/23/16 | N / A | 10/24/16 |
| 6:16-bk-12604-MH | Thomas Lewton Cerda | 7 | 03/23/16 | N / A | 07/06/16 |
| 6:16-bk-13291-SY | Anne Philomena Morgan | 7 | 04/12/16 | N / A | 11/02/16 |
| 6:16-bk-13292-MW | Mellisa Jene Harper | 7 | 04/12/16 | N / A | 07/26/16 |
| 6:16-bk-13295-SC | Crissie Lynn Noonan | 7 | 04/12/16 | N / A | 07/26/16 |
| 6:16-bk-13824-MH | Kathereen Suzanne Salcedo | 7 | 04/29/16 | N / A | 08/09/16 |

Exhibit 7    Page 46 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:16-bk-13826-MJ](#) | Sharon Kathleen Shaffer | 7 | 04/29/16 | N / A | 08/09/16 |
| [6:16-bk-14223-MH](#) | Gary Kenneth Pecka and Lourdes Rodriguez Pecka | 7 | 05/11/16 | N / A | 07/25/16 |
| [6:16-bk-14713-SY](#) | Stephanie Glenn Lee | 7 | 05/26/16 | N / A | 09/07/16 |
| [6:16-bk-14717-WJ](#) | Pedro Jr. Cervantes | 7 | 05/26/16 | N / A | 09/07/16 |
| [6:16-bk-14718-SC](#) | Sylvia Quintero | 7 | 05/26/16 | N / A | 09/07/16 |
| [6:16-bk-14719-SY](#) | David Valles Gallardo and Sylvia Ann Gallardo | 7 | 05/26/16 | N / A | 09/07/16 |
| [6:16-bk-15522-MH](#) | Jesus Danny Ontiveros, III and Marie Irene Ontiveros | 13 | 06/21/16 | N / A | 01/03/22 |
| [6:16-bk-15528-MH](#) | William Henry ONeil, IV and Tammy Bridget ONeil | 13 | 06/21/16 | N / A | 02/03/17 |
| [6:16-bk-16030-WJ](#) | Richard Paul Johnson and Susan Marie Johnson | 7 | 07/06/16 | N / A | 02/14/17 |
| [6:16-bk-16031-MW](#) | Micaela Diaz | 7 | 07/06/16 | N / A | 10/18/16 |
| [6:16-bk-16315-MH](#) | Alanna Jheri Chairs | 7 | 07/15/16 | N / A | 10/25/16 |
| [6:16-bk-16316-MW](#) | Thomas J Burpee and Yolanda Marie Burpee | 7 | 07/15/16 | N / A | 10/25/16 |
| [6:16-bk-16773-MH](#) | Joshua Ryan Mitchell and Jennifer Ann Jordan | 7 | 07/29/16 | N / A | 11/08/16 |
| [6:16-bk-17391-WJ](#) | Ruben Ray Tatum | 7 | 08/18/16 | N / A | 11/29/16 |
| [6:16-bk-17624-SY](#) | Armando E. Jusi and Senorina C. Jusi | 13 | 08/25/16 | N / A | 05/26/20 |
| [6:16-bk-18485-SC](#) | Ronald H Morales Garcia | 7 | 09/21/16 | N / A | 01/04/17 |
| [6:16-bk-18493-MJ](#) | Ronald David Purther and Christina Louise Purther | 7 | 09/21/16 | N / A | 01/30/18 |
| [6:16-bk-19123-SY](#) | Margaret Rose Davis | 7 | 10/14/16 | N / A | 01/24/17 |
| [6:16-bk-19193-MH](#) | Nona White | 7 | 10/18/16 | N / A | 01/31/17 |

Exhibit 7                                          Page 47 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:16-bk-19783-RB](#) | Melanie Lourdes Davis | 13 | 11/01/16 | N / A | N / A |
| [6:16-bk-19798-SC](#) | Tashauna Lynn Dupree-Yeager | 7 | 11/02/16 | N / A | 05/16/17 |
| [6:16-bk-19799-MH](#) | Jaison Vally Surace | 7 | 11/02/16 | N / A | 06/13/19 |
| [6:16-bk-19801-SC](#) | Kevin Andrew Vandusen and Tina Marie Van Dusen | 7 | 11/02/16 | N / A | 02/14/17 |
| [6:16-bk-20174-MW](#) | Sohan Singh | 7 | 11/16/16 | N / A | 02/28/17 |
| [6:16-bk-20175-MH](#) | Maria Guadalupe De La Ree | 7 | 11/16/16 | N / A | 02/28/17 |
| [6:16-bk-21016-SY](#) | Adriana V Sierra | 7 | 12/19/16 | N / A | 04/04/17 |
| [6:16-bk-21017-MJ](#) | Sekarina Izabella Perry | 7 | 12/19/16 | N / A | 05/31/17 |
| [6:16-bk-21019-MH](#) | Joseph Matthew Roberts | 7 | 12/19/16 | N / A | 04/04/17 |
| [6:16-bk-21087-SY](#) | Raquel Calvillo Solis | 13 | 12/21/16 | N / A | 04/05/17 |
| [6:16-bk-21278-SC](#) | Barnard Industries Inc. | 7 | 12/30/16 | N / A | 02/17/17 |
| [6:17-bk-10390-SC](#) | Cynthia Caridad Jackson | 7 | 01/18/17 | N / A | 05/02/17 |
| [6:17-bk-10391-WJ](#) | Shyann Celeste Hurtado | 7 | 01/18/17 | N / A | 07/25/17 |
| [6:17-bk-10392-WJ](#) | Mary C Joyce-Deeringer | 7 | 01/18/17 | N / A | 05/02/17 |
| [6:17-bk-10393-SC](#) | Keith William Tresner and Linda Louise Tresner | 7 | 01/18/17 | N / A | 01/28/20 |
| [6:17-bk-10394-MH](#) | Alphonso Sistos Sanchez and Darlene Francis Sanchez | 7 | 01/18/17 | N / A | 05/02/17 |
| [6:17-bk-10920-SY](#) | May Yen Fang | 7 | 02/06/17 | N / A | 05/23/17 |
| [6:17-bk-10921-MJ](#) | Bernita Gail Ingram | 7 | 02/06/17 | N / A | 06/23/17 |
| [6:17-bk-12552-WJ](#) | Rigoberto Moran and Estela Moran | 7 | 03/30/17 | N / A | 07/11/17 |
| [6:17-bk-12553-MJ](#) | Bennett John Visser | 7 | 03/30/17 | N / A | 07/11/17 |
| [6:17-bk-12555-MJ](#) | Kyle Jordan Yarbrough | 7 | 03/30/17 | N / A | 07/11/17 |
| [6:17-bk-12885-WJ](#) | Edwin M Jue and Edith Jue | 7 | 04/06/17 | N / A | 06/26/17 |

Exhibit 7    Page 48 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:17-bk-13490-WJ | Barbara Kuhlman Griffin | 7 | 04/27/17 | N / A | 08/08/17 |
| 6:17-bk-13494-SY | Edward Alba | 7 | 04/27/17 | N / A | 08/08/17 |
| 6:17-bk-13495-SY | David Andrew LaCombe | 7 | 04/27/17 | N / A | 08/08/17 |
| 6:17-bk-14278-MJ | Amelia Davila Partida | 7 | 05/22/17 | N / A | 09/06/17 |
| 6:17-bk-14281-WJ | Jeri Rose Regan | 7 | 05/22/17 | N / A | 09/06/17 |
| 6:17-bk-14692-WJ | Ethel Carin Yopp | 13 | 06/05/17 | N / A | 01/19/18 |
| 6:17-bk-14697-MH | Walter Lemus | 13 | 06/05/17 | N / A | 10/30/17 |
| 6:17-bk-14705-WJ | Lupe Henrietta Avila | 7 | 06/05/17 | N / A | 11/02/17 |
| 6:17-bk-14707-SY | Fonseca Trucking Inc | 7 | 06/05/17 | N / A | 05/03/19 |
| 6:17-bk-14855-SC | Andrew Richard Bartz and Carla Elizabeth Bartz | 7 | 06/09/17 | N / A | 10/27/17 |
| 6:17-bk-14858-WJ | Cory Lee Roland and Karen Asuncion Roland | 13 | 06/09/17 | N / A | 10/20/17 |
| 6:17-bk-15300-MH | Robert Douglas Lawson and Cindy Louise Lawson | 13 | 06/24/17 | N / A | 09/22/17 |
| 6:17-bk-15301-MH | Jasper Stevens and Brenda Louise Murray Stevens | 7 | 06/24/17 | N / A | 02/27/23 |
| 6:17-bk-15519-SC | Patricia Gonzalez | 7 | 06/30/17 | N / A | 10/11/17 |
| 6:17-bk-15691-WJ | Jennifer Anne Fales | 7 | 07/06/17 | N / A | 10/17/17 |
| 6:17-bk-15692-MW | Jerry Lloyd Knutson and Sonia Amelia Knutson | 7 | 07/06/17 | N / A | 10/16/17 |
| 6:17-bk-15695-WJ | Sokhon Chum | 7 | 07/06/17 | N / A | 10/17/17 |
| 6:17-bk-15991-MJ | Tami Lynn Monzelowsky | 7 | 07/18/17 | N / A | 11/07/17 |
| 6:17-bk-15994-MJ | David Lopez | 7 | 07/18/17 | N / A | 11/14/17 |
| 6:17-bk-15997-SC | Balente Juan Soto | 7 | 07/18/17 | N / A | 11/29/17 |
| 6:17-bk-16116-MJ | Joseph Raymond Hudak | 7 | 07/21/17 | N / A | 10/31/17 |
| 6:17-bk-16298-MH | David Cisneros | 7 | 07/28/17 | N / A | 11/07/17 |
| 6:17-bk-16301-MH | Mohamed Abdelghany El Biali | 7 | 07/28/17 | N / A | 12/28/17 |

Exhibit 7                    Page 49 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:17-bk-16302-SC](#) | Brandon Eugene Mourton | 7 | 07/28/17 | N / A | 11/27/17 |
| [6:17-bk-16305-SY](#) | Thomas Jeffrey Street | 13 | 07/28/17 | N / A | 03/28/18 |
| [6:17-bk-16329-MW](#) | Juan Manuel Pesqueda | 7 | 07/31/17 | N / A | 12/08/20 |
| [6:17-bk-16332-MJ](#) | Christopher James Horisk and Elizabeth Lynn Horisk | 7 | 07/31/17 | N / A | 01/31/18 |
| [6:17-bk-16420-SY](#) | Manuel Ramirez and Maria Ines Avila De Ramirez | 13 | 08/02/17 | N / A | 12/27/18 |
| [6:17-bk-16591-MJ](#) | Everardo Cortes Gonzalez and Estela Solis Gonzalez | 7 | 08/08/17 | N / A | 11/21/17 |
| [6:17-bk-16676-SY](#) | Connie Lynn Sanchez | 7 | 08/10/17 | N / A | 11/03/17 |
| [6:17-bk-16699-MH](#) | Cindy Louise Lawson | 13 | 08/10/17 | N / A | 01/29/19 |
| [6:17-bk-16716-WJ](#) | James Kevin Wilson and Theresa Marie Wilson | 7 | 08/11/17 | N / A | 11/21/17 |
| [6:17-bk-16825-MJ](#) | Jennifer Lin Dearman | 7 | 08/15/17 | N / A | 11/28/17 |
| [6:17-bk-16930-SY](#) | Paul Martin Herr, Jr. and Tonia Lynn Herr | 13 | 08/18/17 | N / A | 12/18/17 |
| [6:17-bk-17409-MJ](#) | Deodegaria Diquiatco Lacson | 7 | 09/01/17 | N / A | 01/12/18 |
| [6:17-bk-17695-MH](#) | Cathy Elaine Picazo | 7 | 09/14/17 | N / A | 12/28/17 |
| [6:17-bk-18040-MW](#) | Steven Michael Hodgden and Christina Hodgden | 7 | 09/26/17 | N / A | 01/04/19 |
| [6:17-bk-18042-SY](#) | Amy Diane Cooper | 7 | 09/26/17 | N / A | 01/09/18 |
| [6:17-bk-18043-MW](#) | Wendy Kay Weaver | 7 | 09/26/17 | N / A | 01/09/18 |
| [6:17-bk-18044-MH](#) | Elena Navarro Arriaga | 7 | 09/26/17 | N / A | 01/25/18 |
| [6:17-bk-18123-SY](#) | Reyna Margarita Sotelo | 13 | 09/28/17 | N / A | 01/19/18 |
| [6:17-bk-18450-MJ](#) | Daniel Dayril Marmolijo, Sr | 7 | 10/10/17 | N / A | 01/23/18 |
| [6:17-bk-18453-MH](#) | Dean Gulla | 7 | 10/10/17 | N / A | 01/23/18 |

Exhibit 7    Page 50 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:17-bk-18610-MH | Kenneth Justin Dean Hohimer and Lisa Christine Hohimer | 7 | 10/16/17 | N / A | 01/30/18 |
| 6:17-bk-18613-MJ | Jose Soria Lopez | 7 | 10/16/17 | N / A | 01/30/18 |
| 6:17-bk-18615-MW | Gregory Thomas Johnson and Ethel Mae Johnson | 7 | 10/16/17 | N / A | 01/30/18 |
| 6:17-bk-18623-MH | Malata Mwenya | 7 | 10/16/17 | N / A | 01/30/18 |
| 6:17-bk-18677-MJ | Ernest Louis Romero | 7 | 10/18/17 | N / A | 03/28/18 |
| 6:17-bk-18678-MW | Maria Elena Estrada | 7 | 10/18/17 | N / A | 01/30/18 |
| 6:17-bk-18998-WJ | Sabrina Kelline Blue | 7 | 10/30/17 | N / A | 02/13/18 |
| 6:17-bk-19001-SC | William Kris Kilbourne and Samantha Jane Kilbourne | 7 | 10/30/17 | N / A | 06/08/18 |
| 6:17-bk-19002-MW | Waheedah Najmah Jameelah Hill | 7 | 10/30/17 | N / A | 02/13/18 |
| 6:17-bk-19004-SY | Ricky Charles Zeferjahn | 7 | 10/30/17 | N / A | 02/13/18 |
| 6:17-bk-19136-SY | Eufenia Theresa Salcedo | 7 | 11/01/17 | N / A | 02/13/18 |
| 6:17-bk-19150-SY | Charmagne Sharnice Johnson | 7 | 11/02/17 | N / A | 02/13/18 |
| 6:17-bk-19231-MH | Jose Lewis Bobadilla, Jr. | 7 | 11/06/17 | N / A | 02/21/18 |
| 6:17-bk-19290-MH | Oscar Noe Diaz | 7 | 11/07/17 | N / A | 02/21/18 |
| 6:17-bk-19338-MW | Alexander Perez Diaz and Laura Lizbeth Perez | 7 | 11/09/17 | N / A | 02/21/18 |
| 6:17-bk-19364-MJ | Magdalena Arroyos Moran | 7 | 11/09/17 | N / A | 03/29/18 |
| 6:17-bk-19373-SC | Cierra Zemoria Keaton | 7 | 11/10/17 | N / A | 02/21/18 |
| 6:17-bk-19737-MW | Lloyd Scott Peterson and Sarah Howell Peterson | 7 | 11/22/17 | N / A | 03/06/18 |
| 6:17-bk-19738-MJ | Matthew James Cordatos | 7 | 11/22/17 | N / A | 03/06/18 |
| 6:17-bk-19981-SC | Jason Patrick Spurlock | 7 | 12/04/17 | N / A | 03/20/18 |
| 6:17-bk-19982-WJ | Melissa Joanne Jones | 7 | 12/04/17 | N / A | 03/20/18 |

Exhibit 7   Page 51 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:17-bk-19983-SC](#) | Michael Thomas Perez | 7 | 12/04/17 | N / A | 03/20/18 |
| [6:17-bk-19984-SY](#) | Veronica Marie Antunez | 7 | 12/04/17 | N / A | 03/20/18 |
| [6:17-bk-19994-SY](#) | Paul Martin Herr, Jr. and Tonia Lynn Herr | 13 | 12/04/17 | N / A | 05/22/18 |
| [6:17-bk-20118-MJ](#) | Benito Iniguez | 7 | 12/08/17 | N / A | 03/20/18 |
| [6:17-bk-20120-SY](#) | Karla Paola Ceballos | 7 | 12/08/17 | N / A | 01/19/18 |
| [6:17-bk-20124-SY](#) | Daniel Kenneth Ulmer | 7 | 12/08/17 | N / A | 03/20/18 |
| [6:17-bk-20299-MJ](#) | Cindy Cristina Polanco-Lopez | 7 | 12/15/17 | N / A | 03/27/18 |
| [6:17-bk-20460-SY](#) | Kathryn Lynne Avendano | 7 | 12/22/17 | N / A | 01/27/20 |
| [6:17-bk-20523-MH](#) | Earl Sanford Lilly, Sr. | 7 | 12/26/17 | N / A | 09/24/18 |
| [6:17-bk-20600-SY](#) | Margarita Najar Morales | 7 | 12/29/17 | N / A | 02/09/18 |
| [6:17-bk-20603-MH](#) | Sondra Elizabeth Williams | 7 | 12/29/17 | N / A | 04/10/18 |
| [6:18-ap-01103-SY](#) | United States Trustee for the Central District of v. Saunders et al | *Lead BK:* 6:17-bk-20460-SY Kathryn Lynne Avendano | 05/04/18 | N / A | 11/27/19 |
| [6:18-ap-01134-WJ](#) | United States Trustee for the Central District of v. Molina-Lopez | *Lead BK:* 6:18-bk-10412-WJ Lorena Liliana Molina-Lopez | 06/14/18 | N / A | 02/06/19 |
| [6:18-ap-01149-WJ](#) | Salazar v. Saunders et al | *Lead BK:* 6:18-bk-10863-WJ Gary Scott Saunders and Heather Leanne Saunders | 07/09/18 | N / A | 02/13/19 |
| [6:18-bk-10066-MH](#) | Amanuel Montrell Bradberry and Katrina Lashall Bradberry | 13 | 01/04/18 | N / A | 04/18/18 |
| [6:18-bk-10241-SY](#) | Samuel Matthew Cox and Miyisha Denise Cox | 7 | 01/12/18 | N / A | 04/24/18 |
| [6:18-bk-10340-WJ](#) | Jared Hunter Scarth and Victoria Carol | 7 | 01/17/18 | N / A | 05/22/18 |

Exhibit 7                                        Page 52 of 66

Scarth

| | | | | | |
|---|---|---|---|---|---|
| 6:18-bk-10412-WJ | Lorena Liliana Molina-Lopez | 7 | 01/19/18 | N / A | 03/30/22 |
| 6:18-bk-10413-WJ | Ultimate Logistics Transport Corporation | 7 | 01/19/18 | N / A | 01/27/20 |
| 6:18-bk-10528-WJ | Cornel Lucali | 7 | 01/24/18 | N / A | 06/28/18 |
| 6:18-bk-10722-MJ | Jesse Ezralee Pickrell | 7 | 01/30/18 | N / A | 05/15/18 |
| 6:18-bk-10863-WJ | Gary Scott Saunders and Heather Leanne Saunders | 7 | 02/02/18 | N / A | 01/17/19 |
| 6:18-bk-11026-SY | Jessie Medina and Marisol Medina | 7 | 02/09/18 | N / A | 09/29/20 |
| 6:18-bk-11065-SY | William Martin Ford | 7 | 02/12/18 | N / A | 05/30/18 |
| 6:18-bk-11130-MW | Manny Valdivia | 7 | 02/14/18 | N / A | 05/30/18 |
| 6:18-bk-11248-MH | Helene Leonard | 7 | 02/16/18 | N / A | 05/30/18 |
| 6:18-bk-11636-MH | Amanuel Montrell Bradberry and Katrina Lashall Bradberry | 13 | 02/28/18 | N / A | 06/14/19 |
| 6:18-bk-11683-SY | Margarita Najar Morales | 7 | 03/02/18 | N / A | 06/12/18 |
| 6:18-bk-11810-WJ | Jose Daniel Rodriguez and Virginia Rodriguez | 7 | 03/07/18 | N / A | 06/19/18 |
| 6:18-bk-11815-MJ | Gabriel Parris Domenici, Jr | 7 | 03/07/18 | N / A | 06/19/18 |
| 6:18-bk-12106-SC | Richard Arambula and Arelys Onofre Arambula | 7 | 03/16/18 | N / A | 06/26/18 |
| 6:18-bk-12217-SY | Karla Paola Ceballos | 7 | 03/20/18 | N / A | 07/03/18 |
| 6:18-bk-12363-SC | David Hale | 7 | 03/23/18 | N / A | 07/03/18 |
| 6:18-bk-12652-MH | Estela Muro | 7 | 03/30/18 | N / A | 04/17/19 |
| 6:18-bk-12781-SY | Brent Woodward and Judy Lynn Woodward | 7 | 04/04/18 | N / A | 08/23/18 |
| 6:18-bk-12800-WJ | Nyshae Delynda Perkins | 7 | 04/05/18 | N / A | 07/17/18 |
| 6:18-bk-13248-WJ | Jared Hunter Scarth and Victoria Carol Scarth | 7 | 04/18/18 | N / A | 11/18/20 |

Exhibit 7                    Page 53 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:18-bk-13250-MH](#) | Walter Lemus | 7 | 04/18/18 | N / A | 07/31/18 |
| [6:18-bk-13463-MH](#) | Johnell Jr Harris | 7 | 04/25/18 | N / A | 08/07/18 |
| [6:18-bk-13737-MW](#) | Judy Ann Houser | 7 | 05/02/18 | N / A | 08/14/18 |
| [6:18-bk-14204-SC](#) | Nicole Michele Estrada | 7 | 05/18/18 | N / A | 12/10/18 |
| [6:18-bk-14219-SC](#) | Brenda Sue Wright | 7 | 05/18/18 | N / A | 08/28/18 |
| [6:18-bk-14690-MH](#) | Arturo Alfonso Agustin and Amy Raellen Agustin | 7 | 06/01/18 | N / A | 09/11/18 |
| [6:18-bk-14774-MH](#) | Jose Luis B. Guerrero | 7 | 06/05/18 | N / A | 11/21/18 |
| [6:18-bk-15193-WJ](#) | Aura Violeta Cordero | 13 | 06/20/18 | N / A | 10/24/18 |
| [6:18-bk-15481-SC](#) | Jennifer Marie Lacombe | 7 | 06/28/18 | N / A | 10/10/18 |
| [6:18-bk-15606-WJ](#) | Brian P. Bell | 13 | 07/02/18 | N / A | 10/31/18 |
| [6:18-bk-15987-MH](#) | Joseph Daniel Shubin | 13 | 07/18/18 | N / A | 11/28/18 |
| [6:18-bk-16453-SC](#) | Martha Helen Morales-Lopez | 7 | 07/31/18 | N / A | 11/14/18 |
| [6:18-bk-16471-SY](#) | Zenaida Zayat DeLa Rosa | 7 | 07/31/18 | N / A | 11/14/18 |
| [6:18-bk-16490-SY](#) | William Royston Tompkins, IV and Amy Stevens Tompkins | 13 | 07/31/18 | N / A | 04/26/21 |
| [6:18-bk-16615-SY](#) | Francisco Carranza Morales | 13 | 08/06/18 | N / A | 03/25/19 |
| [6:18-bk-16830-SY](#) | Major Carpet & Upholstry Cleaning | 7 | 08/13/18 | N / A | 10/31/18 |
| [6:18-bk-16848-SC](#) | Amy Lizzette Gomez | 7 | 08/14/18 | N / A | 11/27/18 |
| [6:18-bk-16887-WJ](#) | Maroun Issam Germanos | 7 | 08/15/18 | N / A | 11/27/18 |
| [6:18-bk-17336-WJ](#) | Aura Violeta Cordero | 13 | 08/29/18 | N / A | 12/28/18 |
| [6:18-bk-17657-SC](#) | CAM Consulting and Construction Inc. | 7 | 09/10/18 | N / A | 01/03/19 |
| [6:18-bk-17797-MH](#) | Susan Violet Guillot | 13 | 09/14/18 | N / A | 01/29/19 |
| [6:18-bk-17864-WJ](#) | Brian P. Bell | 13 | 09/17/18 | N / A | 01/29/19 |
| [6:18-bk-18374-MH](#) | Mariama T Jobe | 7 | 10/03/18 | N / A | 06/05/20 |

Exhibit 7    Page 54 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:18-bk-18454-SY](#) | Manuel Ramirez and Maria Ines Avila De Ramirez | 13 | 10/05/18 | N / A | 03/25/19 |
| [6:18-bk-18491-WJ](#) | Cory Lee Roland and Karen Asuncion Roland | 13 | 10/08/18 | N / A | 01/30/19 |
| [6:18-bk-19030-SY](#) | Myron Mays, Jr | 7 | 10/24/18 | N / A | 11/29/18 |
| [6:18-bk-19421-WJ](#) | Brian P. Bell | 13 | 11/05/18 | N / A | N / A |
| [6:18-bk-19587-WJ](#) | Aura Violeta Cordero | 13 | 11/12/18 | N / A | N / A |
| [6:18-bk-19602-WJ](#) | Cory Lee Roland and Karen Asuncion Roland | 13 | 11/12/18 | N / A | 02/26/19 |
| [6:18-bk-19841-MH](#) | Jorge Lino Madrigal | 13 | 11/20/18 | N / A | 03/14/19 |
| [6:18-bk-20166-SY](#) | Manuel Ramirez and Maria Ines Avila De Ramirez | 13 | 12/03/18 | N / A | 03/10/21 |
| [6:18-bk-20357-SY](#) | Eric Collin Belgen and Aniesha Cheyanne Belgen | 7 | 12/10/18 | N / A | 03/26/19 |
| [6:18-bk-20522-SY](#) | Julio Roberto Reyes | 7 | 12/17/18 | N / A | 04/02/19 |
| [6:18-bk-20566-WJ](#) | Randy Rodas | 13 | 12/18/18 | N / A | 02/09/22 |
| [6:19-bk-10002-WJ](#) | Salvador Ray Cervantes, II | 13 | 01/02/19 | N / A | 03/27/19 |
| [6:19-bk-10318-MH](#) | Olivia Susana Norris | 13 | 01/14/19 | N / A | 03/14/19 |
| [6:19-bk-10330-MH](#) | Rachelle Valdepena-Luna | 13 | 01/15/19 | N / A | 03/21/19 |
| [6:19-bk-10359-WJ](#) | Kevin George Roebke and Jodi Lynn Holmes-Roebke | 13 | 01/15/19 | N / A | 10/17/19 |
| [6:19-bk-10363-SY](#) | Patricia Moreno | 13 | 01/15/19 | N / A | 06/17/19 |
| [6:19-bk-10365-WJ](#) | Mary Elizabeth Plyler | 7 | 01/15/19 | N / A | 09/24/20 |
| [6:19-bk-10449-WJ](#) | Joe Stevenson and Jacqueline Stevenson | 13 | 01/18/19 | N / A | 10/17/19 |
| [6:19-bk-10543-SY](#) | Francisco Javier Nava, Jr | 7 | 01/22/19 | N / A | 05/07/19 |
| [6:19-bk-10571-MH](#) | Edwin Elias Urbina | 7 | 01/23/19 | N / A | 06/11/19 |
| [6:19-bk-10669-RB](#) | Michael Anthony Delgado, III | 13 | 01/29/19 | N / A | 01/19/23 |

Exhibit 7                                    Page 55 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:19-bk-11088-WJ](#) | Dennis Khalil Simaan | 7 | 02/11/19 | N / A | 06/04/19 |
| [6:19-bk-11120-SY](#) | Paul Donald Dennis | 13 | 02/12/19 | N / A | 04/24/19 |
| [6:19-bk-11156-SC](#) | Sandra Elena Ponce | 7 | 02/13/19 | N / A | 05/29/19 |
| [6:19-bk-11323-MH](#) | Blake Jeffrey Simpson | 13 | 02/21/19 | N / A | 05/21/19 |
| [6:19-bk-11431-MH](#) | Olivia Susana Norris | 13 | 02/25/19 | N / A | 02/28/22 |
| [6:19-bk-11552-SY](#) | Mark S. Lowen and Cathy M. Lowen | 7 | 02/27/19 | N / A | 06/19/19 |
| [6:19-bk-11735-SY](#) | Niki C. Nicolaou | 7 | 03/05/19 | N / A | 08/21/19 |
| [6:19-bk-12006-MH](#) | Blake J. Simpson | 13 | 03/13/19 | N / A | 06/17/19 |
| [6:19-bk-12285-SY](#) | Yolanda L. Burrell | 7 | 03/21/19 | N / A | 07/02/19 |
| [6:19-bk-12426-WJ](#) | Salvador Ray Cervantes, II | 13 | 03/25/19 | N / A | 01/15/20 |
| [6:19-bk-13183-SY](#) | Paul D. Dennis | 13 | 04/16/19 | N / A | 09/20/19 |
| [6:19-bk-13377-SY](#) | Shanika Lashawn Pope | 7 | 04/22/19 | N / A | 08/06/19 |
| [6:19-bk-14396-WJ](#) | Megan Bella Franklin | 13 | 05/21/19 | N / A | 09/18/19 |
| [6:19-bk-14452-WJ](#) | Carolyn Harris | 13 | 05/23/19 | N / A | 10/17/19 |
| [6:19-bk-14467-RB](#) | David Patrick Hale | 13 | 05/23/19 | N / A | N / A |
| [6:19-bk-14835-SY](#) | Jose Gustavo Vasquez | 13 | 06/03/19 | N / A | N / A |
| [6:19-bk-14836-WJ](#) | Joe Stevenson and Jacqueline Stevenson | 13 | 06/03/19 | N / A | 10/17/19 |
| [6:19-bk-15055-WJ](#) | Jose Luis Rodriguez Estrada | 7 | 06/11/19 | N / A | 09/24/19 |
| [6:19-bk-15073-SY](#) | Arjang Bahador | 7 | 06/11/19 | N / A | 09/24/19 |
| [6:19-bk-15138-MW](#) | Bernadette Louise Davalos | 7 | 06/13/19 | N / A | 09/24/19 |
| [6:19-bk-15185-SC](#) | Sarah Maria Cozart | 7 | 06/14/19 | N / A | 09/24/19 |
| [6:19-bk-15306-WJ](#) | Janice Lorrie Davis | 7 | 06/18/19 | N / A | 10/01/19 |
| [6:19-bk-15397-MW](#) | Maria De La Luz Torres De Sandoval | 7 | 06/20/19 | N / A | 10/01/19 |
| [6:19-bk-15795-SC](#) | George Joseph Kaenzig | 7 | 07/01/19 | N / A | 10/16/19 |
| [6:19-bk-15946-WJ](#) | Kevin George Roebke and Jodi | 13 | 07/08/19 | N / A | 02/28/20 |

Exhibit 7                                        Page 56 of 66

| | Lynn Holmes-Roebke | | | | |
|---|---|---|---|---|---|
| 6:19-bk-16137-WJ | Malekardavan Sadri | 7 | 07/15/19 | N / A | 10/29/19 |
| 6:19-bk-16191-SY | Patricia Moreno | 13 | 07/16/19 | N / A | N / A |
| 6:19-bk-16397-SY | James Patrick Carey | 13 | 07/22/19 | N / A | 10/27/20 |
| 6:19-bk-16457-WJ | Leyla Lynn Nava | 7 | 07/24/19 | N / A | 11/05/19 |
| 6:19-bk-16817-MW | Bridgette M Santos | 7 | 08/05/19 | N / A | 02/24/20 |
| 6:19-bk-16849-WJ | Carolyn Harris | 13 | 08/06/19 | N / A | N / A |
| 6:19-bk-17645-WJ | Lewis Edward Waldeisen and Helen Irene Waldeisen | 13 | 08/29/19 | N / A | 11/19/19 |
| 6:19-bk-18029-MW | Donald Max Stull and Dianne Caroline Stull | 7 | 09/12/19 | N / A | 12/26/19 |
| 6:19-bk-18152-SY | Amparo Cerda-Ayala | 13 | 09/16/19 | N / A | 03/11/20 |
| 6:19-bk-18297-MW | William Louis Baier and Marsha Annette Baier | 7 | 09/20/19 | N / A | 02/10/20 |
| 6:19-bk-18345-WJ | Mario Alberto Villa and Maria Carmen Villa | 7 | 09/23/19 | N / A | 01/07/20 |
| 6:19-bk-18544-MH | Rochele Mourton | 7 | 09/27/19 | N / A | 01/07/20 |
| 6:19-bk-18618-SY | John Russell Seibel and Marci Carol Seibel | 7 | 09/30/19 | N / A | 01/14/20 |
| 6:19-bk-18731-SY | Lisa Victoria Williams | 7 | 10/03/19 | N / A | 01/14/20 |
| 6:19-bk-19267-SY | Renee Lynne Derosier | 13 | 10/22/19 | N / A | 02/24/20 |
| 6:19-bk-19395-WJ | Emily Sue Mason | 13 | 10/24/19 | N / A | 02/27/20 |
| 6:19-bk-19622-MH | Teri Michelle Ford | 13 | 10/30/19 | N / A | 04/20/20 |
| 6:19-bk-19789-MW | Mariana Salinas Perez | 7 | 11/05/19 | N / A | 02/19/20 |
| 6:19-bk-20559-WJ | Gala Moreno | 13 | 12/03/19 | N / A | 02/20/20 |
| 6:19-bk-20562-MH | Emmanuel Pastor and Razel Pastor | 13 | 12/03/19 | N / A | 06/24/22 |
| 6:19-bk-20737-MH | Jose G.S. Balderas and Karel Lee Balderas | 13 | 12/10/19 | N / A | 04/21/20 |

Exhibit 7                           Page 57 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:19-bk-20756-MH](#) | Julio Cesar Pulido | 7 | 12/11/19 | N / A | 03/24/20 |
| [6:19-bk-20916-MH](#) | Anthony Canales and Cindy Canales | 7 | 12/17/19 | N / A | 05/27/20 |
| [6:19-bk-21032-SY](#) | Scarth and Associates | 7 | 12/20/19 | N / A | 01/27/20 |
| [6:19-bk-21200-WJ](#) | Eddie Joshua Jimenez | 7 | 12/30/19 | N / A | 04/14/20 |
| [6:19-bk-21219-WJ](#) | Humberto Fernando Monroy and Yoali Monroy | 7 | 12/31/19 | N / A | 04/14/20 |
| [6:20-bk-10107-WJ](#) | Gala Moreno | 13 | 01/07/20 | N / A | 03/23/20 |
| [6:20-bk-10347-MH](#) | Perry A Covello and Tia Lia Covello | 13 | 01/16/20 | N / A | 05/21/20 |
| [6:20-bk-10681-MW](#) | April Ann Soliman | 7 | 01/29/20 | N / A | 05/12/20 |
| [6:20-bk-11237-MW](#) | Consuelo MA Faulkenberry | 7 | 02/19/20 | N / A | 06/02/20 |
| [6:20-bk-11488-SY](#) | John William Taylor and Jean Susan Taylor | 7 | 02/25/20 | N / A | 06/09/20 |
| [6:20-bk-11493-MH](#) | Evelyn Stinson | 7 | 02/25/20 | N / A | 06/09/20 |
| [6:20-bk-11547-SC](#) | Eric Wayne Ford | 7 | 02/26/20 | N / A | 06/09/20 |
| [6:20-bk-11582-SC](#) | Chadi Yatim and Ayten Yatim | 7 | 02/27/20 | N / A | 06/09/20 |
| [6:20-bk-12174-SY](#) | Jorge Garro and Mabel Garro | 7 | 03/16/20 | N / A | 03/09/21 |
| [6:20-bk-12462-WJ](#) | Oscar Amador | 13 | 03/26/20 | N / A | 08/20/20 |
| [6:20-bk-12526-SC](#) | Arturo E Dorado, Jr. and Veronica Renee Bahler | 7 | 03/30/20 | N / A | 07/14/20 |
| [6:20-bk-12597-MW](#) | Robert David Mayfield and Karen Mayfield | 7 | 03/31/20 | N / A | 10/29/21 |
| [6:20-bk-12776-WJ](#) | Brian Mendez and Kimberly Mendez | 7 | 04/13/20 | N / A | 07/28/20 |
| [6:20-bk-12957-RB](#) | Jose Luis Carranza | 13 | 04/23/20 | N / A | 12/19/22 |
| [6:20-bk-13001-MW](#) | Marcos Amaya and Isabel Caroline Amaya | 7 | 04/27/20 | N / A | 08/11/20 |
| [6:20-bk-13190-WJ](#) | Gary Louis Spears and Carmencita Vivienne Spears | 13 | 05/04/20 | N / A | 08/20/20 |

