| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Robert P. Goe, SBN 137019<br>Brandon J. Iskander, SBN 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Suite 210, Building D<br>Irvine, CA 92614<br>Phone: (949) 798-2460<br>Fax: (949) 955-9437<br>Email:   RGoe@goeforlaw.com<br>             Biskander@goeforlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Prominence Capital Partners, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 17 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>JARED HUNTER SCARTH<br><br><br><br><br><br><br><br>                                                                         Debtor(s). | CASE NO.: 6:23-bk-10960-WJ<br><br>CHAPTER: 13<br><br>**ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|
| Movant: Prominence Capital Partners, LLC | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                                 Page 1                                       **F 9075-1.1.ORDER.SHORT.NOTICE**

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion To Dismiss Chapter 13 Proceeding For Bad Faith Filing

   b. *Date of filing of motion:* March 17, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: March 17, 2023

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

      (1) ☒ A hearing on the motion will take place as follows:

      | Hearing date: March 27, 2023 | Place: |
      |---|---|
      | Time: 12:00 p.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
      | Courtroom: 304 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
      | | ☒ 3420 Twelfth Street, Riverside, CA 92501 |
      | | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
      | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

      (2) ☒ No later than the deadlines given, telephonic notice of the hearing must be provided to all persons/entities listed:

      | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
      |---|---|
      | Date: March 17, 2023 | *Debtor's Counsel, Chapter 13 Trustee* |
      | Time: 6:00 p.m. | (C) *Telephonic notice is also required upon* the United States trustee |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(3) ☒ No later than the deadlines given, written notice of the hearing and a copy of this order must be served upon all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery   ☒ Overnight Mail   ☒ First class mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: March 20, 2023 | |
| Time: 5:00 p.m. | *Debtor's Counsel, Chapter 13 Trustee, all creditors in the case* |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: March 20, 2023 | |
| Time: 5:00 p.m. | *Debtor's Counsel, Chapter 13 Trustee* |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding opposition to the motion

   ☐ opposition to the motion may be made orally at the hearing

   ☒ no later than the deadlines given, written opposition to the motion must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

   (A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: March 24, 2023 | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: 5:00 p.m. | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　Page 3　　　　**F 9075-1.1.ORDER.SHORT.NOTICE**

(6) ☒ A reply to opposition may be made orally at the hearing.

(7) ☒ Other requirements:

No later than March 20, 2023 at 5:00 p.m., the moving party shall submit a list of all payments made by the debtor to the moving party.  The list should include the due date for each payment, the amount of each payment due, the amount of each payment actually made and the date of each actual payment.

No later than March 24, 2023 at 5:00 p.m., the debtor shall submit a list of all payments made by the debtor to the moving party.  The list should include the due date for each payment, the amount of each payment due, the amount of each payment actually made and the date of each actual payment.

(8) ☒ No later than the deadlines given, movant must file a Declaration of Notice and Service establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a judge's copy of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☒ at least 2 days before the hearing.

☐ no later than:    Date:          Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 17, 2023

_____
Wayne Johnson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 4                                      F 9075-1.1.ORDER.SHORT.NOTICE