United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10960-WJ |
| Jared Hunter Scarth | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Robert P Goe | on behalf of Creditor Prominence Capital Partners kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Robert P. Goe, SBN 137019<br>Brandon J. Iskander, SBN 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Suite 210, Building D<br>Irvine, CA 92614<br>Phone: (949) 798-2460<br>Fax: (949) 955-9437<br>Email:  RGoe@goeforlaw.com<br>           Biskander@goeforlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Prominence Capital Partners, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAR 17 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>JARED HUNTER SCARTH<br><br><br><br>                                                                    Debtor(s). | CASE NO.: 6:23-bk-10960-WJ<br>CHAPTER: 13<br><br>**ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Movant: Prominence Capital Partners, LLC ||

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 1                                  **F 9075-1.1.ORDER.SHORT.NOTICE**

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion To Dismiss Chapter 13 Proceeding For Bad Faith Filing

    b. *Date of filing of motion:* March 17, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: March 17, 2023

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

        (1) ☒ A hearing on the motion will take place as follows:

        | | |
        |---|---|
        | Hearing date: March 27, 2023<br>Time: 12:00 p.m.<br>Courtroom: 304 | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☒ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

        (2) ☒ No later than the deadlines given, telephonic notice of the hearing must be provided to all persons/entities listed:

        | | |
        |---|---|
        | (A) <u>Deadlines:</u><br>Date: March 17, 2023<br>Time: 6:00 p.m. | (B) <u>Persons/entities to be provided with telephonic notice:</u><br>*Debtor's Counsel, Chapter 13 Trustee*<br><br>(C) <u>*Telephonic notice is also required upon*</u> the United States trustee |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 2                                  **F 9075-1.1.ORDER.SHORT.NOTICE**

(3) ☒ No later than the deadlines given, written notice of the hearing and a copy of this order must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☒ First class mail ☒ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: March 20, 2023

Time: 5:00 p.m.

(C) *Persons/entities to be served with written notice and a copy of this order:*

Debtor's Counsel, Chapter 13 Trustee, all creditors in the case

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: March 20, 2023

Time: 5:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

Debtor's Counsel, Chapter 13 Trustee

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(5) ☒ Regarding opposition to the motion

☐ opposition to the motion may be made orally at the hearing

☒ no later than the deadlines given, written opposition to the motion must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: March 24, 2023

Time: 5:00 p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

(6) ☒ A reply to opposition may be made orally at the hearing.

(7) ☒ Other requirements:

No later than March 20, 2023 at 5:00 p.m., the moving party shall submit a list of all payments made by the debtor to the moving party. The list should include the due date for each payment, the amount of each payment due, the amount of each payment actually made and the date of each actual payment.

No later than March 24, 2023 at 5:00 p.m., the debtor shall submit a list of all payments made by the debtor to the moving party. The list should include the due date for each payment, the amount of each payment due, the amount of each payment actually made and the date of each actual payment.

(8) ☒ No later than the deadlines given, movant must file a Declaration of Notice and Service establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a judge's copy of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:          Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 17, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                          **F 9075-1.1.ORDER.SHORT.NOTICE**