| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: (951) 290-2827<br>Fax: (949)-288-2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jared Hunter Scarth | CASE NO.: 6:23-bk-10960-WJ<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: 03/26/2023    Jared Hunter Scarth    [signature]
Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: _____    _____    _____
Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KT / RX5 26558849 | 01/ | 1152117 | 1 of 1 |

Earnings Statement

ADP

Turfworx LLC
2573 Camino De Los Aves
Alpine, CA 91901-3058

Period Starting:  01/01/2023
Period Ending:   01/15/2023
Pay Date:        01/20/2023

Taxable Filing Status: Married
Exemptions/Allowances:
    Federal:  Std W/H Table
    State:    10
    Local:    0
Social Security Number: XXX-XX-7621

Tax Override:
    Federal:  0.00 Addnl
    State:
    Local:

Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 3750.00 | 7500.00 |
| Bonus |  | 0.00 | 1654.22 | 1654.22 |
| Auto Allowance |  | 0.00 | 150.00 | 300.00 |
| **Gross Pay** |  |  | **$5,554.22** | **$9,454.22** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -344.36 | 586.16 |
| Medicare | -80.54 | 137.09 |
| California State Income | -316.01 | 467.87 |
| California State DI | -49.99 | 85.09 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS SIMPLE IRA % | -166.62 | 283.62 |
| **Net Pay** | **$4,596.70** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS SIMPLE IRA | 166.62 | 283.62 |
| Sick |  |  |
|  - Carry Over |  | 5.61 |
|  - Accrued Hours | 0.00 | 5.61 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance |  | 5.61 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8427 | XXXXXXXXX | 4596.70 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,387.60
* Excluded from Federal taxable wages
The accrued hours on your Sick Plan may not be available until your 90th day of employment

Turfworx LLC
2573 Camino De Los Aves
Alpine, CA 91901-3058

Pay Date:   01/20/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8427 | XXXXXXXXX | 4596.70 |

Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KT / RX5 26558849 | 01/ | 5537 | 1 of 1 |

**Earnings Statement**

ADP

Turfworx LLC
2573 Camino De Los Aves
Alpine, CA 91901-3058

Period Starting: 01/01/2023
Period Ending: 01/15/2023
Pay Date: 02/03/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     10
  Local:     0
Social Security Number: XXX-XX-7621

Tax Override:
  Federal:  0.00 Addnl
  State:    148.49 Flat
  Local:

Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 7500.00 |
| Vacation | | 0.00 | 3750.00 | 3750.00 |
| Bonus | | | 0.00 | 1654.22 |
| Auto Allowance | | | 0.00 | 300.00 |
| **Gross Pay** | | | **$3,750.00** | **$13,204.22** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS SIMPLE IRA | 0.00 | 283.62 |
| Sick | | |
|  - Carry Over | | 5.61 |
|  - Accrued Hours | 0.00 | 5.61 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 5.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -232.50 | 818.66 |
| Medicare | -54.37 | 191.46 |
| California State Income | -148.49 | 616.36 |
| California State DI | -33.75 | 118.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS SIMPLE IRA % | 0.00 | 283.62 |

| Net Pay | | $3,280.89 |
|---|---|---|

Your federal taxable wages this period are $3,750.00
* Excluded from Federal taxable wages
The accrued hours on your Sick Plan may not be available until your 90th day of employment

Turfworx LLC
2573 Camino De Los Aves
Alpine, CA 91901-3058

90-7162/3222

Payroll Check Number: 5537
Pay Date: 02/03/2023

Pay to the order of: Jared Scarth

This amount: THREE THOUSAND TWO HUNDRED EIGHTY AND 89/100     $3,280.89

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Chase

Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592

