**Fill in this information to identify your case and this filing:**

Debtor 1    __Jared__    __Hunter__    __Scarth__
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Central District of California__

Case number __6:23-bk-10960-WJ__

☐ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 __31222 Mangrove Dr__
   Street address, if available, or other description

   __Temecula, CA 92592-4176__
   City    State    ZIP Code

   __Riverside__
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: __Zillow__

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? __$673,000.00__

   Current value of the portion you own? __$673,000.00__

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   __Fee Simple__

   ☑ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................... → __$673,000.00__

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1** Make:  **Audi**

Model:  **RS5**

Year:  **2014**

Approximate mileage:  **85,000**

Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$24,000.00** | **$24,000.00** |

If you own or have more than one, list here:

**3.2** Make:  **Chevrolet**

Model:  **Suburban**

Year:  **2011**

Approximate mileage:  **115,000**

Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**3.3** Make:  **Volkswagen**

Model:  **Tiguan**

Year:  **2009**

Approximate mileage:

Other information:
Non-operational

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

**3.4** Make:  **Volvo**

Model:  **XC90**

Year:  **2008**

Approximate mileage:  **150,000+**

Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000.00** | **$2,000.00** |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................. → **$33,000.00**

---

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe........ | Household goods and furnishings | **$5,000.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe........ | Electronics | **$2,000.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe........ | |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe........ | |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........ | Firearms | **$1,500.00**

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No
☐ Yes. Describe........

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........   | Jewelry | **$2,000.00**

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........   | Pets | **$1,000.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................... ➔   | **$11,500.00**

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................................   Cash..............   | **$50.00**

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

| | Institution name: | |
|---|---|---|
| 17.1. Savings account: | **Bank of America** | **$1,000.00** |
| 17.2. Checking account: | **Bank of America** | **$3,000.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Institution or issuer name:

_Robinhood_                                                                $2,966.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them...................

Name of entity:                                        % of ownership:

_____    _____    _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them...................

Issuer name:

_____    _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
account separately.

Type of account:          Institution name:

IRA:          **American Century Investments**                  $2,500.00

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

                    Institution name or individual:

Electric:          _____    _____

Gas:              _____    _____

Heating oil:      _____    _____

Security deposit on rental unit:  _____    _____

Prepaid rent:      _____    _____

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* __6:23-bk-10960-WJ__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them....    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them....    _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
            professional licenses

☑ No
☐ Yes. Give specific
   information about them....    _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**28.  Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......................

| 2022 | Income tax refund | Federal: | **$9,000.00** |
|---|---|
| | State: | |
| | Local: | |

**29.  Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

| | Alimony: | |
|---|---|
| | Maintenance: | |
| | Support: | |
| | Divorce settlement: | |
| | Property settlement: | |

**30.  Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

**31.  Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Ameritas - Universal life insurance** | | **$21,000.00** |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim.................

| See Attached. | **unknown** |
|---|---|

| Debtor 1 | Jared | Hunter | Scarth | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim................ _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information.......... _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................→ | **$39,516.00** |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........ _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........ _____

**41. Inventory**

☑ No
☐ Yes. Describe........ _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                   % of ownership:

_____                _____%    _____

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☑ No

      ☐ Yes. Describe........ [                                            ]   _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information.........

_____   _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**.......................................................................................... →    **$0.00**

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
      **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes......................... [                                            ]   _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information............. [                                            ]   _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes......................... [                                            ]   _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes......................... [                                            ]   _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information............. [                                            ]   _____

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............................................................................................................➔    | **$0.00** |

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
    information.............

54. Add the dollar value of all of your entries from Part 7. Write that number here...................................................➔    | **$0.00** |

---

**Part 8:** List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2........................................................................................................➔    | **$673,000.00** |

56. Part 2: Total vehicles, line 5                **$33,000.00**

57. Part 3: Total personal and household items, line 15      **$11,500.00**

58. Part 4: Total financial assets, line 36           **$39,516.00**

59. Part 5: Total business-related property, line 45         **$0.00**

60. Part 6: Total farm- and fishing-related property, line 52     **$0.00**

61. Part 7: Total other property not listed, line 54     **+**        **$0.00**

62. **Total personal property.** Add lines 56 through 61.............. | **$84,016.00** | Copy personal property total ➔ **+** | **$84,016.00** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................ | **$757,016.00** |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* **6:23-bk-10960-WJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

| | |
|---|---|
| Claim against Todd Turoci and Western Star Financial relating to deed of trust. | unknown |
| Claim against Christopher Turoci and Prominence Capital Partners relating to deed of trust. | unknown |
| Claim against Christopher Turoci for violation of the stay on March 24, 2023. | unknown |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **6:23-bk-10960-WJ** | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                  04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).**

