# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

---

**Monday, March 27, 2023**      **Hearing Room  304**

**12:00 PM**
**6:23-10960      Jared Hunter Scarth**      **Chapter 13**

    **#2.00**  Hrg re motion to dismiss case for bad faith filing

              Docket   13

**Matter Notes:**

PRESENT:  B. HESTON         | A. MARTIN
          B. ISKANDER       | B. KELLY
          T. TUROCI         |

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to _5/31/23 AT 3:30 pm_.

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, March 27, 2023**  **Hearing Room  304**

**12:00 PM**
**CONT...**   **Jared Hunter Scarth**  **Chapter 13**

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth        Represented By
                           Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)         Pro Se