| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: (951) 290-2827<br>Fax: (949)-288-2054<br>ben@nexusbk.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>Jared Hunter Scarth<br><br><br>Debtor(s) | CASE NO.: 6:23-bk-10960-WJ<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

| ☐ Schedule A/B | ☐ Schedule C | ☐ Schedule D | ☐ Schedule E/F | ☐ Schedule G |
| ☐ Schedule H | ☐ Schedule I | ☐ Schedule J | ☐ Schedule J-2 | ☐ Statement of Financial Affairs |
| ☐ Statement About Your Social Security Numbers | | ☐ Statement of Intention | ☒ Master Mailing List | |
| ☐ Other (specify) _____ | | | | |

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: ____3/28/2023____      _/s/ Jared Hunter Scarth_____
                             Jared Hunter Scarth
                             Debtor 1 Signature

                             _____
                             Debtor 2 (Joint Debtor) Signature (if applicable)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

# AMENDED MASTER MAILING LIST ATTACHMENT

POWERSTONE PROPERTY
MANAGEMENT
PO BOX 15446
SANTA ANA, CA 92735-0446