**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>Debtor. | Case No: 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: May 31, 2023<br>Time: 3:30 p.m.<br>Courtroom: 304 |

ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

The Status Conference that was previously scheduled for April 26, 2023 at 1:30 p.m. has been continued to May 31, 2023 at 3:30 p.m. The Confirmation Hearing that was previously scheduled for May 10, 2023 at 2:00 p.m. has been continued to May 31, 2023 at 3:30 p.m.

Further information about this continuance and other applicable procedures can be found in the attached Scheduling Order entered on March 27, 2023 as docket #33.

Date: March 28, 2023

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON,
Attorney for Debtor

1

**FILED & ENTERED**

**MAR 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.: 6:23-bk-10960-WJ |
|---|---|
| JARED HUNTER SCARTH | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

On March 27, 2023 at noon, the Court held a hearing regarding the motion of Prominence Capital Partners, LLC ("PCP") to dismiss this case for bad faith [docket #13]. All appearances were noted on the record. For the reasons stated on the record, the Court continued the matter to May 31, 2023 at 3:30 p.m. In addition, as discussed on the record, the Court continued the status conference and confirmation hearing to May 31, 2023 at 3:30 p.m.

Accordingly, the Court hereby ORDERS as follows:

1. The status conference set for April 26, 2023 at 1:30 p.m. is hereby continued to May 31, 2023 at 3:30 p.m. The confirmation hearing currently scheduled for May 10, 2023 at 2:00 p.m. is hereby continued to May 31, 2023 at 3:30 p.m. Counsel for the debtor shall file and serve a notice of the continuance no later than March 30, 2023.

2. The hearing regarding the motion of PCP to dismiss this case is also continued to May 31, 2023 at 3:30 p.m. PCP may file a supplemental brief in support of its dismissal motion along with any opposition to confirmation of the chapter 13 plan no later than May 17, 2023. The debtor may respond no later than May 24, 2023.

3. The meeting of creditors is currently scheduled for April 26, 2023. No later than fourteen days prior to this meeting of creditors (and all future meetings of creditors), the debtor shall comply with LBR 3015-1(m) and file and serve the secured debt payment history declaration required in this case. This topic is discussed in section III(L) on pages 32-35 of the procedures order in this case which counsel for the debtor should review.

4. If, after conducting the meeting of creditors, the trustee seeks dismissal of the case, the trustee should file and serve a request to dismiss the case by April 28, 2023 either in the form of (a) an objection to confirmation and a request to dismiss the case or (b) a motion to dismiss the case. If the trustee does so, the deadline for the debtor to respond to any request by the trustee to

dismiss the case filed by April 28, 2023 (whether as an objection to confirmation and a request to dismiss the case or a motion to dismiss the case) is May 5, 2023.  Thereafter, the Court will review the pleadings and, in most instances, rule on the motion.

5. If the case is not dismissed after the meeting of creditors, then the following procedures apply:

(a) The trustee or any other party may file a motion to dismiss at any time or any other motions and the deadline for the debtor to respond to such motions shall be governed by the local rules.

(b) The debtor should file (no later than May 10, 2023) a secured debt payment history declaration demonstrating that the debtor has made all monthly post-petition mortgage payments from the petition date through May 2023.

(c) If the trustee supports confirmation then, after the debtor files the required pleading, the chapter 13 trustee should file, no later than May 17, 2023, a pleading stating as much and attach a worksheet with the proposed terms of confirmation.  If the chapter 13 trustee does not support confirmation then, no later than May 17, 2023, the trustee should file a motion requesting dismissal which states all grounds for dismissal and includes a declaration in support of the motion.  If the debtor has not made all post-petition mortgage or rent payments for all post-petition months, the trustee normally requests dismissal of the case.  If, for any reason, the trustee does not do so, the proposed terms of confirmation must (a) include provisions to cure all post-petition arrearages (as well as any pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for the rest of the case.

(d) The deadline for the debtor to respond to the trustee's pleading is May 24, 2023. If the trustee seeks dismissal, the debtor should file an opposition brief to the dismissal motion no later than May 24, 2023.  If the trustee recommends confirmation, the debtor should state whether the debtor agrees with the terms of confirmation proposed by the trustee.

      (e)    The Court will review the pleadings and may issue a ruling without holding hearings on May 31, 2023 that (i) continues the matter, (ii) dismisses the case or (iii) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the debtor has timely made payments and provided documents to the trustee during the case.  If no order is entered prior to May 31, 2023, all parties should check the Court's posted calendar the day before May 31, 2023.

IT IS SO ORDERED.

###

Date: March 27, 2023

_____
Wayne Johnson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle #100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 3/28/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Wayne E. Johnson**
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/28/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| CITIBANK / BEST BUY<br>50 NORTHWEST POINT BLVD<br>ELK GROVE VLG, IL 60007-1032 | COUNTY OF RIVERSIDE<br>4080 LEMON ST<br>RIVERSIDE, CA 92501-3609 | DEPT OF HOUSING AND URBAN DEVELOPMENT<br>300 N LOS ANGELES ST STE 4054<br>LOS ANGELES, CA 90012-3308 |
| DEPT OF TAX AND FEE ADMINISTRATION<br>2480 HILBORN RD STE 200<br>FAIRFIELD, CA 94534-1820 | MURRIETA SPRINGS RETAIL GROUP, LLC<br>7251 ALMADEN LN<br>CARLSBAD, CA 92009 | POWERSTONE PROPERTY MANAGEMENT<br>PO BOX 15446<br>SANTA ANA, CA 92735-0446 |
| PROMINENCE CAPITAL PARTNERS, LLC<br>974 SANDSTONE DR<br>GLENDORA, CA 91740-5392 | VICTORIA CAROL SCARTH<br>31222 MANGROVE DR<br>TEMECULA, CA 92592-4176 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 |
| WESTERN STAR FINANCIAL<br>3845 10TH ST<br>RIVERSIDE, CA 92501-3519 | | |