United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10960-WJ |
| Jared Hunter Scarth | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Brandon J Iskander | on behalf of Creditor Prominence Capital Partners biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Robert P Goe | on behalf of Creditor Prominence Capital Partners kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

District/off: 0973-6                           User: admin                              Page 2 of 2
Date Rcvd: Mar 27, 2023                        Form ID: pdf042                          Total Noticed: 1
TOTAL: 8

**FILED & ENTERED**

MAR 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-10960-WJ |
| JARED HUNTER SCARTH | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

- 1 -

On March 27, 2023 at noon, the Court held a hearing regarding the motion of Prominence Capital Partners, LLC ("PCP") to dismiss this case for bad faith [docket #13]. All appearances were noted on the record. For the reasons stated on the record, the Court continued the matter to May 31, 2023 at 3:30 p.m. In addition, as discussed on the record, the Court continued the status conference and confirmation hearing to May 31, 2023 at 3:30 p.m.

Accordingly, the Court hereby ORDERS as follows:

1. The status conference set for April 26, 2023 at 1:30 p.m. is hereby continued to May 31, 2023 at 3:30 p.m. The confirmation hearing currently scheduled for May 10, 2023 at 2:00 p.m. is hereby continued to May 31, 2023 at 3:30 p.m. Counsel for the debtor shall file and serve a notice of the continuance no later than March 30, 2023.

2. The hearing regarding the motion of PCP to dismiss this case is also continued to May 31, 2023 at 3:30 p.m. PCP may file a supplemental brief in support of its dismissal motion along with any opposition to confirmation of the chapter 13 plan no later than May 17, 2023. The debtor may respond no later than May 24, 2023.

3. The meeting of creditors is currently scheduled for April 26, 2023. No later than fourteen days prior to this meeting of creditors (and all future meetings of creditors), the debtor shall comply with LBR 3015-1(m) and file and serve the secured debt payment history declaration required in this case. This topic is discussed in section III(L) on pages 32-35 of the procedures order in this case which counsel for the debtor should review.

4. If, after conducting the meeting of creditors, the trustee seeks dismissal of the case, the trustee should file and serve a request to dismiss the case by April 28, 2023 either in the form of (a) an objection to confirmation and a request to dismiss the case or (b) a motion to dismiss the case. If the trustee does so, the deadline for the debtor to respond to any request by the trustee to

1  dismiss the case filed by April 28, 2023 (whether as an objection to confirmation and a request to

2  dismiss the case or a motion to dismiss the case) is May 5, 2023.  Thereafter, the Court will review

3  the pleadings and, in most instances, rule on the motion.

4

5     5.   If the case is not dismissed after the meeting of creditors, then the following

6  procedures apply:

7     (a)   The trustee or any other party may file a motion to dismiss at any time or

8  any other motions and the deadline for the debtor to respond to such motions shall be

9  governed by the local rules.

10    (b)   The debtor should file (no later than May 10, 2023) a secured debt payment

11  history declaration demonstrating that the debtor has made all monthly post-petition

12  mortgage payments from the petition date through May 2023.

13    (c)   If the trustee supports confirmation then, after the debtor files the required

14  pleading, the chapter 13 trustee should file, no later than May 17, 2023, a pleading stating

15  as much and attach a worksheet with the proposed terms of confirmation.  If the chapter 13

16  trustee does not support confirmation then, no later than May 17, 2023, the trustee should

17  file a motion requesting dismissal which states all grounds for dismissal and includes a

18  declaration in support of the motion.  If the debtor has not made all post-petition mortgage

19  or rent payments for all post-petition months, the trustee normally requests dismissal of the

20  case.  If, for any reason, the trustee does not do so, the proposed terms of confirmation must

21  (a) include provisions to cure all post-petition arrearages (as well as any pre-petition

22  arrearage) and (b) provide for conduit payments for the monthly payments for the rest of

23  the case.

24    (d)   The deadline for the debtor to respond to the trustee's pleading is May 24,

25  2023.  If the trustee seeks dismissal, the debtor should file an opposition brief to the

26  dismissal motion no later than May 24, 2023.  If the trustee recommends confirmation, the

27  debtor should state whether the debtor agrees with the terms of confirmation proposed by

28  the trustee.

- 3 -

(e) The Court will review the pleadings and may issue a ruling without holding hearings on May 31, 2023 that (i) continues the matter, (ii) dismisses the case or (iii) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the debtor has timely made payments and provided documents to the trustee during the case. If no order is entered prior to May 31, 2023, all parties should check the Court's posted calendar the day before May 31, 2023.

IT IS SO ORDERED.

###

Date: March 27, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge