**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>　　　　Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: May 31, 2023<br>Time: 3:30 pm<br>Location:<br>　　Courtroom 304<br>　　United States Bankruptcy Court<br>　　Central District of California<br>　　3420 Twelfth Street<br>　　Riverside, California 92501 |

　　I, Jared Hunter Scarth, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on March 14, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 31222 Mangrove Dr, Temecula, CA 92592 ("Property") which I have listed on Schedule A/B with a value of $673,000.

3. A foreclosure sale had been set for March 28, 2023 and I am not aware of a future sale date.

4. The Property is my current residence.

5. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Wells Fargo Home Mortgage.

        i. The current principal balance owing is $242,000.

        ii. My monthly mortgage payment is currently $1,640.

        iii. The unpaid, accrued arrearage is $0.

    b. Second deed of trust in favor of Western Star Financial.

        i. The current principal balance owing is $60,000.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $60,000.

    c. Third deed of trust in favor of Prominence Capital Partners

        i. The current principal balance owing is $58,000.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $58,000.

6. I have requested that Wells Fargo provide me with a payment history showing the dates and amounts of all payments going back to January of 2022. To the best of my knowledge, I have made all payments. I will file an updated Secured Debt Payment History once I receive this statement from Wells Fargo. During each of the months listed below, I made the following payments on these deed of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder | Amounts Paid to 3rd Lienholder |
|---|---|---|---|
| January 2022 | Full payment | $0 | $0 |
| February 2022 | Full payment | $0 | $0 |
| March 2022 | Full payment | $0 | $0 |
| April 2022 | Full payment | $0 | $0 |
| May 2022 | Full payment | $0 | $0 |
| June 2022 | Full payment | $0 | $0 |
| July 2022 | Full payment | $0 | $600 |

2

| | | | |
|---|---|---|---|
| August 2022 | Full payment | $0 | $600 |
| September 2022 | Full payment | $0 | $600 |
| October 2022 | $1,585.89 | $0 | $600 |
| November 2022 | $0.00 | $0 | $0 |
| December 2022 | $1,585.89 | $0 | $0 |
| January 2023 | $3,171.78 | $0 | $0 |
| February 2023 | $1,585.89 | $0 | $0 |
| March 2023 | $0.00 | $0 | $0 |
| April 2023 | $1,620.00 | $0 | $0 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was approximately $136,007.

9. In 2023, my income from all sources is approximmately $71,789 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: April 13, 2023

Jared Scarth

# WELLS FARGO

**MORTGAGE**
...9316

**$245,433.91**
Outstanding principal balance

## Balance Details

| | |
|---|---|
| Next payment due on 05/01/23 Next payment details | $1,597.81 |
| Last payment received on 04/04/23 | $1,597.81 |
| Outstanding principal balance | $245,433.91 |
| Interest rate | 3.25% |
| Escrow balance (taxes & insurance) Escrow details | $834.75 |

## Suggestions for you

View your recent Escrow Analysis

View Your 2022 Tax Document

Track and manage your FICO® Score

## Activity

First
Previous
Next

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 04/03/23 | APPLIED FUNDS | -$1,597.81 | $245,433.91 |
| 04/03/23 | PAYMENT | $1,620.00 | $245,867.56 |
| 03/23/23 | COUNTY TAX PMT | $2,361.43 | $245,867.56 |
| 02/27/23 | PAYMENT | $1,585.89 | $245,867.56 |
| 01/24/23 | PAYMENT | $1,585.89 | $246,300.04 |
| 01/11/23 | PAYMENT | $1,585.89 | $246,731.35 |
| 12/30/22 | INTEREST ON ESC | $42.43 | $247,161.49 |
| 12/05/22 | PAYMENT | $1,585.89 | $247,161.49 |

| 11/22/22 | COUNTY TAX PMT | $2,361.43 | $247,590.47 |
| 10/25/22 | PAYMENT | $1,585.89 | $247,590.47 |

Back to top

First
Previous
Next

*Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.