# **AMENDED**
## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **In re Lincoln James Investment Properties, LLC; Case number 6:17-bk-17285-WJ; Filed 8/30/2017; Chapter 11 converted to 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Closed on 4/24/2018; Case involved real property.**

   **In re Jared Hunter Scarth and Victoria Carol Scarth; Case number 6:18-bk-10340-WJ; Filed 1/17/2018; Chapter 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Dismissed, closed on 5/22/2018; Case involved real property.**

   **In re Jared Hunter Scarth and Victoria Carol Scarth; Case number 6:18-bk-13248-WJ; Filed 4/18/2018; Chapter 7; Judge Wayne E. Johnson; Central District of California, Riverside Division; Status: Discharged, closed on 11/18/2020; Case involved real property.**

   **In re Scarth and Associates; Case number 6:19-bk-21032-SY; Filed 12/20/2019; Chapter 7; Judge Scott H. Yun; Central District of California, Riverside Division; Status: Closed on 1/27/2020; Case did not involve real property.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

///

///

///

///

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare under penalty of perjury that the foregoing is true and correct.

**Executed at Temecula, California on April 21, 2023**

Signature of Debtor 1,
**JARED HUNTER SCARTH**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018 — Page 2 — F 1015-2.1.STMT.RELATED.CASES