| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brandon J. Iskander - State Bar No. 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan Avenue, Suite 210, Bldg. D<br>Irvine, CA 92614<br><br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br><br><br>*Attorney for:* Prominence Capital Partners LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>  JARED HUNTER SCARTH,<br><br><br>                                                             Debtor(s). | CASE NO.:  6:23-bk-10960-WJ<br>ADVERSARY NO.:6:23-ap-01033-WJ<br>(*if applicable*)<br>CHAPTER: 13 |
|---|---|
| JARED H. SCARTH<br><br><br><br>                                                             Plaintiff(s),<br>vs.<br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, THE TUROCI FIRM, INC., WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC,<br><br>                                                             Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
    Prominence Capital Partners, LLC

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Bradley A. Patterson, Esq. (Cal. State Bar No. 155482)
    E-Mail: bapatterson@lgilaw.com
    LGI LLP; 1 PARK PLZ STE 600; IRVINE, CA 92614-5987
    Telephone: 949.253.0500

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☒ the adversary proceeding

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                                 Page 1                                               **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Brandon J. Iskander, Esq.

Date: 04/26/2023

_____
Signature of party

Prominence Capital Partners, LLC
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 04/26/2023

_____
Signature of present attorney

Brandon J. Iskander
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 04/26/2023

_____
Signature of new attorney

Bradley A. Patterson
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 2                                    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17701 Cowan, Suite 210, Building D, Irvine, CA 92701

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/26/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/26/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/26/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/26/2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY

## Mailing Information for Case 6:23-bk-10960-WJ

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Ali Matin**    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Bradley A Patterson
1 Park Plz Ste 600
Irvine, CA 92614-5987

## Mailing Information for Case 6:23-ap-01033-WJ

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Bradley A Patterson**
1 Park Plz Ste 600
Irvine, CA 92614-5987

**Jared Hunter Scarth**
31222 Mangrove Dr
Riverside, CA 92592

**Christopher J Turoci**
974 Sandstone Drive
Glendora, CA 91740

**Todd Turoci**
The Turoci Firm
3845 10th Street
Riverside, CA 92501

**Western Star Financial, Inc.**
c/o Todd Turoci, Agt for Svc of Process
3845 10th Street
Riverside, CA 92501