# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, April 26, 2023**      **Hearing Room 304**

<u>1:30 PM</u>

**6:23-10960**    **Jared Hunter Scarth**      **Chapter 13**

#7.00    Hrg re status conference regarding confirmation of the chapter 13 plan

               Docket    1

*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 3-27-23; CONT'D TO 5-31-23 AT 3:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth        Represented By
                                              Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)        Pro Se