# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

**Wednesday, May 10, 2023**                                      **Hearing Room      304**

2:00 PM
**6:23-10960    Jared Hunter Scarth**                                         **Chapter 13**

  **#21.00**    Confirmation of Chapter 13 Plan

Docket       1
**\*\*\* VACATED \*\*\*    REASON: SCHEDULING ORDER ENTERED 3-27-
23; CONT'D TO 5-31-23 AT 3:30 P.M.**

**Matter Notes:**

  - NONE LISTED -

**Tentative Ruling:**

  - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

  Jared Hunter Scarth                         Represented By
                                              Benjamin  Heston

**Trustee(s):**

  Rod  Danielson (TR)                         Pro Se