**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>　　　　Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>**AMENDED**<br>**DECLARATION REGARDING SECURED**<br>**DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: May 31, 2023<br>Time: 3:30 pm<br>Location:<br>　　Courtroom 304<br>　　United States Bankruptcy Court<br>　　Central District of California<br>　　3420 Twelfth Street<br>　　Riverside, California 92501 |

　　　　I, Jared Hunter Scarth, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on March 14, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 31222 Mangrove Dr, Temecula, CA 92592 ("Property") which I have listed on Schedule A/B with a value of $673,000.

3. A foreclosure sale had been set for March 28, 2023 and I am not aware of a future sale date.

1

4. The Property is my current residence.

5. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Wells Fargo Home Mortgage.

        i. The current principal balance owing is $242,000.

        ii. My monthly mortgage payment is currently $1,640.

        iii. The unpaid, accrued arrearage is $0.

    b. Second deed of trust in favor of Western Star Financial.

        i. The current principal balance owing is $60,000.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $60,000.

    c. Third deed of trust in favor of Prominence Capital Partners

        i. The current principal balance owing is $58,000.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $58,000.

6. During each of the months listed below, I made the following payments on these deed of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder | Amounts Paid to 3rd Lienholder |
|---|---|---|---|
| January 2022 | $1,573.35 | $0 | $0 |
| February 2022 | $1,573.35 | $0 | $0 |
| March 2022 | $1,585.89 | $0 | $0 |
| April 2022 | $0 | $0 | $0 |
| May 2022 | $3,171.78 | $0 | $0 |
| June 2022 | $1,585.89 | $0 | $0 |
| July 2022 | $1,585.89 | $0 | $600 |
| August 2022 | $1,585.89 | $0 | $600 |
| September 2022 | $1,585.89 | $0 | $600 |
| October 2022 | $1,585.89 | $0 | $600 |

| | | | |
|---|---|---|---|
| **November 2022** | $0.00 | $0 | $0 |
| **December 2022** | $1,585.89 | $0 | $0 |
| **January 2023** | $3,171.78 | $0 | $0 |
| **February 2023** | $1,585.89 | $0 | $0 |
| **March 2023** | $0.00 | $0 | $0 |
| **April 2023** | $1,620.00 | $0 | $0 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was approximately $136,007.

9. In 2023, my income from all sources is approximately $71,789 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: May 17, 2023

_____
Jared Scarth



04/21/2023



# Customer Account Activity Statement

Activity from 01/01/2022 to 04/11/2023

Borrower: Jared H Scarth
Co-Borrower:
Loan Number:
Property Address: 31222 Mangrove Drive
Temecula, CA 92592

*Balance Summary as of 04/21/2023
Unpaid Principal Balance: $245,433.91
Escrow: $834.75

*If the activity statement does not include the data from the 'as of' date above, the Balance Summary and Activity Statement balances may vary.

