**FILED & ENTERED**

**MAY 25 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br><u>Hearing Date</u>:<br>Date:   May 31, 2023<br>Time:   3:30 p.m.<br>Ctrm.:   304 |

1    On March 27, 2023, the Court entered a scheduling order in this case [docket #33] and, pursuant to the order, the confirmation hearing and status conference in this case are currently scheduled for May 31, 2023 at 3:30 p.m.  Pursuant to the order, Rod Danielson, the chapter 13 trustee, timely filed on May 17, 2023 a motion to dismiss this case [docket #56].  On May 24, 2023, the Debtor filed opposition to the motion to dismiss [docket #59].

Earlier today, the Court entered a separate memorandum of decision containing its findings of fact and conclusions of law regarding the motion.  For the reasons stated therein, the Court hereby ORDERS:

1.    The motion is granted.  This case is dismissed.

IT IS SO ORDERED.

Date: May 25, 2023

Wayne Johnson
United States Bankruptcy Judge