United States Bankruptcy Court
Central District of California

In re:   Case No. 23-10960-WJ
Jared Hunter Scarth   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6   User: admin   Page 1 of 2
Date Rcvd: May 25, 2023   Form ID: ntcdsm   Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |
| cr | + | Prominence Capital Partners, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D Irvine, CA 92614-6840 |
| 41459048 | + | County of Riverside, 4080 Lemon St., Riverside, CA 92501-3609 |
| 41459050 | | Dept of Tax and Fee Administration, 2480 Hilborn Rd Ste 200, Fairfield, CA 94534-1820 |
| 41459051 | + | Murrieta Springs Retail Group, LLC, 7152 Almaden Lane, Carlsbad, CA 92009-6246 |
| 41475398 | | Powerstone Property, Management, PO Box 15446, Santa Ana, CA 92735-0446 |
| 41528890 | + | Prominence Capital Partners, LLC, Bradley A. Patterson, LGI LLP, 1 PARK PLZ STE 600, IRVINE CA 92614-5987 |
| 41511236 | + | Riverside County Tax Collector, 4080 Lemon St 4th Fl, Riverside CA 92501-3609 |
| 41459054 | | Western Star Financial, 3845 10th St, Riverside, CA 92501-3519 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 26 2023 05:32:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 26 2023 05:32:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41459047 | | EDI: CITICORP.COM | May 26 2023 05:32:00 | CITIBANK / BEST BUY, 50 Northwest Point Blvd, Elk Grove Vlg, IL 60007-1032 |
| 41460074 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | May 26 2023 01:50:51 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 41459049 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | May 26 2023 01:50:51 | Dept of Housing and Urban Development, 300 N Los Angeles St Ste 4054, Los Angeles, CA 90012-3308 |
| 41459052 | | Email/Text: Chris@pro-capllc.com | May 26 2023 01:34:00 | Prominence Capital Partners, LLC, 974 Sandstone Dr, Glendora, CA 91740-5392 |
| 41459053 | | EDI: WFFC2 | May 26 2023 05:32:00 | WELLS FARGO HOME MORTGAGE, Po Box 10335, Des Moines, IA 50306-0335 |
| 41481189 | + | EDI: WFFC2 | May 26 2023 05:32:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: May 25, 2023 | Form ID: ntcdsm | Total Noticed: 17

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Defendant Prominence Capital Partners  LLC bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Creditor Prominence Capital Partners bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Christopher J Turoci bapatterson@lgilaw.com |
| Brandon J Iskander | on behalf of Interested Party Brandon Iskander biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Interested Party Courtesy NEF mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 13

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Jared Hunter Scarth

**BANKRUPTCY NO.** 6:23−bk−10960−WJ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx−xx−7621
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 5/25/23

**Address:**
31222 Mangrove Dr
Temecula, CA 92592−4176

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: May 25, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**62 / SH**