United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10960-WJ |
| Jared Hunter Scarth | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Matin | |
| | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Benjamin Heston | |
| | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | |
| | on behalf of Defendant Christopher J Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | |
| | on behalf of Defendant Prominence Capital Partners  LLC bapatterson@lgilaw.com |
| Bradley A Patterson | |
| | on behalf of Defendant Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | |
| | on behalf of Creditor Prominence Capital Partners bapatterson@lgilaw.com |
| Brandon J Iskander | |
| | on behalf of Interested Party Brandon Iskander biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Jennifer C Wong | |
| | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Todd L Turoci
    on behalf of Interested Party Courtesy NEF mail@theturocifirm.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 13

**FILED & ENTERED**

MAY 25 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>                Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br><u>Hearing Date</u>:<br>Date:  May 31, 2023<br>Time:  3:30 p.m.<br>Ctrm.:  304 |

- 1 -

On March 27, 2023, the Court entered a scheduling order in this case [docket #33] and, pursuant to the order, the confirmation hearing and status conference in this case are currently scheduled for May 31, 2023 at 3:30 p.m.  Pursuant to the order, Rod Danielson, the chapter 13 trustee, timely filed on May 17, 2023 a motion to dismiss this case [docket #56].  On May 24, 2023, the Debtor filed opposition to the motion to dismiss [docket #59].

Earlier today, the Court entered a separate memorandum of decision containing its findings of fact and conclusions of law regarding the motion.  For the reasons stated therein, the Court hereby ORDERS:

1. The motion is granted.  This case is dismissed.

IT IS SO ORDERED.

Date: May 25, 2023

Wayne Johnson
United States Bankruptcy Judge