# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, May 31, 2023**  **Hearing Room 304**

3:30 PM

**6:23-10960    Jared Hunter Scarth**  **Chapter 13**

#35.00    Hrg re motion to dismiss case for bad faith filing

FROM: 3-27-23

Docket    13

\*\*\* VACATED \*\*\*    REASON: CASE DISMISSED 5-25-23

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth        Represented By
                           Benjamin Heston

**Movant(s):**

Prominence Capital Partners    Represented By
                               Bradley A Patterson

**Trustee(s):**

Rod Danielson (TR)        Pro Se