# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, May 31, 2023** | **Hearing Room 304** |

**3:30 PM**

**6:23-10960**    **Jared Hunter Scarth**      Chapter 13

     **#36.00**    Confirmtion of chapter 13 plan

             FROM: 5-10-23

                                 Docket     1
           *** VACATED ***     REASON: CASE DISMISSED 5-25-23

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

    - NONE LISTED -

### Party Information

**Debtor(s):**

    Jared Hunter Scarth                          Represented By
                                                     Benjamin  Heston

**Trustee(s):**

    Rod  Danielson (TR)                         Pro Se