# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| Wednesday, May 31, 2023 | Hearing Room 304 |

**3:30 PM**

**6:23-10960  Jared Hunter Scarth**  Chapter 13

#37.00  Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 4-26-23

Docket  1

*** VACATED ***  REASON: CASE DISMISSED 5-25-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth  Represented By
  Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)  Pro Se