Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>JARED HUNTER SCARTH<br><br><br>Debtor(s). | Case No.: 6:23-bk-10960-WJ<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT<br>(DISMISSED CASE) |

On <u>06/13/2023</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>7/13/2023</u> at Riverside, California.

Dated: <u>7/13/2023</u>

_____
Rod Danielson, Chapter 13 Trustee

FG:049 - TH    - 07/13/2023