Exhibit 7                                    Page 58 of 66

| | | | | | |
|---|---|---|---|---|---|
| [6:20-bk-14200-SC](#) | Rene Mendez Barrera | 7 | 06/17/20 | N / A | 09/29/20 |
| [6:20-bk-14323-SY](#) | Samantha Casas | 7 | 06/23/20 | N / A | 02/02/21 |
| [6:20-bk-14365-SC](#) | Richard Kenneth Maguire | 7 | 06/25/20 | N / A | 10/06/20 |
| [6:20-bk-14987-WJ](#) | Gary Louis Spears and Carmencita Vivienne Spears | 13 | 07/23/20 | N / A | 01/22/21 |
| [6:20-bk-15611-SC](#) | Raul Portilla | 7 | 08/18/20 | N / A | 12/01/20 |
| [6:20-bk-16018-MH](#) | Perry A Covello and Tia Lia Covello | 13 | 09/02/20 | N / A | 04/20/22 |
| [6:20-bk-16067-WJ](#) | Samuel Hernandez and Ruth M Rowe | 7 | 09/03/20 | N / A | 03/01/21 |
| [6:20-bk-16072-MH](#) | Darrell L. Washington | 13 | 09/04/20 | N / A | 10/13/21 |
| [6:20-bk-16228-WJ](#) | Jock A Stephens | 7 | 09/11/20 | N / A | 12/22/20 |
| [6:20-bk-16821-SC](#) | Laura Lynn Arredondo | 7 | 10/13/20 | N / A | 01/26/21 |
| [6:20-bk-16963-MH](#) | Sergio Gregorio Lorenzo and Olga Julia Lorenzo | 7 | 10/19/20 | N / A | 02/02/21 |
| [6:20-bk-17772-WJ](#) | Charles A. Runge and Irma E. Runge | 13 | 12/03/20 | N / A | N / A |
| [6:20-bk-18103-WJ](#) | Dolores Marina Mendez | 13 | 12/28/20 | N / A | 04/21/21 |
| [6:20-bk-18139-WJ](#) | Krysteene Catherine Wilson | 7 | 12/30/20 | N / A | 04/13/21 |
| [6:21-bk-10015-SY](#) | Andrew Thomas Schwartz | 13 | 01/05/21 | N / A | N / A |
| [6:21-bk-10223-SC](#) | Fernando Gomez, Sr. and Maricelda Gomez | 7 | 01/19/21 | N / A | 05/04/21 |
| [6:21-bk-10271-SY](#) | Maria Robinson | 7 | 01/22/21 | N / A | 05/04/21 |
| [6:21-bk-10421-MH](#) | Angelina Vasquez | 7 | 01/29/21 | N / A | 02/23/22 |
| [6:21-bk-10547-WJ](#) | Rachel M Leonard | 7 | 02/03/21 | N / A | 05/18/21 |
| [6:21-bk-10568-WJ](#) | Joaquin Gallegos Diaz | 7 | 02/04/21 | N / A | 05/18/21 |
| [6:22-bk-10451-SY](#) | Terence Sperry | 13 | 02/07/22 | N / A | 07/27/22 |
| [6:22-bk-10463-MH](#) | Philip Moreb | 13 | 02/07/22 | N / A | 05/16/22 |

Exhibit 7                                    Page 59 of 66

| | | | | | |
|---|---|---|---|---|---|
| 6:22-bk-10591-WJ | ELIXIR BOTANICALS LLC | 7 | 02/16/22 | N / A | 03/11/22 |
| 6:22-bk-10657-RB | Matty Contreras | 13 | 02/22/22 | N / A | 07/21/22 |
| 6:22-bk-10684-WJ | Travis William Harford | 13 | 02/23/22 | N / A | 08/04/22 |
| 6:22-bk-10713-SY | Ruben Gabriel Arteaga | 7 | 02/25/22 | N / A | 06/07/22 |
| 6:22-bk-10827-SY | Shirley D Jean and Christopher J Jean | 7 | 03/04/22 | N / A | 04/01/22 |
| 6:22-bk-11216-SY | Michael Nieto Jr. | 13 | 03/31/22 | N / A | N / A |
| 6:22-bk-11462-RB | Martha Kathleen Paras | 7 | 04/21/22 | N / A | 08/02/22 |
| 6:22-bk-11670-MH | Philip Moreb | 13 | 05/02/22 | N / A | 08/11/22 |
| 6:22-bk-11798-WJ | Travis William Harford | 13 | 05/11/22 | N / A | 09/28/22 |
| 6:22-bk-11887-RB | Mario Jose Juarez | 13 | 05/19/22 | N / A | N / A |
| 6:22-bk-11947-RB | Joseph Conrad Libunao and Jhonalyn Libunao | 7 | 05/23/22 | N / A | 09/30/22 |
| 6:22-bk-12183-WJ | Albert Zelaya | 7 | 06/09/22 | N / A | 09/20/22 |
| 6:22-bk-12188-WJ | Marcial G Sandoval and Michelle Lenn Sandoval | 13 | 06/09/22 | N / A | 09/15/22 |
| 6:22-bk-12470-SY | Elta Chapman | 7 | 06/29/22 | N / A | N / A |
| 8:09-bk-14722-ES | Jesus Medina Montoya and Maria Guadalupe Serena De Montoya | 7 | 05/19/09 | N / A | 09/09/11 |
| 8:09-bk-22152-ES | Mario Bonilla Perez | 7 | 11/04/09 | N / A | 07/19/11 |
| 8:09-bk-23154-RK | Betty Ann De La Torre | 13 | 11/25/09 | N / A | 10/27/11 |
| 8:10-bk-11597-TA | Ayman Haddadin | 7 | 02/09/10 | N / A | 04/30/14 |
| 8:10-bk-16799-RK | Margaret G Menkus | 7 | 05/20/10 | N / A | 10/22/10 |
| 8:10-bk-18101-RK | Erik John Shirley | 7 | 06/15/10 | N / A | 01/25/11 |
| 8:10-bk-20108-RK | Bich N Tran | 7 | 07/22/10 | N / A | 09/30/10 |
| 8:10-bk-21989-ES | Bich N Tran | 7 | 08/26/10 | N / A | 12/29/10 |
| 8:10-bk-22299-ES | Charles Henry Rodriguez | 7 | 08/31/10 | N / A | 01/13/11 |
| 8:10-bk-22751-RK | Betty Norwood | 13 | 09/10/10 | N / A | 02/28/11 |

Exhibit 7                                    Page 60 of 66

| Case Number | Name | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| 8:10-bk-24112-ES | Ana Margarita Linares | 7 | 10/02/10 | N / A | 08/02/11 |
| 8:10-bk-24862-ES | Alex Hammond and Rula Alex Hammond | 7 | 10/19/10 | N / A | 02/06/17 |
| 8:10-bk-25991-RK | Betty Norwood | 13 | 11/10/10 | N / A | 03/30/11 |
| 8:10-bk-26878-ES | Thanitra Pichedvanickhok | 7 | 11/29/10 | N / A | 04/07/11 |
| 8:10-bk-27442-TA | Betty Norwood | 13 | 12/10/10 | N / A | 04/29/11 |
| 8:11-bk-15256-MW | Leticia L Cooper | 7 | 04/14/11 | N / A | 07/13/11 |
| 8:11-bk-17680-ES | Martin Zuniga | 7 | 05/31/11 | N / A | 08/19/11 |
| 8:11-bk-18090-ES | Trudy Kalush | 13 | 06/07/11 | N / A | 09/26/11 |
| 8:11-bk-18890-RK | Patrick D O'Kane | 7 | 06/23/11 | N / A | 09/27/11 |
| 8:11-bk-19055-TA | Sheila N Cuesta | 7 | 06/27/11 | N / A | 09/27/11 |
| 8:11-bk-19463-MW | Carlos B Molquechor | 13 | 07/05/11 | N / A | 09/28/11 |
| 8:11-bk-19557-RK | Jesus Medina Montoya and Maria Guadalupe Montoya | 13 | 07/06/11 | N / A | 09/28/11 |
| 8:11-bk-20278-ES | Fidel Ayala | 7 | 07/22/11 | N / A | 10/13/11 |
| 8:11-bk-21219-ES | Herminda Gil | 13 | 08/10/11 | N / A | 10/27/11 |
| 8:11-bk-21712-CB | Patrick D O'Kane | 7 | 08/22/11 | N / A | 02/29/12 |
| 8:11-bk-23079-MW | Sabina Gonzalez | 7 | 09/16/11 | N / A | 10/31/11 |
| 8:11-bk-24605-TA | Sheila Cuesta | 13 | 10/20/11 | N / A | 08/05/13 |
| 8:11-bk-25441-RK | Dod Bateman | 7 | 11/07/11 | N / A | 12/21/11 |
| 8:11-bk-26806-CB | Monika A O'kane | 7 | 12/07/11 | N / A | 03/29/12 |
| 8:11-bk-27066-ES | Barbara J Ropp | 7 | 12/13/11 | N / A | 01/31/12 |
| 8:12-bk-10212-TA | Wayne C Hollingsworth, Jr. | 7 | 01/06/12 | N / A | 03/09/12 |
| 8:12-bk-10313-RK | James M Bybee | 7 | 01/09/12 | N / A | 02/15/12 |
| 8:12-bk-10342-TA | Ngoc Thuy T Tran | 7 | 01/10/12 | N / A | 04/06/12 |
| 8:12-bk-10890-ES | David W Slaton | 7 | 01/24/12 | N / A | 03/13/12 |
| 8:12-bk-10993-CB | Jorge Ramos | 7 | 01/25/12 | N / A | 03/13/12 |
| 8:12-bk-11060-ES | Larry Hoesli | 7 | 01/27/12 | N / A | 03/26/12 |
| 8:12-bk-12016-TA | Ngoc Thuy T Tran | 13 | 02/17/12 | N / A | 01/31/13 |
| 8:12-bk-12495-CB | Gerardo Fuentes | 7 | 02/28/12 | N / A | 11/08/12 |
| 8:12-bk-12499-TA | Antonia Medina | 7 | 02/28/12 | N / A | 11/08/12 |

Exhibit 7                    Page 61 of 66

| | | | | | |
|---|---|---|---|---|---|
| [8:12-bk-13003-ES](#) | Judy L Staton | 7 | 03/09/12 | N / A | 12/03/12 |
| [8:12-bk-13535-MW](#) | Chia K Lam | 7 | 03/21/12 | N / A | 01/03/13 |
| [8:12-bk-16090-CB](#) | James M Cooney | 7 | 05/15/12 | N / A | 06/25/13 |
| [8:12-bk-20912-TA](#) | Nicola Hernandez | 7 | 09/17/12 | N / A | 01/11/13 |
| [8:12-bk-21542-ES](#) | Heather M Wallace | 7 | 10/01/12 | N / A | 01/28/13 |
| [8:13-bk-12306-CB](#) | Bernabel Aguilar Torres | 7 | 03/15/13 | N / A | 06/28/13 |
| [8:13-bk-12309-CB](#) | Gerald J Duffner, III and Patricia A Duffner | 7 | 03/15/13 | N / A | 06/28/13 |
| [8:13-bk-13293-TA](#) | Lindsay C Howard | 7 | 04/12/13 | N / A | 07/29/13 |
| [8:13-bk-14062-TA](#) | Sean M Victorino | 7 | 05/07/13 | N / A | 10/29/13 |
| [8:13-bk-14932-SC](#) | Lily Martinez | 7 | 06/07/13 | N / A | 09/16/13 |
| [8:13-bk-17332-TA](#) | Arash Amir Vanaki | 7 | 08/29/13 | N / A | 10/30/13 |
| [8:13-bk-18244-CB](#) | Diane L Oleary | 7 | 10/03/13 | N / A | 01/22/14 |
| [8:14-bk-11831-SC](#) | Steven Lee Rudnick | 7 | 03/24/14 | N / A | 04/06/16 |
| [8:14-bk-12006-TA](#) | Arash Amir Vanaki | 7 | 03/31/14 | N / A | 06/16/15 |
| [8:14-bk-12735-TA](#) | Kenneth Gene Shreve | 7 | 05/01/14 | N / A | 09/26/14 |
| [8:14-bk-14215-CB](#) | Gabriel Barriga and Maria Barriga | 7 | 07/08/14 | N / A | 11/26/14 |
| [8:14-bk-14331-CB](#) | Ezequiel Morales | 7 | 07/11/14 | N / A | 10/28/14 |
| [8:14-bk-15432-ES](#) | David Jeffrey Dunlap and Barbara Carol Dunlap | 7 | 09/08/14 | N / A | 01/29/15 |
| [8:14-bk-16230-ES](#) | Richard Ken Pan | 7 | 10/20/14 | N / A | 02/10/15 |
| [8:14-bk-16912-TA](#) | Jeronimo Ledesma Torres | 7 | 11/24/14 | N / A | 03/17/15 |
| [8:14-bk-17389-CB](#) | 27402 Paseo Boveda LLC | 7 | 12/24/14 | N / A | 03/09/15 |
| [8:15-bk-10151-ES](#) | Brenden George Mendoza | 7 | 01/12/15 | N / A | 02/25/15 |
| [8:15-bk-10257-TA](#) | Duane Dean Vande Brake and Deborah Ann Vande Brake | 7 | 01/20/15 | N / A | 05/19/15 |
| [8:15-bk-10447-ES](#) | Martha Verduzco | 7 | 01/30/15 | N / A | 03/09/15 |
| [8:15-bk-10627-TA](#) | Neif Elias Mathias | 13 | 02/09/15 | N / A | 12/03/15 |

Exhibit 7                                    Page 62 of 66

| | | | | | |
|---|---|---|---|---|---|
| [8:15-bk-10870-ES](#) | James Ranell | 13 | 02/23/15 | N / A | 01/11/16 |
| [8:15-bk-10876-TA](#) | Erica Lynn Arroyo | 7 | 02/23/15 | N / A | 04/08/15 |
| [8:15-bk-10958-ES](#) | Martha Verduzco | 7 | 02/27/15 | N / A | 03/30/15 |
| [8:15-bk-11534-ES](#) | Martha Verduzco | 7 | 03/27/15 | N / A | 08/28/15 |
| [8:15-bk-11580-TA](#) | Fidel Ramirez Carillo, Jr | 7 | 03/30/15 | N / A | 07/21/15 |
| [8:15-bk-11747-ES](#) | Brenden George Mendoza | 7 | 04/06/15 | N / A | 07/28/15 |
| [8:15-bk-11758-MW](#) | 27402 Paseo Boveda, LLC | 7 | 04/07/15 | N / A | 05/11/15 |
| [8:15-bk-11931-TA](#) | Alissa A Stayner | 13 | 04/15/15 | N / A | 05/04/16 |
| [8:15-bk-12403-SC](#) | 27402 Paseo Boveda, LLC | 7 | 05/08/15 | N / A | 05/27/15 |
| [8:15-bk-12547-SC](#) | Shirley Grace Gray | 7 | 05/18/15 | N / A | 09/15/15 |
| [8:15-bk-13965-TA](#) | Alissa A Stayner | 13 | 08/07/15 | N / A | 08/09/17 |
| [8:15-bk-14045-TA](#) | Luis Abel Perez | 13 | 08/13/15 | N / A | 08/09/17 |
| [8:15-bk-14046-MW](#) | Marcos Alberto Gomez | 7 | 08/13/15 | N / A | 12/16/15 |
| [8:15-bk-15803-ES](#) | James Ray Peterson | 13 | 12/04/15 | N / A | 09/08/16 |
| [8:16-bk-11583-CB](#) | Eric John Buzzone and Kimberly Ann Buzzone | 7 | 04/13/16 | N / A | 08/02/16 |
| [8:16-bk-11879-TA](#) | Ngoc Thuy Thi Tran | 7 | 05/03/16 | N / A | 08/23/16 |
| [8:16-bk-12220-MW](#) | Alberto Fernandez Escobar | 7 | 05/26/16 | N / A | 11/23/16 |
| [8:16-bk-12596-MW](#) | Lynn Marie Farley | 13 | 06/20/16 | N / A | 03/02/17 |
| [8:16-bk-15200-CB](#) | James Michael Bybee | 13 | 12/27/16 | N / A | 12/04/17 |
| [8:16-bk-15204-ES](#) | William Edwin May, III | 7 | 12/27/16 | N / A | 04/28/17 |
| [8:17-bk-13068-TA](#) | Allison Marie Lane | 7 | 08/01/17 | N / A | 11/21/17 |
| [8:17-bk-13306-SC](#) | Kerry Ann Palmer | 7 | 08/18/17 | N / A | 11/28/17 |
| [8:17-bk-13615-CB](#) | Eric Lee Baldwin | 7 | 09/08/17 | N / A | 03/21/18 |
| [8:17-bk-13775-CB](#) | Roberto A Alvarado | 7 | 09/22/17 | N / A | 01/09/18 |
| [8:17-bk-13941-SC](#) | Maria C Valenzuela | 7 | 10/03/17 | N / A | 01/23/18 |
| [8:17-bk-13969-ES](#) | Shirley Doris Ramirez | 13 | 10/04/17 | N / A | 03/19/18 |

Exhibit 7                                    Page 63 of 66

| | | | | | |
|---|---|---|---|---|---|
| [8:17-bk-14357-MW](#) | Daniel Molina | 13 | 11/01/17 | N / A | 02/01/18 |
| [8:17-bk-14432-SC](#) | Bellamin A Valle Hernandez | 7 | 11/09/17 | N / A | 01/05/18 |
| [8:17-bk-14556-MW](#) | Geofrey Jose Oropeza, Sr. and Leisy Blasina Torres | 7 | 11/20/17 | N / A | 03/13/18 |
| [8:17-bk-14732-SC](#) | Bellamin A Valle Hernandez | 7 | 12/04/17 | N / A | 03/27/18 |
| [8:17-bk-14869-SC](#) | Tammie Crystal Fonte | 7 | 12/18/17 | N / A | 04/10/18 |
| [8:18-bk-10005-MW](#) | Daniel Molina | 13 | 01/03/18 | N / A | 05/21/18 |
| [8:18-bk-10664-SC](#) | Jacqueline Michelle Eisenman | 7 | 02/27/18 | N / A | 06/26/18 |
| [8:18-bk-10771-CB](#) | Raquel Laguna | 7 | 03/06/18 | N / A | 06/26/18 |
| [8:18-bk-11632-ES](#) | Jesus Gabriela Marquez | 7 | 05/04/18 | N / A | 08/21/18 |
| [8:18-bk-11993-ES](#) | Mario P. Guerrero and Niza B. Guerrero | 7 | 05/31/18 | N / A | 04/07/20 |
| [8:18-bk-12293-ES](#) | Marialorena Santana | 7 | 06/25/18 | N / A | 10/30/18 |
| [8:18-bk-13830-ES](#) | Joe Maurice Quintanilla | 13 | 10/18/18 | N / A | 01/16/19 |
| [8:18-bk-14604-TA](#) | John W. Schlingman, III | 13 | 12/18/18 | N / A | 03/14/19 |
| [8:19-bk-10220-TA](#) | John W. Schlingman, III | 13 | 01/21/19 | N / A | 04/15/19 |
| [8:19-bk-13450-CB](#) | Gloria Gomez Torres | 7 | 09/05/19 | N / A | 12/26/19 |
| [8:19-bk-14363-MW](#) | Wendy Lee Flotow | 13 | 11/06/19 | N / A | 12/21/20 |
| [8:19-bk-14541-ES](#) | Robert Spencer and Emily Spencer | 13 | 11/20/19 | N / A | 05/20/20 |
| [8:20-bk-10009-TA](#) | Jay Escano and Annie Escano | 13 | 01/02/20 | N / A | N / A |
| [8:21-bk-10220-ES](#) | Jorge Jason Deras | 7 | 01/29/21 | N / A | 05/18/21 |
| [8:21-bk-10276-SC](#) | Steve R Guerrero and Miriam M Guerrero | 7 | 02/04/21 | N / A | 05/25/21 |
| [8:22-bk-10277-TA](#) | Michael Dudley Brookhyser | 13 | 02/17/22 | N / A | 06/07/22 |
| [9:11-bk-15644-RR](#) | Justin S Page | 7 | 12/13/11 | N / A | 02/01/12 |

Exhibit 7                                        Page 64 of 66

| | | | | | |
|---|---|---|---|---|---|
| 9:12-bk-10060-PC | Nelita V Cerna and Roberto M Cerna | 7 | 01/05/12 | N / A | 04/19/12 |
| 9:12-bk-10419-PC | Cathy A Spier | 7 | 02/01/12 | N / A | 03/06/12 |
| 9:12-bk-11206-RR | Nolibe C Macadaan and Claudio M Macadaan | 13 | 03/22/12 | N / A | 06/07/12 |
| 9:12-bk-11260-RR | Analisa T Schweitzer | 7 | 03/27/12 | N / A | 04/09/12 |
| 9:13-bk-13063-PC | Kim A Arther and Jody L Arther | 7 | 12/28/13 | N / A | 04/22/14 |
| 9:15-bk-11375-PC | Bucci Saeed | 13 | 07/02/15 | N / A | 12/28/16 |
| 9:15-bk-11626-DS | Jennifer Anne Weston | 7 | 08/13/15 | N / A | 08/26/15 |
| 9:16-bk-11275-PC | Timothy Deinhard | 13 | 07/07/16 | N / A | 12/28/16 |
| 9:16-bk-12362-PC | Tanya Maria Howe | 7 | 12/20/16 | N / A | 04/11/17 |
| 9:17-bk-11244-PC | Fred James Haupt, IV | 7 | 07/11/17 | N / A | 09/13/17 |
| 9:17-bk-11315-PC | Thelma Marie Hezmalhalch | 7 | 07/21/17 | N / A | 10/24/17 |
| 9:17-bk-11889-DS | Todd P. Sardella and Michelle L. Sardella | 13 | 10/19/17 | N / A | 02/26/18 |
| 9:17-bk-12190-DS | Sandra Cardenas | 7 | 12/04/17 | N / A | 03/27/18 |
| 9:18-bk-10813-DS | Patricia Rachel La Barbera | 13 | 05/23/18 | N / A | 12/31/20 |
| 9:21-bk-10619-RC | John Anthony Wilson | 13 | 06/08/21 | N / A | 10/18/22 |
| 9:22-bk-10351-RC | Miracle Center Church of Ventura County, Inc. | 11 | 05/12/22 | N / A | 09/02/22 |
| 9:22-bk-10664-RC | Miracle Center Church of Ventura County, Inc | 11 | 08/29/22 | N / A | N / A |
| Saunders, Gary S. (pty) (1 case) | 6:18-ap-01149-WJ | Salazar v. Saunders et al | *Lead BK:* 6:18-bk-10863-WJ Gary Scott Saunders and Heather Leanne Saunders | 07/09/18 | Defendant | 02/13/19 |
| Saunders, Gary S. (pty) (3 cases) | 2:21-bk-12175-NB | Rosario Alcantar | 13 | 03/18/21 | Attorney | 08/24/21 |

Exhibit 7                                    Page 65 of 66

| | | | | | |
|---|---|---|---|---|---|
| | 2:22-bk-13070-VZ | Shawnalee Dounjit Johnson | 13 | 06/01/22 | Attorney | 01/20/23 |
| | 9:22-bk-10664-RC | Miracle Center Church of Ventura County, Inc | 11 | 08/29/22 | Attorney | N / A |
| Saunders, Gary Scott (pty) (1 case) | 6:18-bk-10863-WJ | Gary Scott Saunders and Heather Leanne Saunders | 7 | 02/02/18 | Debtor | 01/17/19 |
| Saunders, Gary Stephen (pty) (1 case) | 2:10-bk-41780-PC | Gary Stephen Saunders | 7 | 07/30/10 | Debtor | 12/08/10 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/16/2023 11:59:49 | | | |
| **PACER Login:** | biskander | **Client Code:** | Prominence Capital |
| **Description:** | Search | **Search Criteria:** | LName: Saunders FName: Gary Open Cases: included Closed Cases: included |
| **Billable Pages:** | 27 | **Cost:** | 2.70 |

Exhibit 7                    Page 66 of 66

# EXHIBIT 8

# EXHIBIT 8

**2017-0413611**

10/05/2017 10:29 AM Fee: $ 125.00
Page 1 of 16
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder



RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Prominence Capital Partners, LLC
974 Sandstone Drive
Glendora, CA 91740

Space Above For Recorder's Use

## DEED OF TRUST, ASSIGNMENT OF RENTS,
## SECURITY AGREEMENT AND FIXTURE FILING

THIS DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING ("**Deed of Trust**") is made as of October 2, 2017, by and among Jared H Scarth, an individual ("**Trustor**"), whose address is 31222 Mangrove Drive, Temecula CA 92592 and Prominence Capital Partners, LLC, a California limited liability company ("**Beneficiary**" and(or) "**Trustee**"), whose address for notice is 974 Sandstone Drive, Glendora, CA 91740.

Beneficiary wishes to secure (i) the prompt payment of that certain Promissory Note ("**Note**"), in the principal amount of Seventeen Thousand Two Hundred Fifty and 00/100ths Dollars ($17,250.00), executed by Trustor in favor of Beneficiary, which Note evidences a loan payable to the order of Beneficiary (the "**Loan**"), together with all interest thereon in accordance with the terms of the Note, as well as the prompt payment of any additional indebtedness accruing to Beneficiary on account of any future payments, advances or expenditures made by Beneficiary pursuant to the Note, this Deed of Trust, that certain Loan Agreement of even date herewith ("**Loan Agreement**"), or the other Loan Documents (as such term is defined in the Note), and (ii) the prompt performance of each and every covenant, condition, and agreement now or hereafter arising contained in the Loan Documents of Trustor. All payment obligations of Trustor under the Loan Documents are hereinafter sometimes collectively referred to as the "**Indebtedness**" and all other obligations of Trustor under the Loan Documents are hereinafter sometimes collectively referred to as the "**Obligations**."

## ARTICLE 1
## GRANT IN TRUST AND SECURED OBLIGATIONS

1.1    Grant in Trust. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Trustor hereby irrevocably and unconditionally grants, transfers, conveys and assigns to Trustee, IN TRUST, WITH POWER OF SALE, for the benefit and security of Beneficiary, all estate, right, title and interest which Trustor now has or may later acquire in and to the following property (all or any part of which, or interest therein, as the context may require, may be referred to herein as the "**Property**"):

1.1.1    that certain real property located at 31222 Mangrove Drive, Temecula California 92592 more particularly described as:

Exhibit 8                                    Page 1 of 16

PARCEL 1:

LOT 56 OF TRACT NO. 31946, IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 421 PAGE(S) 28 THROUGH 36 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ALL DEFINED TERMS USED HEREIN SHALL HAVE THE MEANINGS SET FORTH IN THE MASTER DECLARATION REFERENCED BELOW.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID PROPERTY, BUT WITH NO RIGHT OF SURFACE ENTRY, WHERE THEY HAVE BEEN PREVIOUSLY RESERVED IN INSTRUMENTS OF RECORD.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OTHERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT OVER, IN, TO AND THROUGHOUT THE MASTER ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE MASTER ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE MASTER DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE MASTER DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE MASTER DECLARATION, AND (II) CONVEYANCE OF THE FIRST RESIDENTIAL LOT IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE MASTER DECLARATION. THE MASTER ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE DESCRIBED ON THE SUPPLEMENTARY DECLARATION COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE MASTER DECLARATION AND THIS GRANT DEED.

PARCEL 3:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS USE AND ENJOYMENT OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF THE REFLECTIONS AND ENCLAVE AT TEMECULA LANE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON MAY 30, 2007 AS INSTRUMENT NO. 2007-0353199 OF OFFICIAL RECORDS, WHICH EASEMENTS ARE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II)

Exhibit 8                                    Page 2 of 16

CONVEYANCE OF THE FIRST RESIDENTIAL UNIT IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION. THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE DESCRIBED ON THE SUPPLEMENTARY DECLARATION COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION AND THIS GRANT DEED.

**PARCEL 4:**
A NON-EXCLUSIVE EASEMENT ON, OVER, THROUGH, UNDER AND ACROSS LOTS C TO M INCLUSIVE OF THE MAP FOR ACCESS, INGRESS OR EGRESS.

**ASSESSOR'S PARCEL NUMBER: 961-430-054-2**

(the "**Land**")

1.1.2   any and all buildings, structures and improvements now or hereafter erected on the Land ("**Improvements**"), and Trustor's right, title and interest in and to all other improvements that may now or hereafter be constructed upon the Land, including, but not limited to, the fixtures, attachments, appliances, equipment, machinery and other articles attached to the Improvements;

1.1.3   all right, title and interest of Trustor in and to all leases, subleases, subtenancies, licenses, occupancy agreements and concessions covering the Land or the Improvements or any portion thereof or space therein now or hereafter existing, and all right, title and interest of Trustor under the same, including, without limitation, all cash or security deposits, advance rentals and deposits or payments of similar nature ("**Leases**");

1.1.4   all rents, issues, profits, royalties, revenues, income and other proceeds and benefits derived from the Land or the Improvements;

1.1.5   all right, title and interest of Trustor in and to all options to purchase or lease the Land or any portion or interest of or in the Land, and any greater estate in the Land owned or hereafter acquired;

1.1.6   any and all interests, estate or other claims, both in law and in equity, which Trustor now has or may hereafter acquire in the Land;

1.1.7   all right, title and interest of Trustor in any and all easements, parking rights, rights-of-way and rights used primarily in connection with the Land and Improvements or as a means of access thereto, and all tenements, hereditaments and appurtenances thereof and thereto, and all water rights and shares of stock evidencing the same;

1.1.8   all right, title and interest of Trustor, now owned or hereafter acquired, in and to any land lying within the right of way of any street, open or proposed, adjoining the Land, and any and all sidewalks, alleys and strips and gores of land adjacent to or used primarily in connection with the Land;

Exhibit 8                    Page 3 of 16

1.1.9  any and all building permits, land use entitlements, development rights, sewer capacity, licenses, map approvals, trip generation rights, density allocations and other rights or approvals relating to or authorizing the development of the Land;

1.1.10  all rights to the payment of money, accounts (as defined in the California Uniform Commercial Code), accounts receivable, reserves, deferred payments, refunds, cost savings, payments and deposits, whether now or later to be received from third parties or deposited by Trustor with third parties (including all utility deposits), contract rights, rights as declarant under any declaration of covenants, conditions and restrictions encumbering the Land, development and use rights, governmental permits and licenses, applications, architectural and engineering plans, specifications and drawings, as-built drawings, chattel paper, instruments, documents, notes, drafts and letters of credit in each case which arise from or relate to the Land or to any business now or later to be conducted on it, or to the Land and Improvements generally, including the operation and leasing thereof;

1.1.11  all proceeds of, additions and accretions to, substitutions and replacements for, and changes in, any of the foregoing.

1.2  <u>Secured Obligations</u>. Trustor makes the foregoing grant, conveyance, transfer and assignment in trust, and grants the security interest set forth in ARTICLE 3, for the purpose of securing the following obligations (collectively, "**Secured Obligations**"), in any order of priority as Beneficiary may choose:

1.2.1  Trustor's payment of indebtedness in the total principal amount of Seventeen Thousand Two Hundred Fifty and 00/100ths Dollars ($17,250.00) with interest thereon, evidenced by the Note, signed by Trustor, which has been delivered to and is payable to the order of Beneficiary, and which by this reference is hereby made a part hereof, and any and all modifications, extensions and renewals thereof and substitutions therefor;

1.2.2  Trustor's payment and performance of all modifications, amendments, extensions and renewals, however evidenced, of any of the Secured Obligations.

1.2.3  All initially capitalized terms not otherwise defined herein shall have the same meanings as in the Loan Agreement.

## ARTICLE 2
## ASSIGNMENT OF RENTS

2.1  <u>No Loss or Waiver of Remedies</u>. If an Event of Default occurs while Beneficiary is in possession of all or part of the Property or is collecting and applying funds as permitted under the Assignment of Rents, Beneficiary, Trustee and any receiver shall nevertheless be entitled to exercise and invoke every right and remedy afforded any of them under this Deed of Trust and at law and in equity, including the right to exercise the power of sale granted under Section 1.1 and Section 6.2.

Exhibit 8                                    Page 4 of 16

## ARTICLE 3
## GRANT OF SECURITY INTEREST

3.1 <u>Fixture Filing</u>. This Deed of Trust constitutes a financing statement filed as a fixture filing pursuant to § 9402(6) of the California Uniform Commercial Code, as amended or recodified from time to time, covering any Property which is now or may later become fixtures attached to the Land or the Improvements. This filing is to be recorded in the real estate records of the county where the Property is located. In that connection, the following information is provided:

| | |
|---|---|
| Name of Debtor: | Trustor |
| Address of Debtor: | See page 1 hereof |
| Name of Secured Party: | Beneficiary |
| Address of Secured party: | See page 1 hereof |

## ARTICLE 4
## RIGHTS AND DUTIES OF THE PARTIES

4.1 <u>Representations and Warranties of Trustor</u>. Trustor represents, warrants and covenants that, except as previously disclosed to Beneficiary in a writing making reference to this warranty:

4.1.1 Trustor lawfully possesses and holds fee simple title to the Land and Improvements as of the date this Deed of Trust is recorded.

4.1.2 Trustor has or will have good title to all Property including the Land and Improvements.

4.1.3 Trustor has the full and unlimited power, right and authority to encumber the Property and Trustor has the full and unlimited power, right and authority to assign the Rents.

4.1.4 None of Trustor, Guarantor, or any other holder of a direct or indirect legal or beneficial interest in Trustor is or will be, held, directly or indirectly, by a "foreign corporation," "foreign partnership," "foreign trust," "foreign estate," "foreign person," "affiliate" of a "foreign person" or a "United States intermediary" of a "foreign person" within the meaning of IRC Sections 897 and 1445, the Foreign Investments in Real Property Tax Act of 1980, the International Investment and Trade in Services Survey Act, the Agricultural Foreign Investment Disclosure Act of 1978, the regulations promulgated pursuant to such acts or any amendments to such acts.

4.1.5 None of Trustor or Guarantor is insolvent, and there has been no (i) assignment made for the benefit of the creditors of any of them, (ii) appointment of a receiver for any of them or for the assets or properties of any of them, or (iii) any bankruptcy, reorganization, or liquidation proceeding instituted by or against any of them.

4.1.6 There is no litigation, arbitration, condemnation proceeding or other proceeding or governmental investigation pending or, to the best knowledge of Trustor, threatened against or relating to Trustor, Guarantor, or the Property and there are no outstanding judgment(s)

Exhibit 8                                    Page 5 of 16

against or relating to Trustor or Guarantor. Trustor and Guarantor each have not (A) had any property foreclosed upon, (B) given a deed in lieu of foreclosure, or (C) been involved in any criminal proceedings where Trustor or Guarantor was the defendant. Trustor and Guarantor have not defaulted on any loan or other indebtedness.

      4.1.7   The proceeds evidenced by the Note will be used by Trustor solely and exclusively for proper business purposes.

      4.1.8   Trustor represents and covenants that it is not and will not become a person (individually, a **"Prohibited Person"** and collectively **"Prohibited Persons"**) listed on the Specially Designated Nationals and Blocked Persons List maintained by the Office of Foreign Asset Control, U.S. Department of the Treasury (the **"OFAC List"**) or otherwise subject to any other prohibitions or restriction imposed by laws, rules, regulations or executive orders, including Executive Order No. 13224, administered by OFAC (collectively the **"OFAC Rules"**). Trustor represents and covenants that it also (i) is not and will not become owned or controlled by a Prohibited Person, (ii) is not acting and will not act for or on behalf of a Prohibited Person, (iii) is not otherwise associated with and will not become associated with a Prohibited Person, (iv) is not providing and will not provide any material, financial or technological support for or financial or other service to or in support of acts of terrorism or a Prohibited Person. Trustor will not transfer any interest in Trustor to or enter into a lease with a Prohibited Person. Trustor shall immediately notify Beneficiary if Trustor has knowledge that Guarantor, manager, member, or beneficial owner of Trustor is or becomes a Prohibited Person or (A) is indicted on or (B) arraigned and held over on charges involving money laundering or predicate crimes to money laundering. Trustor will not enter into any lease or any other transaction or undertake any activities related to the Loan in violation of the federal Bank Secrecy Act, as amended (**"BSA"**), 31 U.S.C. §5311, *et seq.* or any federal or state laws, rules, regulations or executive orders, including, but not limited to, 18 U.S.C. §§1956, 1957 and 1960, prohibiting money laundering and terrorist financing (collectively **"Anti-Money Laundering Laws"**). Trustor shall (a) not use or permit the use of any proceeds of the Loan in any way that will violate either the OFAC Rules or Anti-Money Laundering Laws, (b) comply and cause all of its subsidiaries to comply with applicable OFAC Rules and Anti-Money Laundering Laws, (c) provide information as Beneficiary may require from time to time to permit Beneficiary to satisfy its obligations under the OFAC Rules and(or) the Anti-Money Laundering Laws and (d) not engage in or conspire to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the foregoing.

      4.1.9   Trustor's place of business, or its chief executive office if it has more than one place of business, is located at the address specified on page 1 hereof.

      4.1.10  The transaction evidenced by this Deed of Trust, the Loan Documents, and the Obligations are for commercial purposes, and not for residential, household, agricultural, personal, or consumer purposes.

      Except as otherwise provided herein, each and all of the representations, covenants and obligations of Trustor shall survive the execution and delivery of the Loan Documents and shall continue in full force and effect until the Indebtedness is paid in full.

Exhibit 8                    Page 6 of 16

4.2     Payment and Performance of Secured Obligations. Trustor shall pay when due the principal of and the interest on the indebtedness evidenced by the Note, charges, fees and all other sums as provided in the Loan Documents, and the principal of and interest on any future advances secured by this Deed of Trust. Trustor shall promptly perform each of the Secured Obligations in accordance with its terms.

4.3     Maintenance, Repair, Alterations. Trustor shall keep the Property in good condition and repair, and shall not remove, demolish or substantially alter (except such alterations as may be required by laws, ordinances or regulations) any of the Improvements.