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>31222 Mangrove Dr Temecula, CA 92592-4176<br>Line from *Schedule A/B*:   1.1 | $673,000.00 | ☑ $615,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>2014 Audi RS5<br>Line from *Schedule A/B*:   3.1 | $24,000.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☑ No

     ☐ Yes

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods and furnishings<br><br>Line from *Schedule A/B*: 6 | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Electronics<br><br>Line from *Schedule A/B*: 7 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Firearms<br><br>Line from *Schedule A/B*: 10 | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Jewelry<br><br>Line from *Schedule A/B*: 12 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: Pets<br><br>Line from *Schedule A/B*: 13 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Cash<br><br>Line from *Schedule A/B*: 16 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 706.051 |
| Brief description: Bank of America<br>Checking account<br><br>Line from *Schedule A/B*: 17 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| Brief description: Bank of America<br>Savings account<br><br>Line from *Schedule A/B*: 17 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>American Century Investments<br><br>Line from *Schedule A/B:*  21 | $2,500.00 | ☑  $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(n) |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 3 of 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Central District of California**

Case number    **6:23-bk-10960-WJ**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

| 2. | List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | County of Riverside | Describe the property that secures the claim: | $936.00 | $673,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

4080 Lemon St.
Number    Street

Riverside, CA 92501
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Date debt was incurred**
11/03/2017

**Describe the property that secures the claim:**

    31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $936.00 |
|---|---|

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

---

**2.2**    Dept of Housing and Urban Development
Creditor's Name

300 N Los Angeles St Ste 4054
Number    Street

Los Angeles, CA 90012-3308
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
10/25/2018

**Describe the property that secures the claim:**
> 31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $82,802.00   Column B: $673,000.00   Column C: $0.00

---

**2.3**    Dept of Tax and Fee Administration
Creditor's Name

2480 Hilborn Rd Ste 200
Number    Street

Fairfield, CA 94534-1820
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/04/2019

**Describe the property that secures the claim:**
> 31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $26,516.00   Column B: $673,000.00   Column C: $0.00

> **Remarks:**
> Claim is based on an estimated tax while the business was no longer operating. Debtor may be objecting to this claim.

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$109,318.00** |
|---|---|

Debtor 1 __Jared__ __Hunter__ __Scarth__     Case number *(if known)* 6:23-bk-10960-WJ

  First Name         Middle Name        Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4** Murrieta Springs Retail Group, LLC

Creditor's Name

7251 Almaden Ln

Number     Street

Carlsbad, CA 92009

City        State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

02/26/2018

**Describe the property that secures the claim:**

31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☑ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $26,083.00   Column B: $673,000.00   Column C: $0.00

**Remarks:**
The personal liability on this claim was discharged in Debtor and his spouse's 2018 Chapter 7 bankruptcy. Debtor is in the process of getting an appraisal of the property and will be filing a motion to avoid the lien.

---

**2.5** Powerstone Property Management

Creditor's Name

Po Box 15446

Number     Street

Santa Ana, CA 92735-0446

City        State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: unknown   Column B: $673,000.00   Column C: $0.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $26,083.00

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6** Prominence Capital Partners, LLC
Creditor's Name

974 Sandstone Dr
Number        Street

Glendora, CA 91740-5392
City            State       ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
10/05/2017

**Describe the property that secures the claim:**

31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| Column A | Column B | Column C |
|---|---|---|
| $58,000.00 | $673,000.00 | $0.00 |

**2.7** WELLS FARGO HOME MORTGAGE
Creditor's Name

Po Box 10335
Number        Street

Des Moines, IA 50306-0335
City            State       ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/20/2012

**Describe the property that secures the claim:**

31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9 3 1 6

| Column A | Column B | Column C |
|---|---|---|
| $242,000.00 | $673,000.00 | $0.00 |