| Transaction Date | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Disbursed / Applied | Unapplied Funds | Fees Assessed or Paid | Fee Description | Unpaid Principal Balance | Escrow Balance | Unapplied Funds Balance | Transaction Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2022 | 01/27/2022 | 02/01/2022 | $1,573.35 | $417.54 | $682.00 | $473.81 | $0.00 | $0.00 | | $251,399.56 | $2,274.08 | $0.00 | Funds Received |
| 02/23/2022 | 02/23/2022 | 03/01/2022 | $1,573.35 | $418.67 | $680.87 | $473.81 | $0.00 | $0.00 | | $250,980.89 | $2,747.89 | $0.00 | Funds Received |
| 03/24/2022 | | 03/01/2022 | $0.00 | $0.00 | $0.00 | $-2,310.80 | $0.00 | $0.00 | | $250,980.89 | $437.09 | $0.00 | County Tax Disbursement |
| 03/29/2022 | 03/29/2022 | 04/01/2022 | $1,585.89 | $419.80 | $679.74 | $486.35 | $0.00 | $0.00 | | $250,561.09 | $923.44 | $0.00 | Funds Received |
| 05/05/2022 | 05/05/2022 | 05/01/2022 | $1,585.89 | $420.94 | $678.60 | $486.35 | $0.00 | $0.00 | | $250,140.15 | $1,409.79 | $0.00 | Funds Received |
| 05/19/2022 | | 06/01/2022 | $1,585.89 | $422.08 | $677.46 | $486.35 | $0.00 | $0.00 | | $249,718.07 | $1,896.14 | $0.00 | Funds Received |
| 06/22/2022 | 06/22/2022 | 07/01/2022 | $1,585.89 | $423.22 | $676.32 | $486.35 | $0.00 | $0.00 | | $249,294.85 | $2,382.49 | $0.00 | Funds Received |
| 07/26/2022 | 07/26/2022 | 08/01/2022 | $1,585.89 | $424.37 | $675.17 | $486.35 | $0.00 | $0.00 | | $248,870.48 | $2,868.84 | $0.00 | Funds Received |
| 08/30/2022 | 08/30/2022 | 09/01/2022 | $1,585.89 | $425.52 | $674.02 | $486.35 | $0.00 | $0.00 | | $248,444.96 | $3,355.19 | $0.00 | Funds Received |
| 09/19/2022 | | 10/01/2022 | $0.00 | $0.00 | $0.00 | $-1,256.38 | $0.00 | $0.00 | | $248,444.96 | $2,098.81 | $0.00 | Hazard Insurance Disbursement |
| 09/27/2022 | 09/27/2022 | 10/01/2022 | $1,585.89 | $426.67 | $672.87 | $486.35 | $0.00 | $0.00 | | $248,018.29 | $2,585.16 | $0.00 | Funds Received |
| 10/25/2022 | 10/25/2022 | 11/01/2022 | $1,585.89 | $427.82 | $671.72 | $486.35 | $0.00 | $0.00 | | $247,590.47 | $3,071.51 | $0.00 | Funds Received |
| 11/22/2022 | 11/01/2022 | 11/01/2022 | $0.00 | $0.00 | $0.00 | $-2,361.43 | $0.00 | $0.00 | | $247,590.47 | $710.08 | $0.00 | County Tax Disbursement |
| 12/05/2022 | 12/05/2022 | 12/01/2022 | $1,585.89 | $428.98 | $670.56 | $486.35 | $0.00 | $0.00 | | $247,161.49 | $1,196.43 | $0.00 | Funds Received |
| 12/30/2022 | | 01/01/2023 | $42.43 | $0.00 | $0.00 | $42.43 | $0.00 | $0.00 | | $247,161.49 | $1,238.86 | $0.00 | Interest Earned on Escrow Account |

Contact Customer Service for your payoff balance.
This Customer Account Activity Statement is manually prepared to provide a streamlined form of this loan payment history; it is not an official business record of Wells Fargo Home Mortgage.
PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge.
THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

Page 1 of 2



04/21/2023

# Customer Account Activity Statement

Activity from 01/01/2022 to 04/11/2023

| Transaction Date | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Disbursed / Applied | Unapplied Funds | Fees Assessed or Paid | Fee Description | Unpaid Principal Balance | Escrow Balance | Unapplied Funds Balance | Transaction Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | 01/11/2023 | 01/01/2023 | $1,585.89 | $430.14 | $669.40 | $486.35 | $0.00 | $0.00 | | $246,731.35 | $1,725.21 | $0.00 | Funds Received |
| 01/24/2023 | 01/24/2023 | 02/01/2023 | $1,585.89 | $431.31 | $668.23 | $486.35 | $0.00 | $0.00 | | $246,300.04 | $2,211.56 | $0.00 | Funds Received |
| 02/27/2023 | 02/27/2023 | 03/01/2023 | $1,585.89 | $432.48 | $667.06 | $486.35 | $0.00 | $0.00 | | $245,867.56 | $2,697.91 | $0.00 | Funds Received |
| 03/23/2023 | 03/01/2023 | 03/01/2023 | $0.00 | $0.00 | $0.00 | $-2,361.43 | $0.00 | $0.00 | | $245,867.56 | $336.48 | $0.00 | County Tax Disbursement |
| 04/03/2023 | 04/03/2023 | 04/01/2023 | $1,620.00 | $0.00 | $0.00 | $0.00 | $1,620.00 | $0.00 | | $245,867.56 | $336.48 | $1,620.00 | Funds Received |
| 04/04/2023 | 04/03/2023 | 04/01/2023 | $0.00 | $433.65 | $665.89 | $498.27 | $-1,597.81 | $0.00 | | $245,433.91 | $834.75 | $22.19 | Payment Applied From Unapplied Funds |

**Contact Customer Service for your payoff balance.**
This Customer Account Activity Statement is manually prepared to provide a streamlined form of this loan payment history; it is not an official business record of Wells Fargo Home Mortgage.
PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge.
THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).