4.4     Required Insurance.

        4.4.1     Trustor shall keep the Improvements insured, and shall maintain during the entire term of this Deed of Trust, comprehensive general liability coverage and such other coverages requested by Beneficiary, by carrier(s), in amounts and in form at all times satisfactory to Beneficiary, which carrier(s), amounts and form shall not be changed without the prior written consent of Beneficiary. All such policies of insurance shall be issued by insurers qualified under the laws of the state in which the Land is located, duly authorized and licensed to transact business in such state and reflecting a General Policy Rating of A: VIII or better in A.M. Best's Key Rating Guide (the **"Required Rating"**). Trustor shall maintain all coverages on the Property as are required by Beneficiary at the closing of the Loan, and all other coverages as may be deemed necessary by Beneficiary from time to time during the term of the Loan. Any failure by Beneficiary to insist on full compliance with all of the above insurance requirements at closing does not constitute a waiver of Beneficiary's right to subsequently require full compliance with these requirements. All policies required hereunder shall be indicated by evidence of insurance on the Acord 28 (or similar) form of certificate (as such form may be updated and renamed from time to time), naming Beneficiary as additional insured for liability coverage and first mortgagee for property coverage. All such policies shall contain a provision that such policies will not be canceled or materially amended, which terms shall include any reduction in the scope or limits of coverage, without at least thirty (30) days' prior written notice to Beneficiary (or ten (10) days in the case of non-payment). At least two (2) days prior to the expiration of each such policy, Trustor shall furnish Beneficiary with evidence satisfactory to Beneficiary of the payment of the premium for and the re-issuance of a policy continuing insurance in force as required by this Deed of Trust.

        4.4.2     Unless Trustor provides Beneficiary with evidence of the insurance coverage required by this Deed of Trust, or in the event that Trustor otherwise fails to provide, maintain and keep in force or deliver and furnish to Beneficiary the policies of insurance required hereunder, Beneficiary may purchase insurance at Trustor's expense to protect Beneficiary's interests in the Property and to maintain the insurance required by this Deed of Trust. This insurance may, but need not, protect Trustor's interests. The coverage purchased by Beneficiary may not pay any claim made by Trustor or any claim that is made against Trustor in connection with the Property or any required insurance policy. Trustor may later cancel any insurance purchased by Beneficiary, but only after providing Beneficiary with evidence that Trustor has obtained insurance as required by this Deed of Trust. If Beneficiary purchases insurance for the Property or insurance otherwise required by this Deed of Trust, Trustor will be responsible for the costs of that insurance, including interest and other charges imposed by Beneficiary in connection

Exhibit 8                                        Page 7 of 16

with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to the Indebtedness. The costs of the insurance may be more than the cost of insurance Trustor is able to obtain on its own.

4.5     Damages and Insurance and Condemnation Proceeds.

4.5.1   Trustor hereby absolutely and irrevocably assigns to Beneficiary, and authorizes the payor to pay to Beneficiary, the following claims, causes of action, awards, payments and rights to payment: (i) all awards of damages and all other compensation payable directly or indirectly because of a condemnation, proposed condemnation or taking for public or private use which affects all or part of the Property or any interest in it; (ii) all other awards, claims and causes of action arising out of any warranty affecting all or any part of the Property, or for damage or injury to or decrease in value of all or part of the Property or any interest in it; (iii) all proceeds of any insurance policies payable because of loss sustained to all or part of the Property; and (iv) all interest which may accrue on any of the foregoing.

4.6     Use of Proceeds by Trustor.

4.6.1   If, in any instance, each and all of the following conditions are satisfied in Beneficiary's reasonable judgment, Beneficiary shall permit Trustor to use the balance of the proceeds assigned and deposited with Beneficiary under the preceding Section 4.5 ("**Net Claims Proceeds**") to pay costs of repairing or reconstructing the Property in the manner described below:

(a)     The plans and specifications, cost breakdown, projected construction costs, construction contract, construction schedule, contractor and payment and performance bonds for the work of repair or reconstruction must all be reasonably acceptable to Beneficiary.

(b)     Beneficiary must receive evidence satisfactory to it that after repair or reconstruction and the completion of construction, the outstanding balance of all Secured Obligations will not exceed sixty-five percent (65%) of the value of the Property.

(c)     The Net Claims Proceeds must be sufficient in Beneficiary's determination to pay for the total cost of repair or reconstruction, including all associated development costs and interest projected to be payable on the Secured Obligations until the repair or reconstruction is complete; or Trustor must provide its own funds in an amount equal to the difference between the Net Claims Proceeds and a reasonable estimate, made by Trustor and found acceptable by Beneficiary, of the total cost of repair or reconstruction.

(d)     No Event of Default shall have occurred and be continuing.

4.6.2   If the foregoing conditions are met, Beneficiary shall hold the Net Claims Proceeds in a non interest-bearing account and shall disburse them to Trustor to pay costs of repair or reconstruction, on such terms and subject to such conditions as are reasonably established by Beneficiary to govern disbursement of funds, including without limitation providing evidence of costs, percentage completion of repair or reconstruction, application of payments and satisfaction of mechanics' liens. However, if Beneficiary determines that the foregoing conditions are met and

Exhibit 8                                              Page 8 of 16

the Net Claims Proceeds exceed the costs of repair and reconstruction of the Property or if Beneficiary determines that one or more of the foregoing conditions are not satisfied, then Beneficiary shall apply the Net Claims Proceeds contained in the interest bearing account to pay or prepay (without premium) some or all of the Secured Obligations in such order and proportions as Beneficiary in its sole, absolute and unfettered discretion may choose.

       4.6.3   Trustor hereby specifically, unconditionally and irrevocably waives all rights of a property owner granted under California Code of Civil Procedure § 1265.225(a) which provides for allocation of condemnation proceeds between a property owner and a lien holder, and any other law or successor statute of similar import.

       4.6.4   Nothing herein contained shall be deemed to excuse Trustor from repairing or maintaining the Property as provided in Section 4.3 hereof or restoring all damage or destruction to the Improvements, regardless of whether or not there are insurance proceeds available or whether any such proceeds are sufficient in amount, and the application or release by Beneficiary of any insurance proceeds shall not cure or waive any default or notice of default under this Deed of Trust or invalidate any act done pursuant to such notice.

     4.7    Liens. If any claim of lien is recorded which affects the Property or the Loan, Trustor shall, within twenty (20) days after such recording or service: (i) pay and discharge the same; (ii) effect the release thereof by recording or delivering to Beneficiary a surety bond in form and amount satisfactory to Beneficiary; or (iii) provide Beneficiary with other assurance (including appropriate title endorsements) which Beneficiary, in its sole discretion, deems to be satisfactory for the payment of such lien or bonded stop notice and for the full and continuous protection of Beneficiary from the effect thereof. If Trustor fails to remove any lien on the Property or the Loan, and fails to provide satisfactory security in lieu of removal of such lien as provided in (ii) above and fails to provide Beneficiary with the assurances as provided in (iii) above, Beneficiary may pay such lien or may contest the validity thereof, may pay all costs and expenses of contesting the same, including attorneys' fees, and Trustor shall reimburse Beneficiary on demand for all payments made and costs and expenses incurred by Beneficiary in doing so.

     4.8    Trustee's Power. Trustee may, at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed of Trust and the Note secured hereby for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby or the effect of this Deed of Trust upon the remainder of said Property: (i) reconvey any part of said Property; (ii) consent in writing to the making of any map or plat thereof; (iii) join in granting any easement thereon; or (iv) join in any extension agreement or any agreement subordinating the lien or charge hereof.

     4.9    Beneficiary's Power. Beneficiary, without affecting the liability of any other person liable for the payment of any obligation herein mentioned, and without affecting the lien or charge of this Deed of Trust upon any portion of the Land not then or theretofore released as security for the full amount of all unpaid obligations, may from time to time and without notice: (i) release any person so liable; (ii) extend the maturity or alter any of the terms of any such obligation; (iii) grant other indulgences; (iv) release or reconvey, or cause to be released or reconveyed at any time at Beneficiary's option, any parcel, portion or all of the Property; (v) take or release any other

additional security for any obligation herein mentioned; (vi) make compositions or other arrangements with debtors in relation thereto; or (vii) advance additional funds to protect the security hereof and pay or discharge the obligations of Trustor hereunder or under the Loan Documents, and all amounts so advanced, with interest thereon at the rate per annum in effect from time to time under the Note, shall be secured hereby.

4.10    Reconveyance by Trustee. Upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed of Trust and the Note to Trustee for cancellation and retention and upon payment by Trustor of Trustee's fees, Trustee shall reconvey to Trustor, or the person or persons legally entitled thereto, without warranty, any portion of the Property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in any reconveyance may be described as "the person or persons legally entitled thereto."

## ARTICLE 5
## ADDITIONAL COVENANTS

5.1    Acceleration on Sale.

5.1.1    Trustor understands that in making the loan evidenced by the Note, Beneficiary is relying upon the continuing interest which Trustor has in the Property. Accordingly, except as expressly provided herein or in any of the Loan Documents to the contrary, in the event that Trustor, without the prior written consent of Beneficiary, directly or indirectly, voluntarily or involuntarily, sells, assigns, transfers, disposes of or sublets or agrees to sell, assign, transfer, dispose of or sublet all or any portion of or any interest in the Property whether by outright sale, deed, installment sale contract, land contract, contract for deed, ground lease or any other leases, lease-option contract, or by sale, assignment or sublease, or transfers of any beneficial interest in or to any land trust holding title to the Property, or by any other method of conveyance of an interest in the Property, or in the event that any direct and(or) indirect owner of Trustor sells, assigns, transfers or disposes of any interest in Trustor, then the same shall be deemed to increase the risk of Beneficiary, and Beneficiary may then, or at any time thereafter, declare all principal, accrued and unpaid interest and all other charges and fees under the Note immediately due and payable, and may exercise all rights and remedies provided in the Loan Documents.

5.1.2    Beneficiary may condition its consent to a sale or transfer for which consent is required hereunder upon the fulfillment of certain requirements in Beneficiary's sole and absolute discretion, including, without limitation, an increase in the interest rates under the Note and(or) the requirement for additional guarantors of the Loan.

## ARTICLE 6
## DEFAULT; REMEDIES

6.1    Events of Default. Each of the following events shall constitute an event of default by Trustor hereunder (each, an "Event of Default"):

6.1.1    Trustor's failure to pay when due any of the Indebtedness, including any payment due under the Note;

Exhibit 8                                    Page 10 of 16

6.1.2   The occurrence of a default or an "Event of Default" under any other Loan Documents beyond any applicable notice and cure period;

6.1.3   Seizure or forfeiture of the Property, or any portion thereof, or Trustor's interest therein, resulting from criminal wrongdoing or other unlawful action of Trustor, its affiliates, or any tenant in the Property under any federal, state or local law.

6.2   <u>Acceleration Upon Default; Additional Remedies</u>. At any time after any Event of Default, Beneficiary may declare all indebtedness secured hereby to be due and payable and the same shall thereupon become due and payable without any presentment, demand, protest or notice of any kind.  Thereafter, Beneficiary may:

6.2.1   Either in person or by agent, with or without bringing any action or proceeding, or by a receiver appointed by a court and without regard to the adequacy of its security, enter upon and take possession of the Property, or any part thereof, in its own name or in the name of Trustee, and do any acts which it deems necessary or desirable to preserve the value, marketability or rentability of the Property, or part thereof or interest therein, increase the income therefrom or protect the security hereof and, with or without taking possession of the Property, sue for or otherwise collect the rents, issues and profits thereof, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection (including attorneys' fees) upon any indebtedness secured hereby, all in such order as Beneficiary may determine. The entering upon and taking possession of the Property, the collection of such rents, issues and profits, and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done in response to such default or pursuant to such notice of default and, notwithstanding the continuance in possession of the Property or the collection, receipt and application of rents, issues or profits, Trustee or Beneficiary shall be entitled to exercise every right provided for in any of the Loan Documents or by law upon the occurrence of any Event of Default, including the right to exercise the power of sale.

6.2.2   Commence an action to foreclose this Deed of Trust as a mortgage, appoint a receiver, and/or specifically enforce any of the covenants hereof.

6.2.3   Exercise any or all of the remedies available to a secured party under the California Uniform Commercial Code.

6.2.4   Deliver to Trustee a written declaration of default and demand for sale, and a written notice of default and election to cause Trustor's interest in the Property to be sold, which notice Trustee or Beneficiary shall cause to be duly filed for record in the official records of the county in which the Property is located.

6.3   <u>Foreclosure by Power of Sale</u>. If Beneficiary elects to foreclose by exercise of power of sale under Subsection 6.2.4, Beneficiary shall notify Trustee and shall deposit with Trustee this Deed of Trust and the Note and such receipts and evidence of expenditures made and secured hereby as Trustee may require.

6.3.1   Upon receipt of such notice from Beneficiary, Trustee shall cause to be recorded, published and delivered to Trustor such notice of default and election to sell as then

Exhibit 8                                    Page 11 of 16

required by law and by this Deed of Trust. Trustee shall, without demand on Trustor, after lapse of such time as may then be required by law and after recordation of such notice of default and after notice of sale having been given as required by law, sell the Property at the time and place of sale fixed by it in said notice of sale, either as a whole, or in separate lots or parcels or items as Trustee shall deem expedient, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States payable at the time of sale. Trustee shall deliver to such purchaser or purchasers thereof its good and sufficient deed or deeds conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including, without limitation, Trustor, Trustee or Beneficiary, may purchase at such sale and Trustor hereby covenants to warrant and defend the title of such purchaser or purchasers.

6.3.2    After deducting all costs, fees and expenses of Trustee and of this Deed of Trust, including costs of evidence of title in connection with sale, Trustee shall apply the proceeds of sale first to payment of all sums expended under the terms hereof, not then repaid, with accrued interest at the rate per annum in effect from time to time under the Note, then to payment of all other Secured Obligations, and the remainder, if any, to the person or persons legally entitled thereto.

6.3.3    Trustee may postpone the sale of all or any portion of the Property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement or subsequently noticed sale, and without further notice make such sale at the time fixed by the last postponement, or may, in its discretion, give a new notice of sale.

6.3.4    The power of sale under this Deed of Trust shall not be exhausted by any one or more sales (or attempts to sell) as to all or any portion of the Property remaining unsold, but shall continue unimpaired until all of the Property has been sold by exercise of the power of sale herein contained and all indebtedness of Trustor to Beneficiary under the Deed of Trust, the Note or other Loan Documents has been paid in full.

6.4    Appointment of Receiver. If an Event of Default has occurred and is continuing, Beneficiary as a matter of right and without notice to Trustor or anyone claiming under Trustor, and without regard to the then value of the Property or the interest of Trustor therein, shall have the right to apply, by ex parte motion or otherwise, to any court having jurisdiction to appoint a receiver or receivers of the Property, and Trustor hereby irrevocably consents to such appointment and waives notice of any application therefor. Any such receiver or receivers shall have all the usual powers and duties of receivers in like or similar cases, including, without limitation, taking immediate possession, custody and control of the Property, securing, operating, managing, controlling and conducting the Property, caring for, preserving and maintaining the Property, and incurring any costs and expenses necessary for such purposes. Any such receiver or receivers shall also have all the powers and duties of Beneficiary in case of entry as provided in Section 6.2.1 above. Any such receiver or receivers shall continue in such capacity and exercise all such powers until the date of confirmation of sale of the Property unless such receivership is sooner terminated.

Exhibit 8                                                    Page 12 of 16

6.5     <u>Remedies Not Exclusive</u>. Trustee and Beneficiary, and each of them, shall be entitled to enforce payment and performance of any of the Secured Obligations and to exercise all rights and powers under this Deed of Trust or under any Loan Document or other agreement or any laws now or hereafter in force, notwithstanding that some or all of the Secured Obligations may now or hereafter be otherwise secured, whether by mortgage, deed of trust, pledge, lien, assignment or otherwise. Neither the acceptance of this Deed of Trust nor its enforcement, whether by court action or pursuant to the power of sale or other powers herein contained, shall prejudice or in any manner affect Trustee's or Beneficiary's right to realize upon or enforce any other security now or hereafter held by Trustee or Beneficiary, it being agreed that Trustee and Beneficiary, and each of them, shall be entitled to enforce this Deed of Trust and any other security now or hereafter held by Beneficiary or Trustee in such order and manner as they or either of them may in their absolute discretion determine. No remedy herein conferred upon or reserved to Trustee or Beneficiary is intended to be exclusive of any other remedy herein or by law provided or permitted, but each shall be cumulative and shall be in addition to every other remedy given hereunder or now or hereafter existing at law or in equity or by statute. Every power or remedy given by any of the Loan Documents to Trustee or Beneficiary, or to which either of them may be otherwise entitled, may be exercised, concurrently or independently, from time to time and as often as may be deemed expedient by Trustee or Beneficiary, and either of them may pursue inconsistent remedies.

6.6     <u>Request for Notice</u>. In accordance with California Civil Code §2924b, Trustor hereby requests copy of any notice of default and that any notice of sale hereunder be mailed to it at the address set forth in the first Section of this Deed of Trust.

## ARTICLE 7
## MISCELLANEOUS

7.1     <u>Governing Law</u>. This Deed of Trust shall be governed by the laws of the State of California, except to the extent federal law applies. In the event that any provision or clause of any of the Loan Documents conflicts with applicable laws, such conflicts shall not affect other provisions of such Loan Documents which can be given effect without the conflicting provision, and to this end the provisions of the Loan Documents are declared to be severable. This instrument cannot be waived, changed, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of any waiver, change, discharge or termination is sought.

7.2     <u>Trustor Waiver of Rights</u>. To the extent permitted under applicable law, Trustor waives: (i) the benefit of all laws now existing or that hereafter may be enacted providing for any appraisement before sale of any portion of the Property; (ii) any applicable statute of limitations; and (iii) the benefit of all laws that may hereafter be enacted in any way extending the time for the enforcement of the collection of the Note or the debt evidenced thereby or creating or extending a period of redemption from any sale made in collecting said debt. To the full extent Trustor may do so, Trustor agrees that Trustor will not at any time insist upon, plead, claim or take the benefit or advantage of any law now or hereafter in force providing for any appraisement, valuation, stay, extension or redemption, and Trustor, for Trustor, Trustor's heirs, devisees, representatives, successors and assigns, and for any and all persons ever claiming any interest in the Property, to

Exhibit 8                                             Page 13 of 16

the extent permitted by law, hereby waives and releases all rights of redemption, valuation, appraisement, stay of execution, notice of election to mature or declare due the whole of the secured indebtedness and marshaling in the event of foreclosure of the liens hereby created. If any law referred to in this Section 7.2 and now in force, of which Trustor, Trustor's heirs, devisees, representatives, successors and assigns or other person might take advantage despite this Section 7.2, shall hereafter be repealed or cease to be in force, such law shall not thereafter be deemed to preclude the application of this Section 7.2.

7.3    <u>Statements of Trustor</u>. Trustor, within ten (10) days after request by Beneficiary, shall furnish to Beneficiary a written statement stating the unpaid principal of and interest on the Note and any other amounts secured by this Deed of Trust, and stating whether any offset or defense exists against such principal and interest.

7.4    <u>Notices</u>. Whenever Beneficiary, Trustor or Trustee desire to give or serve any notice, demand, request or other communication with respect to this Deed of Trust, each such notice, demand, request or other communication shall be in writing and shall be effective only if the same is delivered by personal service or mailed by registered mail, postage prepaid, return receipt requested, addressed to the address set forth at the beginning of this Deed of Trust. Any party may at any time change its address for such notices by delivering or mailing to the other parties hereto, as aforesaid, a notice of such change.

7.5    <u>Attorneys' Fees</u>. If Beneficiary refers this Deed of Trust or any of the other Loan Documents to an attorney to enforce, construe or defend the same, or as a consequence of any Event of Default as defined in this Deed of Trust, with or without the filing of any legal action or proceeding, Trustor shall pay to Beneficiary, immediately upon demand, the amount of all attorneys' fees and costs incurred by Beneficiary in connection therewith, together with interest thereon from the date of such demand at the rate of interest applicable to the principal balance of the Note. The reference to "attorneys' fees" in this Section 7.5, elsewhere in this Deed of Trust and in all of the other Loan Documents shall include, without limitation, fees charged by Beneficiary for the services furnished by attorneys who are in its employ, at rates not exceeding those that would be charged by outside attorneys for comparable services.

7.6    <u>Acceptance by Trustee</u>. Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law.

7.7    <u>Captions</u>. The captions or headings at the beginning of each Section hereof are for the convenience of the parties and are not a part of this Deed of Trust.

7.8    <u>Invalidity of Certain Provisions</u>. If the lien of this Deed of Trust is invalid or unenforceable as to any part of the debt, or if the lien is invalid or unenforceable as to any part of the Property, the unsecured or partially secured portion of the debt shall be completely paid prior to the payment of the remaining and secured or partially secured portion of the debt, and all payments made on the debt, whether voluntary or under foreclosure or other enforcement action or procedure, shall be considered to have been first paid on and applied to the full payment of that portion of the debt which is not secured or not fully secured by the lien of this Deed of Trust. If

Exhibit 8                                Page 14 of 16

any provision of the Loan Documents shall be deemed void or unenforceable, it shall not affect the validity of the remaining provisions thereof which shall be considered severable.

7.9 <u>Non-Waiver</u>. The acceptance by Beneficiary of any sum after the same is due shall not constitute a waiver of the right either to require prompt payment when due of all other sums hereby secured or to declare a default as herein provided. The acceptance by Beneficiary of any sum in an amount less than the sum then due shall be deemed an acceptance on account only and upon the condition that it shall not constitute a waiver of the obligation of Trustor to pay the entire sum then due, and Trustor's failure to pay said entire sum then due shall be and continue to be a default notwithstanding such acceptance of such amount on account, as aforesaid, and Beneficiary or Trustee shall be at all times thereafter and until the entire sum then due shall have been paid, and notwithstanding the acceptance by Beneficiary thereafter of further sums on account, or otherwise, entitled to exercise all rights in this instrument conferred upon them, or either of them, upon the occurrence of a default, and the right to proceed with a sale under any notice of default, and election to sell, shall in no way be impaired, whether any of such amounts are received prior or subsequent to such notice. Consent by Beneficiary to any transaction or action of Trustor which is subject to consent or approval of Beneficiary hereunder shall not be deemed a waiver of the right to require such consent or approval to future or successive transactions or actions. At any time and from time to time, without liability therefor and without notice, and without releasing or otherwise affecting the liability of any person for payment of any indebtedness hereby secured: (i) Beneficiary at its sole, absolute and unfettered discretion may extend the time for, or release any person now or hereafter liable for, payment of any or all such indebtedness, or accept or release additional security therefor, or subordinate the lien or charge hereof; or (ii) Trustee, upon written request of Beneficiary and presentation of the Note and any additional note(s) and this Deed of Trust for endorsement, may reconvey any part of said Property, consent to the making of any map or plat thereof, join in granting any easement thereof, or join in any such agreement of extension or subordination.

7.10 <u>Time is of the Essence</u>. Time is of the essence in connection with all obligations of Trustor under this Deed of Trust.

**IN WITNESS WHEREOF**, this Deed of Trust has been executed by Trustor and is effective as of the date first written above.

**TRUSTOR:**

By: _____
Jared H Scarth

Exhibit 8                                                        Page 15 of 16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF _Riverside_ )

On _10/2/17_ before me, _Ixmalzin Kassandra Ali_ Notary Public, personally appeared ✓ _JARED H. SCARTH_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

IXMALZIN KASSANDRA ALI
COMM. # 2199346
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
COMM. EXPIRES MAY 28, 2021

Signature _Ixmalzin Kali_                          (Seal)

Exhibit 8                                    Page 16 of 16

# EXHIBIT 9

EXHIBIT 9

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an
amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Jared <br> First name <br><br> Hunter <br> Middle name <br><br> Scarth <br> Last name and Suffix (Sr., Jr., II, III) | Victoria <br> First name <br><br> Carol <br> Middle name <br><br> Scarth <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7621 | xxx-xx-2704 |

Debtor 1    Jared Hunter Scarth
Debtor 2    Victoria Carol Scarth

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Lincoln James Investment Properties, LLC**<br>Business name(s)<br><br>_____<br>EINs | ☑ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |

**5. Where you live**

| | |
|---|---|
| **31222 Mangrove Dr.**<br>**Temecula, CA 92592**<br>Number, Street, City, State & ZIP Code<br><br>**Riverside**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here.  Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   Jared Hunter Scarth
Debtor 2   Victoria Carol Scarth

Case number (if known) _____

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.** The chapter of the Bankruptcy Code you are choosing to file under

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** How you will pay the fee

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** Have you filed for bankruptcy within the last 8 years?

☐ No.
■ Yes.

| District | Central District of California | When | 8/30/17 | Case number | 6:17-bk-17285-WJ |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

■ No
☐ Yes.

| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11.** Do you rent your residence?

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

**See Attachment**
_____
Name of business, if any

_____
_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1  Jared Hunter Scarth
Debtor 2  Victoria Carol Scarth

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Jared Hunter Scarth
Debtor 2   Victoria Carol Scarth                                   Case number *(if known)*_____

## Part 6:   Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

◼ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

◼ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

◼ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
◼ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
◼ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
◼ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jared Scarth_                              _V Scarth_
Jared Hunter Scarth                         Victoria Carol Scarth
Signature of Debtor 1                       Signature of Debtor 2

Executed on  4/12/2018                      Executed on  4/12/2018
            MM / DD / YYYY                               MM / DD / YYYY

Debtor 1    **Jared Hunter Scarth**

Debtor 2    **Victoria Carol Scarth**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date    4 18 2018

_____    _____
Signature of Attorney for Debtor    MM / DD / YYYY

**Gary S. Saunders SBN 144385**
Printed name

**SAUNDERS LAW GROUP, LTD**
Firm name

**1891 California Ave., Suite 102**
**Corona, CA 92881**
Number, Street, City, State & ZIP Code

Contact phone    **951) 272-9114**    Email address    gary@saunderslawoffice.com

**144385 CA**
Bar number & State

---

Official Form 101    Exhibit 9    Page 7 of 152
Voluntary Petition for Individuals Filing for Bankruptcy    page 7

Debtor 1    Jared Hunter Scarth
Debtor 2    Victoria Carol Scarth                                        Case number (if known) _____

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    **Jared Hunter Scarth**
First Name        Middle Name        Last Name

Debtor 2    **Victoria Carol Scarth**
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

# FORM 101. VOLUNTARY PETITION ATTACHMENT

## <u>Additional Sole Proprietorship(s)</u>

**Scarth & Associates**
Name of business, if any

**27310 Madison Ave**
**Ste 103**
**Temecula, CA 92590**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**Pacific Interiors & Floors**
Name of business, if any

**27310 Madison Ave**
**Ste 103**
**Temecula, CA 92590**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

Debtor 1    **Jared Hunter Scarth**

Debtor 2    **Victoria Carol Scarth**                                             Case number *(if known)* _____

**Scarth Law Group**
Name of business, if any

**31222 Mangrove Dr.**
**Temecula, CA 92592**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**Temecula Mediation LLC**
Name of business, if any

**31222 Mangrove Dr.**
**Temecula, CA 92592**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Lincoln James Investment Properties, LLC; Case No.: 6:17-bk-17285-WJ; Riverside Superior Court, Judge Wayne E. Johnson**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Corona**_____, California.

Date: **4/12/2018**_____

_Jared Scarth_
**Jared Hunter Scarth**
Signature of Debtor

_Scarth_
**Victoria Carol Scarth**
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                     Page 1          **F 1015-2.1.STMT.RELATED.CASES**

Exhibit 9                                        Page 10 of 152

Fill in this information to identify your case:

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Victoria Carol Scarth** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ **7,405,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | **49,426.84** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | **7,454,426.84** |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **5,736,654.99** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **45,918.24** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | **4,726,530.01** |
| | **Your total liabilities** | $ **10,509,103.24** |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $ **0.00** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $ **3,515.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | Case number *(if known)* | |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 45,918.24 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 328,093.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 374,011.24 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Exhibit 9

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | **27310 Madison Ave** | **What is the property?** Check all that apply |
| | Street address, if available, or other description | ☐ Single-family home |
| | | ☐ Duplex or multi-unit building |
| | | ☐ Condominium or cooperative |
| | | ☐ Manufactured or mobile home |
| | **Temecula    CA    92590-0000** | ☐ Land |
| | City     State     ZIP Code | ☐ Investment property |
| | | ☐ Timeshare |
| | | ■ Other   **Commercial Building** |

**Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.**

**Current value of the entire property?** $7,000,000.00

**Current value of the portion you own?** $7,000,000.00

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

■ Check if this is community property (see instructions)

**Riverside**

County

**Other information you wish to add about this item, such as local property identification number:**

**APN: 910-282-011-4**
**Potential lawsuit for wrongful foreclosure $1.8 million amount**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Exhibit 9         Page 13 of 152

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**                Case number *(if known)* _____

---

1.2    **If you own or have more than one, list here:**

| | **What is the property?** Check all that apply | |
|---|---|---|
| **31222 Mangrove Drive** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Temecula**     **CA**    **92592-0000** | ☐ Land | **Current value of the entire property?**    **Current value of the portion you own?** |
| City       State     ZIP Code | ☐ Investment property | **$405,000.00**       **$405,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Riverside** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ■ Debtor 1 and Debtor 2 only | ■ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

**Primary Residence**

---

1.3    **If you own or have more than one, list here:**

| | **What is the property?** Check all that apply | |
|---|---|---|
| **956 Martin Road** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Baltimore**     **MD**    **21264-0000** | ☐ Land | **Current value of the entire property?**    **Current value of the portion you own?** |
| City       State     ZIP Code | ☐ Investment property | **Unknown**        **Unknown** |
| | ☐ Timeshare | |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Baltimore City** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ■ Debtor 1 and Debtor 2 only | ■ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

**Secondary Home.**

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**     **$7,405,000.00**

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | | Case number *(if known)* |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Audi** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|

| 3.1 | | | | | |
|---|---|---|---|---|---|
| | Make: | **Audi** | **Who has an interest in the property?** Check one | | |
| | Model: | **S5** | ☐ Debtor 1 only | | |
| | Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **40000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Condition: Good Location: 31222 Mangrove Dr., Temecula CA 92592 | | ■ Check if this is community property (see instructions) | **$28,097.00** | **$28,097.00** |

| 3.2 | | | | | |
|---|---|---|---|---|---|
| | Make: | **Chevrolet** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
| | Model: | **Suburban** | ☐ Debtor 1 only | | |
| | Year: | **2011** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **71000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Condition: Fair Location: 31222 Mangrove Dr., Temecula CA 92592 | | ■ Check if this is community property (see instructions) | **$15,471.00** | **$15,471.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

| | **$43,568.00** |
|---|---|

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Household goods and Furniture Location: 31222 Mangrove Dr., Temecula CA 92592 | **$3,230.00** |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Electronics Location: 31222 Mangrove Dr., Temecula CA 92592 | **$2,075.00** |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Exhibit 9                          Page 15 of 152

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | | Case number *(if known)* |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

| Clothing Location: 31222 Mangrove Dr., Temecula CA 92592 | $500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

$5,805.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No
    ☐ Yes.................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................        Institution name:

Exhibit 9                              Page 16 of 152

| Debtor 1 | **Jared Hunter Scarth** | | Case number *(if known)* | |
| Debtor 2 | **Victoria Carol Scarth** | | | |

| | | | Bank of America<br>Wilmington, DE 19850 | |
| 17.1. | **Checking** | | **Checking Account ending in 8427** | $5.00 |
| | | | JP Morgan Chase Bank, N.A<br>San Antonio, TX 78265 | |
| 17.2. | **Checking** | | **Checking Account ending in 1335** | $0.00 |
| | | | JP Morgan Chase Bank<br>San Antonio, TX 78265 | |
| 17.3. | **Checking** | | **Checking Account ending in 1368** | $14.00 |
| | | | Wells Fargo<br>Portland, OR 97228 | |
| 17.4. | **Checking** | | **Checking Account Ending in 7359** | $34.84 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................
    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................
    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............
    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............
    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Exhibit 9                                Page 17 of 152

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**                                    Case number *(if known)* _____

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**.................................................................................................................    **$53.84**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.

Official Form 106A/B                        Schedule A/B: Property                                page 6

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**                                    Case number *(if known)* _____

☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $0.00

| Part 8: | **List the Totals of Each Part of this Form** |
| --- | --- |

55. **Part 1: Total real estate, line 2** ..................................................................................................    $7,405,000.00

56. **Part 2: Total vehicles, line 5**    $43,568.00

57. **Part 3: Total personal and household items, line 15**    $5,805.00

58. **Part 4: Total financial assets, line 36**    $53.84

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $49,426.84    Copy personal property total →    $49,426.84

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $7,454,426.84

Fill in this information to identify your case:

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Victoria Carol Scarth** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **31222 Mangrove Drive Temecula, CA 92592  Riverside County Primary Residence**<br>Line from *Schedule A/B*: **1.2** | $405,000.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2014 Audi S5 40000 miles Condition: Good Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **3.1** | $28,097.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2011 Chevrolet Suburban 71000 miles Condition: Fair Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **3.2** | $15,471.00 | ■ $3,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household goods and Furniture Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **6.1** | $3,230.00 | ■ $3,230.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Exhibit 9                                                    Page 20 of 152

| Debtor 1 | Jared Hunter Scarth |
|---|---|
| Debtor 2 | Victoria Carol Scarth |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Electronics**<br>**Location: 31222 Mangrove Dr.,**<br>**Temecula CA 92592**<br>Line from *Schedule A/B*: **7.1** | $2,075.00 | ■ $2,075.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing**<br>**Location: 31222 Mangrove Dr.,**<br>**Temecula CA 92592**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking: Bank of America**<br>**Wilmington, DE 19850**<br>**Checking Account ending in 8427**<br>Line from *Schedule A/B*: **17.1** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: JP Morgan Chase Bank,**<br>**N.A**<br>**San Antonio, TX 78265**<br>**Checking Account ending in 1335**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: JP Morgan Chase Bank**<br>**San Antonio, TX 78265**<br>**Checking Account ending in 1368**<br>Line from *Schedule A/B*: **17.3** | $14.00 | ■ $14.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Wells Fargo**<br>**Portland, OR 97228**<br>**Checking Account Ending in 7359**<br>Line from *Schedule A/B*: **17.4** | $34.84 | ■ $34.84<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |

| 2.1 | **Alaska Usa Fcu** | Describe the property that secures the claim: | $3,108.00 | $15,471.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2011 Chevrolet Suburban 71000 miles
Condition: Fair
Location: 31222 Mangrove Dr., Temecula CA 92592**

**4000 Credit Union Dr
Anchorage, AK 99503**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 10/12  Last Active 12/26/17**

Date debt was incurred      Last 4 digits of account number  **0001**

| 2.2 | **Chase Auto Finance** | Describe the property that secures the claim: | $39,556.00 | $28,097.00 | $11,459.00 |
|---|---|---|---|---|---|

Creditor's Name

**National Bankruptcy Dept
201 N Central Ave Ms
Az1-1191
Phoenix, AZ 85004**

Number, Street, City, State & Zip Code

**2014 Audi S5 40000 miles
Condition: Good
Location: 31222 Mangrove Dr., Temecula CA 92592**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Exhibit 9                                    Page 22 of 152

Debtor 1    **Jared Hunter Scarth**

     First Name     Middle Name     Last Name          Case number (if know)

Debtor 2    **Victoria Carol Scarth**

     First Name     Middle Name     Last Name

☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☒ At least one of the debtors and another     ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**     ☐ Other (including a right to offset)
   **community debt**

|  |  |  |
|---|---|---|
| **Opened 02/14  Last Active** | | |
| Date debt was incurred  **11/16/17** | Last 4 digits of account number  **3706** | |

| 2.3 | **Equiant Financial Svcs** | Describe the property that secures the claim: | **$1,132.00** | **Unknown** | **$1,132.00** |
|---|---|---|---|---|---|

Creditor's Name

**Time Shared Loan**

**5401 N Pima Rd Ste 150
Scottsdale, AZ 85250**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

|  |  |  |
|---|---|---|
| **Opened 07/08  Last Active** | | |
| Date debt was incurred  **11/24/17** | Last 4 digits of account number  **1483** | |

| 2.4 | **Happy Rock Merchant Solutions, LLC** | Describe the property that secures the claim: | **$1,566,584.99** | **$7,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**27310 Madison Ave Temecula, CA 92590  Riverside County
APN: 910-282-011-4
Potential lawsuit for wrongful foreclosure $1.8 million amount**

**149 W. 36th St.
New York, NY 10018**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **2nd Deed of Trust**

Date debt was incurred  _____     Last 4 digits of account number  _____

| 2.5 | **M & T Bank** | Describe the property that secures the claim: | **$227,497.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Exhibit 9     

Debtor 1 **Jared Hunter Scarth**
    First Name      Middle Name      Last Name

Debtor 2 **Victoria Carol Scarth**
    First Name      Middle Name      Last Name

Case number (if know) _____

---

Creditor's Name

**956 Martin Road Baltimore, MD 21264  Baltimore City County Secondary Home.**

**Po Box 844**
**Buffalo, NY 14240**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 10/08 Last Active 10/17/17**

Date debt was incurred _____

Last 4 digits of account number **3894**

---

| 2.6 | **Plaza Bank** | Describe the property that secures the claim: | $3,610,078.00 | $7,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**27310 Madison Ave Temecula, CA 92590  Riverside County**
**APN: 910-282-011-4**
**Potential lawsuit for wrongful foreclosure $1.8 million amount**

**18200 Von Karman Ave #500**
**Irvine, CA 92612**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **1st Deed of Trust**

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.7 | **Wells Fargo Hm Mortgag** | Describe the property that secures the claim: | $288,699.00 | $405,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**31222 Mangrove Drive Temecula, CA 92592  Riverside County**
**Primary Residence**