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $300,000.00

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.8 | Western Star Financial | **Describe the property that secures the claim:** | $60,000.00 | $673,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

3845 10th St
Number        Street

Riverside, CA 92501-3519
City        State        ZIP Code

**Describe the property that secures the claim:**

31222 Mangrove Dr Temecula, CA 92592-4176

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Date debt was incurred**
08/30/2017

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | $60,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $496,337.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number | **6:23-bk-10960-WJ** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| ☐ | | | | |

Priority Creditor's Name

Number        Street

City                         State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or person injury while you were intoxicated
☐ Other. Specify

Debtor 1    **Jared**          **Hunter**                              Case number *(if known)* **6:23-bk-10960-WJ**
            First Name    Middle Name    Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**   **CITIBANK / BEST BUY**

Nonpriority Creditor's Name

Last 4 digits of account number  **8039**                                **$417.00**

**50 NORTHWEST POINT BLVD**

Number      Street

**When was the debt incurred?**   **04/19/2007**

**ELK GROVE VLG, IL 60007-1032**

City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

    **Credit Card**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor 1     **Jared**          **Hunter**          **Son**
             First Name       Middle Name       Last Name

Case number *(if known)* **6:23-bk-10960-WJ**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

| | | | | Total claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $417.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | | $417.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** |
| Case number | **6:23-bk-10960-WJ** | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases            **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number     Street | |
| | City                State     ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number     Street | |
| | City                State     ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number     Street | |
| | City                State     ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number     Street | |
| | City                State     ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **6:23-bk-10960-WJ**
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? California    . Fill in the name and current address of that person.

      Scarth, Victoria Carol
      Name of your spouse, former spouse, or legal equivalent

      31222 Mangrove Dr
      Number    Street

      Temecula, CA 92592-4176
      City    State    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), **or** *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Scarth, Victoria Carol<br>Name<br>31222 Mangrove Dr<br>Number    Street<br>Temecula, CA 92592-4176<br>City    State    ZIP Code | 2.1, 2.2, 2.3,<br>2.4, 2.5, 2.6,<br>☑ Schedule D, line 2.7, 2.8<br><br>☐ Schedule E/F, line _____<br><br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | __Jared__ | __Hunter__ | __Scarth__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    __Central District of California__

Case number    __6:23-bk-10960-WJ__
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | | Vice President | Attorney |
| Employer's name | | Starmax Resource LLC | Voorhees & Ratzlaff Law Group |
| Employer's address | | 6220 River Crest Dr | 13831 Roswell Ave Ste D |
| | | Number Street | Number Street |
| | | Riverside, CA 92507-0702 | Chino, CA 91710-5470 |
| | | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | | 1 month | 5 months |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $4,234.27 | $3,000.01 |
| 3. Estimate and list monthly overtime pay. | 3. + | $0.00 | + $0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $4,234.27 | $3,000.01 |

| Debtor 1 | <u>Jared</u> | <u>Hunter</u> | <u>Scarth</u> | Case number *(if known)* <u>6:23-bk-10960-WJ</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here.............................................................➔ | 4. | $4,234.27 | $3,000.01 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $229.52 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $27.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h. + | $0.00 + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $256.51 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $4,234.27 | $2,743.50 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $2,774.77 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 + | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $2,774.77 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $4,234.27 + | $5,518.27 = $9,752.54 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12. $9,752.54

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   | Debtor's spouse, Victoria Scarth, recently opened up a law practice and her income will be increasing as the business grows. |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
| | First Name | Middle Name | Last Name | |

---

1. **Employment information for Debtor 2 or non-filing spouse**

| | | |
|---|---|---|
| **Occupation** | Realtor | |
| **Employer's name** | Coldwell Banker | |
| **Employer's address** | 32675 Temecula Pkwy Ste A | |
| | Number Street | |
| | | |
| | Temecula, CA 92592-6913 | |
| | City                                    State      Zip Code | |
| **How long employed there?** | 2 years 2 months | |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Temecula Mediation