**8480 Stagecoach Cir**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor 1 | **Jared Hunter Scarth** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Victoria Carol Scarth** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ **Check if this claim relates to a community debt**        ☐ Other (including a right to offset) _____

| | Opened 11/12  Last Active | | | | |
|---|---|---|---|---|---|
| **Date debt was incurred** | **5/17/17** | | **Last 4 digits of account number** | **9316** | |

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$5,736,654.99** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | **$5,736,654.99** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **California Department of Tax & Fee** | Last 4 digits of account number  **0372** | **$37,518.24** | **$37,518.24** | **$0.00** |

Priority Creditor's Name
**3737 Main Street, Suite 1000
Riverside, CA 92501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Levy -
Tax Fee**

| Debtor 1 | **Jared Hunter Scarth** |
|---|---|
| Debtor 2 | **Victoria Carol Scarth** |

Case number (if know) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | 1182 | $8,400.00 | $8,400.00 | $0.00 |

Priority Creditor's Name
**Po Box 7125**
**San Francisco, CA 94120**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Business Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | **Accurate Communications** | Last 4 digits of account number | SP-Pacific Interiors | $600.00 |

Nonpriority Creditor's Name
**P.O. Box 772197**
**Memphis, TN 38177**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Exhibit 9

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.2 | **Adam Puentes** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name
**41690 Wild Iris Ave, #2**
**Murrieta, CA 92562**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify _____

---

| 4.3 | **Alisa Givens** | Last 4 digits of account number _____ | $4,500.00 |

Nonpriority Creditor's Name
**31724 Loma Linda**
**Temecula, CA 92592**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Employee Debt**

---

| 4.4 | **Allied Interstate/United Healthcare** | Last 4 digits of account number **5044** | $8,406.38 |

Nonpriority Creditor's Name
**2290 Agate Court, Unit A1**
**Simi Valley, CA 93065**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Insurance**

---

Debtor 1   **Jared Hunter Scarth**

Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

---

| 4.5 | **ALS Group LLC** | Last 4 digits of account number ___ ___ ___ ___ | $691.60 |

Nonpriority Creditor's Name

**P.O. Box 8527**

**Mandeville, LA 70470**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney for Jay Carpets**

---

| 4.6 | **American Bullnose of California** | Last 4 digits of account number  **9889** | $481.00 |

Nonpriority Creditor's Name

**1049 S. Melrose Street, Unit G**

**Placentia, CA 92870**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business**

---

| 4.7 | **Anthem Blue Cross** | Last 4 digits of account number  **4663** | $8,210.00 |

Nonpriority Creditor's Name

**PO Box 70000**

**Van Nuys, CA 91470**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.8 | **Bank of America** | Last 4 digits of account number **8427** | **$1,400.00** |

Nonpriority Creditor's Name
**P.O. Box 15284**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal**

---

| | | | |
|---|---|---|---|
| 4.9 | **Basic Backflow** | Last 4 digits of account number **8980** | **$165.00** |

Nonpriority Creditor's Name
**3424 N. Del Rosa Ave**
**San Bernardino, CA 92404**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

| | | | |
|---|---|---|---|
| 4.10 | **Bay Alarm** | Last 4 digits of account number **4832** | **$1,057.16** |

Nonpriority Creditor's Name
**5130 Commercial Circle**
**Concord, CA 94520**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.1 1 | **Best Buy** | | Last 4 digits of account number | 8039 | | $244.38 |

Nonpriority Creditor's Name
**P.O. Box 78009**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 2 | **Beverley Radiology** | | Last 4 digits of account number | 3537 | | $35.28 |

Nonpriority Creditor's Name
**PO Bix 240086**
**Los Angeles, CA 90024**
Number Street City State Zip Code

**When was the debt incurred?**   01/26/2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.1 3 | **Caine & Weiner** | | Last 4 digits of account number | 4852 | | $156.90 |

Nonpriority Creditor's Name
**P.O. Box 5010**
**Woodland Hills, CA 91365-5010**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**                                   Case number *(if know)* _____

| 4.14 | **California Sub Meters** | Last 4 digits of account number   **6879** | **$16.51** |

Nonpriority Creditor's Name

**10095 Scripps Ranch Court, Suite A**
**San Diego, CA 92131**                      **When was the debt incurred?** _____

Number Street City State Zip Code

Who incurred the debt? Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify   **Utility**

---

| 4.15 | **California TS** | Last 4 digits of account number | **$400.00** |

Nonpriority Creditor's Name

**42225 Remington Ave, Unit A2**
**Temecula, CA 92590**                       **When was the debt incurred?** _____

Number Street City State Zip Code

Who incurred the debt? Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify   **Business**

---

| 4.16 | **Canon Financial Services, Inc** | Last 4 digits of account number   **6001** | **$5,315.12** |

Nonpriority Creditor's Name

**158 Gaithey Drive, Suite 200**
**Mount Laurel, NJ 08054**                   **When was the debt incurred?** _____

Number Street City State Zip Code

Who incurred the debt? Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify   **Lease**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number *(if know)* _____

---

| 4.1 7 | **Capital One** | Last 4 digits of account number | 9094 | $10,839.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 2/04/16 Last Active 11/20/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 8 | **Capital One** | Last 4 digits of account number | 1840 | $1,599.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 04/07 Last Active 11/06/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 9 | **Capital One** | Last 4 digits of account number | 5103 | $795.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 02/11 Last Active 11/20/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.2 0 | | | |
|---|---|---|---|

**Carpet Solutions**
Nonpriority Creditor's Name

**17100 Margay Ave**
**Carson, CA 90746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor**

**$2,500.00**

| 4.2 1 | | | |
|---|---|---|---|

**Cashcall Inc**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 66007**
**Anaheim, CA 92816**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **6264**

**When was the debt incurred?** **Opened 02/17  Last Active 4/01/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Agriculture**

**$74,994.00**

| 4.2 2 | | | |
|---|---|---|---|

**Chase**
Nonpriority Creditor's Name

**P.O. Box 901076**
**Fort Worth, TX 76101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business**

**$0.00**

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**

Case number *(if know)* _____

---

| 4.2 3 | **Chase Card Services** | Last 4 digits of account number | **7517** | | $22,554.00 |

Nonpriority Creditor's Name
**Correspondence Dept
Po Box 15298
Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 07/13  Last Active 7/20/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.2 4 | **Chase Card Services** | Last 4 digits of account number | **7345** | | $9,023.00 |

Nonpriority Creditor's Name
**Correspondence Dept
Po Box 15298
Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 01/16  Last Active 11/20/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.2 5 | **Chase Card Services** | Last 4 digits of account number | **1551** | | $3,550.00 |

Nonpriority Creditor's Name
**Correspondence Dept
Po Box 15298
Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 08/13  Last Active 11/20/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**                                        Case number *(if know)* _____

| 4.2 6 | **Childrens Primary Care** | Last 4 digits of account number | **5896** | $247.00 |

Nonpriority Creditor's Name
**3880 Murphy Canyon Rd, Suite 200**
**San Diego, CA 92123**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical**

---

| 4.2 7 | **Citi** | Last 4 digits of account number | **9919** | $430.02 |

Nonpriority Creditor's Name
**P.O. Box 6004**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.2 8 | **Citibank North America** | Last 4 digits of account number | **8039** | $286.00 |

Nonpriority Creditor's Name
**Citibank Corp/Centralized**
**Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 04/07  Last Active 10/23/17**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Exhibit 9                              Page 36 of 152

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.2 9 | **Citicards Cbna** | Last 4 digits of account number | **3818** | **$4,390.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Citicorp Credit Svc/Centralized
Bankrupt
Po Box 790040
Saint Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 03/15  Last Active 8/08/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Debt**

---

| 4.3 0 | **Citicards Cbna** | Last 4 digits of account number | **9865** | **$430.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Citicorp Credit Svc/Centralized
Bankrupt
Po Box 790040
Saint Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 05/08  Last Active 10/23/17**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Debt**

---

| 4.3 1 | **Coast Assesment Service Company** | Last 4 digits of account number | **0479** | **$2,474.68** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12755 Brookhurst Street, Suite 101
Garden Grove, CA 92842**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **HOA Fees**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.3 2 | **Coconut Mallony Marina & Resort** | Last 4 digits of account number | **1483** | **$906.18** |

Nonpriority Creditor's Name
**P.O. Box 78843**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Timeshare**

---

| 4.3 3 | **Comenity Bank/Victoria Secret** | Last 4 digits of account number | **2723** | **$718.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?   **Opened 01/12  Last Active 11/20/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Debt**

---

| 4.3 4 | **Comenity Capital/mprc** | Last 4 digits of account number | **2070** | **$447.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 18215**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/11  Last Active 10/23/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Debt**

---

Exhibit 9          Page 38 of 152

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.3 5 | **County of Riverside Treasurer** | Last 4 digits of account number   **4202** | **$1,084.52** |

Nonpriority Creditor's Name
**4080 Lemon Street**
**Riverside, CA 92501**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.3 6 | **CR&R** | Last 4 digits of account number   **6180** | **$848.68** |

Nonpriority Creditor's Name
**P.O. Box 7183**
**Pasadena, CA 91109**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

---

| 4.3 7 | **Credit One Bank Na** | Last 4 digits of account number   **9200** | **$2,142.00** |

Nonpriority Creditor's Name

**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 04/07  Last Active 11/20/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Debt**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.38 | **CSS** | Last 4 digits of account number | **4742** | **$389.09** |

Nonpriority Creditor's Name
**P.O. Box 55126**
**Boston, MA 02205**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.39 | **De Soto Sales, Inc** | Last 4 digits of account number | | **$3,873.06** |

Nonpriority Creditor's Name
**20945 Osborne Street**
**Canoga Park, CA 91304**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Other**

---

| 4.40 | **Delores Rippey** | Last 4 digits of account number | | **$3,359.59** |

Nonpriority Creditor's Name
**22486 Lighthouse Drive**
**Sun City, CA 92587**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Employee Debt**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.4 1 | **Delta Dental Ins Company** | Last 4 digits of account number | **3101** | **$3,616.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1803**
**Alpharetta, GA 30023**
Number Street City State Zip Code

When was the debt incurred? **11/01/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medican**

---

| 4.4 2 | **Dept of Ed / Navient** | Last 4 digits of account number | **0919** | **$328,093.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9635**
**Wilkes Barr, PA 18773**
Number Street City State Zip Code

When was the debt incurred? **Opened 09/13  Last Active 11/04/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Educational**

---

| 4.4 3 | **Direct Tv** | Last 4 digits of account number | **2605** | **$431.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 105261**
**Atlanta, GA 30348**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Exhibit 9          Page 41 of 152

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.4 4 | | | |

**Disney Movie Club**
Nonpriority Creditor's Name
**P.O. Box 8023**
**Menasha, WI 54952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 5260                    $78.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.4 5 | | | |

**Disney Rewards Visa/Chase**
Nonpriority Creditor's Name
**P.O. Box 94014**
**Palatine, IL 60094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7345                    $8,445.73

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 6 | | | |

**Door Saver**
Nonpriority Creditor's Name
**42095 Zevo Dr #11**
**Temecula, CA 92590**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 1555                    $19,850.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

| 4.4 7 | **ECC Cabinets** | **Last 4 digits of account number** _____ | **$8,500.00** |

Nonpriority Creditor's Name
**4015 Industrial Ave**
**Hemet, CA 92545**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.4 8 | **Edison** | **Last 4 digits of account number** 5992 | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 300**
**Rosemead, CA 91772**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.4 9 | **Edison** | **Last 4 digits of account number** 4550 | **$3,365.00** |

Nonpriority Creditor's Name
**P.O. Box 600**
**Rosemead, CA 91771**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

| 4.5 0 | **Edison** | Last 4 digits of account number | **5992** | **$1,114.94** |

Nonpriority Creditor's Name
**P.O. Box 300**
**Rosemead, CA 91772**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utilities**

---

| 4.5 1 | **EGS Financial Care, Inc.** | Last 4 digits of account number | | **$691.00** |

Nonpriority Creditor's Name
**PO Box 1020, Dept 806**
**Horsham, PA 19044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt**

---

| 4.5 2 | **El & El Wood Products** | Last 4 digits of account number | **0985** | **$0.00** |

Nonpriority Creditor's Name
**6011 Schaefer**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number (*if know*) _____

| 4.5 3 | **Ellie Martin** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**29739  Avenuda De Calazada**
**Temecula, CA 92592**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 4 | **Elliott Mihry/California T's Screen** | Last 4 digits of account number _____ | **$341.44** |
|---|---|---|---|

Nonpriority Creditor's Name
**42225 Remington Ave, A2**
**Temecula, CA 92590**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.5 5 | **Employee Development Department** | Last 4 digits of account number   **7855** | **$28,836.14** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 19009**
**San Bernardino, CA 92423**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Taxes**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.5 6 | **Emser Tile** | Last 4 digits of account number | **8903** | **$15,597.03** |

Nonpriority Creditor's Name
**8431 Santa Monica Blvd**
**West Hollywood, CA 90069**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business**

---

| 4.5 7 | **Engineered Floors LLC** | Last 4 digits of account number | **0392** | **$3,571.47** |

Nonpriority Creditor's Name
**3510 Corporate Dr**
**Dalton, GA 30721**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Other**

---

| 4.5 8 | **Equiant Financial Svcs** | Last 4 digits of account number | **1483** | **$952.00** |

Nonpriority Creditor's Name
**5401 N Pima Rd Ste 150**
**Scottsdale, AZ 85250**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 07/08  Last Active 1/09/18**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Time Shared Loan**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**                    Case number (if know) _____

| 4.5 9 | **Excellence in Window Cleaing** | Last 4 digits of account number | **7231** | **$35.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 462373**
**Escondido, CA 92046**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

| 4.6 0 | **Fabian Loera** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**26006 Jan Valerie Road**
**Murrieta, CA 92562**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.6 1 | **Fabozzi T Miller, Apc** | Last 4 digits of account number | **4037** | **$4,361.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**41911 FIfth Street, Suite 200**
**Temecula, CA 92590**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Fees**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

---

| 4.6 2 | **Fastrak / OCTA Linebarger** | Last 4 digits of account number | **3760** | **$218.24** |

Nonpriority Creditor's Name
**P.O. Box 845879**
**Los Angeles, CA 90084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

| 4.6 3 | **Forward Financing** | Last 4 digits of account number | | **$43,145.00** |

Nonpriority Creditor's Name
**36 Brumfield Street Suite 210-212**
**Boston, MA 02108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.6 4 | **Fox Capital Group, Inc** | Last 4 digits of account number | | **$29,200.00** |

Nonpriority Creditor's Name
**140 Broadway 46th Floor**
**New York, NY 10005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.6 5 | **Frontier Communications** | Last 4 digits of account number | 4135 | $496.87 |

Nonpriority Creditor's Name
**P.O. Box 740407**
**Cincinnati, OH 45274**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utilities**

---

| 4.6 6 | **Futa** | Last 4 digits of account number | | $2,781.00 |

Nonpriority Creditor's Name
**P.O. Box 37940**
**Hartford, CT 06176**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

---

| 4.6 7 | **FXI Collection Agency** | Last 4 digits of account number | 0032 | $4,071.55 |

Nonpriority Creditor's Name
**PO Box 162**
**Clifton Heights, PA 19018**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | |
|---|---|---|
| **4.68** | **Galleher Corporation** | Last 4 digits of account number  **8572**  $10,583.17 |

Nonpriority Creditor's Name
**9303 Greenleaf Avenue**
**Santa Fe Springs, CA 90670**
Number Street City State Zlp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Other**

---

| | | |
|---|---|---|
| **4.69** | **Gerbey Life Insurance** | Last 4 digits of account number  **1888**  $80.00 |

Nonpriority Creditor's Name
**P.O. Box 79141**
**Phoenix, AZ 85062**
Number Street City State Zlp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Insurance**

---

| | | |
|---|---|---|
| **4.70** | **Gilardo Flores** | Last 4 digits of account number  $3,630.48 |

Nonpriority Creditor's Name
**28693 Old Town Front Street**
**Temecula, CA 92590**
Number Street City State Zlp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Employee Debt**

---

Debtor 1   **Jared Hunter Scarth**

Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

| 4.7 1 | **Harris & Harris** | Last 4 digits of account number | **2908** | $880.00 |

Nonpriority Creditor's Name

**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

Number Street City State Zip Code

When was the debt incurred?   **Opened  6/19/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Debt**

| 4.7 2 | **Hayley Mohn** | Last 4 digits of account number | | $13,942.54 |

Nonpriority Creditor's Name

**32153 Corte Carmona**
**Temecula, CA 92592**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Employee Debt**

| 4.7 3 | **Highlights Which Way USA** | Last 4 digits of account number | | $83.62 |

Nonpriority Creditor's Name

**PO Box 80005**
**Prescott, AZ 86304**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card Debt**

| Debtor 1 | **Jared Hunter Scarth** |
|---|---|
| Debtor 2 | **Victoria Carol Scarth** |

Case number *(if know)* _____

---

| 4.7 4 | **Innovatice Document Solutions** | Last 4 digits of account number | **PW03** | | $1,142.28 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**26855 Jefferson Ave, #E**
**Murrieta, CA 92562**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Lease**

---

| 4.7 5 | **Jack Drvet, MD Inc** | Last 4 digits of account number | **8171** | | $217.52 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O Box 893590**
**Temecula, CA 92589**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical**

---

| 4.7 6 | **Jack T. Ferguson CPA Inc** | Last 4 digits of account number | **1929** | | $1,900.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**31569 Canyon Estates Dr, Suite 112**
**Lake Elsinore, CA 92532**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

**When was the debt incurred?**   **10/11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **CPA Tax Services**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.7 7 | **Judith Campell** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**35790 Crest Meadow Drive**
**Wildomar, CA 92595**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.7 8 | **Justin Fridell** | Last 4 digits of account number _____ | **$980.00** |

Nonpriority Creditor's Name
**1212 Corte Cielo**
**San Marcos, CA 92069**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Employee Debt**

| 4.7 9 | **Kohls/Capital One** | Last 4 digits of account number **0300** | **$332.00** |

Nonpriority Creditor's Name
**Kohls Credit**
**Po Box 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 12/11  Last Active 10/23/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Debt**

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.8 0 | **Liberty Mutual** | Last 4 digits of account number | 8640 | $430.67 |

Nonpriority Creditor's Name
**P.O. Box 85834**
**San Diego, CA 92186**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Insurance**

---

| 4.8 1 | **Liberty Mutual** | Last 4 digits of account number | 1510 | $9,558.98 |

Nonpriority Creditor's Name
**P.O. Box 85834**
**San Diego, CA 92186**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

| 4.8 2 | **LifeCare Solutions** | Last 4 digits of account number | 0361 | $73.00 |

Nonpriority Creditor's Name
**PO Box 13150**
**Overland Park, KS 66282**
Number Street City State Zip Code

**When was the debt incurred?**  **06/06/17**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**                                    Case number *(if know)* _____

| 4.8 3 | **Log Floors** | Last 4 digits of account number | **1106** | **$2,013.46** |

Nonpriority Creditor's Name
**16025 Phoenix Drive**
**Hacienda Heights, CA 91745**

When was the debt incurred? _____

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Business Debts**

---

| 4.8 4 | **M&T Bank** | Last 4 digits of account number | **3894** | **$16,000.00** |

Nonpriority Creditor's Name
**P.O. Box 619063**
**Dallas, TX 75261**

When was the debt incurred? _____

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Mortgage**

---

| 4.8 5 | **Meadows Dental Group** | Last 4 digits of account number | | **$1,110.00** |

Nonpriority Creditor's Name
**PO Box 19723**
**Irvine, CA 92623**

When was the debt incurred? _____

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Medical Debt**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.8 6 | **Michael Holland** | Last 4 digits of account number _____ | $4,762.66 |

Nonpriority Creditor's Name
**31222 Mangrove Dr**
**Temecula, CA 92592**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Employee Debt**

---

| 4.8 7 | **Millans Landscape** | Last 4 digits of account number _____ | $65.00 |

Nonpriority Creditor's Name
**12130 Margis Street**
**Corona, CA 92883**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawn Care**

---

| 4.8 8 | **Minuteclinic Diagnostic Medical Gro** | Last 4 digits of account number  1655 | $49.00 |

Nonpriority Creditor's Name
**P.O. Box 14000 Attn 8449E**
**Belfast, ME 04915**
Number Street City State Zip Code

When was the debt incurred?  **07/23/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

Official Form 106 E/F
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 31 of 56

Best Case Bankruptcy

Exhibit 9
Page 56 of 152

Debtor 1  **Jared Hunter Scarth**

Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.8 9 | **Mohawk Carpet Distribution Inc** | Last 4 digits of account number _____ | $17,902.34 |

Nonpriority Creditor's Name

**160 S. Industrial Blvd**

**Calhoun, GA 30701**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Other**

---

| | | | |
|---|---|---|---|
| 4.9 0 | **Molecular** | Last 4 digits of account number  3611 | $150.00 |

Nonpriority Creditor's Name

**1475 S. Tyrell Lane**

**Boise, ID 83706**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| | | | |
|---|---|---|---|
| 4.9 1 | **Moleculvar** | Last 4 digits of account number  3611 | $150.00 |

Nonpriority Creditor's Name

**1475 S. Tyrell Lane**

**Boise, ID 83706**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Exhibit 9                                       Best Case Bankruptcy

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.9<br>2 | **New Way** | Last 4 digits of account number | **n505** | | $3,431.01 |

Nonpriority Creditor's Name
**7485 Ronson Road**
**San Diego, CA 92111**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business**

---

| 4.9<br>3 | **Nicole Schier** | Last 4 digits of account number | | | $3,500.00 |

Nonpriority Creditor's Name
**40496 Celle Madlosa**
**Temecula, CA 92591**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Employee Debt**

---

| 4.9<br>4 | **Nicole Tillison** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**30159 Heritage Street**
**Murrieta, CA 92563**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.9 5 | **North Coast Imaging Radiology Medic** | | $149.00 |

Nonpriority Creditor's Name
**PO Box 2427**
**Indianapolis, IN 46206**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Debt**

---

| 4.9 6 | **North Jefferson Park Fey Assoc.** | | $2,932.10 |

Nonpriority Creditor's Name
**PO Box 60515**
**Los Angeles, CA 90060**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.9 7 | **Oasis MP Lifestyle Healthcare** | | $20.56 |

Nonpriority Creditor's Name
**P.O. Box 19000**
**Belfast, ME 04915**
Number Street City State Zip Code

Last 4 digits of account number    **0269**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.9 8 | **Oasis MP Lifestyle Healthcare** | Last 4 digits of account number **0269** | **$20.56** |

Nonpriority Creditor's Name
**P.O. Box 19000**
**Belfast, ME 04915**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.9 9 | **OB Hospitalist Group California** | Last 4 digits of account number **8612** | **$70.61** |

Nonpriority Creditor's Name
**P.O. Box 6127**
**Greenville, SC 29606**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.1 00 | **Orkin** | Last 4 digits of account number **2891** | **$442.80** |

Nonpriority Creditor's Name
**12710 Magnolia Ave**
**Riverside, CA 92503**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.1<br>01 | **Pacific Life** | Last 4 digits of account number | **3080** | **Unknown** |

Nonpriority Creditor's Name
**16745 W. Bernardo Dr**
**San Diego, CA 92127**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Other**

---

| 4.1<br>02 | **Pacific Premier Bank** | Last 4 digits of account number | **1700** | **$3,607,329.62** |

Nonpriority Creditor's Name
**17901 Von Karman 12th Floor**
**Irvine, CA 92614**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Mortgage Loan**

---

| 4.1<br>03 | **Padco Carpet Cushion Inc** | Last 4 digits of account number | **7261** | **$5,319.00** |

Nonpriority Creditor's Name
**1683 Sierra Madre Circle**
**Placentia, CA 92870**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Other**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 04 | **PayPal Credit** | | Last 4 digits of account number | 7775 | | $2,006.23 |

Nonpriority Creditor's Name
**PO Box 5138**
**Lutherville Timonium, MD 21094**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| 4.1 05 | **Payroll Taxes** | | Last 4 digits of account number | | | $22,268.33 |

Nonpriority Creditor's Name
**P.O Box 37941**
**Hartford, CT 06176**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Payroll Taxes**

---

| 4.1 06 | **Pitney Bowes** | | Last 4 digits of account number | 5070 | | $638.93 |

Nonpriority Creditor's Name
**P.O. Box 371874**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

---

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 07 | **Plaza Bank** | Last 4 digits of account number **1700** | $891.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**18200 Von Karman Ave #500**
**Irvine, CA 92612**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Legal Fees**

| 4.1 08 | **Progressive Management Systems** | Last 4 digits of account number **1642** | $313.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1521 W Cameron Ave**
**First Floor**
**West Covina, CA 91790**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Attorney Rady Childrens Hospital-San Di**

| 4.1 09 | **Prominence Capital Partners, LLC** | Last 4 digits of account number | $17,250.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**974 Sandstone Ave**
**Glendora, CA 91740**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**                                    Case number *(if know)* _____

| 4.1 10 | **Prudhomme Associates CPA's** | Last 4 digits of account number  **AAS0** | **$13,000.00** |

Nonpriority Creditor's Name
**43460 Ridge Park Drive**
**Temecula, CA 92590**                          When was the debt incurred?  _____
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
■ Check if this claim is for a community        **Type of NONPRIORITY unsecured claim:**
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **Business**

| 4.1 11 | **Quest Diagnostics** | Last 4 digits of account number  **1730** | **$11.17** |

Nonpriority Creditor's Name
**PO Box 740987**                              When was the debt incurred?  **02/21/2017**
**Cincinnati, OH 45274**
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
■ Check if this claim is for a community        **Type of NONPRIORITY unsecured claim:**
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   _____

| 4.1 12 | **Rady Children Hospital** | Last 4 digits of account number  **6349** | **$290.84** |

Nonpriority Creditor's Name
**3020 Childrens Way**                          When was the debt incurred?  _____
**San Diego, CA 92123**
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
■ Check if this claim is for a community        **Type of NONPRIORITY unsecured claim:**
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **Medical**

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**

Case number (if know) _____

| 4.1<br>13 | **Rancho California Water District** | Last 4 digits of account number    **4527** | **$698.97** |

Nonpriority Creditor's Name
**PO Box 9017**
**Temecula, CA 92589**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

| 4.1<br>14 | **Rancho California Water District** | Last 4 digits of account number    **4526** | **$42.56** |

Nonpriority Creditor's Name
**PO Box 9017**
**Temecula, CA 92589**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utilities**

| 4.1<br>15 | **Rancho Family Medical Group** | Last 4 digits of account number    **1129** | **$18.18** |

Nonpriority Creditor's Name
**P.O. Box 14000 Attn: 15677X**
**Belfast, ME 04915**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

Debtor 1 **Jared Hunter Scarth**

Debtor 2 **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.1<br>16 | **Republic Florring** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2250 Yates Ave**

**Los Angeles, CA 90040**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3412**                $7,393.33

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt/ Vendor**

---

| 4.1<br>17 | **Richard J. Pagnotta** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6913 New Utrecht Avenue**

**Brooklyn, NY 11228**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                    $0.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    _____

---

| 4.1<br>18 | **Richard Robieau** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3752 Mountain Gate Drive**

**Corona, CA 92882**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                    $2,204.60

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**                                      Case number *(if know)* _____

| 4.1 19 | **Riverside Superior Court** | Last 4 digits of account number | **0881** | $26,083.00 |

Nonpriority Creditor's Name
**30755 D. Auld Rd**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?  **01/07/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unlimited Civil Case**

---

| 4.1 20 | **Riverside Superior Court** | Last 4 digits of account number | **0487** | $0.00 |

Nonpriority Creditor's Name
**30755-D Auld Rd, Suite 1226**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?  **10/24/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

| 4.1 21 | **Riverside Superior Court** | Last 4 digits of account number | **0038** | $0.00 |

Nonpriority Creditor's Name
**30755 D. Auld Rd**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?  **01/11/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Breach of Contract**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | |
|---|---|---|
| 4.1 22 | **Robert McDaniel** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 55126**
**Boston, MA 02205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

| | | |
|---|---|---|
| 4.1 23 | **Safeco Insurance** | | |

Nonpriority Creditor's Name
**11650 S. State Street, Suite 103**
**Draper, UT 84020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0991**     $536.61

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Insurance**

---

| | | |
|---|---|---|
| 4.1 24 | **Sean Anderson** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**83 Camino Del Oro**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Exhibit 9          Page 68 of 152

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 25 | **Shaw Industries** | Last 4 digits of account number | **6376** | **$31,000.00** |

Nonpriority Creditor's Name
**P.O. Box 2128**
**Dalton, GA 30722**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

---

| 4.1 26 | **SLCC Flooring** | Last 4 digits of account number | **5668** | **$627.06** |

Nonpriority Creditor's Name
**13668 Valley Blvd, Unit B**
**La Puente, CA 91746**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

---

| 4.1 27 | **Southwest Healthcare System** | Last 4 digits of account number | **7195** | **$514.60** |

Nonpriority Creditor's Name
**PO Box 31001-0827**
**Pasadena, CA 91110**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? **09/27/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 28 | **Sparkletts** | Last 4 digits of account number | **1686** | **$45.82** |

Nonpriority Creditor's Name
**P.O. Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Service**

---

| 4.1 29 | **Spardlehs** | Last 4 digits of account number | **3260** | **$327.40** |

Nonpriority Creditor's Name
**P.O. Box 660579**
**Dallas, TX 75266**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Other**

---

| 4.1 30 | **State Payroll Taxes EDD** | Last 4 digits of account number | | **$2,805.44** |

Nonpriority Creditor's Name
**P.O. Box 989071**
**Sacramento, CA 94230**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Payroll Taxes**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 31 | **Strachota Insurance Agency** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**27710 Jefferson Ave Ste 100**
**Temecula, CA 92590**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 32 | **Suburban Propane** | **Last 4 digits of account number** **5070** | **$638.93** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 371874**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Other**

---

| 4.1 33 | **Syncb/Toys "R" Us** | **Last 4 digits of account number** **3815** | **$369.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **Opened  9/09/13  Last Active 11/16/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 34 | **Synchrony Bank/Walmart** | Last 4 digits of account number | **6869** | **$4,710.08** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 965033**
**Orlando, FL 32896**

When was the debt incurred? _____

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.1 35 | **Synchrony Bank/Amazon** | Last 4 digits of account number | **8078** | **$23.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 6/09/08 Last Active 11/20/17**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.1 36 | **Synchrony Bank/Gap** | Last 4 digits of account number | **4453** | **$5,534.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 4/14/14 Last Active 10/20/17**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Exhibit 9

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.1 37 | **Synchrony Bank/TJX** | Last 4 digits of account number | **8194** | **$438.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 07/11  Last Active 11/20/17**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Debt**

| 4.1 38 | **Tecson Building Products** | Last 4 digits of account number | **5285** | **$912.97** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**425 S. 6th Ave**
**La Puente, CA 91746**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

| 4.1 39 | **Temecula Pain Management** | Last 4 digits of account number | **2916** | **$347.74** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 893520**
**Temecula, CA 92589**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 40 | **Temecula Valley Emergency Phys** | | Last 4 digits of account number | **7115** | $64.67 |

Nonpriority Creditor's Name
**PO Box 4419**
**Woodland Hills, CA 91365**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical Debt**

---

| 4.1 41 | **Temecula Valley Hospital** | | Last 4 digits of account number | **3565** | $250.00 |

Nonpriority Creditor's Name
**P.O. Box 31001-0827**
**Pasadena, CA 91110**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**  **04/20/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical**

---

| 4.1 42 | **The  Turoci Firm Inc** | | Last 4 digits of account number | | $21,000.00 |

Nonpriority Creditor's Name
**3845 10th Street**
**Riverside, CA 92501**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Bankruptcy**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number *(if know)* _____

| 4.1 43 | **The Childrens Place** | Last 4 digits of account number | **2070** | **$447.15** |

Nonpriority Creditor's Name
**P.O. Box 659820**
**San Antonio, TX 78265**
Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.1 44 | **The Drapey Shop** | Last 4 digits of account number | | **$478.00** |

Nonpriority Creditor's Name
**2253 S. Santa Fe Avenue**
**Vista, CA 92083**
Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Other**

---

| 4.1 45 | **Tim Strom** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**30911 Medinah Way**
**Temecula, CA 92592**
Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
**Schedule E/F: Creditors Who Have Unsecured Claims**
Best Case Bankruptcy

Exhibit 9

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 46 | **Timewarner Cable Media Llc** | Last 4 digits of account number | 2140 | $5,532.00 |

Nonpriority Creditor's Name
**P.O. Box 101366**
**Pasadena, CA 91189**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Advertisement**

| 4.1 47 | **Tnb-Visa  (TV) / Target** | Last 4 digits of account number | 8463 | $1,235.00 |

Nonpriority Creditor's Name
**C/O Financial & Retail Services**
**Mailstop BV   PO Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred?   **Opened 08/02  Last Active 10/17/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.1 48 | **Tom Duffy Company** | Last 4 digits of account number | 2161 | $6,120.16 |

Nonpriority Creditor's Name
**5200 Watt Court, Suite B**
**Fairfield, CA 94534**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

Exhibit 9                            Page 76 of 152

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**

Case number (if know) _____

| | | |
|---|---|---|
| 4.1<br>49 | **Travelers Paychex Insurance Agency,** | |

Nonpriority Creditor's Name
**150 Sawglass Drive**
**Rochester, NY 14620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  8700          **$106.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Insurance**

---

| | | |
|---|---|---|
| 4.1<br>50 | **Travelers Paychex Insurance Agency,** | |

Nonpriority Creditor's Name
**150 Sawglass Drive**
**Rochester, NY 14620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  4513          **$271.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| | | |
|---|---|---|
| 4.1<br>51 | **U.S. Bank** | |

Nonpriority Creditor's Name
**P.O. Box 108**
**Saint Louis, MO 63166**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  0871          **$11,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Busines Loan**

---

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 52 | **United Healthcare** | Last 4 digits of account number | **0160** | **$12,156.58** |

Nonpriority Creditor's Name
**PO Box 6044**
**Cypress, CA 90630**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

| 4.1 53 | **Verizon** | Last 4 digits of account number | | **$1,121.29** |

Nonpriority Creditor's Name
**P.O. Box 4005**
**Acworth, GA 30101**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utilities**

| 4.1 54 | **Via Innocation** | Last 4 digits of account number | | **$1,250.00** |

Nonpriority Creditor's Name
**32543 Bergamo Ct**
**Temecula, CA 92592**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

Exhibit 9                          Page 78 of 152

Debtor 1  **Jared Hunter Scarth**
Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | |
|---|---|---|
| 4.1 55 | **Wells Fargo** | Last 4 digits of account number  **3418**  $125.00 |

Nonpriority Creditor's Name
**P.O. Box 29779**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Loans**

---

| | | |
|---|---|---|
| 4.1 56 | **Wells Fargo** | Last 4 digits of account number  **2872**  $77,373.18 |

Nonpriority Creditor's Name
**P.O Box 29482**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

| | | |
|---|---|---|
| 4.1 57 | **Wells Fargo Bank** | Last 4 digits of account number  **6476**  $455.39 |

Nonpriority Creditor's Name
**PO Box 5058**
**Portland, OR 97208**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Overdraft Fees**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Exhibit 9

Debtor 1   **Jared Hunter Scarth**

Debtor 2   **Victoria Carol Scarth**

Case number (if know) _____

| 4.1 58 | | | |
|---|---|---|---|

**Yellow Stone**

Nonpriority Creditor's Name

**160 Pearl Street**

**New York, NY 10005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $46,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Hemar Rousso + Heald, LLP**<br>**15910 Ventura Boulevard**<br>**Encino, CA 91436** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **8572** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **MCA Recovery LLC**<br>**17 State Street, Suite 4000**<br>**New York, NY 10004** | Line **4.158** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Michael L. Klein**<br>**900 Pier View Way, P.O. Box 299**<br>**Oceanside, CA 92049** | Line **4.119** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **0881** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Portfolio Recovery Associates**<br>**P.O. box 12914**<br>**Norfolk, VA 23541** | Line **4.134** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **6869** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Progressive Management Systems**<br>**1521 West Cameron Ave**<br>**West Covina, CA 91793** | Line **4.112** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **6349** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sizbo Addociates, Inc**<br>**3355 Lenox Road NF Suite 945**<br>**Atlanta, GA 30326** | Line **4.146** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **2140** |

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 55 of 56

Debtor 1  **Jared Hunter Scarth**

Debtor 2  **Victoria Carol Scarth**

Case number (if know) _____

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 45,918.24 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 45,918.24 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 328,093.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 4,398,437.01 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 4,726,530.01 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Verizon Wireless**<br>**PO Box 920041**<br>**Dallas, TX 75392** | **2 Year Contract** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Exhibit 9

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ <br> Name <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.2 _____ <br> Name <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| Debtor 2 (Spouse, if filing) | **Victoria Carol Scarth** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Self Employed** | **Homemaker** |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Exhibit 9

Debtor 1   **Jared Hunter Scarth**
Debtor 2   **Victoria Carol Scarth**                                    Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................................................ | 4. | $ **0.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **0.00** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **0.00** | $ **0.00** |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.     10.  $ **0.00** + $ **0.00** = $ **0.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.  $ **0.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| Debtor 2 (Spouse, if filing) | **Victoria Carol Scarth** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

**1.   Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.   Do you have dependents?**      ☐ No

Do not list Debtor 1 and Debtor 2.      ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 15 Months | ☐ No  ■ Yes |
| Daughter | 5 | ☐ No  ■ Yes |
| Son | 7 | ☐ No  ■ Yes |
| Daughter | 8 | ☐ No  ■ Yes |
| Daughter | 10 | ☐ No  ■ Yes |
| Daughter | 11 | ☐ No  ■ Yes |
| Daughter | 13 | ☐ No  ■ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | Your expenses |
|---|---|