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $4,583.33 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $150.00 |
| 11. | Utilities | $75.00 |
| 12. | Office Expenses and Supplies | $646.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $150.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $250.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |

| | | | |
|---|---|---:|---:|
| 21. | Other Expenses | | |
| | Advertising | $50.00 | |
| | Postage & delivery | $60.00 | |
| | Payment processing fees | $163.70 | |
| | TOTAL OTHER EXPENSES | | $273.70 |
| | | | $1,544.70 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | | |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $3,038.63 |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

# Scarth Law

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: $578.57

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Ordinary and necessary expense $0.00
3. Net Employee Payroll (Other than debtor) $0.00
4. Payroll Taxes $0.00
5. Unemployment Taxes $0.00
6. Worker's Compensation $0.00
7. Other Taxes $0.00
8. Inventory Purchases (Including raw materials) $0.00
9. Purchase of Feed/Fertilizer/Seed/Spray $0.00
10. Rent (Other than debtor's principal residence) $0.00
11. Utilities $0.00
12. Office Expenses and Supplies $214.29
13. Repairs and Maintenance $0.00
14. Vehicle Expenses $0.00
15. Travel and Entertainment $0.00
16. Equipment Rental and Leases $338.57
17. Legal/Accounting/Other Professional Fees $32.86
18. Insurance $164.29
19. Employee Benefits (e.g., pension, medical, etc.) $0.00
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS $0.00

21. Other Expenses

    Advertising $42.86

    Postage & delivery $17.14

    Payment processing fees $32.43

    TOTAL OTHER EXPENSES $92.43

    $842.43

22. TOTAL MONTHLY EXPENSES(Add item 2 - 21)

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) ($263.86)

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **6:23-bk-10960-WJ**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 6 | ☐ No. ☑ Yes. |
| Child | 4 | ☐ No. ☑ Yes. |
| Child | 18 | ☐ No. ☑ Yes. |
| Child | 16 | ☐ No. ☑ Yes. |
| Child | 15 | ☐ No. ☑ Yes. |

**\* See Additional Page for Additional Dependents**

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $1,640.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $120.00 |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $400.00 |
| | 6b. Water, sewer, garbage collection | 6b. $150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $400.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $1,200.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $150.00 |
| 10. | **Personal care products and services** | 10. $100.00 |
| 11. | **Medical and dental expenses** | 11. $200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $150.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $350.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $385.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | | Case number *(if known)*  6:23-bk-10960-WJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | |
|---|---|---|---|---|
| 21. | **Other.** Specify: _____ Storage unit _____ | | 21. | **+** _____ $418.00 |

22. **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | 22a. | _____ $6,363.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | 22b. | _____ $0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | 22c. | _____ $6,363.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I.* | | 23a. | _____ $9,752.54 |
| 23b. Copy your monthly expenses from line 22c above. | | 23b. | **−** _____ $6,363.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. | _____ $3,389.54 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    None

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2. | **Additional Dependents** | | **Dependent's relationship to Debtor 1 or Debtor 2** | **Dependent's age** | **Does dependent live with you?** |
|---|---|---|---|---|---|
| | | | Child | 12 | ☐ No.  ☑ Yes. |
| | | | Child | 11 | ☐ No.  ☑ Yes. |
| | | | Child | 10 | ☐ No.  ☑ Yes. |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jared**        **Hunter**        **Scarth** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | **Central District of California** | |
| Case number (if known) | **6:23-bk-10960-WJ** | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1:  Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. | $673,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................... | $84,016.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................................................... | $757,016.00 |

## Part 2:  Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $496,337.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $417.00 |
| **Your total liabilities** | $496,754.00 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | $9,752.54 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................................................. | $6,363.00 |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$12,821.90

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $0.00 |

Fill in this information to identify your case:

| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central District of California**

Case number (if known)    **6:23-bk-10960-WJ**

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Jared Hunter Scarth, Debtor 1

Date 03/26/2023
    MM/ DD/ YYYY

**Fill in this information to identify your case:**

| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **6:23-bk-10960-WJ**
(if known)