**4.   The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.  $ _____ **0.00**

**If not included in line 4:**

4a.   Real estate taxes      4a.  $ _____ **0.00**

Debtor 1   **Jared Hunter Scarth**

Debtor 2   **Victoria Carol Scarth**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **35.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **115.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 350.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 85.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 450.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 130.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Professional Dues** | | 21. | +$ | 50.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 3,515.00 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b. The result is your monthly expenses. | $ | 3,515.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 3,515.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -3,515.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

Fill in this information to identify your case:

Debtor 1    **Jared Hunter Scarth**
        First Name              Middle Name             Last Name

Debtor 2    **Victoria Carol Scarth**
(Spouse if, filing)  First Name              Middle Name             Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _____    x _____
**Jared Hunter Scarth**    **Victoria Carol Scarth**
Signature of Debtor 1    Signature of Debtor 2

Date    4/12/2018    Date    4/12/2018

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Exhibit 9    Page 89 of 152

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips | $101,957.25 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Exhibit 9       Page 90 of 152

| Debtor 1 | **Jared Hunter Scarth** | | |
| Debtor 2 | **Victoria Carol Scarth** | Case number *(if known)* | |

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions,<br>bonuses, tips | $44,200.00 | ☐ Wages, commissions,<br>bonuses, tips | $0.00 |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |

<hr>

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | Jared Hunter Scarth |
|---|---|
| Debtor 2 | Victoria Carol Scarth |

Case number *(if known)* _____

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Scarth & Associated v. Christopher Gonzalez, et al. RIC1722653 | Limited Civil Case | Riverside Superior Court 4050 Main Street Riverside, CA 92501 | ☒ Pending ☐ On appeal ☐ Concluded |
| California Department of Tax and Fee Administration SR EH 102050372 | Notice of Levy | 3737 Main Street, Suite 1000 Riverside, CA 92501 | ☒ Pending ☐ On appeal ☐ Concluded |
| 1810340WEJ | BankruptcyChapter7 | US BKPT CT CA SAN BERN | ☐ Pending ☐ On appeal ☐ Concluded  Dismissed - 0.00 |
| JARED HUNTER SCARTH, JARED HUNTER SCARTH, VICTORIA vs 1810340 | Bankruptcy Chapter 7 | CALIFORNIA CENTRAL - RIVERSIDE | ☐ Pending ☐ On appeal ☐ Concluded  Dismissed - 0.00 |
| JARED HUNTER SCARTH, JARED HUNTER SCARTH, VICTORIA vs 1810340 | Bankruptcy Chapter 7 | CALIFORNIA CENTRAL - RIVERSIDE | ☐ Pending ☐ On appeal ☐ Concluded  Dismissed - 0.00 |
| JARED SCARTH vs 20170459509 | COUNTY TAX LIEN | RIVERSIDE COUNTY - RECORDER OF DEED | ☐ Pending ☐ On appeal ☐ Concluded  - 935.00 |
| JARED SCARTH, PACIFIC WHOLESALE FLOOR COVERING, et vs EF0033102017 | CIVIL JUDGMENT | ORANGE COUNTY SUPREME COURT | ☐ Pending ☐ On appeal ☐ Concluded  - 29,200.00 |

Debtor 1    Jared Hunter Scarth
Debtor 2    Victoria Carol Scarth                                              Case number (if known) _____

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Exhibit 9                      Best Case Bankruptcy

| Debtor 1 | Jared Hunter Scarth |
|----------|---------------------|
| Debtor 2 | Victoria Carol Scarth |

Case number *(if known)* _____

**List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☒ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☒ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☒ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☒ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☒ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☒ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Debtor 1 | Jared Hunter Scarth | Case number (if known) | |
|---|---|---|---|
| Debtor 2 | Victoria Carol Scarth | | |

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access | Describe the contents | Do you still |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | to it? | | have it? |
| | Address (Number, Street, City, State and ZIP Code) | | |

Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | (Number, Street, City, State and ZIP Code) | | |

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1   Jared Hunter Scarth
Debtor 2   Victoria Carol Scarth                                    Case number (if known)   6:18-bk-10340-WJ

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Lincoln James Investment<br>Properties, LLC<br>27310 Madison Ave<br>Ste 103<br>Temecula, CA 92590 | | EIN:   46-1704246<br><br>From-To |
| Scarth & Associates<br>27310 Madison Ave<br>Ste 103<br>Temecula, CA 92590 | | EIN:   27-4871182<br><br>From-To |
| Pacific Interiors & Floors<br>27310 Madison Ave<br>Ste 103<br>Temecula, CA 92590 | | EIN:   26-1877998<br><br>From-To |
| Scarth Law Group<br>31222 Mangrove Dr.<br>Temecula, CA 92592 | | EIN:<br><br>From-To |
| Temecula Mediation LLC<br>31222 Mangrove Dr.<br>Temecula, CA 92592 | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

Name                              Date Issued
Address
(Number, Street, City, State and ZIP Code)

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Jared Scarth_                              ✗ _Scarth_
Jared Hunter Scarth                           Victoria Carol Scarth
Signature of Debtor 1                         Signature of Debtor 2

Date   4/13/18                                Date   4/13/18

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 7

Debtor 1   **Jared Hunter Scarth**

Debtor 2   **Victoria Carol Scarth**

Case number *(if known)* _____

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Jared Hunter Scarth** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Victoria Carol Scarth** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **Alaska Usa Fcu**<br><br>Description of property securing debt:   **2011 Chevrolet Suburban 71000 miles**<br>**Condition: Fair**<br>**Location: 31222 Mangrove Dr., Temecula CA 92592** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Continue making monthly payments** | ☐ No<br><br>■ Yes |
| Creditor's name:   **Chase Auto Finance**<br><br>Description of property securing debt:   **2014 Audi S5 40000 miles**<br>**Condition: Good**<br>**Location: 31222 Mangrove Dr., Temecula CA 92592** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Continue making monthly payments** | ☐ No<br><br>■ Yes |
| Creditor's name:   **Equiant Financial Svcs** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Official Form 108            Statement of Intention for Individuals Filing Under Chapter 7            page 1

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth** _____

Case number *(if known)* _____

| Description of property securing debt: | **Time Shared Loan** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | |
|---|---|---|---|

| Creditor's name: | **Happy Rock Merchant Solutions, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Allow the Chapter 7 Trustee to handle the Assets** | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **27310 Madison Ave Temecula, CA 92590 Riverside County APN: 910-282-011-4 Potential lawsuit for wrongful foreclosure $1.8 million amount** | | |

| Creditor's name: | **M & T Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **956 Martin Road Baltimore, MD 21264 Baltimore City County Secondary Home.** | | |

| Creditor's name: | **Plaza Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Allow the Chapter 7 Trustee to handle the Assets** | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **27310 Madison Ave Temecula, CA 92590 Riverside County APN: 910-282-011-4 Potential lawsuit for wrongful foreclosure $1.8 million amount** | | |

| Creditor's name: | **Wells Fargo Hm Mortgag** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Continue making monthly payments** | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **31222 Mangrove Drive Temecula, CA 92592 Riverside County Primary Residence** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Exhibit 9          Page 99 of 152

| Debtor 1 | **Jared Hunter Scarth** |
| Debtor 2 | **Victoria Carol Scarth** |

Case number *(if known)* _____

| | | |
|---|---|---|
| Lessor's name: | ☐ No | |
| Description of leased Property: | ☐ Yes | |
| Lessor's name: | ☐ No | |
| Description of leased Property: | ☐ Yes | |
| Lessor's name: | ☐ No | |
| Description of leased Property: | ☐ Yes | |
| Lessor's name: | ☐ No | |
| Description of leased Property: | ☐ Yes | |
| Lessor's name: | ☐ No | |
| Description of leased Property: | ☐ Yes | |

**Part 3:** **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _*Jared Scarth*_       X _*V Scarth*_

**Jared Hunter Scarth**
Signature of Debtor 1

**Victoria Carol Scarth**
Signature of Debtor 2

Date   4/12/2018       Date   4/12/2018

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Exhibit 9      Page 100 of 152

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Jared Hunter Scarth**
        **Victoria Carol Scarth** _____

Case No. _____

Debtor(s)

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept _____ | $ | 2,500.00 |
| Prior to the filing of this statement I have received _____ | $ | 2,500.00 |
| Balance Due _____ | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_4/19/18_____
_Date_

_(signature)_

**Gary S. Saunders SBN 144385**
_Signature of Attorney_
**SAUNDERS LAW GROUP, LTD**
**1891 California Ave., Suite 102**
**Corona, CA 92881**
**951) 272-9114  Fax: 951) 270-5250**
gary@saunderslawoffice.com
_Name of law firm_

---

Exhibit 9

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jared Hunter Scarth |
| Debtor 2 (Spouse, if filing) | Victoria Carol Scarth |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

                                                   Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ _____ | |
| Ordinary and necessary operating expenses | –$ _____ | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> |

| | $ _____ | $ _____ |

6. **Net income from rental and other real property**

                                                   Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ _____ | |
| Ordinary and necessary operating expenses | –$ _____ | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> |

| | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

| | | |
|---|---|---|
| Official Form 122A-1 | Chapter 7 Statement of Your Current Monthly Income | **page 1** |

Debtor 1    **Jared Hunter Scarth**
Debtor 2    **Victoria Carol Scarth**                              Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8.  Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse .......................................... $ _____

**9.  Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.                   $ _____    $ _____

**10.  Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

_____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

**11.  Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.    $ _____ + $ _____ = $ _____

Total current monthly
income

**12.  Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.    Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)    x 12

12b.  The result is your annual income for this part of the form    12b. $ _____

**13.  Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.    13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _*Jared Scarth*_    X _*V. Scarth*_
**Jared Hunter Scarth**    **Victoria Carol Scarth**
Signature of Debtor 1    Signature of Debtor 2

Date  _4/12/2018_    Date  _4/12/2018_
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    **page 2**

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**  Jared Hunter Scarth

**Debtor 2**  Victoria Carol Scarth
(Spouse, if filing)

United States Bankruptcy Court for the:  Central District of California

**Case number**
(if known)

- ☑ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Official Form 122A-1                     Chapter 7 Statement of Your Current Monthly Income                     **page 1**

| Debtor 1 | **Jared Hunter Scarth** | | | |
|---|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | | Case number *(if known)* | |

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **8.** | **Unemployment compensation** | $ | $ |
|  | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
|  | For you .................................................. $ | | |
|  | For your spouse ..................................... $ | | |
| **9.** | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ | $ |
| **10.** | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
|  | _____ | $ | $ |
|  | _____ | $ | $ |
|  | Total amounts from separate pages, if any. | + $ | $ |
| **11.** | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ | + $ = $ **Total current monthly income** |

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......... Copy line 11 here=>    $ _____

     Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form    12b.  $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.    13.  $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *Jared Scarth*                              X *Scarth*
**Jared Hunter Scarth**                       **Victoria Carol Scarth**
Signature of Debtor 1                         Signature of Debtor 2

Date    4/12/2018                             Date    4/12/2018
        MM / DD / YYYY                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

| | |
|---|---|
| Debtor 1 | Jared Hunter Scarth |
| Debtor 2 (Spouse, if filing) | Victoria Carol Scarth |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the column.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.
Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ _____ | |
| Ordinary and necessary operating expenses | -$ _____ | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ _____ | |
| Ordinary and necessary operating expenses | -$ _____ | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

7. **Interest, dividends, and royalties** _____ $ _____ | $ _____

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | Case number (if known) | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................... $ _____

For your spouse .............................. $ _____

Column A: $ _____  Column B: $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

Column A: $ _____  Column B: $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  $ _____   $ _____

_____  $ _____   $ _____

Total amounts from separate pages, if any.    + $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

Total current monthly income

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.     Copy line 11 here=>   $ _____

Multiply by 12 (the number of months in a year)     x 12

12b. The result is your annual income for this part of the form     12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  _____

Fill in the number of people in your household.  _____

Fill in the median family income for your state and size of household.     13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *Jared Scam*    X *V. Scarth*

Jared Hunter Scarth    Victoria Carol Scarth
Signature of Debtor 1    Signature of Debtor 2

Date 4/12/2018    Date 4/12/2018
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    **page 2**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Exhibit 9    Page 107 of 152

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jared Hunter Scarth |
| Debtor 2<br>(Spouse, if filing) | Victoria Carol Scarth |
| United States Bankruptcy Court for the: | Central District of California |
| Case number<br>(if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☐ Married and your spouse is NOT filing with you. You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | | |
| Ordinary and necessary operating expenses | –$ _____ | | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | | |
| Ordinary and necessary operating expenses | –$ _____ | | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Debtor 1 **Jared Hunter Scarth**
Debtor 2 **Victoria Carol Scarth**                              Case number *(if known)* _____

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $ _____ | $ _____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you $ _____ | | |
| For your spouse $ _____ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ | $ _____ |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____
Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.        Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)                              x 12

12b. The result is your annual income for this part of the form.        12b.    $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                    _____

Fill in the number of people in your household.        _____

Fill in the median family income for your state and size of household.        13.    $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *Jared Scath*                              X *Scarth*
**Jared Hunter Scarth**                          **Victoria Carol Scarth**
Signature of Debtor 1                          Signature of Debtor 2

Date 4/12/2018                              Date 4/12/2018
MM / DD / YYYY                              MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Gary S. Saunders SBN 144385**<br>**1891 California Ave., Suite 102**<br>**Corona, CA 92881**<br>951) 272-9114 Fax: 951) 270-5250<br>California State Bar Number: 144385 CA<br>gary@saunderslawoffice.com | FOR COURT USE ONLY |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Jared Hunter Scarth**<br>**Victoria Carol Scarth**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 4/12/18

Signature of Debtor 1

Date: 4/12/18

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 4/13/18

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Exhibit 9                          Page 110 of 152

Jared Hunter Scarth
31222 Mangrove Dr.
Temecula, CA 92592


Victoria Carol Scarth
31222 Mangrove Dr.
Temecula, CA 92592


Gary S. Saunders SBN
SAUNDERS LAW GROUP, LTD
1891 California Ave., Suite 102
Corona, CA 92881


Accurate Communications
P.O. Box 772197
Memphis, TN 38177


Adam Puentes
41690 Wild Iris
Ave, #2
Murrieta, CA 92562


Alaska Usa Fcu
4000 Credit Union Dr
Anchorage, AK 99503


Alisa Givens
31724 Loma Linda
Temecula, CA 92592


Allied Interstate/United Healthcare
2290 Agate Court, Unit A1
Simi Valley, CA 93065

Exhibit 9                                    Page 111 of 152

ALS Group LLC
P.O. Box 8527
Mandeville, LA 70470


American Bullnose of California
1049 S. Melrose Street, Unit G
Placentia, CA 92870


Anthem Blue Cross
PO Box 70000
Van Nuys, CA 91470


Bank of America
P.O. Box 15284
Wilmington, DE 19850


Basic Backflow
3424 N. Del Rosa Ave
San Bernardino, CA 92404


Bay Alarm
5130 Commercial Circle
Concord, CA 94520


Best Buy
P.O. Box 78009
Phoenix, AZ 85062


Beverley Radiology
PO Bix 240086
Los Angeles, CA 90024

Exhibit 9                          Page 112 of 152

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


California Department of Tax & Fee
3737 Main Street, Suite 1000
Riverside, CA 92501


California Sub Meters
10095 Scripps Ranch Court, Suite A
San Diego, CA 92131


California TS
42225 Remington Ave, Unit A2
Temecula, CA 92590


Canon Financial Services, Inc
158 Gaithey Drive, Suite 200
Mount Laurel, NJ 08054


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Carpet Solutions
17100 Margay Ave
Carson, CA 90746


Cashcall Inc
Attn: Bankruptcy
Po Box 66007
Anaheim, CA 92816

Exhibit 9                                    Page 113 of 152

```
Chase
P.O. Box 901076
Fort Worth, TX 76101


Chase Auto Finance
National Bankruptcy Dept
201 N Central Ave Ms Az1-1191
Phoenix, AZ 85004


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Childrens Primary Care
3880 Murphy Canyon Rd, Suite 200
San Diego, CA 92123


Citi
P.O. Box 6004
Sioux Falls, SD 57117


Citibank North America
Citibank Corp/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179


Coast Assesment Service Company
12755 Brookhurst Street, Sute 101
Garden Grove, CA 92842
```

Exhibit 9                                    Page 114 of 152

Coconut Mallony Marina & Resort
P.O. Box 78843
Phoenix, AZ 85062


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Capital/mprc
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218


County of Riverside Treasurer
4080 Lemon Street
Riverside, CA 92501


CR&R
P.O. Box 7183
Pasadena, CA 91109


Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193


CSS
P.O. Box 55126
Boston, MA 02205


De Soto Sales, Inc
20945 Osborne Street
Canoga Park, CA 91304

Exhibit 9                              Page 115 of 152

Delores Rippey
22486 Lighthouse Drive
Sun City, CA 92587


Delta Dental Ins Company
P.O. Box 1803
Alpharetta, GA 30023


Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773


Direct Tv
P.O. Box 105261
Atlanta, GA 30348


Disney Movie Club
P.O. Box 8023
Menasha, WI 54952


Disney Rewards Visa/Chase
P.O. Box 94014
Palatine, IL 60094


Door Saver
42095 Zevo Dr #11
Temecula, CA 92590


ECC Cabinets
4015 Industrial Ave
Hemet, CA 92545

Exhibit 9                                Page 116 of 152

Edison
P.O. Box 300
Rosemead, CA 91772


Edison
P.O. Box 600
Rosemead, CA 91771


EGS Financial Care, Inc.
PO Box 1020, Dept 806
Horsham, PA 19044


El & El Wood Products
6011 Schaefer
Chino, CA 91710


Ellie Martin
29739 Avenuda De Calazada
Temecula, CA 92592


Elliott Mihry/California T's Screen
42225 Remington Ave, A2
Temecula, CA 92590


Employee Development Department
P.O. Box 19009
San Bernardino, CA 92423


Emser Tile
8431 Santa Monica Blvd
West Hollywood, CA 90069

Exhibit 9                              Page 117 of 152

Engineered Floors LLC
3510 Corporate Dr
Dalton, GA 30721


Equiant Financial Svcs
5401 N Pima Rd Ste 150
Scottsdale, AZ 85250


Excellence in Window Cleaing
P.O. Box 462373
Escondido, CA 92046


Fabian Loera
26006 Jan Valerie Road
Murrieta, CA 92562


Fabozzi T Miller, Apc
41911 FIfth Street, Suite 200
Temecula, CA 92590


Fastrak / OCTA Linebarger
P.O. Box 845879
Los Angeles, CA 90084


Forward Financing
36 Brumfield Street Suite 210-212
Boston, MA 02108


Fox Capital Group, Inc
140 Broadway 46th Floor
New York, NY 10005

Exhibit 9                                    Page 118 of 152

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Futa
P.O. Box 37940
Hartford, CT 06176


FXI Collection Agency
PO Box 162
Clifton Heights, PA 19018


Galleher Corporation
9303 Greenleaf Avenue
Santa Fe Springs, CA 90670


Gerbey Life Insurance
P.O. Box 79141
Phoenix, AZ 85062


Gilardo Flores
28693 Old Town Front Street
Temecula, CA 92590


Happy Rock Merchant Solutions, LLC
149 W. 36th St.
New York, NY 10018


Harris & Harris
111 W Jackson Blvd
Suite 400
Chicago, IL 60604

Exhibit 9                                    Page 119 of 152

Hayley Mohn
32153 Corte Carmona
Temecula, CA 92592


Hemar Rousso + Heald, LLP
15910 Ventura Boulevard
Encino, CA 91436


Highlights Which Way USA
PO Box 80005
Prescott, AZ 86304


Innovatice Document Solutions
26855 Jefferson Ave, #E
Murrieta, CA 92562


Internal Revenue Service
Po Box 7125
San Francisco, CA 94120


Jack Drvet, MD Inc
P.O Box 893590
Temecula, CA 92589


Jack T. Ferguson CPA Inc
31569 Canyon Estates Dr, Suite 112
Lake Elsinore, CA 92532


Judith Campell
35790 Crest Meadow Drive
Wildomar, CA 92595

Exhibit 9                                          Page 120 of 152

Justin Fridell
1212 Corte Cielo
San Marcos, CA 92069


Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201


Liberty Mutual
P.O. Box 85834
San Diego, CA 92186


LifeCare Solutions
PO Box 13150
Overland Park, KS 66282


Log Floors
16025 Phoenix Drive
Hacienda Heights, CA 91745


M & T Bank
Po Box 844
Buffalo, NY 14240


M&T Bank
P.O. Box 619063
Dallas, TX 75261


MCA Recovery LLC
17 State Street, Suite 4000
New York, NY 10004

Exhibit 9                                    Page 121 of 152

Meadows Dental Group
PO Box 19723
Irvine, CA 92623


Michael Holland
31222 Mangrove Dr
Temecula, CA 92592


Michael L. Klein
900 Pier View Way, P.O. Box 299
Oceanside, CA 92049


Millans Landscape
12130 Margis Street
Corona, CA 92883


Minuteclinic Diagnostic Medical Gro
P.O. Box 14000 Attn 8449E
Belfast, ME 04915


Mohawk Carpet Distribution Inc
160 S. Industrial Blvd
Calhoun, GA 30701


Molecular
1475 S. Tyrell Lane
Boise, ID 83706


Moleculvar
1475 S. Tyrell Lane
Boise, ID 83706

Exhibit 9                                    Page 122 of 152

New Way
7485 Ronson Road
San Diego, CA 92111


Nicole Schier
40496 Celle Madlosa
Temecula, CA 92591


Nicole Tillison
30159 Heritage Street
Murrieta, CA 92563


North Coast Imaging Radiology Medic
PO Box 2427
Indianapolis, IN 46206


North Jefferson Park Fey Assoc.
PO Box 60515
Los Angeles, CA 90060


Oasis MP Lifestyle Healthcare
P.O. Box 19000
Belfast, ME 04915


OB Hospitalist Group California
P.O. Box 6127
Greenville, SC 29606


Orkin
12710 Magnolia Ave
Riverside, CA 92503

Exhibit 9                                    Page 123 of 152

Pacific Life
16745 W. Bernardo Dr
San Diego, CA 92127


Pacific Premier Bank
17901 Von Karman 12th Floor
Irvine, CA 92614


Padco Carpet Cushion Inc
1683 Sierra Madre Circle
Placentia, CA 92870


PayPal Credit
PO Box 5138
Lutherville Timonium, MD 21094


Payroll Taxes
P.O Box 37941
Hartford, CT 06176


Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Plaza Bank
18200 Von Karman Ave
#500
Irvine, CA 92612


Portfolio Recovery Associates
P.O. box 12914
Norfolk, VA 23541

Exhibit 9                                    Page 124 of 152

Progressive Management Systems
1521 W Cameron Ave
First Floor
West Covina, CA 91790


Progressive Management Systems
1521 West Cameron Ave
West Covina, CA 91793


Prominence Capital Partners, LLC
974 Sandstone Ave
Glendora, CA 91740


Prudhomme Associates CPA's
43460 Ridge Park Drive
Temecula, CA 92590


Quest Diagnostics
PO Box 740987
Cincinnati, OH 45274


Rady Children Hospital
3020 Childrens Way
San Diego, CA 92123


Rancho California Water District
PO Box 9017
Temecula, CA 92589


Rancho Family Medical Group
P.O. Box 14000 Attn: 15677X
Belfast, ME 04915

Exhibit 9                                    Page 125 of 152

Republic Florring
2250 Yates Ave
Los Angeles, CA 90040


Richard J. Pagnotta
6913 New Utrecht Avenue
Brooklyn, NY 11228


Richard Robieau
3752 Mountain Gate Drive
Corona, CA 92882


Riverside Superior Court
30755 D. Auld Rd
Murrieta, CA 92563


Riverside Superior Court
30755-D Auld Rd, Suite 1226
Murrieta, CA 92563


Robert McDaniel
P.O. Box 55126
Boston, MA 02205


Safeco Insurance
11650 S. State Street, Suite 103
Draper, UT 84020


Sean Anderson
83 Camino Del Oro
Rancho Santa Margarita, CA 92688

Exhibit 9                                    Page 126 of 152

Shaw Industries
P.O. Box 2128
Dalton, GA 30722


Sizbo Addociates, Inc
3355 Lenox Road NF Suite
945
Atlanta, GA 30326


SLCC Flooring
13668 Valley Blvd, Unit B
La Puente, CA 91746


Southwest Healthcare System
PO Box 31001-0827
Pasadena, CA 91110


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


Sparldehs
P.O. Box 660579
Dallas, TX 75266


State Payroll Taxes EDD
P.O. Box 989071
Sacramento, CA 94230


Strachota Insurance Agency
27710 Jefferson Ave Ste 100
Temecula, CA 92590

Exhibit 9                                    Page 127 of 152

Suburban Propane
P.O. Box 371874
Pittsburgh, PA 15250

Syncb/Toys "R" Us
Po Box 965064
Orlando, FL 32896

Synchory Bank/Walmart
P.O. Box 965033
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Tecson Building Products
425 S. 6th Ave
La Puente, CA 91746

Temecula Pain Management
P.O. Box 893520
Temecula, CA 92589

Exhibit 9                                                    Page 128 of 152

Temecula Valley Emergency Phys
PO Box 4419
Woodland Hills, CA 91365


Temecula Valley Hospital
P.O. Box 31001-0827
Pasadena, CA 91110


The  Turoci Firm Inc
3845 10th Street
Riverside, CA 92501


The Childrens Place
P.O. Box 659820
San Antonio, TX 78265


The Drapey Shop
2253 S. Santa Fe Avenue
Vista, CA 92083


Tim Strom
30911 Medinah Way
Temecula, CA 92592


Timewarner Cable Media Llc
P.O. Box 101366
Pasadena, CA 91189


Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV  PO Box 9475
Minneapolis, MN 55440

Exhibit 9                                    Page 129 of 152

Tom Duffy Company
5200 Watt Court, Suite B
Fairfield, CA 94534


Travelers Paychex Insurance Agency,
150 Sawglass Drive
Rochester, NY 14620


U.S. Bank
P.O. Box 108
Saint Louis, MO 63166


United Healthcare
PO Box 6044
Cypress, CA 90630


Verizon
P.O. Box 4005
Acworth, GA 30101


Verizon Wireless
PO Box 920041
Dallas, TX 75392


Via Innocation
32543 Bergamo Ct
Temecula, CA 92592


Wells Fargo
P.O. Box 29779
Phoenix, AZ 85038

Exhibit 9                                    Page 130 of 152

Wells Fargo
P.O Box 29482
Phoenix, AZ 85038


Wells Fargo Bank
PO Box 5058
Portland, OR 97208


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


Yellow Stone
160 Pearl Street
New York, NY 10005

Exhibit 9                                              Page 131 of 152

Jared Hunter Scarth
31222 Mangrove Dr.
Temecula, CA 92592


Victoria Carol Scarth
31222 Mangrove Dr.
Temecula, CA 92592


Gary S. Saunders SBN
SAUNDERS LAW GROUP, LTD
1891 California Ave., Suite 102
Corona, CA 92881


Accurate Communications
P.O. Box 772197
Memphis, TN 38177


Adam Puentes
41690 Wild Iris
Ave, #2
Murrieta, CA 92562


Alaska Usa Fcu
4000 Credit Union Dr
Anchorage, AK 99503


Alisa Givens
31724 Loma Linda
Temecula, CA 92592


Allied Interstate/United Healthcare
2290 Agate Court, Unit A1
Simi Valley, CA 93065

Exhibit 9                    Page 132 of 152

ALS Group LLC
P.O. Box 8527
Mandeville, LA 70470


American Bullnose of California
1049 S. Melrose Street, Unit G
Placentia, CA 92870


Anthem Blue Cross
PO Box 70000
Van Nuys, CA 91470


Bank of America
P.O. Box 15284
Wilmington, DE 19850


Basic Backflow
3424 N. Del Rosa Ave
San Bernardino, CA 92404


Bay Alarm
5130 Commercial Circle
Concord, CA 94520


Best Buy
P.O. Box 78009
Phoenix, AZ 85062


Beverley Radiology
PO Bix 240086
Los Angeles, CA 90024

Exhibit 9                                      Page 133 of 152

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


California Department of Tax & Fee
3737 Main Street, Suite 1000
Riverside, CA 92501


California Sub Meters
10095 Scripps Ranch Court, Suite A
San Diego, CA 92131


California TS
42225 Remington Ave, Unit A2
Temecula, CA 92590


Canon Financial Services, Inc
158 Gaithey Drive, Suite 200
Mount Laurel, NJ 08054


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Carpet Solutions
17100 Margay Ave
Carson, CA 90746


Cashcall Inc
Attn: Bankruptcy
Po Box 66007
Anaheim, CA 92816

Exhibit 9                                              Page 134 of 152

Chase
P.O. Box 901076
Fort Worth, TX 76101

Chase Auto Finance
National Bankruptcy Dept
201 N Central Ave Ms Az1-1191
Phoenix, AZ 85004

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Childrens Primary Care
3880 Murphy Canyon Rd, Suite 200
San Diego, CA 92123

Citi
P.O. Box 6004
Sioux Falls, SD 57117

Citibank North America
Citibank Corp/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179

Coast Assesment Service Company
12755 Brookhurst Street, Sute 101
Garden Grove, CA 92842

Exhibit 9                    Page 135 of 152

Coconut Mallony Marina & Resort
P.O. Box 78843
Phoenix, AZ 85062


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Capital/mprc
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218


County of Riverside Treasurer
4080 Lemon Street
Riverside, CA 92501


CR&R
P.O. Box 7183
Pasadena, CA 91109


Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193


CSS
P.O. Box 55126
Boston, MA 02205


De Soto Sales, Inc
20945 Osborne Street
Canoga Park, CA 91304

Exhibit 9                                    Page 136 of 152

Delores Rippey
22486 Lighthouse Drive
Sun City, CA 92587


Delta Dental Ins Company
P.O. Box 1803
Alpharetta, GA 30023


Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773


Direct Tv
P.O. Box 105261
Atlanta, GA 30348


Disney Movie Club
P.O. Box 8023
Menasha, WI 54952


Disney Rewards Visa/Chase
P.O. Box 94014
Palatine, IL 60094


Door Saver
42095 Zevo Dr #11
Temecula, CA 92590


ECC Cabinets
4015 Industrial Ave
Hemet, CA 92545

Exhibit 9                                    Page 137 of 152

```
Edison
P.O. Box 300
Rosemead, CA 91772


Edison
P.O. Box 600
Rosemead, CA 91771


EGS Financial Care, Inc.
PO Box 1020, Dept 806
Horsham, PA 19044


El & El Wood Products
6011 Schaefer
Chino, CA 91710


Ellie Martin
29739 Avenuda De Calazada
Temecula, CA 92592


Elliott Mihry/California T's Screen
42225 Remington Ave, A2
Temecula, CA 92590


Employee Development Department
P.O. Box 19009
San Bernardino, CA 92423


Emser Tile
8431 Santa Monica Blvd
West Hollywood, CA 90069
```

Exhibit 9                                    Page 138 of 152

Engineered Floors LLC
3510 Corporate Dr
Dalton, GA 30721


Equiant Financial Svcs
5401 N Pima Rd Ste 150
Scottsdale, AZ 85250


Excellence in Window Cleaing
P.O. Box 462373
Escondido, CA 92046


Fabian Loera
26006 Jan Valerie Road
Murrieta, CA 92562


Fabozzi T Miller, Apc
41911 FIfth Street, Suite 200
Temecula, CA 92590


Fastrak / OCTA Linebarger
P.O. Box 845879
Los Angeles, CA 90084


Forward Financing
36 Brumfield Street Suite 210-212
Boston, MA 02108


Fox Capital Group, Inc
140 Broadway 46th Floor
New York, NY 10005

Exhibit 9                    Page 139 of 152

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Futa
P.O. Box 37940
Hartford, CT 06176


FXI Collection Agency
PO Box 162
Clifton Heights, PA 19018


Galleher Corporation
9303 Greenleaf Avenue
Santa Fe Springs, CA 90670


Gerbey Life Insurance
P.O. Box 79141
Phoenix, AZ 85062


Gilardo Flores
28693 Old Town Front Street
Temecula, CA 92590


Happy Rock Merchant Solutions, LLC
149 W. 36th St.
New York, NY 10018


Harris & Harris
111 W Jackson Blvd
Suite 400
Chicago, IL 60604

Exhibit 9                                    Page 140 of 152

Hayley Mohn
32153 Corte Carmona
Temecula, CA 92592


Hemar Rousso + Heald, LLP
15910 Ventura Boulevard
Encino, CA 91436


Highlights Which Way USA
PO Box 80005
Prescott, AZ 86304


Innovatice Document Solutions
26855 Jefferson Ave, #E
Murrieta, CA 92562


Internal Revenue Service
Po Box 7125
San Francisco, CA 94120


Jack Drvet, MD Inc
P.O Box 893590
Temecula, CA 92589


Jack T. Ferguson CPA Inc
31569 Canyon Estates Dr, Suite 112
Lake Elsinore, CA 92532


Judith Campell
35790 Crest Meadow Drive
Wildomar, CA 92595

Exhibit 9                          Page 141 of 152

Justin Fridell
1212 Corte Cielo
San Marcos, CA 92069


Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201


Liberty Mutual
P.O. Box 85834
San Diego, CA 92186


LifeCare Solutions
PO Box 13150
Overland Park, KS 66282


Log Floors
16025 Phoenix Drive
Hacienda Heights, CA 91745


M & T Bank
Po Box 844
Buffalo, NY 14240


M&T Bank
P.O. Box 619063
Dallas, TX 75261


MCA Recovery LLC
17 State Street, Suite 4000
New York, NY 10004

Exhibit 9                                    Page 142 of 152

Meadows Dental Group
PO Box 19723
Irvine, CA 92623


Michael Holland
31222 Mangrove Dr
Temecula, CA 92592


Michael L. Klein
900 Pier View Way, P.O. Box 299
Oceanside, CA 92049


Millans Landscape
12130 Margis Street
Corona, CA 92883


Minuteclinic Diagnostic Medical Gro
P.O. Box 14000 Attn 8449E
Belfast, ME 04915


Mohawk Carpet Distribution Inc
160 S. Industrial Blvd
Calhoun, GA 30701


Molecular
1475 S. Tyrell Lane
Boise, ID 83706


Moleculvar
1475 S. Tyrell Lane
Boise, ID 83706

Exhibit 9                                Page 143 of 152

New Way
7485 Ronson Road
San Diego, CA 92111


Nicole Schier
40496 Celle Madlosa
Temecula, CA 92591


Nicole Tillison
30159 Heritage Street
Murrieta, CA 92563


North Coast Imaging Radiology Medic
PO Box 2427
Indianapolis, IN 46206


North Jefferson Park Fey Assoc.
PO Box 60515
Los Angeles, CA 90060


Oasis MP Lifestyle Healthcare
P.O. Box 19000
Belfast, ME 04915


OB Hospitalist Group California
P.O. Box 6127
Greenville, SC 29606


Orkin
12710 Magnolia Ave
Riverside, CA 92503

Exhibit 9                                    Page 144 of 152

Pacific Life
16745 W. Bernardo Dr
San Diego, CA 92127


Pacific Premier Bank
17901 Von Karman 12th Floor
Irvine, CA 92614


Padco Carpet Cushion Inc
1683 Sierra Madre Circle
Placentia, CA 92870


PayPal Credit
PO Box 5138
Lutherville Timonium, MD 21094


Payroll Taxes
P.O Box 37941
Hartford, CT 06176


Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Plaza Bank
18200 Von Karman Ave
#500
Irvine, CA 92612


Portfolio Recovery Associates
P.O. box 12914
Norfolk, VA 23541

Exhibit 9                                    Page 145 of 152

Progressive Management Systems
1521 W Cameron Ave
First Floor
West Covina, CA 91790


Progressive Management Systems
1521 West Cameron Ave
West Covina, CA 91793


Prominence Capital Partners, LLC
974 Sandstone Ave
Glendora, CA 91740


Prudhomme Associates CPA's
43460 Ridge Park Drive
Temecula, CA 92590


Quest Diagnostics
PO Box 740987
Cincinnati, OH 45274


Rady Children Hospital
3020 Childrens Way
San Diego, CA 92123


Rancho California Water District
PO Box 9017
Temecula, CA 92589


Rancho Family Medical Group
P.O. Box 14000 Attn: 15677X
Belfast, ME 04915

Exhibit 9                                          Page 146 of 152

Republic Florring
2250 Yates Ave
Los Angeles, CA 90040


Richard J. Pagnotta
6913 New Utrecht Avenue
Brooklyn, NY 11228


Richard Robieau
3752 Mountain Gate Drive
Corona, CA 92882


Riverside Superior Court
30755 D. Auld Rd
Murrieta, CA 92563


Riverside Superior Court
30755-D Auld Rd, Suite 1226
Murrieta, CA 92563


Robert McDaniel
P.O. Box 55126
Boston, MA 02205


Safeco Insurance
11650 S. State Street, Suite 103
Draper, UT 84020


Sean Anderson
83 Camino Del Oro
Rancho Santa Margarita, CA 92688

Exhibit 9    Page 147 of 152

Shaw Industries
P.O. Box 2128
Dalton, GA 30722


Sizbo Addociates, Inc
3355 Lenox Road NF Suite
945
Atlanta, GA 30326


SLCC Flooring
13668 Valley Blvd, Unit B
La Puente, CA 91746


Southwest Healthcare System
PO Box 31001-0827
Pasadena, CA 91110


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


Sparldehs
P.O. Box 660579
Dallas, TX 75266


State Payroll Taxes EDD
P.O. Box 989071
Sacramento, CA 94230


Strachota Insurance Agency
27710 Jefferson Ave Ste 100
Temecula, CA 92590

Exhibit 9                                                    Page 148 of 152

Suburban Propane
P.O. Box 371874
Pittsburgh, PA 15250


Syncb/Toys "R" Us
Po Box 965064
Orlando, FL 32896


Synchory Bank/Walmart
P.O. Box 965033
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Tecson Building Products
425 S. 6th Ave
La Puente, CA 91746


Temecula Pain Management
P.O. Box 893520
Temecula, CA 92589

Exhibit 9                                        Page 149 of 152

Temecula Valley Emergency Phys
PO Box 4419
Woodland Hills, CA 91365


Temecula Valley Hospital
P.O. Box 31001-0827
Pasadena, CA 91110


The  Turoci Firm Inc
3845 10th Street
Riverside, CA 92501


The Childrens Place
P.O. Box 659820
San Antonio, TX 78265


The Drapey Shop
2253 S. Santa Fe Avenue
Vista, CA 92083


Tim Strom
30911 Medinah Way
Temecula, CA 92592


Timewarner Cable Media Llc
P.O. Box 101366
Pasadena, CA 91189


Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV  PO Box 9475
Minneapolis, MN 55440

Exhibit 9                                    Page 150 of 152

Tom Duffy Company
5200 Watt Court, Suite B
Fairfield, CA 94534


Travelers Paychex Insurance Agency,
150 Sawglass Drive
Rochester, NY 14620


U.S. Bank
P.O. Box 108
Saint Louis, MO 63166


United Healthcare
PO Box 6044
Cypress, CA 90630


Verizon
P.O. Box 4005
Acworth, GA 30101


Verizon Wireless
PO Box 920041
Dallas, TX 75392


Via Innocation
32543 Bergamo Ct
Temecula, CA 92592


Wells Fargo
P.O. Box 29779
Phoenix, AZ 85038

Exhibit 9                                      Page 151 of 152

```
Wells Fargo
P.O Box 29482
Phoenix, AZ 85038


Wells Fargo Bank
PO Box 5058
Portland, OR 97208


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


Yellow Stone
160 Pearl Street
New York, NY 10005
```

Exhibit 9                                    Page 152 of 152

# EXHIBIT 10

# EXHIBIT 10

DOC #2022-0496064
3/18/2022 03:52 PM Fees: $111.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By:
First American Title Insurance Company

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: KAREN #277

When Recorded Mail To:
**First American Title Insurance Company**
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**

APN:                961-430-054
Property Address:   31222 MANGROVE
DRIVE

                    TEMECULA, CA
                    92592

TS No. :    CA2200287323
TSG No. :   8774639

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

<u>ATTENTION RECORDER:</u> THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY

- NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
  注：本文件包含一个信息摘要
  참고사항: 본 첨부 문서에 정보 요약서가 있습니다
  NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
  TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
  LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**Pursuant to California Civil Code Section 2924c(b)(1) please be advised of the following:**

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account into good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $    48,408.87 as of **11/18/2022**, and will increase until your account becomes current.