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $25,500.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $15,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $136,007.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $40,000.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $139,649.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $10,000.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | | | Unemployment benefits | $14,000.00 |

| Debtor 1 | Jared | Hunter | Scarth | | Case number *(if known)* | 6:23-bk-10960-WJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE<br>Creditor's Name | Monthly | $4,920.00 | $242,000.00 | ☑ Mortgage |
| | | | | ☐ Car |
| Po Box 10335<br>Number     Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| Des Moines, IA 50306-0335<br>City          State     ZIP Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| <br>Insider's Name | | | | |
| <br>Number     Street | | | | |
| <br>City             State     ZIP Code | | | | |

| Debtor 1 | Jared | Hunter | Scarth | | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment
Include creditor's name |
|---|---|---|---|---|
| _____
Insider's Name | _____ | _____ | _____ | |
| _____
Number      Street | _____ | | | |
| _____
City          State    ZIP Code | | | | |

---

<h2>Part 4:   Identify Legal Actions, Repossessions, and Foreclosures</h2>

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Scarth v. Western Star Financial, Todd Turoci, Prominence Capital Partners | Breach of contract; slander of title; fraud, conspiracy; promissory estoppel; wrongful foreclosure; violation of Business and Professions Code §17200; breach of fiduciary duty; violation of State Bar Rule 3-300; temporary restraining order. | Riverside County Superior Court
Court Name
Historic Courthouse
4050 Main Street
Number      Street
Riverside, CA 92501
City          State    ZIP Code | ☑ Pending
☐ On appeal
☐ Concluded |
| Case number | CVSW2301837, CVSW2302091 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **Jared**      **Hunter**      **Scarth**      Case number *(if known)* 6:23-bk-10960-WJ
          First Name    Middle Name    Last Name

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| | | | |
| Creditor's Name | | | |
| | **Explain what happened** | | |
| Number    Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City          State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1    **Jared**         **Hunter**         **Scarth**                                Case number *(if known)* 6:23-bk-10960-WJ
              First Name       Middle Name        Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Person to Whom You Gave the Gift

Number        Street

City                    State      ZIP Code

Person's relationship to you _____

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

Charity's Name

Number        Street

City                    State      ZIP Code

---

**Part 6:**    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Debtor 1 | Jared | Hunter | Scarth | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Nexus Bankruptcy | Attorney's Fee | | |
| Person Who Was Paid | | | |
| 100 Bayview Circle #100 | | 03/13/2023 | $2,837.95 |
| Number      Street | | | |
| | | | |
| Newport Beach, CA 92660 | | | |
| City                State      ZIP Code | | | |
| ben@nexusbk.com | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | | |
| Number      Street | | | |
| | | | |
| | | | |
| City                State      ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City             State    ZIP Code | | | |
| Person's relationship to you | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX– ___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | | |
| Number    Street | | | | |
| City             State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No  ☐ Yes |
| **Number   Street** | **Number   Street** | | |
| **City       State   ZIP Code** | **City           State   ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| \*\*\*<br>**Name of Storage Facility** | **Name** | | ☑ No  ☐ Yes |
| **Number   Street** | **Number   Street** | | |
| **City       State   ZIP Code** | **City           State   ZIP Code** | | |
| Extra Space Storage<br>**Name of Storage Facility** | **Name** | Household items | ☐ No  ☑ Yes |
| 31524 Rancho Pueblo Rd<br>**Number   Street** | **Number   Street** | | |
| Temecula, CA 92592-4810<br>**City       State   ZIP Code** | **City           State   ZIP Code** | | |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Jared | Hunter | Scarth | Case number *(if known)*  6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number    Street** | | |
| **Number    Street** | | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

---

| **Part 10:** | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ _____ _____ | **Court Name** _____ **Number   Street** | | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number | **City        State   ZIP Code** | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Lincoln James Investment Properties,_ LLC<br>**Name**<br><br>**Number   Street**<br><br>**City        State   ZIP Code** | Real estate holding | EIN:  _4_ _6_ – _1_ _7_ _0_ _4_ _2_ _4_ _6_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  _11/29/2012_  To  _07/02/2018_ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Scarth & Associates_<br>**Name**<br><br>**Number   Street**<br><br>**City        State   ZIP Code** | Residential floor coverings | EIN:  _2_ _7_ – _4_ _8_ _7_ _1_ _1_ _8_ _2_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  _01/06/201_  To  _06/25/2018_ |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)*  6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number**    **Street** | |
| _____ | |
| **City**          **State**    **ZIP Code** | |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Signature of Jared Hunter Scarth, Debtor 1