Exhibit 10                                        Page 1 of 5

TS No.:          CA2200287323      TSG No. :   8774639

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2);

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**PROMINENCE CAPITAL PARTNERS**
c/o First American Title Insurance Company
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**
**866-429-5179**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Exhibit 10                                    Page 2 of 5

TS No.:          CA2200287323          TSG No. :   8774639

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That First American Title Insurance Company is either the original trustee, the duly appointed substitute trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **10/02/2017**, executed by:

**JARED H SCARTH, AN INDIVIDUAL,**

as Trustor(s) to secure certain obligations in favor of **PROMINENCE CAPITAL PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** as Beneficiary, recorded **10/05/2017**, (as Instrument No.) 2017-0413611, (in Book) , (Page) of Official Records in the Office of the Recorder of **RIVERSIDE COUNTY, CALIFORNIA** describing land therein as:
**AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST**

said obligations including ONE NOTE FOR THE ORIGINAL sum of $  17,250.00.

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

THE UNPAID PRINCIPAL BALANCE OF 41,675.00 PLUS ACCRUED INTEREST AT 15.00% WHICH BECAME ALL DUE AND PAYABLE ON 2/2/2018, PLUS SUBSEQUENT DELINQUENCIES; ANY ADVANCES MADE BY THE BENEFICIARY PLUS INTEREST THEREON FROM THE DATES MADE; ATTORNEYS' FEES PLUS INTEREST, PLUS SUBSEQUENT ATTORNEYS' FEES WHICH MAY BECOME DUE AND PAYABLE; PLUS SUBSEQUENT TRUSTEE'S FEES AND EXPENSES WHICH MAY BECOME DUE AND PAYABLE. NOTHING IN THIS NOTICE OF DEFAULT SHOULD BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE TERMS OF THE SUBJECT LOAN DOCUMENTS.

Exhibit 10                                    Page 3 of 5

TS No.:       CA2200287323        TSG No. :   8774639

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

That by reason thereof, the present beneficiary under such deed of trust, or its agent, has delivered to said duly appointed Trustee, a written request to commence foreclosure,  and has deposited with said duly appointed Trustee, a copy of the deed of trust and other documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 11/10/2022

First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving TX 75063

By: _____
(Signature)

Name: _____

Title: _____
Tammy Rossum
Authorized Signatory

First American Title Insurance Company MAY   BE   ACTING   AS   A   DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

See Attached Declaration

Exhibit 10                                                                Page 4 of 5

## CALIFORNIA CONTACT OR DUE-DILIGENCE DECLARATION
### CIV. CODE § 2923.5(b)

Borrower(s):        JARED H SCARTH
TS Number:        CA2200287323
Property Address:    31222 MANGROVE DRIVE
                     TEMECULA, CA 92592

The undersigned mortgage servicer representative declares as follows:

I am employed by the undersigned mortgage servicer, and I have reviewed its business records for the borrower's loan, including the borrower's loan status and loan information, to substantiate the borrower's present loan default and the right to foreclose. The information set forth herein is accurate, complete and supported by competent and reliable evidence that I have reviewed in the mortgage servicer's business records. The mortgage servicer's business records reflect *one* of the following

1. ☑ The mortgage servicer has contacted the borrower pursuant to Cal. Civil Code §2923.5 (a)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure." Thirty (30) days, or more, have passed since the initial contact was made.

2. ☐ Despite the exercise of due diligence pursuant to Cal. Civil Code §2923.5(e), the mortgage servicer has been unable to contact the borrower "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of §2920.5.

4. ☐ The requirements of Cal. Civil Code §2923.5 do not apply because the borrower, mortgage/deed of trust or real property does not meet the criteria described in Cal. Civil Code §2924.15(a).

5. With respect to Cal. Civil Code §3273.10:

    ☐ The mortgage servicer received a request for a forbearance in connection with COVID-19 from the borrower, and such request was denied. A copy of the written notice is attached; AND forbearance ☐ was or ☐ was not subsequently provided.

I certify that this declaration is accurate, complete and supported by competent and reliable evidence, which the mortgage servicer has reviewed to substantiate that borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Executed on _____April 6_____ 20 22 at ___Glendora___, ___CA___.

Christopher Turoci

By: _____
[NAME OF SIGNER]

ATTACHMENT TO NOTICE OF DEFAULT

Exhibit 10                                                    Page 5 of 5

# EXHIBIT 11

# EXHIBIT 11

Recording Requested By:
**First American Title Insurance Company**

When Recorded Mail To:
**First American Title Insurance Company**
4795 Regent Blvd, Mail Code 1011-F
Irving, TX 75063
866-429-5179

Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

02/14/2023 10:28 AM Fees: $102.00

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MARY #420

TSG No.:          8774639
TS No.:           CA2200287323
APN:              961-430-054
Property Address: **31222 MANGROVE DRIVE**
                  **TEMECULA, CA 92592**

## NOTICE OF TRUSTEE'S SALE

**ATTENTION RECORDER: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS APPLICABLE TO
THE NOTICE PROVIDED TO THE TRUSTOR ONLY**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED **10/02/2017**. UNLESS YOU TAKE ACTION TO PROTECT
YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF
THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 03/14/2023 at 09:00 A.M., First American Title Insurance Company, as duly appointed Trustee under and pursuant to Deed
of Trust recorded **10/05/2017**, as Instrument No. 2017-0413611, in book , page , , of Official Records in the office of the County
Recorder of RIVERSIDE County, State of California. Executed by:

**JARED H SCARTH, AN INDIVIDUAL,**

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or
other form of payment authorized by 2924h(b), (Payable at time of sale in lawful money of the United States) **At the bottom of
the stairway to the building located at 849 W. Sixth Street, Corona, CA 92882**

All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and
State described as: AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST APN# 961-430-054

The street address and other common designation, if any, of the real property described above is purported to be:
**31222 MANGROVE DRIVE, TEMECULA, CA 92592**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any,
shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or
encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided
in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created
by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable
estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $  50,385.28. The beneficiary
under said Deed of Trust has deposited all documents evidencing the obligations secured by the Deed of Trust and has declared all
sums secured thereby immediately due and payable, and has caused a written Notice of Default and Election to Sell to be executed.
The undersigned caused said Notice of Default and Election to Sell to be recorded in the County where the real property is located.

Exhibit 11                                              Page 1 of 2

Trustee Sale No. CA2200287323

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and if applicable, the rescheduled time and date for the sale of this property, you may call (916)939-0772 or visit this internet website
http://search.nationwideposting.com/propertySearchTerms.aspx, using the file number assigned to this case CA2200287323 Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Website. The best way to verify postponement information is to attend the scheduled sale.

NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction if conducted after January 1, 2021, pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (916)939-0772, or visit this internet website
http://search.nationwideposting.com/propertySearchTerms.aspx, using the file number assigned to this case CA2200287323 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid, by remitting the funds and affidavit described in Section 2924m(c) of the Civil Code, so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

*If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.*

Date: 2-13-2023

First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving, TX 75063

First American Title Insurance Company MAY BE
ACTING AS A DEBT COLLECTOR ATTEMPTING TO
COLLECT A DEBT. ANY INFORMATION OBTAINED
MAY BE USED FOR THAT PURPOSE

DeeAnn Gregory
Authorized Signatory

FOR TRUSTEES SALE INFORMATION PLEASE CALL
(916)939-0772

Exhibit 11                                    Page 2 of 2

# EXHIBIT 12

# EXHIBIT 12

FAXED ORIGINAL

1  GARY A SAUNDERS (SBN 144385)
   SAUNDERS & ASSOCIATES, APC
2  4000 MACARTHUR BLVD., STE. 600
   NEWPORT BEACH, CA 92660-2517
3  Telephone: (949) 844-8445
4  Fax: (949) 449-8722
   Email: gary@saundersapc.com
5

6  Attorney for Plaintiff
   JARED H. SCARTH
7

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 13 2023

J. PRENDERGAST

MM1
MAR 15 2023

8               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                 **COUNTY OF RIVERSIDE – CIVIL DIVISION**

10
   JARED H. SCARTH,                        Case No.  CVSW 2301837
11
                      Plaintiff,           **PLAINTIFF's VERIFIED COMPLAINT**
12                                         **FOR:**
13         vs.
                                           1. **BREACH OF CONTRACT**
14 TODD L. TUROCI, CHRISTOPHER J.          2. **SLANDER OF TITLE**
   TUROCI, THE TIROCI FIRM, INC.,          3. **FRAUD (CONCEALMENT &**
15 WESTERN STAR FINANCIAL, INC.,              **MISREPRESENTATION)**
   PROMINENCE CAPITAL PARTERS,             4. **CONSPIRACY**
16 LLC, and DOES 1-100, INCLUSIVE          5. **PROMISSORY ESTOPPEL**
                                           6. **WRONGFUL FORECLOSURE**
17                    Defendants.          7. **VIOLATION OF *BUSINESS &***
18                                            ***PROFESSIONS CODE* SECTION**
                                              **17200**
19                                         8. **BREACH OF FIDUCIARY DUTY /**
20                                            **(VIOLATION OF STATE BAR RULE**
                                              **3-300)**
21
                                           **DEMAND FOR JURY TRIAL**
22

23

24         PLAINTIFF, JISD H. SCARTH (hereinafter referred to as "PLAINTIFF"), by and through

25 his attorney, SAUNDERS & ASSOCIATES, APC, alleges as follows:

26 ///

27 ///

28

Exhibit 12    1    Page 1 of 63

## THE PARTIES

1.      PLAINTIFF is a resident of Temecula, County of Riverside, California. PLAINTIFF reside at 31222 Mangrove Avenue, Temecula, CA 92592 ("Subject Property"). A true and correct copy of the legal description is attached hereto as **Exhibit "A."**

2.      PLAINTIFF is informed and believes and, on that basis, alleges that DEFENDANT, TODD TUROCI (hereinafter referred to as "DEFENDANT TODD") is a resident of Riverside, County of Riverside, California. DEFENDANT TODD is an attorney, duly licensed to practice law in the State of California.

3.      PLAINTIFF is informed and believes, and on that basis, alleges that DEFENDANT, CHRISTOPHER J. TUROCI (hereinafter referred to as "DEFENDANT CHRISTOPHER") is a resident of Glendora, County of Los Angeles, California.

4.      PLAINTIFF is informed and believes, and on that basis alleges, that DEFENDANT THE TUROCI LAW FIRM, INC. (hereinafter referred to as "LAW FIRM") is a corporation organized and existing under the laws of the State of California with its principal place of business in Riverside, County of Riverside, California.  LAW FIRM is owned and operated by its Chief Executive Officer, DEFENDANT TODD.

5.      PLAINTIFF is informed and believes, and on that basis alleges, that DEFENDANT, WESTERN STAR FINANCIAL, INC. (hereinafter referred to as "WESTERN") is a corporation organized and existing under the laws of the State of California with its principal place of business in Riverside, County of Riverside, California.  WESTERN is owned and operated by DEFENDANT TODD.

6.      PLAINTIFF is informed and believe and, on that basis, alleges that DEFENDANT PROMINENCE CAPITAL PARTNERS, LLC (hereinafter referred to as "PROMINENCE") is a limited liability company formed under the laws of the State of California and does business in Glendora, County of Los Angeles, California.  PROMINENCE is owned and operated by

Exhibit 12                2                Page 2 of 63

DEFENDANT CHRISTOPHER.   PROMINENCE is a financial services company that was organized on September 4, 2014.

7.     PLAINTIFF does not know the true names and capacities of defendants sued in this Complaint as Doe 1 through Doe 100, inclusive, and therefore sues these defendants by fictitious names under Section 474 of the *California Code of Civil Procedure*. PLAINTIFF will amend this Complaint to allege the true names and capacities of Doe 1 through Doe 100, inclusive, when ascertained. PLAINTIFF is informed and believe, and on that basis alleges, that each of the defendants named herein as Doe 1 through Doe 100, inclusive, is responsible in some manner for the occurrence, injury, and other damages alleged in this Complaint.

## JURISDICTION AND VENUE

8.     Jurisdiction is proper in the Superior Court of California, County of Riverside, because it has general subject matter jurisdiction and no statutory exceptions to jurisdiction exist.

9.     This Court has personal jurisdiction over DEFENDANTS because they live within the State of California.

10.     Venue is proper in this Court because the subject property is within the County of Riverside, California and Riverside County is the county where the contract at issue was entered into and to be performed.

## FACTUAL ALLEGATIONS

11.     On or about August 30, 2017, DEFENDANT WESTERN allegedly originated a loan to PLAINTIFF JISD H. SCARTH ("Trustor") with a Deed of Trust ("DOT") not provided to our executed by PLAINTIFF in the amount of $20,000.00 for owner-occupied property. The Deed of Trust was recorded in the official records of County of Riverside as Document No. 2017-036027 on or about August 30, 2017. The loan is in second position. The Trustee was listed as THE TUROCI FIRM, INC., a law firm owned by DEFENDANT TODD.   DEFENDANT

Exhibit 12    3                    Page 3 of 63

WESTERN is owned and operated by DEFENDANT TODD. A true and correct copy of the DOT is attached hereto as **Exhibit "B"**.

12.    Upon information and belief, the loan made by WESTERN to PLAINTIFF for $20,000.00 was for the purpose of paying a $20,000.00 legal fee to DEFENDANT TODD for services in filing a Chapter 11 bankruptcy petition for PLAINTIFF which was not successful and eventually dismissed.

13.    Unbeknownst to Trustor, on or about October 2, 2017, DEFENDANT PROMINENCE allegedly secured a loan by a lien on Trustor's property which was memorialized with a Deed of Trust ("DOT") in the amount of $17,250.00 for the owner-occupied property. The Deed of Trust was recorded in the official records of County of Riverside as Document No. 2017-0413611 on or about October 5, 2017. The loan is in third position. The Trustee and Beneficiary was listed as PROMINENCE, a company owned by DEFENDANT CHRISTOPHER, brother of DEFENDANT TODD. A true and correct copy of the DOT is attached hereto as **Exhibit "C"**.

14.    On or about July 9, 2020, DEFENDANT PROMINENCE caused to be recorded a Notice of Default ("NOD") as Document No. 2020-0299549 in the Official Records of the Riverside County Recorder's Office. The NOD asserted a default by PLAINTIFF on the loan with an original amount of $17,250.00 made by DEFENDANT PROMINENCE to PLAINTIFF TRUSTOR, with a demand of $30,560.01 as of July 1, 2020. A true and correct copy of the NOD is attached hereto as **Exhibit "D"**.

15.    On or about August 5, 2021, FIRST AMERICAN TITLE INSURANCE COMPANY recorded a Recission of Notice of Default and Election to Sell Under Deed of Trust of the Deed of Trust dated October 2, 2017 which was not executed by PLAINTIFF for the $17,250.00 loan. The Recission was recorded in the official records of County of Riverside as Document No. 2021-0467602. A true and correct copy of the Recission is attached hereto as **Exhibit "E."**

Exhibit 12    4    Page 4 of 63

16.     On or about July 9, 2020, DEFENDANT PROMINENCE caused to be recorded a Notice of Default ("NOD") as Document No. 2020-0299549 in the Official Records of the Riverside County Recorder's Office. The NOD asserted a default by PLAINTIFF on the loan with an original amount of $17,250.00 made by DEFENDANT PROMINENCE to PLAINITIFF with a demand of $48,408.87 as of November 18, 2022. A true and copy of the NOD is attached hereto as **Exhibit "F."**

17.     On or about February 14, 2023, FIRST AMERICAN TITLE INSURANCE COMPANY recorded a Notice of Trustee's Sale in the Official Records of the Recorder of Riverside County as Document No. 2023-0041181 on the Deed of Trust recorded October 5, 2017 in the Official Records of the Recorder of Riverside County as Document No. 2017-0413611 with the original amount of $17,250.00. At the time of publication, the amount demanded was $50,385.28. The Subject Property is now scheduled for sale on March 14, 2023. A true and copy of the Notice of Sale is attached hereto as **Exhibit "G."**

18.     This Action is brought after attempts by PLAINTIFF to resolve the issues with DEFENDANTS regarding both illegal loans. Plaintiff is facing foreclosure on a loan where there was no executed agreement with the party to be charged, namely PLAINTIFF.    Further PLAINTIFF was not given any disclosure necessary for loans in California, such as:

        a.   Promissory Note

        b.   Loan Agreement

        c.   Loan Application

        d.   Executed 1003 Application

        e.   HUD, RESPA, & TILA

        f.   Amortization Schedule

        g.   Appraisal

        h.   Escrow Documents

Exhibit 12    5                                    Page 5 of 63

i.   Escrow Final Accounting

j.   Receipts for any payments

### FIRST CAUSE OF ACTION

### (BREACH OF CONTRACT)

**(By PLAINTIFF Against DEFENDANT PROMINENCE)**

19.   PLAINTIFF incorporates by reference each and all of the allegations contained in Paragraphs 1 through 18, above, as if fully set forth herein.

20.   On October 2, 2017, PLAINTIFF and Defendant PROMINENCE alleges they entered into a valid, enforceable, and binding written contract, where Defendant PROMINENCE recorded a Deed of Trust, a copy of which is attached hereto as **Exhibit "C"**, and which is made a part hereof and incorporated herein by reference.   No written agreement for this loan was executed by PLAINTIFF.

21.   On or about October 2, 2017, DEFENDANT PROMINENCE alleges they originated a loan to Trustor which was memorialized with a Deed of Trust ("DOT") in the amount of $17,250.00 for the owner-occupied property.  No written agreement for this loan was executed by PLAINTIFF.

22.   The Deed of Trust was recorded in the official records of County of Riverside as Document No. 2017-0413611 on or about October 5, 2017. The loan was in third position. The Trustee and Beneficiary was listed as PROMINENCE a California limited liability company owned by DEFENDANT, CHRISTOPHER brother of DEFENDANT TODD.

23.   In summary, PLAINTIFF was not aware and did not agreed to encumber his residence located at 31222 Mangrove Avenue, Temecula, CA 92592 with PROMINENCE in the amount of $17,250.00 for legal fees for DEFENDANT CHRISTOPHER'S brother DEFENDANT TODD.

Exhibit 12    6    Page 6 of 63

24.    PLAINTIFF did not discover the encumbrance of the $17,500 loan by recorded lien for over a year from the recordation. (EXHIBIT H)

25.    PLAINTIFF was unaware of two loans to pay for Chapter 11 attorney fees.

26.    PLAINTIFF has not executed any loans with either Defendants.

27.    PLAINTIFF is informed and believe and, on that basis, herein allege that on or about May 1, 2020, PROMINENCE any contract DEFENDANTS allege was substantially breached by DEFENDANTS not providing PLAINTIFF with a monthly billing statement showing the beginning balance of the refinance, the payments made for principal and interest, and the remaining balance after all payments were logged. In addition, they did not inform PLAINTIFF of the conflict with DEFENDANTS TODD, CHRISTOPHER and WESTERN, Instead, they proceeded to file a Notice of Default on July 9, 2020 placing our home in peril of being sold at public auction. PLAINTIFF therefore had no details or justification on payments that were allegedly due to PROMINENCE.

28.    Specifically, DEFENDANT PROMINENCE 'S breach included the fact that they provided no billing statements to PLAINTIFF in order for payments to be made to DEFENDANT PROMINENCE.

29.    As a result of PROMINENCE's breach, as set out in Paragraph 26 and 27, PLAINTIFF suffered damages in an amount to be proven at trial.

30.    The damages flow directly from and is the natural and probable consequences of PROMINENCE's and WESTERN's breach.

31.    Pursuant to applicable California Codes, PLAINTIFF is entitled to recover their attorneys' fees and costs incurred herein.

## SECOND CAUSE OF ACTION
### Slander of Title
### (Against Defendant PROMINANCE)

32.    Plaintiffs re-allege and incorporate all preceding paragraphs as though set forth fully herein.

33.    Defendants erroneously and maliciously recorded A Notice or Notices of Default related to security interest of the subject property that cast doubts about Plaintiff's ownership of the property.

34.    The Notices were recorded with the Riverside County Recorder's Office and thereby became *a public record*.

35.    These notices were based upon error and/or fraud and therefore untrue and Plaintiff's ownership in the property was unquestionable;

36.    That defendants knew that/acted with reckless disregard of the truth or falsity as to whether Plaintiff owned the property;

37.    That defendants knew or should have recognized that someone else might act in reliance on the Notices causing Plaintiff financial loss;

38.    That Plaintiff did in fact suffer immediate and direct financial harm because someone else acted in reliance on the Notices and Trustee Sale and by incurring legal expenses necessary to remove the doubt cast by the Notice(s) of Default and Trustees Sale and to clear title.

39.    That defendant's conduct was a substantial factor in causing Plaintiff's harm.

WHEREFORE, Plaintiff pray for judgment as set forth below.

### THIRD CAUSE OF ACTION

### FRAUD

### (MISREPRESENTATION & CONCEALMENT)

### (By PLAINTIFF Against Defendants TODD and CHRISTOPHER)

Exhibit 12    8                    Page 8 of 63

40.    PLAINTIFF incorporates by this reference each and all of the allegations contained in Paragraphs 1 through 39 above, as if fully set forth herein.

41.    Defendant TODD failed to disclose material information about the familial relationship between the Chief Executive Officer of Defendant WESTERN (Defendant TODD) and the Manager of Defendant PROMINENCE (Defendant CHRISTOPHER).    Specifically, Defendant TODD did not represent that he owned and operated WESTERN and that his brother CHRISTOPHER was the owner and operated PROMINENCE but failed to disclose these facts to PLAINTIFF.

42.    The information about the familial relationship between these two Defendants was material in that there was a significant conflict of interest by Defendant TODD in that he represented the PLAINTIFF in their Bankruptcy case and was the attorney for Defendant PROMINENCE's business interests.

43.    Defendant TODD and PLAINTIFF are attorney and client.

44.    Defendant TODD had a duty to disclose complete and accurate information about his familial relationship, and professional relationship to PLAINTIFF because Defendant TODD owed a fiduciary duty to PLAINTIFF.    Specifically, Defendant TODD was Plaintiff's fiduciary because Plaintiff retained him and made the $20,000.00 loan herein above described to pay him his initial fee for filing a Chapter 11 Bankruptcy which was unsuccessful and dismissed.    To compound the calamity caused by Defendant TODD, PLAINTIFF lost a building and equity then valued at $3,000,000.00 in spite of DEFEDANT TODD'S representation of PLAINTIFF in the bankruptcy proceedings.

45.    PLAINTIFF is informed and believes and, on that basis, alleges that Defendant TODD had actual knowledge of the familial and professional relationship between Defendant TODD and Defendant PROMINENCE, yet Defendant TODD deliberately failed to disclose said information to PLAINTIFF.

Exhibit 12    9                    Page 9 of 63

46.    PLAINTIFF is informed and believes and, on that basis, alleges that Defendant TODD, in deliberately failing to disclose his familial and professional relationship with PROMINENCE, intended to induce PLAINTIFF to refinance his home with PROMINENCE through a hard money transfer, rather than a conventional loan refinance.

47.    PLAINITIFF relied to his detriment on Defendant TODD's misrepresentation. PLAINTIFF was unaware of the familial and professional relationship between PROMINENCE and Defendant TODD. PLAINTIFF would have acted differently if he had known of this relationship in that PLAINTIIFF would have chosen to use a conventional mortgage company to refinance their property rather than using PROMINENCE.

48.    As a result of Defendant TODD's fraud, PLAINTIIFF is entitled to an award of damages in an amount to be proven at trial. Additionally, PLAINTIFF is entitled to punitive damages as a result of Defendant TODD's fraudulent conduct. Specifically, the conduct of DEFENDANT TODD and DOES 1-100 was intended to cause injury to Plaintiff and this despicable conduct was carried out with a willful and conscious disregard of Plaintiff's rights and subjected Plaintiff to cruel and unjust hardship.

49.    The totality of DEFENDANT TODD'S breached as described herein is text book examples of why punitive damages is merited as DEFEDANT TODD'S conduct as heretofore alleged was knowing, intentional, willful, malicious, despicable, oppressive, mean and done with full knowledge or substantial certainty of the extreme mental distress which said actions would cause Plaintiff. Plaintiff is entitled to punitive damages in an amount to be ascertained at the time of trial.

50.    PLAINITIFF incorporates by reference each and all of the allegations contained in Paragraphs 1 through 60 above, as if fully set forth herein.

Exhibit 12    10    Page 10 of 63

51.    Defendants TODD and CHRISTOPHER misrepresented their relationship to the PLAINTIFF. Specifically, at no time did Defendants TODD and CHRISTOPHER state to the PLAINTIFF that they were brothers.

52.    Defendants TODD and CHRISTOPHER made these misrepresentations to conceal their familial relation so the true nature of the lenders DEFENDANTS PROMINENCE and WESTERN and the overall conflicts would not be revealed.

53.    Further concealment occurred by DEFENDANT'S actions related to the alleged loans, where there were no executed agreement with the party to be charged, namely PLAINTIFF. Further PLAINTIFF was not given any disclosure necessary for loans in California, like an appraisal prior to an encumbrance lien, 1003 application, Final HUD Statement, Amortization Schedule or the providing of any invoices or statements of monies owed or monies paid, which are all required for all mortgage type loans

54.    Defendants' representations were materially misleading because DEFENDANTS knew that as PLAINTIFF being a client of DEFENDANT TODD would rely on his representations without having any need to question them because PLAINTIFF believed that DEFEDANT TODD was helping him.

55.    PLAINITIFF is informed and believes and, on that basis, alleges that DEFENDANTS knew the representations were misleading when they made them because of the fiduciary relationship with DEFENDANT TODD as his attorney.

56.    PLAINTIFF is informed and believe and, on that basis, allege that Defendants TODD and CHRISTOPHER deliberately misrepresented their relationship in order to induce PLAINITIFF to use PROMINENCE for their refinance.

57.    PLAINTIFF relied to his detriment on Defendant TODD'S and CHRISTOPHER'S misrepresentation by following through with the refinance and using PROMINENCE to obtain the refinance of the property.

Exhibit 12    11                                    Page 11 of 63

58.     Defendant TODD'S and CHRISTOPHER'S intentional misrepresentation, inducing PLAINTIFF'S reliance thereon, was the direct and proximate cause of PLAINTIFF'S loss, which they would not have sustained but for Defendants' fraud.

59.     As a result of Defendant TODD's and CHRISTOPHER's fraud, PLAINITIFF is entitled to an award of damages in an amount to be proved at trial.

60.     Additionally, PLAINTIFF is entitled to punitive damages as a result of Defendants' fraudulent conduct. Specifically, the conduct of DEFENDANTS TODD, CHRISTOPHER and DOES 1-20 was intended to cause injury to Plaintiff and this despicable conduct was carried out with a willful and conscious disregard of Plaintiff's rights and subjected Plaintiff to cruel and unjust hardship.

## FOURTH CAUSE OF ACTION

### CONSPIRACY

### (MORTGAGE FRAUD, P.C. 532f)

### (Against Defendants CHRIS and TODD)

61.     Plaintiff re-alleges and incorporate by reference all proceeding paragraphs as though fully set forth herein.

62.     Plaintiff alleges that Defendants conspired to cause Plaintiff economic and emotional harm which was the result of each of defendant's actions in concert and where they came to a mutual understanding to accomplish a common unlawful plan, and that one or more of them committed an overt act to further it.

63.     Plaintiff alleges that the conspiracy to commit the aforementioned acts was in violation of California Penal Code §532f wherein each had the intent to defraud Plaintiff and did as follows:

"Deliberately made misstatement, misrepresentation or omission during the

lending process with the intent that it was relied on by the borrower."

Exhibit 12 $^{12}$                                    Page 12 of 63

California Penal Code §532f

For instance, Defendant's CHRIS and PROMINANCE purposely failed to provide Plaintiff the requisite lending documents to legally consummate the loan such as:

    a.  Promissory Note

    b.  Loan Agreement

    c.  Loan Application

    d.  Executed 1003 Application

    e.  HUD, RESPA, & TILA

    f.  Amortization Schedule

    g.  Appraisal

    h.  Escrow Documents

    i.  Escrow Final Accounting

    j.  Receipts for any payments

    64.    Based on the foregoing, Plaintiff is entitled to his statutory remedies and damages, including but not limited to, those set forth in <u>California Penal Code § 532f</u>.

    WHEREFORE, Plaintiff pray for judgment as set forth below.

<strong><u>FIFTH CAUSE OF ACTION</u></strong>

<strong><u>(PROMISSORY ESTOPPEL)</u></strong>

<strong>(By PLAINTIFF Against Defendant PROMINENCE)</strong>

    65.    PLAINTIFF incorporates by reference each and all of the allegations contained in Paragraphs 1 through 30 above, as if fully set forth herein.

    66.    PLAINTIFF allege in the alternative to their breach of contract claim that PROMINENCE is entitled to recover under the doctrine of promissory estoppel if it is determined that either a valid and enforceable contract does not exist, the existing contract does not cover the

Exhibit 12    13                                    Page 13 of 63

1    subject matter of the dispute between PLAINTIFF and DEFENDANT PROMINENCE and

2    WESTERN or the existing contract is void, invalid, or unenforceable.

3        67.    On or about October 5, 2017, DEFENDANT PROMINENCE made an

4    unambiguous written promise to PLAINTIFF.

5        68.    In the promises, on or about October 2, 2017, DEFENDANT PROMINENCE

6    CAPITAL PARTNERS, LLC alleges it originated a loan to PLAINTIFF followed by the

7    
8    recording of a third position lien which was memorialized with a Deed of Trust ("DOT") in the

9    amount of $17,250.00 for the owner-occupied property with an implied obligation to provide

10    monthly statements.

11        69.    PROMINENCE was in a position to fully perform, fulfill, and carry out the terms

12    and conditions of the alleged loan it says it made to PLAINTIFF because Defendant

13    PROMINENCE was in a superior position as lender and in a position to carry out the terms and

14    
15    conditions of the promise(s).

16        70.    It was foreseeable that Defendant PROMINENCE's promises would cause or

17    induce PLAINTIFF to act in reasonable reliance on Defendant PROMINENCE's promises.

18        71.    PLAINTIFF acted in good faith and was surprised to find there were two loans

19    related the attorney fees of DEFENDANT TODD, a loan from DEFENDANT TODD and a loan

20    from DEFENDANT CHRISTOPHER.

21        72.    In reliance on DEFENDANT TODD promises , PLAINTIFF believed he was

22    borrowing money for legal fees from DEFENDANT TODD.    PLAINTIFF did not know

23    DEFENDANT TODD could not lend him money without disclosures or executing a written

24    
25    agreement.

26        73.    As a result of PLAINTIFF'S reliance, PLAINTIFF suffered a substantial change

27    in position.

28

Exhibit 12 14                                                   Page 14 of 63

74.    DEFENDANT PROMINENCE alleges they promised to assist PLAINTIFF in in his financial needs, but instead placed them further in debt without disclosing they were entering a loan with PLAINTIFF their conflict with DEFENDANT TODD, or disclosing or entering into a written agreement and while PLAINTIFF did not know of the alleged encumbrance on his property had PLAINTIFF known all of the facts he would not have entered into a contract with DEFENDANTS.

75.    PLAINTIFF relied reasonably and foreseeably to PLAINTIFF' detriment on DEFENDANT PROMINENCE'S promises and representations.

76.    Injustice can be avoided only by voiding the encumbrances and the subject second and third liens upon PLAINTIFF'S property.

77.    PLAINTIFF had to incur attorney fees and costs to protect his residence in bringing this action and now face a sale of their residence in a public auction now set for March 14, 2023.

78.    As a result, PLAINTIFF has suffered actual, significant, and unconscionable injury.

79.    PROMINENCE is attempting to avoid its obligations to honor the promises it made to PLAINTIFF by relying on the statute of frauds as a defense to this action.

80.    The statute of frauds does not apply to bar liability because PLAINTIFF has suffered unconscionable injury as a result of his reliance and Defendant PROMINENCE's nonperformance of any promises to PLAINTIIFFS.

81.    Application of the statute of frauds is property to use to void the loans/liens of DEFENDANTS as there was no written agreement.

82.    The unconscionable injury to PLAINTIFF is draconian because there can be no worst injury to a family of 10 than to lose a home in which the family has resided for many years and if PLAINTIFF' home goes to sale on March 14, 202023 or thereafter to DEFENDANT

Exhibit 12    15                                    Page 15 of 63

PROMINENCE or a third-party monetary damages will be inconsequential. Further the purchaser of the Subject Property will repeat a windfall by gaining equity in the amount of $317,247.00 which is text book unjust enrichment by DEFENDANT'S bad acts.

83.    The damages described above is beyond those which flow naturally from Defendant PROMINENCE's nonperformance of any alleged promises to PLAINTIFF.

84.    As a result of PROMINENCE's refusal to abide by its promises to PLAINTIFF, PLAINTIFF has suffered damages in an amount to be proven at trial and seeks equitable relief in the form of stopping the sale now scheduled for March 14, 2023 or on any subsequent date thereafter.

### SIXTH CAUSE OF ACTION

#### Wrongful Foreclosure

#### (Against Defendant PROMINANCE)

85.    Plaintiff re-alleges and incorporates by reference all proceeding paragraphs as though fully set forth herein.

86.    The Beneficiary's Demand for Payoffs described above (Compl. ¶ 17) is inaccurate and Plaintiff is contesting the accounting.

87.    Defendants delayed furnishing the Beneficiary's Demand for Payoff to Plaintiff more than the 21 days prescribed in *Cal. Civil Code § 2943* which states that:

> **Under California Civil Code of section 2943, upon the request by the trustor to a <u>deed of trust</u>, the beneficiary must provide a payoff demand statement within 21 days.** (Civ. Code § 2943.) In other words, the party who has incurred an obligation, under a deed trust, can make a request for a payoff demand statement from the party who has a lien on the property. In the payoff demand statement, the beneficiary must state the amount of the unpaid balance and interest rate together with the total amounts. (Civ. Code § 2943.) If the beneficiary does not provide the payoff demand statement within 21 days, the beneficiary will be liable for statutory damages. (Civ. Code § 2943.) (Emphasis supplied)

Exhibit 12    16                                      Page 16 of 63

88.    Plaintiff alleges that there is no obligation to tender the loan balance to challenge the wrongful foreclosure when Defendants have not provided a demand payoff at all.