Date 03/26/2023

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jared** | **Hunter** | **Scarth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **6:23-bk-10960-WJ**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:  Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $9,168.02 | $923.08 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $5,258.33 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - $2,527.53 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $2,730.80 | Copy here → | $0.00 | $2,730.80 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. **Interest, dividends, and royalties** | | $0.00 | $0.00 |
| 8. **Unemployment compensation** | | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................................. ↓

For you...................................................................... $0.00

For your spouse........................................................ $0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $0.00   $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.   +          +

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $9,168.02   +   $3,653.88   =   $12,821.90

**Total average monthly income**

**Part 2:** Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. ................................................................................   $12,821.90

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

Total...........................................................................   +   $0.00   Copy here. →   -   $0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12.   $12,821.90

| Debtor 1 | Jared | Hunter | Scarth | | Case number *(if known)* 6:23-bk-10960-WJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**15. Calculate your current monthly income for the year. Follow these steps:**

15a. Copy line 14 here → ........................................................................................................ | **$12,821.90**

Multiply line 15a by 12 (the number of months in a year). | **x 12**

15b. The result is your current monthly income for the year for this part of the form. ........................... | **$153,862.80**

**16. Calculate the median family income that applies to you. Follow these steps:**

16a. Fill in the state in which you live. | California

16b. Fill in the number of people in your household. | 10

16c. Fill in the median family income for your state and size of household. ......................................... | **$173,015.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. Go to Part 3. Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. Go to Part 3 and fill out *Calculation of Your Disposable Income* (Official Form 122C–2). On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

**18. Copy your total average monthly income from line 11.** ................................................................. | **$12,821.90**

**19. Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.**

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................................................... | **– $0.00**

19b. Subtract line 19a from line 18. | **$12,821.90**

**20. Calculate your current monthly income for the year. Follow these steps.**

20a. Copy line 19b.............................................................................................................................. | **$12,821.90**

Multiply by 12 (the number of months in a year). | **x 12**

20b. The result is your current monthly income for the year for this part of the form. | **$153,862.80**

20c. Copy the median family income for your state and size of household from line 16c. ...................... | **$173,015.00**

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

## Part 4: Sign Below

By signing here under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X ⟋⟍⟋⟍
Signature of Debtor 1

Date 03/26/2023
    MM/ DD/ YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | **Jared** | **Hunter** | **Scarth** | Case number *(if known)*  6:23-bk-10960-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Current Monthly Income Details for the Debtor(s)

---

**Debtor 1 Income Details:**
Income for the Period **09/01/2022** to **03/01/2023**.

---

**Employment Income**
Source of Income: **Starmax Resource LLC**
Income by Month:

| | Date | Income | Deductions | Net |
|---|---|---|---|---|
| 6 Months ago | 09/2022 | $0.00 | $0.00 | $0.00 |
| 5 Months ago | 10/2022 | $0.00 | $0.00 | $0.00 |
| 4 Months ago | 11/2022 | $0.00 | $0.00 | $0.00 |
| 3 Months ago | 12/2022 | $0.00 | $0.00 | $0.00 |
| 2 Months ago | 01/2023 | $1,402.98 | $0.00 | $1,402.98 |
| Last Month | 02/2023 | $2,505.58 | $0.00 | $2,505.58 |
| Average per month: | | $651.43 | $0.00 | $651.43 |

**Employment Income**
Source of Income: **Turfworx**
Year-to-Date Income:

| | Date | Income | Deductions | Net |
|---|---|---|---|---|
| Starting Year-to-Date Income: | 08/31/2022 | $94,362.37 | $18,260.18 | $76,102.19 |
| Ending Year-to-Date Income: | 02/28/2023 | $145,461.95 | $25,666.79 | $119,795.16 |
| Income for six-month period (Ending-Starting): | | $51,099.58 | $7,406.61 | $43,692.97 |
| Average per month: | | $8,516.60 | $1,234.44 | $7,282.16 |