89.    Plaintiff alleges that these actions result in a wrongful foreclosure. Plaintiffs do not "…have to sit by idly until an allegedly improper foreclosure sale was completed before bringing her otherwise valid challenge in court." *Lee v. Bank of Mellon* (2016) N.D. Cal. No. 16-cv-05094-JT; *Lundy v. Selene Fin., LP* (2016) U.S. Dist. LEXIS 35547

90.    On or about February 14, 2023, FIRST AMERICAN TITLE INSURANCE COMPANY recorded a Notice of Trustee's Sale in the Official Records of the Recorder of Riverside County as Document No. 2023-0041181 on the Deed of Trust recorded October 5, 2017 in the Official Records of the Recorder of Riverside County as Document No. 2017-0413611 with the original amount of $17,250.00. At the time of publication, the amount demanded was $50,385.28. The Subject Property is now scheduled for sale on March 14, 2023. (**Compl. Exhibit "G."**

91.    As a result of the foregoing, Defendants failed to strictly comply with California statutes in regard to the Beneficiary's Demand for Payoff under Civ. Code § 2943.  As such, Plaintiff allege that the foreclosure proceeding must be cancelled and/or void.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## SEVENTH CAUSE OF ACTION

### (VIOLATION OF *BUSINESS & PROFESSIONS CODE* SECTION 17200)

### (By PLAINTIFF Against Defendant TODD)

92.    PLAINITIFF incorporates by reference each and all of the allegation Paragraphs through 70, above, as if fully set forth herein.

93.    PLAINTIFF alleges DEFENDANT TODD violated Bus. & Prof. Code §§ 17200, *et seq.*, by engaging in unlawful, unfair, and fraudulent business practices as discussed herein.

Exhibit 12    17    Page 17 of 63

94.    DEFENDANT TODD violated the "unfair," "unlawful," and "fraudulent" prongs of the UCL resulting in injury and economic loss by failing to act in good faith to fulfill his fiduciary relations to PLAINTIFF as his attorney in violation of Section 17200 et seq.

95.    DEFENDANT TODD breached the "unfairness" prong because he engaged in loan practices that were unethical, unscrupulous, and substantively injurious to clients which constituted significant threats to attorney client relationships. DEFENDANT TODD breached the "fraudulent" prong because members of the public were likely to be deceived into making loans with him as a hard money lender in violation of State Bar of California Rules of Professional Conduct Rule 3-300 when he refused to make requisite disclosures under Rule 3-300 rather than using a conventional lender. As a result of DEFENDANT TODD'S wrongful conduct, Plaintiff is entitled to equitable relief and restitution according to proof at trial.

## EIGHTH CAUSE OF ACTION

### (BREACH OF FIDUCIARY DUTY - VIOLATION OF STATE BAR RULE 3-300)

### (By PLAINTIFF Against Defendant TODD)

96.    PLAINITIFF incorporates by reference each and all of the allegation Paragraphs 1 through 95, above, as if fully set forth herein.

97.    *CALIFORNIA STATE BAR RULE 3-300)* provides:

A member shall not enter into a business transaction with a client; or knowingly acquire an ownership, possessory, security, or other pecuniary interest adverse to a client, unless each of the following requirements has been satisfied:

(A) The transaction or acquisition and its terms is fair and reasonable to the client and is fully disclosed and transmitted in writing to the client in a manner which should reasonably have been understood by the client; and

(B) The client is advised in writing that the client may seek the advice of an independent lawyer of the client's choice and is given a reasonable opportunity to seek that advice; and

Exhibit 12    18    Page 18 of 63

(C) The client thereafter consents in writing to the terms of the transaction or the terms of the acquisition.

98.     DEFENDANT TODD made a loan to PLAINTIFF for $20,000.00 using WESTERN as lender which he owned and operated, facts which he did not disclose to PLAINTIFF.

99.     DEFENDANT TODD conspired to have his brother DEFENDANT CHRISTOPHER, owner and operator of PROMINENCE make a loan encumbering the Subject Property for PLAINTIFF for $17,250.00, and DEFENDANT TODD concealed his relation as brother of DEFENDANT CHRISTOPHER.

100.    DEFENDANT TODD did not advise PLAINTIFF in writing that he should seek the advice of an independent lawyer of the client's choice, and the client was not given an opportunity to consent in writing to the loan of $20,000.00 with WESTERN nor his relationship with his brother CHRISTOPHER owner and operator of POMINENCE.

101.    DEFENDANT TODD violated Rule 3-300 by not executing a conflict waiver stating that he owned WESTERN, lender on the hard money loan of $20,000.00.

102.    DEFENDANT TODD violated Rule 3-300 by not executing a conflict waiver stating that he was referring client to PROMINENCE for the operative $17,250.00 loan, a lender owned and operated by his brother CHRISTOPHER.

103.    DEFENDANT TODD violated Rule 3-300 by having his client take out a loan with WESTERN that he owned and controlled to pay his legal fee of $20,000.00 for him to file a Chapter 11 bankruptcy petition that was unsuccessful because he did not use his best efforts to obtain a successful Chapter 11 for benefit of PLAINTIFF.

**PRAYER**

WHEREFORE, PLAINTIFF prays for a judgment against Defendant TODD, Defendant CHRISTOPHER, LAW FIRM, WESTERN and PROMINENCE, and each of them as follows:

Exhibit 12 19                                    Page 19 of 63

1. For general damages, In the amount of $5,000,000.00 or according to proof;

2. For cancellation of instruments (PROMINANCE's Deed of Trust) and Order of

Reconveyance.

3. For special damages, in the amount of according to proof;

4. For statutory damages;

5. For punitive damages in an amount to be determined by the Court according to proof;

6. For an award of costs;

7. For an award of reasonable attorneys' fees;

8. For an award of pre-judgment interest on the said sum at the rate of 100% per annum

from August 30, 2017 to the date of judgment herein;

9. For an award of post-judgment interest for the maximum amount allowed by law;

10. For a stay of the sale of Subject Property now scheduled for March 14, 2023 and for

any later scheduled date;] and

11. For any and all other relief the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

PLAINTIFF hereby demands a trial by jury on all issues.


Dated: March 9, 2023                    SAUNDERS & ASSOCIATES, APC



By: _____
    GARY SAUNDERS
    Attorney for Plaintiff
    JARED H. SCARTH

Exhibit 12  20                              Page 20 of 63

## VERIFICATION

I have read the foregoing PLAINITIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL and know its contents. I am Plaintiff, JARED H. SCARTH, a party to this action. The matters stated in the foregoing Complaint is true to my own knowledge, except as to the matters which is therein stated upon information or belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Temecula, California, this 9th day of March, 2023.

_____
JARED H. SCARTH

Exhibit 12    21    Page 21 of 63

# EXHIBIT A

Exhibit 12                                                    Page 22 of 63

**EXHIBIT "A"**

**PARCEL 1:**

LOT 56 OF TRACT 31946, IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER THAT TRACT MAP RECORDED IN BOOK 421, PAGE(S) 28 THROUGH 36 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY ("MAP"). ALL DEFINED TERMS USED HEREIN SHALL HAVE THE MEANINGS SET FORTH IN THE MASTER DECLARATION REFERENCED BELOW.

EXCEPTING THEREFROM ALL OIL, GAS, MINERAL AND HYDROCARBON RIGHTS BY WHATSOEVER NAME KNOWN, WITHOUT RIGHT OF SURFACE ENTRY AS MAY BE OF RECORD AS OF THE DATE HEREOF.

AND EXCEPTING THEREFROM, PURSUANT TO THAT CERTAIN MINERAL DEED CURRENTLY OF RECORD, ANY AND ALL (I) OIL RIGHTS, (II) MINERAL RIGHTS, (III) NATURAL GAS RIGHTS, (IV) RIGHTS TO ALL OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, (V) GEOTHERMAL HEAT RIGHTS OR GEOTHERMAL SUBSTANCES THAT MAY BE PRODUCED FROM THE PROPERTY, (VI) WATER RIGHTS AND CLAIMS OR RIGHTS TO WATER AND (VII) ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY, "SUBSURFACE RESOURCES") LOCATED IN OR THE PROPERTY AND THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE, FROM LANDS OTHER THAN THE PROPERTY, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE PROPERTY, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OF THE PROPERTY OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE PROPERTY.

RESERVING THEREFROM THE EASEMENT AND OTHER RIGHTS RESERVED IN FAVOR OF GRANTOR IN THE DECLARATION FOR MARKETING AND DEVELOPMENT, INCLUDING, WITHOUT LIMITATION, SUBJECT TO ALL EASEMENT AREAS, THE RIGHT OF GRANTOR TO MAINTAIN MARKETING LOTS IN THE RESIDENCES OWNED BY GRANTOR, AS WELL AS THE RIGHT OF ACCESS, INGRESS, AND EGRESS FOR VISITORS TO THE SALES OFFICE AND MARKETING LOTS AND THE RIGHT TO MAINTAIN SIGNS OR OTHER MARKETING MATERIALS WITHIN THE MASTER ASSOCIATION PROPERTY OF THE COMMUNITY.

FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND ITS SUCCESSORS AND ASSIGNS, AN EASEMENT FOR INGRESS AND EGRESS, IN, ON, OVER, THROUGH AND ACROSS THE ASSOCIATION PROPERTY TO PERMIT GRANTOR TO INSTALL IMPROVEMENTS THEREON. THE GRANTOR FURTHER RESERVES THE RIGHT TO PREVENT ACCESS OVER PORTIONS OF THE ASSOCIATION PROPERTY BY PLACING A CONSTRUCTION FENCE, OR OTHER BARRIER, THEREON PRIOR TO COMPLETION OF CONSTRUCTION OF ALL IMPROVEMENTS WITHIN THE COMMUNITY. HOWEVER, NO SUCH BARRIER SHALL PREVENT INGRESS OR EGRESS BY GRANTEE TO AND FROM ITS RESIDENTIAL LOT.

AND FURTHER RESERVING THEREFROM, ALL EASEMENTS DESCRIBED IN THE MASTER DECLARATION DESCRIBED BELOW, THE MAP OF RECORD REFERENCED ABOVE, AND ALL OTHER EASEMENTS OF RECORD.

**PARCEL 2:**

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE MASTER ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE MASTER ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE MASTER DECLARATION, Recorded May 25, 2007 as Instrument No. 2007-0346781 of Official Records WHICH EASEMENTS ARE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE MASTER DECLARATION.

**PARCEL 3:**

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN

Horton/Meadowlane
Homeowner Deed (Phase 2)
20244-00146 – 1966526..3

Exhibit 12                                           Page 23 of 63

THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF THE REFLECTIONS AND ENCLAVE AT TEMECULA LANE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY ON MAY 30, 2007, AS DOCUMENT NO. 2007-0353199 ("DECLARATION"), WHICH EASEMENTS ARE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II) CONVEYANCE OF THE FIRST RESIDENTIAL UNIT IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION.   THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE DESCRIBED ON THE SUPPLEMENTARY DECLARATION COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA, THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION AND THIS GRANT DEED.

**PARCEL 4:**

A NON-EXCLUSIVE EASEMENT ON OVER, THROUGH, UNDER AND ACROSS, LOTS C THROUGH M, INCLUSIVE, OF THE MAP, FOR ACCESS, INGRESS AND EGRESS.

THE REAL PROPERTY CONVEYED IN THIS GRANT DEED (THE "PROPERTY") IS CONVEYED TOGETHER WITH A MEMBERSHIP IN THE TEMECULA LANE HOMEOWNERS ASSOCIATION ("MASTER ASSOCIATION") AND ACCEPTED SUBJECT TO THAT CERTAIN MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF THE TEMECULA LANE MASTER COMMUNITY RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY ON MAY 25, 2007 AS DOCUMENT NO. 2007-0346781 AND ANY AMENDMENTS THERETO ("MASTER DECLARATION"), ALL OF WHICH ARE INCORPORATED HEREIN BY REFERENCE TO THIS GRANT DEED WITH THE SAME EFFECT AS THOUGH FULLY SET FORTH HEREIN.  AS MORE PARTICULARLY DESCRIBED IN THE MASTER DECLARATION, THE PROPERTY IS CONVEYED SUBJECT TO SUCH EASEMENTS IN FAVOR OF THE MASTER ASSOCIATION AS ARE NECESSARY TO PERFORM THE DUTIES AND OBLIGATIONS OF THE MASTER ASSOCIATION AND CERTAIN EASEMENTS RESERVED BY GRANTOR.  GRANTEE, IN ACCEPTING THIS GRANT DEED AND THE CONVEYANCE HEREUNDER, DOES HEREBY AGREE, JOINTLY AND SEVERALLY, FOR THE BENEFIT OF THE MASTER ASSOCIATION AND EACH AND EVERY ONE OF THE OTHER MEMBERS OF THE MASTER ASSOCIATION, THAT GRANTEE WILL PROMPTLY, FULLY AND FAITHFULLY COMPLY WITH AND CONFORM TO THE MASTER DECLARATION AND THE ARTICLES OF INCORPORATION AND BYLAWS OF THE MASTER ASSOCIATION AND THE RULES AND ARCHITECTURAL GUIDELINES REFERENCED IN THE MASTER DECLARATION.  IN PARTICULAR, GRANTEE DOES HEREBY AGREE, JOINTLY AND SEVERALLY, PROMPTLY TO PAY IN FULL ANY DUES, FEES OR ASSESSMENTS LEVIED BY THE MASTER ASSOCIATION ON THE MEMBERSHIPS CONVEYED HEREBY.  THE OBLIGATIONS OF GRANTEE HEREIN SET FORTH SHALL BE COVENANTS RUNNING WITH THE PROPERTY IT BEING UNDERSTOOD THAT SAID MEMBERSHIP IN THE MASTER ASSOCIATION AND THE OBLIGATIONS THEREOF, WILL AUTOMATICALLY PASS TO GRANTEE'S SUCCESSOR IN TITLE IN THE PROPERTY OR OTHERWISE, AND SHALL BE BINDING UPON THE GRANTEES ABOVE NAMED, THEIR HEIRS, DEVISEES, EXECUTORS, ADMINISTRATORS, SUCCESSORS AND ASSIGNS.

THE PROPERTY IS ALSO CONVEYED AND ACCEPTED SUBJECT TO THAT CERTAIN NOTICE OF NON-ADVERSARIAL PROCEDURES UNDER CIVIL CODE SECTION 912(f) WHICH RECORDED September 6, 2007 as Instrument No. 2007-0567808 IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA, AND ANY AMENDMENTS THERETO NOW OF RECORD OR WHICH WILL BE OF RECORD PRIOR TO THE RECORDATION OF THIS GRANT DEED ("NOTICE"), ALL OF WHICH ARE INCORPORATED HEREIN BY REFERENCE WITH THE SAME EFFECT AS THOUGH FULLY SET FORTH HEREIN.

THE GRANTEE HEREIN COVENANTS BY AND FOR ITSELF, HIS HEIRS, EXECUTORS, ADMINISTRATORS AND ASSIGNS, AND ALL PERSONS CLAIMING UNDER OR THROUGH THEM, THAT THERE SHALL BE NO DISCRIMINATION AGAINST OR SEGREGATION OF, ANY PERSON OR GROUP OF PERSONS ON ACCOUNT OF SEX, MARITAL STATUS, RACE, COLOR, RELIGION, CREED, NATIONAL ORIGIN, OR ANCESTRY IN THE SALE, USE, OCCUPANCY, TENURE OR ENJOYMENT OF THE LAND HEREIN CONVEYED OR THE IMPROVEMENTS THEREON OR TO BE CONSTRUCTED THEREON, NOR SHALL THE GRANTEE ITSELF OR ANY PERSON CLAIMING UNDER OR THROUGH THE GRANTEE, ESTABLISH OR PERMIT ANY SUCH PRACTICE OR PRACTICES OF DISCRIMINATION OR SEGREGATION WITH REFERENCE TO THE SELECTION, LOCATION, NUMBER, USE OR OCCUPANCY OF TRANSFEREES OR VENDEES IN THE LAND HEREIN CONVEYED OR SUCH IMPROVEMENTS.  THE FOREGOING COVENANTS SHALL RUN WITH THE LAND.

BOE-502-A (BACK) REV. 8(10-05) ASSR-70 (Rev. 05/06)                                                                    Page 2 of 4

Exhibit 12                                                                    Page 24 of 63

# EXHIBIT B

Exhibit 12                                Page 25 of 63

**2017-0360327**

RECORDING REQUESTED BY:
**WESTERN STAR FINANCIAL, INC.**

08/30/2017 01:38 PM Fee: $ 65.00
Page 1 of 6
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

*66.50*

WHEN RECORDED MAIL TO:
**3845 Tenth Street
Riverside, CA 92501**

*The Turoci Firm*

| | | | | | | R | A | Exam: | *782* |
|---|---|---|---|---|---|---|---|---|---|
| *478 14* | | | | | | | | | |
| Page | DA | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | CC |
| *10* | *2* | | | | | | | | |
| SIZE | NCOR | SMF | NCHG | T: | | | | | |

ORDER NO.
ESCROW NO.

SPACE ABVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

APN: 961-430-054-2

This Deed of Trust, made this 30th day of August, 2017, between Jared Scarth herein called TRUSTOR, whose address is 31222 Mangrove Dr., Temecula California 92592, The Turoci Firm, Inc., a California Corporation, herein called TRUSTEE, and Western Star Financial, Inc. herein called BENEFICIARY, Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Riverside County, California, described as:

**31222 Mangrove Dr., Temecula California 92592**

**For complete legal description, additional terms and conditions, see exhibit "A" attached hereto.**
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $20,000.00 executed by Trustor in favor of Beneficiary by order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
**To Protect the Security of This Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded under date, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glen | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2, Book 1961, Page 183887 | | | | |

1

Exhibit 12    Page 26 of 63

FOR SIGNATURE(S) SEE SHORT FORM DEED OF TRUST SIGNATURE PAGE ATTACHED HERETO AND MADE A PART HEREOF.

**SHORT FORM DEED OF TRUST SIGNATURE(S) PAGE**

ORDER NO.

ESCROW NO.

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

X _____  8/30/17

Signature of Trustor

**Jared Scarth** _____

Print Name of Trustor

X _____

Signature of Trustor

_____

Print Name of Trustor

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

DATE: 8/30/17

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

On 8/30/17 before me, Dana R Cormey, Notary Public , a

Notary Public, personally appeared Jared Scarth

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Signature

> DANA R. CORMEY
> Commission # 2128907
> Notary Public - California
> Riverside County
> My Comm. Expires Oct 29, 2019

(Seal)

2

Exhibit 12                    Page 27 of 63

## ALL CAPACITY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_

COUNTY OF _Riverside_

On _8/30/2017_ before me, _Dana R Cormey, Notary Public_
(Date)                                                        (Name and title of the officer)

personally appeared _Jared Scarth_
(Name of person signing)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_(signature)_
Signature of officer

DANA R. CORMEY
Commission # 2128907
Notary Public - California
Riverside County
My Comm. Expires Oct 29, 2019

(Seal)

Rev. 01/01/2015

Exhibit 12                                    Page 28 of 63

# EXHIBIT A

All that certain real property situated in the County of Riverside, State of California,
described as follows:

PARCEL 1:

Lot 56 of Tract No. 31946, in the City of Temecula, as shown on map recorded in Book
421, Pages 28 to 36 of Maps, in the office of the County Recorder of said County. All
defined terms used herein shall have the meanings set forth in the Master Declaration
referred below.

EXCEPT therefrom all oil, gas, minerals and other hydrocarbon substances lying below a
depth shown below but with no right of surface entry, as provided in deeds of record
Depth:                          500 feet

PARCEL 2:

A non-exclusive easement, in common with other others, for ingress, egress, use and
enjoyment over, in, to and throughout the Master Association Property and over, in, to
and throughout the Master Association Property of the other phases of the property
described in the Master Declaration, which easements are appurtenant to Parcel 1
described above, subject to the provisions of the Master Declaration. This easement shall
become effective as to each of said other phases, respectively, upon (I) recordation of a
Supplementary Declaration, declaring such phases, respectively, to be subject to the
Master Declaration, and (II) conveyance of the first residential lot in each respective
phase, all as more fully set forth in the Master Declaration. The Master Association
Property referred to herein as to each of such phases shall be described on the
Supplementary Declaration covering each such phase recorded in the office of the County
Recorder of said County. This non-exclusive easement is further subject to any exclusive
or non-exclusive easements reserved in the Master Declaration and this Grant Deed.

PARCEL 3:

A non-exclusive easement, in common with other owners, for ingress, egress use and
enjoyment over, in, to and throughout the Association Property and over, in, to and
throughout the Association Property of the other phases of the property described in the
Declaration of Covenants, Conditions and Restrictions of the Reflections and Enclave at
Temecula Lane recorded in the office of the County Recorder of said County on May 30,
2007as Instrument No. 2007-0353199 of Official Records, which easements are
appurtenant to Parcel 1 described above, subject to the provisions of the Declaration.
This easement shall become effective as to each of said other phases, respectively, upon
(I) recordation of a Supplementary Declaration, declaring such phases, respectively, to be
subject to the Declaration, and (II) conveyance of the first residential unit in each
respective phase, all as more fully set forth in the Declaration. The Association Property
referred to herein as to each of such phases shall be described on the Supplementary
Declaration covering each such phase recorded in the office of the County Recorder of said
County. This non-exclusive easement is further subject to any exclusive or non-exclusive
easements reserved in the Declaration and this Grant Deed.

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

ORDER NO.
ESCROW NO.

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county in California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein. **To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1)   To keep said property in good condition and repair, not to remove or demolish any building thereon, to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor, to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon, not to commit or permit waste thereof, not to commit, suffer or permit any act upon said property in violations of law to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumeration's herein not excluding the general.

(2)   To provide maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3)   To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee, and to pay all costs and expenses including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suite brought by Beneficiary to foreclose this Deed.

(4)   To pay at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock, when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior of superior hereto, all costs, fees and expenses of this Trust. Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee, pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto, and in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5)   To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6)   That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7)   That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his rights either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8)   That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may reconvey any part of said property, consent to the making of any map or plot thereof, join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9)   That upon written request of Beneficiary state that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "The person or persons legally entitled thereto". Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

(10)   That as additional security, Trustor hereby give to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees. Upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11)   That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder. Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof, all other sums then secured hereby, and the remainder, if any, to the person or persons legally entitled thereto.

(12)   Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor. Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13)   That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledges, of the note secured hereby whether or not named as Beneficiary herein in this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14)   That Trustee accepts this Trust when this Deed, duly executed and acknowledged and is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary of Trustee shall be a party unless brought by Trustee.

SHORT FORM DEED OF TRUST CONTINUED ON NEXT PAGE

4

Exhibit 12                                    Page 30 of 63

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
## DO NOT RECORD

ORDER NO.
ESCROW NO.

### REQUEST FOR FULL RECONVEYANCE

To be used only when note has been paid:

To _____, Trustee

Dated _____

    The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

By _____

By _____

| MAIL RECONVETANCE TO: |
| --- |
| _____ |
| _____ |
| _____ |
| _____ |

**ALL SIGNATURES TO THIS DOCUMENT MUST BE NOTARIZED**

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.

5

Exhibit 12                    Page 31 of 63

# EXHIBIT C

Exhibit 12                                    Page 32 of 63

**2017-0413611**

10/05/2017 10:29 AM Fee: $ 125.00
Page 1 of 16
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder



||0

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Prominence Capital Partners, LLC
974 Sandstone Drive
Glendora, CA 91740

Space Above For Recorder's Use

## DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

THIS DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING ("**Deed of Trust**") is made as of October 2, 2017, by and among Jared H Scarth, an individual ("**Trustor**"), whose address is 31222 Mangrove Drive, Temecula CA 92592 and Prominence Capital Partners, LLC, a California limited liability company ("**Beneficiary**" and(or) "**Trustee**"), whose address for notice is 974 Sandstone Drive, Glendora, CA 91740.

Beneficiary wishes to secure (i) the prompt payment of that certain Promissory Note ("**Note**"), in the principal amount of Seventeen Thousand Two Hundred Fifty and 00/100ths Dollars ($17,250.00), executed by Trustor in favor of Beneficiary, which Note evidences a loan payable to the order of Beneficiary (the "**Loan**"), together with all interest thereon in accordance with the terms of the Note, as well as the prompt payment of any additional indebtedness accruing to Beneficiary on account of any future payments, advances or expenditures made by Beneficiary pursuant to the Note, this Deed of Trust, that certain Loan Agreement of even date herewith ("**Loan Agreement**"), or the other Loan Documents (as such term is defined in the Note), and (ii) the prompt performance of each and every covenant, condition, and agreement now or hereafter arising contained in the Loan Documents of Trustor. All payment obligations of Trustor under the Loan Documents are hereinafter sometimes collectively referred to as the "**Indebtedness**" and all other obligations of Trustor under the Loan Documents are hereinafter sometimes collectively referred to as the "**Obligations.**"

## ARTICLE 1
## GRANT IN TRUST AND SECURED OBLIGATIONS

1.1     Grant in Trust. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Trustor hereby irrevocably and unconditionally grants, transfers, conveys and assigns to Trustee, IN TRUST, WITH POWER OF SALE, for the benefit and security of Beneficiary, all estate, right, title and interest which Trustor now has or may later acquire in and to the following property (all or any part of which, or interest therein, as the context may require, may be referred to herein as the "**Property**"):

1.1.1     that certain real property located at 31222 Mangrove Drive, Temecula California 92592 more particularly described as:

Exhibit 12                                          Page 33 of 63

**PARCEL 1:**
**LOT 56 OF TRACT NO. 31946, IN THE CITY OF TEMECULA, COUNTY OF
RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 421
PAGE(S) 28 THROUGH 36 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY ALL DEFINED TERMS USED HEREIN SHALL HAVE
THE MEANINGS SET FORTH IN THE MASTER DECLARATION REFERENCED
BELOW.**

**EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON
SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF
SAID PROPERTY, BUT WITH NO RIGHT OF SURFACE ENTRY, WHERE THEY
HAVE BEEN PREVIOUSLY RESERVED IN INSTRUMENTS OF RECORD.**

**PARCEL 2:**
**A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OTHERS, FOR
INGRESS, EGRESS, USE AND ENJOYMENT OVER, IN, TO AND THROUGHOUT THE
MASTER ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE
MASTER ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY
DESCRIBED IN THE MASTER DECLARATION, WHICH EASEMENTS ARE
APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS
OF THE MASTER DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE
AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION
OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH PHASES,
RESPECTIVELY, TO BE SUBJECT TO THE MASTER DECLARATION, AND (II)
CONVEYANCE OF THE FIRST RESIDENTIAL LOT IN EACH RESPECTIVE PHASE,
ALL AS MORE FULLY SET FORTH IN THE MASTER DECLARATION. THE MASTER
ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES
SHALL BE DESCRIBED ON THE SUPPLEMENTARY DECLARATION COVERING
EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF
SAID COUNTY. THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY
EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE MASTER
DECLARATION AND THIS GRANT DEED.**

**PARCEL 3:**
**A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR
INGRESS, EGRESS USE AND ENJOYMENT OVER, IN, TO AND THROUGHOUT THE
ASSOCIATION PROPERTY AND OVER, IN, TO AND THROUGHOUT THE
ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY
DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND
RESTRICTIONS OF THE REFLECTIONS AND ENCLAVE AT TEMECULA LANE
RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON
MAY 30, 2007 AS INSTRUMENT NO. 2007-0353199 OF OFFICIAL RECORDS, WHICH
EASEMENTS ARE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE, SUBJECT TO
THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME
EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I)
RECORDATION OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH
PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II)**

Exhibit 12    Page 34 of 63

CONVEYANCE OF THE FIRST RESIDENTIAL UNIT IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION. THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE DESCRIBED ON THE SUPPLEMENTARY DECLARATION COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION AND THIS GRANT DEED.

PARCEL 4:
A NON-EXCLUSIVE EASEMENT ON, OVER, THROUGH, UNDER AND ACROSS LOTS C TO M INCLUSIVE OF THE MAP FOR ACCESS, INGRESS OR EGRESS.

ASSESSOR'S PARCEL NUMBER: 961-430-054-2

     (the "**Land**")

     1.1.2   any and all buildings, structures and improvements now or hereafter erected on the Land ("**Improvements**"), and Trustor's right, title and interest in and to all other improvements that may now or hereafter be constructed upon the Land, including, but not limited to, the fixtures, attachments, appliances, equipment, machinery and other articles attached to the Improvements;

     1.1.3   all right, title and interest of Trustor in and to all leases, subleases, subtenancies, licenses, occupancy agreements and concessions covering the Land or the Improvements or any portion thereof or space therein now or hereafter existing, and all right, title and interest of Trustor under the same, including, without limitation, all cash or security deposits, advance rentals and deposits or payments of similar nature ("**Leases**");

     1.1.4   all rents, issues, profits, royalties, revenues, income and other proceeds and benefits derived from the Land or the Improvements;

     1.1.5   all right, title and interest of Trustor in and to all options to purchase or lease the Land or any portion or interest of or in the Land, and any greater estate in the Land owned or hereafter acquired;

     1.1.6   any and all interests, estate or other claims, both in law and in equity, which Trustor now has or may hereafter acquire in the Land;

     1.1.7   all right, title and interest of Trustor in any and all easements, parking rights, rights-of-way and rights used primarily in connection with the Land and Improvements or as a means of access thereto, and all tenements, hereditaments and appurtenances thereof and thereto, and all water rights and shares of stock evidencing the same;

     1.1.8   all right, title and interest of Trustor, now owned or hereafter acquired, in and to any land lying within the right of way of any street, open or proposed, adjoining the Land, and any and all sidewalks, alleys and strips and gores of land adjacent to or used primarily in connection with the Land;

1.1.9   any and all building permits, land use entitlements, development rights, sewer capacity, licenses, map approvals, trip generation rights, density allocations and other rights or approvals relating to or authorizing the development of the Land;

1.1.10   all rights to the payment of money, accounts (as defined in the California Uniform Commercial Code), accounts receivable, reserves, deferred payments, refunds, cost savings, payments and deposits, whether now or later to be received from third parties or deposited by Trustor with third parties (including all utility deposits), contract rights, rights as declarant under any declaration of covenants, conditions and restrictions encumbering the Land, development and use rights, governmental permits and licenses, applications, architectural and engineering plans, specifications and drawings, as-built drawings, chattel paper, instruments, documents, notes, drafts and letters of credit in each case which arise from or relate to the Land or to any business now or later to be conducted on it, or to the Land and Improvements generally, including the operation and leasing thereof;

1.1.11   all proceeds of, additions and accretions to, substitutions and replacements for, and changes in, any of the foregoing.

1.2   <u>Secured Obligations</u>. Trustor makes the foregoing grant, conveyance, transfer and assignment in trust, and grants the security interest set forth in ARTICLE 3, for the purpose of securing the following obligations (collectively, "**Secured Obligations**"), in any order of priority as Beneficiary may choose:

1.2.1   Trustor's payment of indebtedness in the total principal amount of Seventeen Thousand Two Hundred Fifty and 00/100ths Dollars ($17,250.00) with interest thereon, evidenced by the Note, signed by Trustor, which has been delivered to and is payable to the order of Beneficiary, and which by this reference is hereby made a part hereof, and any and all modifications, extensions and renewals thereof and substitutions therefor;

1.2.2   Trustor's payment and performance of all modifications, amendments, extensions and renewals, however evidenced, of any of the Secured Obligations.

1.2.3   All initially capitalized terms not otherwise defined herein shall have the same meanings as in the Loan Agreement.

## ARTICLE 2
## ASSIGNMENT OF RENTS

2.1   <u>No Loss or Waiver of Remedies</u>. If an Event of Default occurs while Beneficiary is in possession of all or part of the Property or is collecting and applying funds as permitted under the Assignment of Rents, Beneficiary, Trustee and any receiver shall nevertheless be entitled to exercise and invoke every right and remedy afforded any of them under this Deed of Trust and at law and in equity, including the right to exercise the power of sale granted under Section 1.1 and Section 6.2.

Exhibit 12                                    Page 36 of 63

## ARTICLE 3
## GRANT OF SECURITY INTEREST

3.1 <u>Fixture Filing</u>. This Deed of Trust constitutes a financing statement filed as a fixture filing pursuant to § 9402(6) of the California Uniform Commercial Code, as amended or recodified from time to time, covering any Property which is now or may later become fixtures attached to the Land or the Improvements. This filing is to be recorded in the real estate records of the county where the Property is located. In that connection, the following information is provided:

| | |
|---|---|
| Name of Debtor: | Trustor |
| Address of Debtor: | See page 1 hereof |
| Name of Secured Party: | Beneficiary |
| Address of Secured party: | See page 1 hereof |

## ARTICLE 4
## RIGHTS AND DUTIES OF THE PARTIES

4.1    <u>Representations and Warranties of Trustor</u>. Trustor represents, warrants and covenants that, except as previously disclosed to Beneficiary in a writing making reference to this warranty:

4.1.1    Trustor lawfully possesses and holds fee simple title to the Land and Improvements as of the date this Deed of Trust is recorded.

4.1.2    Trustor has or will have good title to all Property including the Land and Improvements.

4.1.3    Trustor has the full and unlimited power, right and authority to encumber the Property and Trustor has the full and unlimited power, right and authority to assign the Rents.

4.1.4    None of Trustor, Guarantor, or any other holder of a direct or indirect legal or beneficial interest in Trustor is or will be, held, directly or indirectly, by a "foreign corporation," "foreign partnership," "foreign trust," "foreign estate," "foreign person," "affiliate" of a "foreign person" or a "United States intermediary" of a "foreign person" within the meaning of IRC Sections 897 and 1445, the Foreign Investments in Real Property Tax Act of 1980, the International Investment and Trade in Services Survey Act, the Agricultural Foreign Investment Disclosure Act of 1978, the regulations promulgated pursuant to such acts or any amendments to such acts.

4.1.5    None of Trustor or Guarantor is insolvent, and there has been no (i) assignment made for the benefit of the creditors of any of them, (ii) appointment of a receiver for any of them or for the assets or properties of any of them, or (iii) any bankruptcy, reorganization, or liquidation proceeding instituted by or against any of them.

4.1.6    There is no litigation, arbitration, condemnation proceeding or other proceeding or governmental investigation pending or, to the best knowledge of Trustor, threatened against or relating to Trustor, Guarantor, or the Property and there are no outstanding judgment(s)

Exhibit 12                                                    Page 37 of 63

against or relating to Trustor or Guarantor. Trustor and Guarantor each have not (A) had any property foreclosed upon, (B) given a deed in lieu of foreclosure, or (C) been involved in any criminal proceedings where Trustor or Guarantor was the defendant. Trustor and Guarantor have not defaulted on any loan or other indebtedness.

4.1.7    The proceeds evidenced by the Note will be used by Trustor solely and exclusively for proper business purposes.

4.1.8    Trustor represents and covenants that it is not and will not become a person (individually, a "**Prohibited Person**" and collectively "**Prohibited Persons**") listed on the Specially Designated Nationals and Blocked Persons List maintained by the Office of Foreign Asset Control, U.S. Department of the Treasury (the "**OFAC List**") or otherwise subject to any other prohibitions or restriction imposed by laws, rules, regulations or executive orders, including Executive Order No. 13224, administered by OFAC (collectively the "**OFAC Rules**"). Trustor represents and covenants that it also (i) is not and will not become owned or controlled by a Prohibited Person, (ii) is not acting and will not act for or on behalf of a Prohibited Person, (iii) is not otherwise associated with and will not become associated with a Prohibited Person, (iv) is not providing and will not provide any material, financial or technological support for or financial or other service to or in support of acts of terrorism or a Prohibited Person. Trustor will not transfer any interest in Trustor to or enter into a lease with a Prohibited Person. Trustor shall immediately notify Beneficiary if Trustor has knowledge that Guarantor, manager, member, or beneficial owner of Trustor is or becomes a Prohibited Person or (A) is indicted on or (B) arraigned and held over on charges involving money laundering or predicate crimes to money laundering. Trustor will not enter into any lease or any other transaction or undertake any activities related to the Loan in violation of the federal Bank Secrecy Act, as amended ("**BSA**"), 31 U.S.C. §5311, *et seq.* or any federal or state laws, rules, regulations or executive orders, including, but not limited to, 18 U.S.C. §§1956, 1957 and 1960, prohibiting money laundering and terrorist financing (collectively "**Anti-Money Laundering Laws**"). Trustor shall (a) not use or permit the use of any proceeds of the Loan in any way that will violate either the OFAC Rules or Anti-Money Laundering Laws, (b) comply and cause all of its subsidiaries to comply with applicable OFAC Rules and Anti-Money Laundering Laws, (c) provide information as Beneficiary may require from time to time to permit Beneficiary to satisfy its obligations under the OFAC Rules and(or) the Anti-Money Laundering Laws and (d) not engage in or conspire to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the foregoing.

4.1.9    Trustor's place of business, or its chief executive office if it has more than one place of business, is located at the address specified on page 1 hereof.

4.1.10    The transaction evidenced by this Deed of Trust, the Loan Documents, and the Obligations are for commercial purposes, and not for residential, household, agricultural, personal, or consumer purposes.

Except as otherwise provided herein, each and all of the representations, covenants and obligations of Trustor shall survive the execution and delivery of the Loan Documents and shall continue in full force and effect until the Indebtedness is paid in full.

Exhibit 12                                          Page 38 of 63

4.2    <u>Payment and Performance of Secured Obligations</u>. Trustor shall pay when due the principal of and the interest on the indebtedness evidenced by the Note, charges, fees and all other sums as provided in the Loan Documents, and the principal of and interest on any future advances secured by this Deed of Trust. Trustor shall promptly perform each of the Secured Obligations in accordance with its terms.