---

**Non-filing Spouse Income Details:**
Income for the Period **09/01/2022** to **03/01/2023**.

---

**Employment Income**
Source of Income: **Voorhees & Ratzlaff Law Group**
Income by Month:

| | Date | Income | Deductions | Net |
|---|---|---|---|---|
| 6 Months ago | 09/2022 | $0.00 | $0.00 | $0.00 |
| 5 Months ago | 10/2022 | $0.00 | $0.00 | $0.00 |
| 4 Months ago | 11/2022 | $0.00 | $0.00 | $0.00 |
| 3 Months ago | 12/2022 | $0.00 | $0.00 | $0.00 |
| 2 Months ago | 01/2023 | $2,769.24 | $236.78 | $2,532.46 |
| Last Month | 02/2023 | $2,769.24 | $236.78 | $2,532.46 |
| Average per month: | | $923.08 | $78.93 | $844.15 |

Debtor 1     **Jared**          **Hunter**          **Scarth**                    Case number *(if known)* 6:23-bk-10960-WJ
    First Name     Middle Name     Last Name

**Business Income**

Source of Income: **Temecula Mediation**

Income by Month:

|  | Date | Income | Expenses | Net |
|---|---|---|---|---|
| 6 Months ago | 09/2022 | $2,500.00 | $1,425.30 | $1,074.70 |
| 5 Months ago | 10/2022 | $6,000.00 | $1,518.20 | $4,481.80 |
| 4 Months ago | 11/2022 | $3,500.00 | $1,483.40 | $2,016.60 |
| 3 Months ago | 12/2022 | $8,000.00 | $1,615.10 | $6,384.90 |
| 2 Months ago | 01/2023 | $6,500.00 | $1,613.10 | $4,886.90 |
| Last Month | 02/2023 | $1,000.00 | $1,613.10 | ($613.10) |
|  | Average per month: | $4,583.33 | $1,544.70 | $3,038.63 |

**Business Income**

Source of Income: **Scarth Law**

Income by Month:

|  | Date | Income | Expenses | Net |
|---|---|---|---|---|
| 6 Months ago | 09/2022 | $1,250.00 | $975.00 | $275.00 |
| 5 Months ago | 10/2022 | $0.00 | $975.00 | ($975.00) |
| 4 Months ago | 11/2022 | $800.00 | $962.00 | ($162.00) |
| 3 Months ago | 12/2022 | $1,000.00 | $995.00 | $5.00 |
| 2 Months ago | 01/2023 | $0.00 | $995.00 | ($995.00) |
| Last Month | 02/2023 | $1,000.00 | $995.00 | $5.00 |
|  | Average per month: | $675.00 | $982.83 | ($307.83) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**    Scarth, Jared Hunter

Case No.    6:23-bk-10960-WJ

**Debtor**

Chapter    13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    $5,000.00

Prior to the filing of this statement I have received ....................................................................    $2,500.00

Balance Due ..............................................................................................................................    $2,500.00

2.    The source of the compensation paid to me was:

☑ Debtor         ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☐ Debtor         ☑ Other (specify)    Balance to be paid through Chapter 13 Plan

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  3/26/2023                                        /s/Benjamin Heston
Date                                         Benjamin Heston
                                             *Signature of Attorney*

                                                      Bar Number: 297798
                                                      Nexus Bankruptcy
                                                      100 Bayview Circle #100
                                                      Newport Beach, CA 92660
                                                      Phone: (951) 290-2827

                                             Nexus Bankruptcy
                                             *Name of law firm*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Lincoln James Investment Properties, LLC; Case number 6:17-bk-17285-WJ; Filed 8/30/2017; Chapter 11 converted to 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Closed on 4/24/2018; Case involved real property.**

**In re Jared Hunter Scarth and Victoria Carol Scarth; Case number 6:18-bk-10340-WJ; Filed 1/17/2018; Chapter 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Dismissed, closed on 5/22/2018; Case involved real property.**

**In re Jared Hunter Scarth and Victoria Carol Scarth; Case number 6:18-bk-10340-WJ; Filed 1/17/2018; Chapter 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Discharged, closed on 11/18/2020; Case involved real property.**

**In re Scarth and Associates; Case number 6:19-bk-21032-SY; Filed 12/20/2019; Chapter 7; Judge Scott H. Yun; Central District of California, Riverside Division; Status: Closed on 4/24/2018; Case did not involve real property.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

///

///

///

///

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare under penalty of perjury that the foregoing is true and correct.

**Executed at Temecula, California on March 26, 2023**

Signature of Debtor 1,
**JARED HUNTER SCARTH**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                                    Page 2                          F 1015-2.1.STMT.RELATED.CASES