4.3    <u>Maintenance, Repair, Alterations</u>. Trustor shall keep the Property in good condition and repair, and shall not remove, demolish or substantially alter (except such alterations as may be required by laws, ordinances or regulations) any of the Improvements.

4.4    <u>Required Insurance.</u>

4.4.1    Trustor shall keep the Improvements insured, and shall maintain during the entire term of this Deed of Trust, comprehensive general liability coverage and such other coverages requested by Beneficiary, by carrier(s), in amounts and in form at all times satisfactory to Beneficiary, which carrier(s), amounts and form shall not be changed without the prior written consent of Beneficiary. All such policies of insurance shall be issued by insurers qualified under the laws of the state in which the Land is located, duly authorized and licensed to transact business in such state and reflecting a General Policy Rating of A: VIII or better in A.M. Best's Key Rating Guide (the "**Required Rating**"). Trustor shall maintain all coverages on the Property as are required by Beneficiary at the closing of the Loan, and all other coverages as may be deemed necessary by Beneficiary from time to time during the term of the Loan. Any failure by Beneficiary to insist on full compliance with all of the above insurance requirements at closing does not constitute a waiver of Beneficiary's right to subsequently require full compliance with these requirements. All policies required hereunder shall be indicated by evidence of insurance on the Acord 28 (or similar) form of certificate (as such form may be updated and renamed from time to time), naming Beneficiary as additional insured for liability coverage and first mortgagee for property coverage. All such policies shall contain a provision that such policies will not be canceled or materially amended, which terms shall include any reduction in the scope or limits of coverage, without at least thirty (30) days' prior written notice to Beneficiary (or ten (10) days in the case of non-payment). At least two (2) days prior to the expiration of each such policy, Trustor shall furnish Beneficiary with evidence satisfactory to Beneficiary of the payment of the premium for and the re-issuance of a policy continuing insurance in force as required by this Deed of Trust.

4.4.2    Unless Trustor provides Beneficiary with evidence of the insurance coverage required by this Deed of Trust, or in the event that Trustor otherwise fails to provide, maintain and keep in force or deliver and furnish to Beneficiary the policies of insurance required hereunder, Beneficiary may purchase insurance at Trustor's expense to protect Beneficiary's interests in the Property and to maintain the insurance required by this Deed of Trust. This insurance may, but need not, protect Trustor's interests. The coverage purchased by Beneficiary may not pay any claim made by Trustor or any claim that is made against Trustor in connection with the Property or any required insurance policy. Trustor may later cancel any insurance purchased by Beneficiary, but only after providing Beneficiary with evidence that Trustor has obtained insurance as required by this Deed of Trust. If Beneficiary purchases insurance for the Property or insurance otherwise required by this Deed of Trust, Trustor will be responsible for the costs of that insurance, including interest and other charges imposed by Beneficiary in connection

Exhibit 12    Page 39 of 63

with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to the Indebtedness. The costs of the insurance may be more than the cost of insurance Trustor is able to obtain on its own.

4.5     Damages and Insurance and Condemnation Proceeds.

4.5.1    Trustor hereby absolutely and irrevocably assigns to Beneficiary, and authorizes the payor to pay to Beneficiary, the following claims, causes of action, awards, payments and rights to payment: (i) all awards of damages and all other compensation payable directly or indirectly because of a condemnation, proposed condemnation or taking for public or private use which affects all or part of the Property or any interest in it; (ii) all other awards, claims and causes of action arising out of any warranty affecting all or any part of the Property, or for damage or injury to or decrease in value of all or part of the Property or any interest in it; (iii) all proceeds of any insurance policies payable because of loss sustained to all or part of the Property; and (iv) all interest which may accrue on any of the foregoing.

4.6     Use of Proceeds by Trustor.

4.6.1    If, in any instance, each and all of the following conditions are satisfied in Beneficiary's reasonable judgment, Beneficiary shall permit Trustor to use the balance of the proceeds assigned and deposited with Beneficiary under the preceding Section 4.5 ("**Net Claims Proceeds**") to pay costs of repairing or reconstructing the Property in the manner described below:

(a)     The plans and specifications, cost breakdown, projected construction costs, construction contract, construction schedule, contractor and payment and performance bonds for the work of repair or reconstruction must all be reasonably acceptable to Beneficiary.

(b)     Beneficiary must receive evidence satisfactory to it that after repair or reconstruction and the completion of construction, the outstanding balance of all Secured Obligations will not exceed sixty-five percent (65%) of the value of the Property.

(c)     The Net Claims Proceeds must be sufficient in Beneficiary's determination to pay for the total cost of repair or reconstruction, including all associated development costs and interest projected to be payable on the Secured Obligations until the repair or reconstruction is complete; or Trustor must provide its own funds in an amount equal to the difference between the Net Claims Proceeds and a reasonable estimate, made by Trustor and found acceptable by Beneficiary, of the total cost of repair or reconstruction.

(d)     No Event of Default shall have occurred and be continuing.

4.6.2    If the foregoing conditions are met, Beneficiary shall hold the Net Claims Proceeds in a non interest-bearing account and shall disburse them to Trustor to pay costs of repair or reconstruction, on such terms and subject to such conditions as are reasonably established by Beneficiary to govern disbursement of funds, including without limitation providing evidence of costs, percentage completion of repair or reconstruction, application of payments and satisfaction of mechanics' liens. However, if Beneficiary determines that the foregoing conditions are met and

Exhibit 12                                    Page 40 of 63

the Net Claims Proceeds exceed the costs of repair and reconstruction of the Property or if Beneficiary determines that one or more of the foregoing conditions are not satisfied, then Beneficiary shall apply the Net Claims Proceeds contained in the interest bearing account to pay or prepay (without premium) some or all of the Secured Obligations in such order and proportions as Beneficiary in its sole, absolute and unfettered discretion may choose.

4.6.3    Trustor hereby specifically, unconditionally and irrevocably waives all rights of a property owner granted under California Code of Civil Procedure § 1265.225(a) which provides for allocation of condemnation proceeds between a property owner and a lien holder, and any other law or successor statute of similar import.

4.6.4    Nothing herein contained shall be deemed to excuse Trustor from repairing or maintaining the Property as provided in Section 4.3 hereof or restoring all damage or destruction to the Improvements, regardless of whether or not there are insurance proceeds available or whether any such proceeds are sufficient in amount, and the application or release by Beneficiary of any insurance proceeds shall not cure or waive any default or notice of default under this Deed of Trust or invalidate any act done pursuant to such notice.

4.7    Liens. If any claim of lien is recorded which affects the Property or the Loan, Trustor shall, within twenty (20) days after such recording or service: (i) pay and discharge the same; (ii) effect the release thereof by recording or delivering to Beneficiary a surety bond in form and amount satisfactory to Beneficiary; or (iii) provide Beneficiary with other assurance (including appropriate title endorsements) which Beneficiary, in its sole discretion, deems to be satisfactory for the payment of such lien or bonded stop notice and for the full and continuous protection of Beneficiary from the effect thereof. If Trustor fails to remove any lien on the Property or the Loan, and fails to provide satisfactory security in lieu of removal of such lien as provided in (ii) above and fails to provide Beneficiary with the assurances as provided in (iii) above, Beneficiary may pay such lien or may contest the validity thereof, may pay all costs and expenses of contesting the same, including attorneys' fees, and Trustor shall reimburse Beneficiary on demand for all payments made and costs and expenses incurred by Beneficiary in doing so.

4.8    Trustee's Power. Trustee may, at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed of Trust and the Note secured hereby for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby or the effect of this Deed of Trust upon the remainder of said Property: (i) reconvey any part of said Property; (ii) consent in writing to the making of any map or plat thereof; (iii) join in granting any easement thereon; or (iv) join in any extension agreement or any agreement subordinating the lien or charge hereof.

4.9    Beneficiary's Power. Beneficiary, without affecting the liability of any other person liable for the payment of any obligation herein mentioned, and without affecting the lien or charge of this Deed of Trust upon any portion of the Land not then or theretofore released as security for the full amount of all unpaid obligations, may from time to time and without notice: (i) release any person so liable; (ii) extend the maturity or alter any of the terms of any such obligation; (iii) grant other indulgences; (iv) release or reconvey, or cause to be released or reconveyed at any time at Beneficiary's option, any parcel, portion or all of the Property; (v) take or release any other

Exhibit 12                                    Page 41 of 63

additional security for any obligation herein mentioned; (vi) make compositions or other arrangements with debtors in relation thereto; or (vii) advance additional funds to protect the security hereof and pay or discharge the obligations of Trustor hereunder or under the Loan Documents, and all amounts so advanced, with interest thereon at the rate per annum in effect from time to time under the Note, shall be secured hereby.

   4.10    <u>Reconveyance by Trustee</u>. Upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed of Trust and the Note to Trustee for cancellation and retention and upon payment by Trustor of Trustee's fees, Trustee shall reconvey to Trustor, or the person or persons legally entitled thereto, without warranty, any portion of the Property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in any reconveyance may be described as "the person or persons legally entitled thereto."

**ARTICLE 5**
**ADDITIONAL COVENANTS**

   5.1    <u>Acceleration on Sale</u>.

      5.1.1    Trustor understands that in making the loan evidenced by the Note, Beneficiary is relying upon the continuing interest which Trustor has in the Property. Accordingly, except as expressly provided herein or in any of the Loan Documents to the contrary, in the event that Trustor, without the prior written consent of Beneficiary, directly or indirectly, voluntarily or involuntarily, sells, assigns, transfers, disposes of or sublets or agrees to sell, assign, transfer, dispose of or sublet all or any portion of or any interest in the Property whether by outright sale, deed, installment sale contract, land contract, contract for deed, ground lease or any other leases, lease-option contract, or by sale, assignment or sublease, or transfers of any beneficial interest in or to any land trust holding title to the Property, or by any other method of conveyance of an interest in the Property, or in the event that any direct and(or) indirect owner of Trustor sells, assigns, transfers or disposes of any interest in Trustor, then the same shall be deemed to increase the risk of Beneficiary, and Beneficiary may then, or at any time thereafter, declare all principal, accrued and unpaid interest and all other charges and fees under the Note immediately due and payable, and may exercise all rights and remedies provided in the Loan Documents.

      5.1.2    Beneficiary may condition its consent to a sale or transfer for which consent is required hereunder upon the fulfillment of certain requirements in Beneficiary's sole and absolute discretion, including, without limitation, an increase in the interest rates under the Note and(or) the requirement for additional guarantors of the Loan.

**ARTICLE 6**
**DEFAULT; REMEDIES**

   6.1    <u>Events of Default</u>. Each of the following events shall constitute an event of default by Trustor hereunder (each, an "**Event of Default**"):

      6.1.1    Trustor's failure to pay when due any of the Indebtedness, including any payment due under the Note;

Exhibit 12                                    Page 42 of 63

6.1.2   The occurrence of a default or an "Event of Default" under any other Loan Documents beyond any applicable notice and cure period;

6.1.3   Seizure or forfeiture of the Property, or any portion thereof, or Trustor's interest therein, resulting from criminal wrongdoing or other unlawful action of Trustor, its affiliates, or any tenant in the Property under any federal, state or local law.

6.2   Acceleration Upon Default; Additional Remedies. At any time after any Event of Default, Beneficiary may declare all indebtedness secured hereby to be due and payable and the same shall thereupon become due and payable without any presentment, demand, protest or notice of any kind.  Thereafter, Beneficiary may:

6.2.1   Either in person or by agent, with or without bringing any action or proceeding, or by a receiver appointed by a court and without regard to the adequacy of its security, enter upon and take possession of the Property, or any part thereof, in its own name or in the name of Trustee, and do any acts which it deems necessary or desirable to preserve the value, marketability or rentability of the Property, or part thereof or interest therein, increase the income therefrom or protect the security hereof and, with or without taking possession of the Property, sue for or otherwise collect the rents, issues and profits thereof, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection (including attorneys' fees) upon any indebtedness secured hereby, all in such order as Beneficiary may determine. The entering upon and taking possession of the Property, the collection of such rents, issues and profits, and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done in response to such default or pursuant to such notice of default and, notwithstanding the continuance in possession of the Property or the collection, receipt and application of rents, issues or profits, Trustee or Beneficiary shall be entitled to exercise every right provided for in any of the Loan Documents or by law upon the occurrence of any Event of Default, including the right to exercise the power of sale.

6.2.2   Commence an action to foreclose this Deed of Trust as a mortgage, appoint a receiver, and/or specifically enforce any of the covenants hereof.

6.2.3   Exercise any or all of the remedies available to a secured party under the California Uniform Commercial Code.

6.2.4   Deliver to Trustee a written declaration of default and demand for sale, and a written notice of default and election to cause Trustor's interest in the Property to be sold, which notice Trustee or Beneficiary shall cause to be duly filed for record in the official records of the county in which the Property is located.

6.3   Foreclosure by Power of Sale. If Beneficiary elects to foreclose by exercise of power of sale under Subsection 6.2.4, Beneficiary shall notify Trustee and shall deposit with Trustee this Deed of Trust and the Note and such receipts and evidence of expenditures made and secured hereby as Trustee may require.

6.3.1   Upon receipt of such notice from Beneficiary, Trustee shall cause to be recorded, published and delivered to Trustor such notice of default and election to sell as then

Exhibit 12                                         Page 43 of 63

DOC #2017-0413611 Page 12 of 16

required by law and by this Deed of Trust. Trustee shall, without demand on Trustor, after lapse of such time as may then be required by law and after recordation of such notice of default and after notice of sale having been given as required by law, sell the Property at the time and place of sale fixed by it in said notice of sale, either as a whole, or in separate lots or parcels or items as Trustee shall deem expedient, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States payable at the time of sale. Trustee shall deliver to such purchaser or purchasers thereof its good and sufficient deed or deeds conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including, without limitation, Trustor, Trustee or Beneficiary, may purchase at such sale and Trustor hereby covenants to warrant and defend the title of such purchaser or purchasers.

6.3.2    After deducting all costs, fees and expenses of Trustee and of this Deed of Trust, including costs of evidence of title in connection with sale, Trustee shall apply the proceeds of sale first to payment of all sums expended under the terms hereof, not then repaid, with accrued interest at the rate per annum in effect from time to time under the Note, then to payment of all other Secured Obligations, and the remainder, if any, to the person or persons legally entitled thereto.

6.3.3    Trustee may postpone the sale of all or any portion of the Property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement or subsequently noticed sale, and without further notice make such sale at the time fixed by the last postponement, or may, in its discretion, give a new notice of sale.

6.3.4    The power of sale under this Deed of Trust shall not be exhausted by any one or more sales (or attempts to sell) as to all or any portion of the Property remaining unsold, but shall continue unimpaired until all of the Property has been sold by exercise of the power of sale herein contained and all indebtedness of Trustor to Beneficiary under the Deed of Trust, the Note or other Loan Documents has been paid in full.

6.4    <u>Appointment of Receiver</u>. If an Event of Default has occurred and is continuing, Beneficiary as a matter of right and without notice to Trustor or anyone claiming under Trustor, and without regard to the then value of the Property or the interest of Trustor therein, shall have the right to apply, by ex parte motion or otherwise, to any court having jurisdiction to appoint a receiver or receivers of the Property, and Trustor hereby irrevocably consents to such appointment and waives notice of any application therefor. Any such receiver or receivers shall have all the usual powers and duties of receivers in like or similar cases, including, without limitation, taking immediate possession, custody and control of the Property, securing, operating, managing, controlling and conducting the Property, caring for, preserving and maintaining the Property, and incurring any costs and expenses necessary for such purposes. Any such receiver or receivers shall also have all the powers and duties of Beneficiary in case of entry as provided in Section 6.2.1 above. Any such receiver or receivers shall continue in such capacity and exercise all such powers until the date of confirmation of sale of the Property unless such receivership is sooner terminated.

Exhibit 12    Page 44 of 63

6.5    <u>Remedies Not Exclusive</u>. Trustee and Beneficiary, and each of them, shall be entitled to enforce payment and performance of any of the Secured Obligations and to exercise all rights and powers under this Deed of Trust or under any Loan Document or other agreement or any laws now or hereafter in force, notwithstanding that some or all of the Secured Obligations may now or hereafter be otherwise secured, whether by mortgage, deed of trust, pledge, lien, assignment or otherwise. Neither the acceptance of this Deed of Trust nor its enforcement, whether by court action or pursuant to the power of sale or other powers herein contained, shall prejudice or in any manner affect Trustee's or Beneficiary's right to realize upon or enforce any other security now or hereafter held by Trustee or Beneficiary, it being agreed that Trustee and Beneficiary, and each of them, shall be entitled to enforce this Deed of Trust and any other security now or hereafter held by Beneficiary or Trustee in such order and manner as they or either of them may in their absolute discretion determine. No remedy herein conferred upon or reserved to Trustee or Beneficiary is intended to be exclusive of any other remedy herein or by law provided or permitted, but each shall be cumulative and shall be in addition to every other remedy given hereunder or now or hereafter existing at law or in equity or by statute. Every power or remedy given by any of the Loan Documents to Trustee or Beneficiary, or to which either of them may be otherwise entitled, may be exercised, concurrently or independently, from time to time and as often as may be deemed expedient by Trustee or Beneficiary, and either of them may pursue inconsistent remedies.

6.6    <u>Request for Notice</u>. In accordance with California Civil Code §2924b, Trustor hereby requests copy of any notice of default and that any notice of sale hereunder be mailed to it at the address set forth in the first Section of this Deed of Trust.

## ARTICLE 7
## MISCELLANEOUS

7.1    <u>Governing Law</u>. This Deed of Trust shall be governed by the laws of the State of California, except to the extent federal law applies. In the event that any provision or clause of any of the Loan Documents conflicts with applicable laws, such conflicts shall not affect other provisions of such Loan Documents which can be given effect without the conflicting provision, and to this end the provisions of the Loan Documents are declared to be severable. This instrument cannot be waived, changed, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of any waiver, change, discharge or termination is sought.

7.2    <u>Trustor Waiver of Rights</u>. To the extent permitted under applicable law, Trustor waives: (i) the benefit of all laws now existing or that hereafter may be enacted providing for any appraisement before sale of any portion of the Property; (ii) any applicable statute of limitations; and (iii) the benefit of all laws that may hereafter be enacted in any way extending the time for the enforcement of the collection of the Note or the debt evidenced thereby or creating or extending a period of redemption from any sale made in collecting said debt. To the full extent Trustor may do so, Trustor agrees that Trustor will not at any time insist upon, plead, claim or take the benefit or advantage of any law now or hereafter in force providing for any appraisement, valuation, stay, extension or redemption, and Trustor, for Trustor, Trustor's heirs, devisees, representatives, successors and assigns, and for any and all persons ever claiming any interest in the Property, to

Exhibit 12                                              Page 45 of 63

the extent permitted by law, hereby waives and releases all rights of redemption, valuation, appraisement, stay of execution, notice of election to mature or declare due the whole of the secured indebtedness and marshaling in the event of foreclosure of the liens hereby created. If any law referred to in this Section 7.2 and now in force, of which Trustor, Trustor's heirs, devisees, representatives, successors and assigns or other person might take advantage despite this Section 7.2, shall hereafter be repealed or cease to be in force, such law shall not thereafter be deemed to preclude the application of this Section 7.2.

7.3    Statements of Trustor. Trustor, within ten (10) days after request by Beneficiary, shall furnish to Beneficiary a written statement stating the unpaid principal of and interest on the Note and any other amounts secured by this Deed of Trust, and stating whether any offset or defense exists against such principal and interest.

7.4    Notices. Whenever Beneficiary, Trustor or Trustee desire to give or serve any notice, demand, request or other communication with respect to this Deed of Trust, each such notice, demand, request or other communication shall be in writing and shall be effective only if the same is delivered by personal service or mailed by registered mail, postage prepaid, return receipt requested, addressed to the address set forth at the beginning of this Deed of Trust. Any party may at any time change its address for such notices by delivering or mailing to the other parties hereto, as aforesaid, a notice of such change.

7.5    Attorneys' Fees. If Beneficiary refers this Deed of Trust or any of the other Loan Documents to an attorney to enforce, construe or defend the same, or as a consequence of any Event of Default as defined in this Deed of Trust, with or without the filing of any legal action or proceeding, Trustor shall pay to Beneficiary, immediately upon demand, the amount of all attorneys' fees and costs incurred by Beneficiary in connection therewith, together with interest thereon from the date of such demand at the rate of interest applicable to the principal balance of the Note. The reference to "attorneys' fees" in this Section 7.5, elsewhere in this Deed of Trust and in all of the other Loan Documents shall include, without limitation, fees charged by Beneficiary for the services furnished by attorneys who are in its employ, at rates not exceeding those that would be charged by outside attorneys for comparable services.

7.6    Acceptance by Trustee. Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law.

7.7    Captions. The captions or headings at the beginning of each Section hereof are for the convenience of the parties and are not a part of this Deed of Trust.

7.8    Invalidity of Certain Provisions. If the lien of this Deed of Trust is invalid or unenforceable as to any part of the debt, or if the lien is invalid or unenforceable as to any part of the Property, the unsecured or partially secured portion of the debt shall be completely paid prior to the payment of the remaining and secured or partially secured portion of the debt, and all payments made on the debt, whether voluntary or under foreclosure or other enforcement action or procedure, shall be considered to have been first paid on and applied to the full payment of that portion of the debt which is not secured or not fully secured by the lien of this Deed of Trust. If

Exhibit 12                                                      Page 46 of 63

any provision of the Loan Documents shall be deemed void or unenforceable, it shall not affect the validity of the remaining provisions thereof which shall be considered severable.

7.9     Non-Waiver. The acceptance by Beneficiary of any sum after the same is due shall not constitute a waiver of the right either to require prompt payment when due of all other sums hereby secured or to declare a default as herein provided. The acceptance by Beneficiary of any sum in an amount less than the sum then due shall be deemed an acceptance on account only and upon the condition that it shall not constitute a waiver of the obligation of Trustor to pay the entire sum then due, and Trustor's failure to pay said entire sum then due shall be and continue to be a default notwithstanding such acceptance of such amount on account, as aforesaid, and Beneficiary or Trustee shall be at all times thereafter and until the entire sum then due shall have been paid, and notwithstanding the acceptance by Beneficiary thereafter of further sums on account, or otherwise, entitled to exercise all rights in this instrument conferred upon them, or either of them, upon the occurrence of a default, and the right to proceed with a sale under any notice of default, and election to sell, shall in no way be impaired, whether any of such amounts are received prior or subsequent to such notice. Consent by Beneficiary to any transaction or action of Trustor which is subject to consent or approval of Beneficiary hereunder shall not be deemed a waiver of the right to require such consent or approval to future or successive transactions or actions. At any time and from time to time, without liability therefor and without notice, and without releasing or otherwise affecting the liability of any person for payment of any indebtedness hereby secured: (i) Beneficiary at its sole, absolute and unfettered discretion may extend the time for, or release any person now or hereafter liable for, payment of any or all such indebtedness, or accept or release additional security therefor, or subordinate the lien or charge hereof; or (ii) Trustee, upon written request of Beneficiary and presentation of the Note and any additional note(s) and this Deed of Trust for endorsement, may reconvey any part of said Property, consent to the making of any map or plat thereof, join in granting any easement thereof, or join in any such agreement of extension or subordination.

7.10    Time is of the Essence. Time is of the essence in connection with all obligations of Trustor under this Deed of Trust.

**IN WITNESS WHEREOF**, this Deed of Trust has been executed by Trustor and is effective as of the date first written above.

**TRUSTOR:**

By: _____
     Jared H Scarth

Exhibit 12                                              Page 47 of 63

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA)
COUNTY OF __Riverside__ )

On __10/2/17__ before me, __Ixmalzin Kassandra Ali__ Notary Public, personally appeared ✓ __JARED H. SCARTH__ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

IXMALZIN KASSANDRA ALI
COMM. # 2199346
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
COMM. EXPIRES MAY 28, 2021

Signature __Ixmalzin K Ali__                 (Seal)

Exhibit 12                                         Page 48 of 63

# EXHIBIT D

Exhibit 12                                    Page 49 of 63

**DOC # 2020-0299549**
07/09/2020 10:45 AM Fees: $111.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By:
First American Title Insurance Company

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: TERESA #134

When Recorded Mail To:
**First American Title Insurance Company**
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**

APN:          961-430-054-2
Property Address:   31222 MANGROVE
DRIVE

TEMECULA, CA
92592

TS No. :    **CA1800282924**
TSG No. :   **8728620**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

ATTENTION RECORDER: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS
APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY

- NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
  注：本文件包含一个信息摘要
  참고사항: 본 첨부 문서에 정보 요약서가 있습니다
  NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
  TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
  LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**Pursuant to California Civil Code Section 2924c(b)(1) please be advised of the following:**

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE
BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT
ACTION,** and you may have the legal right to bring your account into good standing by paying all of
your past due payments plus permitted costs and expenses within the time permitted by law for
reinstatement of your account, which is normally five business days prior to the date set for the sale of
your property. No sale date may be set until approximately 90 days from the date this Notice of
Default may be recorded (which date of recordation appears on this notice).

This amount is $   **30,560.01** as of **07/01/2020**, and will increase until your account becomes
current.

Exhibit 12                    Page 50 of 63

TS No.:          **CA1800282924**       TSG No. :    **8728620**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2);

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**PROMINENCE CAPITAL PARTNERS**
**c/o First American Title Insurance Company**
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**
**866-429-5179**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Exhibit 12                                    Page 51 of 63

TS No.:          **CA1800282924**               TSG No. :    **8728620**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED
## OF TRUST

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That **First American Title Insurance Company** is either the original trustee, the duly appointed substitute trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **10/02/2017**, executed by:

**JARED H SCARTH, AN INDIVIDUAL,**

as Trustor(s) to secure certain obligations in favor of **PROMINENCE CAPITAL PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** as Beneficiary, recorded **10/05/2017**, (as Instrument No.) 2017-0413611, (in Book) , (Page)  of Official Records in the Office of the Recorder of **RIVERSIDE COUNTY, CALIFORNIA** describing land therein as:
**AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST**

said obligations including ONE NOTE FOR THE ORIGINAL sum of $   **17,250.00.**

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

**THE UNPAID PRINCIPAL BALANCE OF 18,466.00 PLUS ACCRUED INTEREST AT 15.00% WHICH BECAME ALL DUE AND PAYABLE ON 2/2/2018, PLUS SUBSEQUENT DELINQUENCIES; ANY ADVANCES MADE BY THE BENEFICIARY PLUS INTEREST THEREON FROM THE DATES MADE; ATTORNEYS' FEES PLUS INTEREST, PLUS SUBSEQUENT ATTORNEYS' FEES WHICH MAY BECOME DUE AND PAYABLE; PLUS SUBSEQUENT TRUSTEE'S FEES AND EXPENSES WHICH MAY BECOME DUE AND PAYABLE. NOTHING IN THIS NOTICE OF DEFAULT SHOULD BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE TERMS OF THE SUBJECT LOAN DOCUMENTS.**

Exhibit 12                                                      Page 52 of 63

TS No.:        **CA1800282924**        TSG No. :    **8728620**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

That by reason thereof, the present beneficiary under such deed of trust, or its agent, has delivered to said duly appointed Trustee, a written request to commence foreclosure, and has deposited with said duly appointed Trustee, a copy of the deed of trust and other documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: **JUL 0 1 2020** _____

                                **First American Title Insurance Company**
                                **4795 Regent Blvd, Mail Code 1011-F**
                                **Irving TX 75063**

By: _____
                                       (signature)

Name: _____

Title: _____
                         Tammy Rossum
                      Authorized Signatory

**First American Title Insurance Company MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

See Attached Declaration

Exhibit 12                                                                 Page 53 of 63

**CALIFORNIA CONTACT OR DUE-DILIGENCE DECLARATION**
(CIV. CODE § 2923.5(e))

Borrower(s):    **JARED H SCARTH, AN INDIVIDUAL**
TS Number:    **CA1800282924**
Property Address:    **31222 MANGROVE DRIVE,**
         **TEMECULA, CA 92592**

The undersigned mortgage servicer representative declares as follows:

    I am employed by the undersigned mortgage servicer, and I have reviewed its business records for the borrower's loan, including the borrower's loan status and loan information, to substantiate the borrower's present loan default and the right to foreclose. The information set forth herein is accurate, complete and supported by competent and reliable evidence that I have reviewed in the mortgage servicer's business records. The mortgage servicer's business records reflect *one* of the following:

☒    The mortgage servicer contacted the borrower to assess the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.5. Thirty days, or more, have passed since the initial contact was made.

☐    The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.5(e) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure." Thirty (30) days, or more, have passed since these due diligence requirements were satisfied.

☐    The mortgage servicer was not required to comply with California Civil Code § 2923.5 because the individual does not meet the definition of a "borrower" under Civil Code §2920.5(c).

☐    No contact was made because the above referenced loan is not subject to the provisions of California Civil Code § 2923.5 pursuant to the terms of Civil Code § 2924.15.

Executed on *MAR 22* 20*/8* at *Glendale* , *CA* .

CHRISTOPHER TURGEL

By _____
[NAME OF SIGNER]

ATTACHMENT TO NOTICE OF DEFAULT

# EXHIBIT E

Exhibit 12                    Page 55 of 63

**DOC # 2021-0467602**

08/05/2021 08:53 AM Fees: $99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By
First American Title Insurance Company

**When Recorded & Mail Tax Statements To :**
First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving, TX 75063

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: DEYANIRA #293

APN:          961-430-054-2
Property Address    31222 MANGROVE DRIVE
              TEMECULA CA 92592

Title Order #    8728620
TS Number     CA1800282924

## RESCISSION OF NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN: That **First American Title Insurance Company** is duly appointed Trustee under a Deed of Trust dated **10/02/2017**, executed by **JARED H SCARTH, AN INDIVIDUAL**, as Trustor(s), to secure certain obligations in favor of **PROMINENCE CAPITAL PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** as beneficiary, recorded **10/05/2017** as **2017-0413611**, Book Page , of Official Records in the Office of the Recorder of **RIVERSIDE COUNTY, CALIFORNIA** describing land therein as: **31222 MANGROVE DRIVE, TEMECULA, CA, 92592, AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST** said obligations including one note for the sum of $ 17,250.00. Whereas, the present beneficiary under that certain Deed of Trust hereinabove described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **07/09/2020** in the office of the Recorder of **RIVERSIDE COUNTY, CALIFORNIA,** Instrument No. **2020-0299549** in Book/Page of Official Records.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that the present Beneficiary, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated:  _8/4/2021_

FIRST AMERICAN TITLE INSURANCE COMPANY AS AGENT FOR THE BENEFICIARY

By:        Tammy Rossum
          Authorized Signatory

Exhibit 12                    Page 56 of 63

# EXHIBIT F

Exhibit 12                    Page 57 of 63

**DOC # 2022-0476044**
11/18/2022 03:52 PM Fees: $111.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By:
First American Title Insurance Company

When Recorded Mail To:
**First American Title Insurance Company**
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**

**\*\*This document was electronically submitted
to the County of Riverside for recording\*\***
Receipted by: KAREN #277

APN:            961-430-054
**Property Address:   31222 MANGROVE
DRIVE**

                TEMECULA, CA
                92592

TS No. :    CA2200287323
TSG No. :   8774639

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

ATTENTION RECORDER: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS
APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY

- NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**Pursuant to California Civil Code Section 2924c(b)(1) please be advised of the following:**

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE
BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT
ACTION,** and you may have the legal right to bring your account into good standing by paying all of
your past due payments plus permitted costs and expenses within the time permitted by law for
reinstatement of your account, which is normally five business days prior to the date set for the sale of
your property. No sale date may be set until approximately 90 days from the date this Notice of
Default may be recorded (which date of recordation appears on this notice).

This amount is $    48,408.87 as of 11/18/2022, and will increase until your account becomes
current.

Exhibit 12                                    Page 58 of 63

TS No.:              CA2200287323      TSG No. :   8774639

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2);

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**PROMINENCE CAPITAL PARTNERS**
**c/o First American Title Insurance Company**
**4795 Regent Blvd, Mail Code 1011-F**
**Irving, TX 75063**
**866-429-5179**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Exhibit 12                                        Page 59 of 63

TS No.:          CA2200287323          TSG No. :    8774639

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED
## OF TRUST

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That **First American Title Insurance Company** is either the original trustee, the duly appointed substitute trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **10/02/2017**, executed by:

**JARED H SCARTH, AN INDIVIDUAL,**

as Trustor(s) to secure certain obligations in favor of PROMINENCE CAPITAL PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY as Beneficiary, recorded 10/05/2017, (as Instrument No.) 2017-0413611, (in Book) , (Page)  of Official Records in the Office of the Recorder of RIVERSIDE COUNTY, CALIFORNIA describing land therein as:
AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST

said obligations including ONE NOTE FOR THE ORIGINAL sum of $  17,250.00.

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

THE UNPAID PRINCIPAL BALANCE OF 41,675.00 PLUS ACCRUED INTEREST AT 15.00% WHICH BECAME ALL DUE AND PAYABLE ON 2/2/2018, PLUS SUBSEQUENT DELINQUENCIES; ANY ADVANCES MADE BY THE BENEFICIARY PLUS INTEREST THEREON FROM THE DATES MADE; ATTORNEYS' FEES PLUS INTEREST, PLUS SUBSEQUENT ATTORNEYS' FEES WHICH MAY BECOME DUE AND PAYABLE; PLUS SUBSEQUENT TRUSTEE'S FEES AND EXPENSES WHICH MAY BECOME DUE AND PAYABLE. NOTHING IN THIS NOTICE OF DEFAULT SHOULD BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE TERMS OF THE SUBJECT LOAN DOCUMENTS.

Exhibit 12                                Page 60 of 63

TS No.:        CA2200287323          TSG No. :    8774639

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

That by reason thereof, the present beneficiary under such deed of trust, or its agent, has delivered to said duly appointed Trustee, a written request to commence foreclosure,  and has deposited with said duly appointed Trustee, a copy of the deed of trust and other documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 11/10/2022

> First American Title Insurance Company
> 4795 Regent Blvd, Mail Code 1011-F
> Irving TX 75063

By: _____ (signature)

Name: _____

Title: _____
Tammy Rossum
Authorized Signatory

First American Title Insurance Company MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

See Attached Declaration

Exhibit 12                                    Page 61 of 63

**CALIFORNIA CONTACT OR DUE-DILIGENCE DECLARATION**
CIV. CODE § 2923.5(b)

Borrower(s):        JARED H SCARTH
TS Number:        CA2200287323
Property Address:  31222 MANGROVE DRIVE
                   TEMECULA, CA 92592

The undersigned mortgage servicer representative declares as follows:

I am employed by the undersigned mortgage servicer, and I have reviewed its business records for the borrower's loan, including the borrower's loan status and loan information, to substantiate the borrower's present loan default and the right to foreclose. The information set forth herein is accurate, complete and supported by competent and reliable evidence that I have reviewed in the mortgage servicer's business records. The mortgage servicer's business records reflect *one* of the following

1. ☑ The mortgage servicer has contacted the borrower pursuant to Cal. Civil Code §2923.5 (a)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure." Thirty (30) days, or more, have passed since the initial contact was made.

2. ☐ Despite the exercise of due diligence pursuant to Cal. Civil Code §2923.5(e), the mortgage servicer has been unable to contact the borrower "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of §2920.5.

4. ☐ The requirements of Cal. Civil Code §2923.5 do not apply because the borrower, mortgage/deed of trust or real property does not meet the criteria described in Cal. Civil Code §2924.15(a).

5. With respect to Cal. Civil Code §3273.10:

   ☐ The mortgage servicer received a request for a forbearance in connection with COVID-19 from the borrower, and such request was denied.  A copy of the written notice is attached; AND forbearance ☐ was or ☐ was not subsequently provided.

I certify that this declaration is accurate, complete and supported by competent and reliable evidence, which the mortgage servicer has reviewed to substantiate that borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Executed on ___April 6___ 20_22_ at ___Glendora___, ___CA___.

                                   Christopher Turoci

                              By: _____.
                              [NAME OF SIGNER]

ATTACHMENT TO NOTICE OF DEFAULT

Exhibit 12                                    Page 62 of 63

# EXHIBIT G

Exhibit 12                                        Page 63 of 63

# EXHIBIT 13

# EXHIBIT 13

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
### Southwest Justice Center
Ex Parte Hearing re: Temporary Restraining Order

03/15/2023
8:30 AM
Department S302

**CVSW2301837**
**SCARTH vs TUROCI**

Honorable Angel M. Bermudez, Judge
A. Behrmann, Courtroom Assistant
Court Reporter: None

**APPEARANCES:**

CHRISTOPHER J TUROCI is present In Person, represented by PRO PER
SCARTH, JARED [PLA] represented by Gary Saunders present (Telephonically).

At 08:54 AM, the following proceedings were held:
Court has read and considered Ex Parte Application.
Plaintiff's Counsel indicates client has filed bankruptcy.
Case stayed pending bankruptcy.
Hearing off calendar.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO DISMISS CHAPTER 13 PROCEEDING FOR BAD FAITH FILING; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ROBERT P. GOE AND CHRISTOPHER TUROCI IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) March 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Debtor – Jared Hunter Scarth, 31222 Mangrove Drive, Temecula, CA 92592-4176

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 17, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Wayne Johnson, USBC, 3420 Twelfth Street, Suite 384, Riverside, CA 92501

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 17, 2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
| Date | Printed Name | Signature |